**Keith A. Ketterling**, OSB No. 913368
**Timothy S. DeJong**, OSB No. 940662
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 Southwest Oak Street, Suite 500
Portland, OR 97204
Telephone:    (503) 227-1600
Facsimile:    (503) 227-6840
Email:        kketterling@stollberne.com
              tdejong@stollberne.com

*Counsel for Plaintiff City Pension Fund for Firefighters*
*and Police Officers in the City of Pembroke Pines*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| CITY PENSION FUND FOR FIREFIGHTERS AND POLICE OFFICERS IN THE CITY OF PEMBROKE PINES, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NIKE, INC., JOHN J. DONAHOE II, and MATTHEW FRIEND, <br><br> Defendants. | Case No. 3:24-cv-00974 <br><br> **EXHIBIT 1 TO THE CLASS ACTION ALLEGATION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |

# EXHIBIT 1

## CERTIFICATION

City Pension Fund for Firefighters and Police Officers in the City of Pembroke Pines ("Plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1.    Plaintiff did not purchase the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3.    Plaintiff's Class Period purchase and sale transactions in the NIKE, Inc. securities that are the subject of this action are attached in Schedule A.

4.    Plaintiff has full power and authority to bring suit to recover for the investment losses listed in the attached Schedule A.

5.    Plaintiff has fully reviewed the Class Action Allegation Complaint for Violations of the Federal Securities Laws and authorizes its filing.

6.    I, James F. Fisher, Plan Administrator of the City Pension Fund for Firefighters and Police Officers in the City of Pembroke Pines, am authorized to make legal decisions, and execute this certification, on Plaintiff's behalf.

7.    Plaintiff intends to actively monitor and vigorously pursue this action for the benefit of the class.

8.    Plaintiff will endeavor to provide fair and adequate representation and work directly with the efforts of class counsel to ensure that the largest recovery for the class consistent with good faith and meritorious judgment is obtained.

9.      Plaintiff is currently serving as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in: *Jastram v. Nextera Energy, Inc.*, No. 9:23-cv-80833 (S.D. Fla.); and *Pembroke Pines Firefighters & Police Officers Pension Fund v. Integra LifeSciences Holdings Corporation*, No. 3:23-cv-20321 (D.N.J.).

10.     Plaintiff has sought to serve and was not appointed as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in the following actions: *Pembroke Pines Firefighters & Police Officers Pension Fund v. Adobe, Inc.*, No. 1:23-cv-09260 (S.D.N.Y.) (filed initial complaint; not appointed as lead plaintiff); *General Retirement System of the City of Detroit v. Verizon Communications Inc.*, No 1: 23-cv-05218 (D.N.J.);[1] *Pembroke Pines Firefighters & Police Officers Pension Fund v. Abbott Laboratories*, No. 1:22-cv-04661 (N.D. Ill.) (filed initial complaint; did not move for appointment as lead plaintiff); and *Delaware County Employees Retirement System v. AdaptHealth Corp. f/k/a DFB Healthcare Acquisitions Corp.*, No. 2:21-cv-03382 (E.D. Pa.).

11.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

---

[1]      Plaintiff also simultaneously moved for appointment as lead plaintiff in *Meehan v. Verizon Communications Inc.*, No. 2:23-cv-01375 (W.D. Pa.). This related class action was subsequently dismissed prior to the appointment of a lead plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __17__ day of June 2024.

**City Pension Fund for Firefighters and Police Officers in the City of Pembroke Pines**

By:_____

James F. Fisher
*Plan Administrator*

## SCHEDULE A

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Class B Common Stock | Buy | 3/19/2021 | 5,750 | $137.83 |
| Class B Common Stock | Buy | 4/14/2021 | 2,850 | $133.31 |
| Class B Common Stock | Buy | 5/7/2021 | 3,900 | $139.08 |
| Class B Common Stock | Buy | 9/21/2021 | 5,527 | $154.59 |
| Class B Common Stock | Buy | 9/24/2021 | 5,142 | $148.89 |
| Class B Common Stock | Buy | 3/16/2022 | 8,966 | $124.76 |
| Class B Common Stock | Buy | 5/4/2022 | 481 | $121.36 |
| Class B Common Stock | Buy | 3/13/2023 | 254 | $117.74 |
| Class B Common Stock | Buy | 6/2/2023 | 170 | $106.61 |
| Class B Common Stock | Buy | 7/5/2023 | 20 | $106.90 |
| Class B Common Stock | Buy | 2/15/2024 | 26 | $106.42 |
| Class B Common Stock | Buy | 2/15/2024 | 206 | $106.00 |
| Class B Common Stock | Buy | 2/15/2024 | 621 | $106.57 |
| Class B Common Stock | Buy | 2/16/2024 | 1,552 | $102.79 |
| Class B Common Stock | Buy | 2/16/2024 | 1,638 | $102.91 |
| Class B Common Stock | Buy | 2/16/2024 | 209 | $102.09 |
| Class B Common Stock | Buy | 2/16/2024 | 614 | $102.62 |
| Class B Common Stock | Buy | 2/16/2024 | 22 | $103.25 |
| Class B Common Stock | Sell | 6/18/2021 | 6,113 | $127.75 |
| Class B Common Stock | Sell | 7/2/2021 | 9,657 | $158.13 |
| Class B Common Stock | Sell | 3/4/2022 | 1,235 | $131.68 |
| Class B Common Stock | Sell | 3/9/2022 | 8,035 | $126.89 |
| Class B Common Stock | Sell | 6/24/2022 | 3,055 | $111.37 |
| Class B Common Stock | Sell | 9/23/2022 | 8,415 | $95.82 |
| Class B Common Stock | Sell | 7/18/2023 | 184 | $109.92 |
| Class B Common Stock | Sell | 8/7/2023 | 860 | $109.58 |