# EXHIBIT A

Nike, Inc. (NKE)
Class Period: March 19, 2021 to June 27, 2024
(Includes 90-Day Sales @ Statutory Pricing)

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 50-Days* Mean Price $74.3284 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary** | | | | | | | | | | | | |
| Kranot Hishtalmut Le Morim Tichoniim Morey Seminarim Ve Mefakhim Hevra Menahelet Ltd. | | 78,332 | | ($8,957,575) | | (46,863) | | $4,395,307 | 31,469 | $2,339,040 | ($2,223,229) | ($2,223,229) |
| Kranot Hishtalmut Le Morim Ve Gananot Hevra Menahelet Ltd. | | 219,361 | | ($24,978,167) | | (130,337) | | $12,224,058 | 89,024 | $6,617,010 | ($6,137,100) | ($6,137,100) |
| Meitav Provident and Pensions Funds Ltd. | | 15,503 | | ($2,473,167) | | (15,503) | | $1,847,299 | 0 | $0 | ($625,868) | ($625,868) |
| Menora Mivtachim Insurance Ltd. | | 171,645 | | ($18,738,340) | | (171,624) | | $19,348,176 | 142,447 | $10,587,854 | ($5,322,423) | ($1,901,951) |
| Menora Mivtachim Pensions and Gemel Ltd. | | 1,164,655 | | ($123,367,888) | | (934,925) | | $101,764,538 | 976,924 | $72,613,177 | ($33,123,016) | ($15,687,151) |
| **Kranot; Meitav; Menora** | | **1,649,496** | | **($178,515,137)** | | **(1,299,252)** | | **$139,579,377** | **1,239,864** | **$92,157,080** | **($47,431,635)** | **($26,575,298)** |
| | | | | | | | | | | | | |
| **Account 1** | | | | | | | | | | | | |
| Kranot Hishtalmut Le Morim Tichoniim Morey Seminarim Ve Mefakhim Hevra Menahelet Ltd. | 1/12/2022 | 14,915 | $151.9539 | ($2,266,392) | 3/26/2024 | (10,800) | $93.4971 | $1,009,769 | | | | |
| Kranot Hishtalmut Le Morim Tichoniim Morey Seminarim Ve Mefakhim Hevra Menahelet Ltd. | 3/22/2022 | 15,660 | $135.4150 | ($2,120,599) | 6/27/2024 | (32,300) | $93.8889 | $3,032,611 | | | | |
| Kranot Hishtalmut Le Morim Tichoniim Morey Seminarim Ve Mefakhim Hevra Menahelet Ltd. | 10/3/2022 | 10,348 | $85.3491 | ($883,192) | | | | | | | | |
| Kranot Hishtalmut Le Morim Tichoniim Morey Seminarim Ve Mefakhim Hevra Menahelet Ltd. | 1/9/2024 | 9,340 | $102.6837 | ($959,066) | | | | | | | | |
| Kranot Hishtalmut Le Morim Tichoniim Morey Seminarim Ve Mefakhim Hevra Menahelet Ltd. | 4/12/2024 | 21,461 | $91.8083 | ($1,970,298) | | | | | | | | |
| **Kranot Hishtalmut Le Morim Tichoniim Morey Seminarim Ve Mefakhim Hevra Menahelet Ltd., Account 1** | | **71,724** | | **($8,199,547)** | | **(43,100)** | | **$4,042,380** | **28,624** | **$2,127,575** | **($2,029,592)** | **($2,029,592)** |
| | | | | | | | | | | | | |
| **Account 2** | | | | | | | | | | | | |
| Kranot Hishtalmut Le Morim Tichoniim Morey Seminarim Ve Mefakhim Hevra Menahelet Ltd. | 1/12/2022 | 1,406 | $151.9539 | ($213,647) | 3/26/2024 | (963) | $93.4971 | $90,038 | | | | |
| Kranot Hishtalmut Le Morim Tichoniim Morey Seminarim Ve Mefakhim Hevra Menahelet Ltd. | 3/22/2022 | 1,473 | $135.4150 | ($199,466) | 6/27/2024 | (2,800) | $93.8889 | $262,889 | | | | |
| Kranot Hishtalmut Le Morim Tichoniim Morey Seminarim Ve Mefakhim Hevra Menahelet Ltd. | 10/3/2022 | 1,001 | $85.3491 | ($85,434) | | | | | | | | |
| Kranot Hishtalmut Le Morim Tichoniim Morey Seminarim Ve Mefakhim Hevra Menahelet Ltd. | 1/9/2024 | 830 | $102.6837 | ($85,227) | | | | | | | | |
| Kranot Hishtalmut Le Morim Tichoniim Morey Seminarim Ve Mefakhim Hevra Menahelet Ltd. | 4/12/2024 | 1,898 | $91.8083 | ($174,252) | | | | | | | | |
| **Kranot Hishtalmut Le Morim Tichoniim Morey Seminarim Ve Mefakhim Hevra Menahelet Ltd., Account 2** | | **6,608** | | **($758,028)** | | **(3,763)** | | **$352,927** | **2,845** | **$211,464** | **($193,637)** | **($193,637)** |
| | | | | | | | | | | | | |
| **Account 1** | | | | | | | | | | | | |
