# EXHIBIT B

 businesswire
A BERKSHIRE HATHAWAY COMPANY



KESSLERTOPAZ
MELTZERCHECK LLP

# Investor Alert: Kessler Topaz Meltzer & Check, LLP Files a Securities Fraud Class Action Lawsuit Against Nike, Inc. and Encourages Investors With Losses to Contact the Firm

June 20, 2024 08:07 PM Eastern Daylight Time

RADNOR, Pa.--(BUSINESS WIRE)--The law firm of Kessler Topaz Meltzer & Check, LLP informs investors that the firm has filed a securities fraud class action lawsuit against NIKE, Inc. (NYSE: NKE) ("NIKE" or the "Company") on behalf of investors who purchased or acquired NIKE Class B common stock between March 19, 2021, and March 21, 2024, inclusive (the "Class Period"). This action, captioned *City Pension Fund for Firefighters and Police Officers in the City of Pembroke Pines v. NIKE, Inc., et al.*, Case No. 3:24-cv-00974 was filed in the United States District Court for the District of Oregon.

*Important Deadline Reminder: Investors who purchased or otherwise acquired NIKE Class B common stock during the Class Period may, no later than August 19, 2024, move the Court to serve as lead plaintiff for the class.*

**If you suffered NIKE losses, you may CLICK HERE or go to: https://www.ktmc.com/new-cases/nike-inc? utm_source=PR&utm_medium=link&utm_campaign=nke&mktm=r**

**You can also contact attorney Jonathan Naji, Esq. of Kessler Topaz by calling (484) 270-1453 or by email at info@ktmc.com.**

### DEFENDANTS' MISCONDUCT

The Class Period begins on March 19, 2021, in connection with NIKE's announcement of its financial results for the third quarter of fiscal year 2021, and related investor earnings call. In connection with these results, Defendant John J. Donahoe II (the Company's President and Chief Executive Officer) touted that "NIKE continues to deeply connect with consumers all over the world driven by our strong competitive advantages" and that "[o]ur strategy is working, as we accelerate innovation and create the seamless, premium marketplace of the future." Defendant Matthew Friend (the Company's Executive Vice President and Chief Financial Officer) similarly assured investors that "NIKE's brand momentum is as strong as ever and we are driving focused growth against our largest opportunities." On the related investor earnings call, Defendant Donahoe emphasized NIKE's "tremendous success in digital" and that "NIKE's digital transformation remains a unique advantage."

Investors began to learn the truth about NIKE's inability to generate sustainable revenue growth on June 27, 2022, when the Company announced its fourth quarter and full year 2022 financial results after market close. NIKE announced that quarterly revenues declined 1% year-over-year and quarterly wholesale revenues declined 7% year-over-year. However, Defendant Donahoe reassured investors that NIKE's "strategy is working" by creating value through its "competitive advantages, including [its] pipeline of innovative product[s] and expanding digital leadership." He further asserted that

NIKE's investments in digital and other areas prompted Defendants to be "very confident in our long-term strategy and our growth outlook." On this news, the price of NIKE Class B common stock declined $7.72 per share, or nearly 7%, from a close of $110.50 per share on June 27, 2022, to close at $102.78 per share on June 28, 2022.

Three months later, on September 29, 2022, investors learned more when NIKE reported its first quarter fiscal year 2023 financial earnings after market close. In spite of modest revenue growth, NIKE reported that its net income declined 22% year-over-year and that diluted earnings per share similarly declined 20% year-over-year. NIKE also reported a significant reduction in gross margin (down 220 basis points year-over-year) driven by the disposal of excess inventory—which was 44% higher than in the first quarter of 2022. On this news, the price of NIKE Class B common stock declined $12.21 per share, or nearly 13%, from a close of $95.33 per share on September 29, 2022, to close at $83.12 per share on September 30, 2022.

Notwithstanding the Company's struggles with NIKE Direct and its direct-to-consumer strategy, Defendants continued to tout the purported strength of NIKE's business model over the next year, telling investors that NIKE's "competitive advantages continue to fuel our momentum" and that NIKE is primed to "leverage our competitive advantages to not only gain share but also grow the market."