| Kranot Hishtalmut Le Morim Ve Gananot Hevra Menahelet Ltd. | 1/12/2022 | 42,612 | $151.9539 | ($6,475,060) | 3/26/2024 | (32,107) | $93.4971 | $3,001,911 | | | | |
| Kranot Hishtalmut Le Morim Ve Gananot Hevra Menahelet Ltd. | 3/22/2022 | 44,907 | $135.4150 | ($6,081,081) | 6/27/2024 | (92,600) | $93.8889 | $8,694,112 | | | | |
| Kranot Hishtalmut Le Morim Ve Gananot Hevra Menahelet Ltd. | 10/3/2022 | 30,042 | $85.3491 | ($2,564,058) | | | | | | | | |
| Kranot Hishtalmut Le Morim Ve Gananot Hevra Menahelet Ltd. | 1/9/2024 | 27,890 | $102.6837 | ($2,863,848) | | | | | | | | |
| Kranot Hishtalmut Le Morim Ve Gananot Hevra Menahelet Ltd. | 4/12/2024 | 64,530 | $91.8083 | ($5,924,390) | | | | | | | | |
| **Kranot Hishtalmut Le Morim Ve Gananot Hevra Menahelet Ltd., Account 1** | | **209,981** | | **($23,908,437)** | | **(124,707)** | | **$11,696,024** | **85,274** | **$6,338,278** | **($5,874,135)** | **($5,874,135)** |
| | | | | | | | | | | | | |
| **Account 2** | | | | | | | | | | | | |
| Kranot Hishtalmut Le Morim Ve Gananot Hevra Menahelet Ltd. | 1/12/2022 | 1,918 | $151.9539 | ($291,448) | 3/26/2024 | (1,430) | $93.4971 | $133,701 | | | | |
| Kranot Hishtalmut Le Morim Ve Gananot Hevra Menahelet Ltd. | 3/22/2022 | 2,026 | $135.4150 | ($274,351) | 6/27/2024 | (4,200) | $93.8889 | $394,333 | | | | |
| Kranot Hishtalmut Le Morim Ve Gananot Hevra Menahelet Ltd. | 10/3/2022 | 1,335 | $85.3491 | ($113,941) | | | | | | | | |
| Kranot Hishtalmut Le Morim Ve Gananot Hevra Menahelet Ltd. | 1/9/2024 | 1,240 | $102.6837 | ($127,328) | | | | | | | | |
| Kranot Hishtalmut Le Morim Ve Gananot Hevra Menahelet Ltd. | 4/12/2024 | 2,861 | $91.8083 | ($262,664) | | | | | | | | |
| **Kranot Hishtalmut Le Morim Ve Gananot Hevra Menahelet Ltd., Account 2** | | **9,380** | | **($1,069,731)** | | **(5,630)** | | **$528,034** | **3,750** | **$278,731** | **($262,965)** | **($262,965)** |
| | | | | | | | | | | | | |
| **Account 1** | | | | | | | | | | | | |
| Meitav Provident and Pensions Funds Ltd. | 10/13/2021 | 1,507 | $155.1016 | ($233,738) | 3/15/2022 | (3,281) | $119.1575 | $390,956 | | | | |
| Meitav Provident and Pensions Funds Ltd. | 10/25/2021 | 1,142 | $163.7425 | ($186,994) | | | | | | | | |
| Meitav Provident and Pensions Funds Ltd. | 11/2/2021 | 32 | $167.1299 | ($5,348) | | | | | | | | |
| Meitav Provident and Pensions Funds Ltd. | 12/7/2021 | 600 | $172.9217 | ($103,753) | | | | | | | | |
| **Meitav Provident and Pensions Funds Ltd., Account 1** | | **3,281** | | **($529,833)** | | **(3,281)** | | **$390,956** | **0** | **$0** | **($138,877)** | **($138,877)** |
| | | | | | | | | | | | | |
| **Account 2** | | | | | | | | | | | | |
| Meitav Provident and Pensions Funds Ltd. | 10/13/2021 | 2,541 | $155.1016 | ($394,113) | 3/15/2022 | (4,765) | $119.1575 | $567,785 | | | | |
| Meitav Provident and Pensions Funds Ltd. | 10/25/2021 | 1,917 | $163.7425 | ($313,894) | | | | | | | | |
| Meitav Provident and Pensions Funds Ltd. | 11/2/2021 | 30 | $167.1299 | ($5,014) | | | | | | | | |
| Meitav Provident and Pensions Funds Ltd. | 12/23/2021 | 277 | $166.2500 | ($46,051) | | | | | | | | |
| **Meitav Provident and Pensions Funds Ltd., Account 2** | | **4,765** | | **($759,073)** | | **(4,765)** | | **$567,785** | **0** | **$0** | **($191,287)** | **($191,287)** |
| | | | | | | | | | | | | |
| **Account 3** | | | | | | | | | | | | |
| Meitav Provident and Pensions Funds Ltd. | 10/13/2021 | 942 | $155.1016 | ($146,106) | 3/15/2022 | (1,651) | $119.1575 | $196,729 | | | | |
| Meitav Provident and Pensions Funds Ltd. | 10/25/2021 | 709 | $163.7425 | ($116,093) | | | | | | | | |
| **Meitav Provident and Pensions Funds Ltd., Account 3** | | **1,651** | | **($262,199)** | | **(1,651)** | | **$196,729** | **0** | **$0** | **($65,470)** | **($65,470)** |