On December 21, 2023, however, investors learned more about the competitive pressures facing NIKE when the Company issued its second quarter fiscal year 2024 financial results and held its related investor earnings call after market close. Defendant Friend admitted that NIKE's "total retail sales across the marketplace fell short of our expectations," and that NIKE's digital platforms lost consumer traffic to competitors because of "higher promotional activity across the marketplace." Given these challenges, Defendant Friend revealed that NIKE was "adjusting [its] channel growth plans for the remainder of the year" and "identifying opportunities across the company to deliver up to $2 billion in cumulative cost savings over the next 3 years." On this news, the price of NIKE Class B common stock declined $14.49 per share, or nearly 12%, from a close of $122.53 per share on December 21, 2023, to close at $108.04 per share on December 22, 2023.

Finally, on March 21, 2024, NIKE announced its third quarter fiscal year 2024 financial results after market close, revealing a 3% year-over-year decline in revenue in its Europe, Middle East, and Africa segment, a 3% year-over-year decline in NIKE Digital revenue, and scant quarterly revenue growth of approximately 0.4% year-over-year in NIKE Direct. On the related investor earnings call held that same day, Defendant Donahoe admitted that "NIKE is not performing [to its] potential" even though moments earlier he claimed that "Q3 performed in line with our expectations." Moreover, Defendant Donahoe revealed the Company's decision to reduce reliance on its direct-to-consumer strategy and "lean in with our wholesale partners to elevate our brand and grow the total marketplace." According to Defendant Donahoe, NIKE made a "reinvestment with our wholesale partners, so we bring a more holistic offense that grows the market and gets in the path of our consumer." Furthermore, Defendant Friend revealed that NIKE was "prudently planning for revenue in the first half of the fiscal year [2025] to be down low single digits" as Defendants "shift our product portfolio toward newness and innovation." On this news, the price of NIKE Class B common stock declined $6.96 per share, or nearly 7%, from a close of $100.82 per share on March 21, 2024, to close at $93.86 per share on March 22, 2024.

**WHAT CAN I DO?**

NIKE investors may, **_no later than August 19, 2024_,** move the Court to serve as lead plaintiff for the class, through Kessler Topaz Meltzer & Check, LLP or other counsel, or may choose to do nothing and remain an absent class member. Kessler Topaz Meltzer & Check, LLP encourages NIKE investors who have suffered significant losses to contact the firm directly to acquire more information.

**CLICK HERE** to sign up for the case or GO TO: https://www.ktmc.com/new-cases/nike-inc? utm_source=PR&utm_medium=link&utm_campaign=nke&mktm=r

**WHO CAN BE A LEAD PLAINTIFF?**

A lead plaintiff is a representative party who acts on behalf of all class members in directing the litigation. The lead plaintiff is usually the investor or small group of investors who have the largest financial interest and who are also adequate and typical of the proposed class of investors. The lead plaintiff selects counsel to represent the lead plaintiff and the class and

these attorneys, if approved by the court, are lead or class counsel. Your ability to share in any recovery is not affected by the decision of whether or not to serve as a lead plaintiff.

**ABOUT KESSLER TOPAZ MELTZER & CHECK, LLP**

Kessler Topaz Meltzer & Check, LLP prosecutes class actions in state and federal courts throughout the country and around the world. The firm has developed a global reputation for excellence and has recovered billions of dollars for victims of fraud and other corporate misconduct. All of our work is driven by a common goal: to protect investors, consumers, employees and others from fraud, abuse, misconduct and negligence by businesses and fiduciaries.

For more information about Kessler Topaz Meltzer & Check, LLP please visit www.ktmc.com.

May be considered attorney advertising in certain jurisdictions. Past results do not guarantee future outcomes.

Contacts
Kessler Topaz Meltzer & Check, LLP
Jonathan Naji, Esq.
280 King of Prussia Road
Radnor, PA 19087
(844) 887-9500 (toll free)
info@ktmc.com