*Avg Closing Prices from June 28, 2024 to August 16, 2024

Nike, Inc. (NKE)
Class Period: March 19, 2021 to June 27, 2024
(Includes 90-Day Sales @ Statutory Pricing)

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 50-Days* Mean Price $74.3284 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account 4** | | | | | | | | | | | | |
| Meitav Provident and Pensions Funds Ltd. | 10/13/2021 | 211 | $155.1016 | ($32,726) | 3/15/2022 | (369) | $119.1575 | $43,969 | | | | |
| Meitav Provident and Pensions Funds Ltd. | 10/25/2021 | 158 | $163.7425 | ($25,871) | | | | | | | | |
| Meitav Provident and Pensions Funds Ltd., Account 4 | | 369 | | ($58,598) | | (369) | | $43,969 | 0 | $0 | ($14,629) | ($14,629) |
| | | | | | | | | | | | | |
| **Account 5** | | | | | | | | | | | | |
| Meitav Provident and Pensions Funds Ltd. | 10/13/2021 | 3,102 | $155.1016 | ($481,125) | 3/15/2022 | (5,437) | $119.1575 | $647,859 | | | | |
| Meitav Provident and Pensions Funds Ltd. | 10/25/2021 | 2,335 | $163.7425 | ($382,339) | | | | | | | | |
| Meitav Provident and Pensions Funds Ltd., Account 5 | | 5,437 | | ($863,464) | | (5,437) | | $647,859 | 0 | $0 | ($215,605) | ($215,605) |
| | | | | | | | | | | | | |
| **Account 1** | | | | | | | | | | | | |
| Menora Mivtachim Insurance Ltd. | | | | | Preclass | 1,000 | | | | | | |
| Menora Mivtachim Insurance Ltd. | 10/7/2021 | 3,000 | $152.2834 | ($456,850) | 1/17/2023 | (2,000) | $128.0000 | $256,000 | | | | |
| Menora Mivtachim Insurance Ltd. | | | | | 10/24/2023 | (2,000) | $104.8620 | $209,724 | | | | |
| Menora Mivtachim Insurance Ltd., Account 1 | | 3,000 | | ($456,850) | | (4,000) | | $465,724 | 0 | $0 | ($119,126) | ($95,988) |
| | | | | | | | | | | | | |
| **Account 2** | | | | | | | | | | | | |
| Menora Mivtachim Insurance Ltd. | | | | | Preclass | 138,926 | | | | | | |
| Menora Mivtachim Insurance Ltd. | 4/14/2022 | 46,681 | $133.3449 | ($6,224,673) | 3/23/2022 | (34,777) | $134.9940 | $4,694,686 | | | | |
| Menora Mivtachim Insurance Ltd. | 7/5/2022 | 18,398 | $103.1821 | ($1,898,344) | 5/12/2022 | (24,898) | $107.1633 | $2,668,152 | | | | |
| Menora Mivtachim Insurance Ltd. | 11/1/2023 | 21,129 | $102.3711 | ($2,162,999) | 12/22/2022 | (7,500) | $116.8592 | $876,444 | | | | |
| Menora Mivtachim Insurance Ltd. | 11/9/2023 | 23,172 | $109.5898 | ($2,539,415) | 1/19/2023 | (18,837) | $124.4347 | $2,343,976 | | | | |
| Menora Mivtachim Insurance Ltd. | 4/4/2024 | 52,865 | $90.8159 | ($4,800,983) | 3/21/2023 | (9,050) | $121.1015 | $1,095,969 | | | | |
| Menora Mivtachim Insurance Ltd. | | | | | 8/8/2023 | (12,500) | $109.7629 | $1,372,036 | | | | |
| Menora Mivtachim Insurance Ltd. | | | | | 1/24/2024 | (11,800) | $101.6561 | $1,199,542 | | | | |
| Menora Mivtachim Insurance Ltd. | | | | | 6/27/2024 | (44,562) | $93.9200 | $4,185,263 | | | | |
| Menora Mivtachim Insurance Ltd., Account 2 | | 162,245 | | ($17,626,414) | | (163,924) | | $18,436,068 | 137,247 | $10,201,347 | ($5,077,255) | ($1,697,970) |
| | | | | | | | | | | | | |
| **Account 3** | | | | | | | | | | | | |
| Menora Mivtachim Insurance Ltd. | | | | | Preclass | 2,500 | | | | | | |
| Menora Mivtachim Insurance Ltd. | 6/12/2023 | 2,000 | $105.8471 | ($211,694) | 5/4/2023 | (2,000) | $124.3222 | $248,644 | | | | |
| Menora Mivtachim Insurance Ltd. | 8/29/2023 | 2,500 | $100.1000 | ($250,250) | 10/24/2023 | (300) | $104.8620 | $31,459 | | | | |
| Menora Mivtachim Insurance Ltd. | 1/23/2024 | 1,900 | $101.6481 | ($193,131) | 12/12/2023 | (1,400) | $118.7720 | $166,281 | | | | |
| Menora Mivtachim Insurance Ltd., Account 3 | | 6,400 | | ($655,076) | | (3,700) | | $446,384 | 5,200 | $386,508 | ($126,042) | ($107,993) |
| | | | | | | | | | | | | |
| Menora Mivtachim Pensions and Gemel Ltd. | | | | | Preclass | 747,194 | | | | | | |
| Menora Mivtachim Pensions and Gemel Ltd. | 4/14/2022 | 248,319 | $133.3449 | ($33,112,072) | 3/23/2022 | (183,947) | $134.9940 | $24,831,741 | | | | |
| Menora Mivtachim Pensions and Gemel Ltd. | 7/5/2022 | 106,602 | $103.1821 | ($10,999,418) | 5/12/2022 | (137,452) | $107.1633 | $14,729,810 | | | | |
| Menora Mivtachim Pensions and Gemel Ltd. | 9/8/2022 | 47,300 | $106.9166 | ($5,057,155) | 12/21/2022 | (42,500) | $116.8592 | $4,966,516 | | | | |
| Menora Mivtachim Pensions and Gemel Ltd. | 11/1/2023 | 153,971 | $102.3711 | ($15,762,181) | 1/19/2023 | (118,163) | $124.4347 | $14,703,577 | | | | |
| Menora Mivtachim Pensions and Gemel Ltd. | 11/9/2023 | 169,328 | $109.5898 | ($18,556,622) | 6/27/2024 | (452,863) | $93.9200 | $42,532,893 | | | | |
| Menora Mivtachim Pensions and Gemel Ltd. | 4/4/2024 | 439,135 | $90.8159 | ($39,880,440) | | | | | | | | |
| Menora Mivtachim Pensions and Gemel Ltd. | | 1,164,655 | | ($123,367,888) | | (934,925) | | $101,764,538 | 976,924 | $72,613,177 | ($33,123,016) | ($15,687,151) |

*Avg Closing Prices from June 28, 2024 to August 16, 2024

Case 3:24-cv-00974-AN    Document 18-1    Filed 08/19/24    Page 3 of 3