# EXHIBIT C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.    I, _Hagai Oren_                        , on behalf of Meitav

Provident and Pension Funds Ltd. ("Meitav"), with authority to bind Meitav and to enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.    I have reviewed a Complaint against Nike, Inc. ("Nike" or the "Company") and authorize the filing of a motion on behalf of Meitav for appointment as lead plaintiff.

3.    Meitav did not purchase or acquire Nike securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    Meitav is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Nike Class B common stock during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.    To the best of my current knowledge, the attached sheet lists all of Meitav's transactions in the securities that are the subject of this litigation.

6.    During the three-year period preceding the date on which this Certification is signed, Meitav has served or sought to serve as a representative party on behalf of a class under the federal securities laws in the following actions:

- *Cement Masons' and Plasterers' Local No. 502 Pension Fund v. InMode Ltd.*, 2:24-cv-01219 (C.D. Cal.);

- *Arora v. HDFC Bank Limited*, 2:20-cv-04140 (E.D.N.Y.);

- *Meitav Dash Provident Funds and Pension Ltd. v. Spirit Aerosystems Holdings, Inc.*, 4:20-cv-00054 (N.D. Okla.);

- *In re Mylan N.V. Securities Litigation*, 1:16-cv-07926 (S.D.N.Y.); and

- *Roofer's Pension Fund v. Papa*, 2:16-cv-02805 (D.N.J.).

7. Meitav agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed <u>12 August 2024</u>
(Date)

_____
(Signature)

<u>Hagai Oren</u>
(Type or Print Name)
On behalf of
Meitav Provident and Pension Funds Ltd.

Nike, Inc. (NKE)                                                                    Meitav Provident and Pensions Funds Ltd.

### List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| **Account 1** | | | |
| Purchase/Acquisition | 10/13/2021 | 1,507 | $155.1016 |
| Purchase/Acquisition | 10/25/2021 | 1,142 | $163.7425 |
| Purchase/Acquisition | 11/2/2021 | 32 | $167.1299 |
| Purchase/Acquisition | 12/7/2021 | 600 | $172.9217 |
| Sale | 3/15/2022 | (3,281) | $119.1575 |
| | | | |
| **Account 2** | | | |
| Purchase/Acquisition | 10/13/2021 | 2,541 | $155.1016 |
| Purchase/Acquisition | 10/25/2021 | 1,917 | $163.7425 |
| Purchase/Acquisition | 11/2/2021 | 30 | $167.1299 |
| Purchase/Acquisition | 12/23/2021 | 277 | $166.2500 |
| Sale | 3/15/2022 | (4,765) | $119.1575 |
| | | | |
| **Account 3** | | | |
| Purchase/Acquisition | 10/13/2021 | 942 | $155.1016 |
| Purchase/Acquisition | 10/25/2021 | 709 | $163.7425 |
| Sale | 3/15/2022 | (1,651) | $119.1575 |
| | | | |
| **Account 4** | | | |
| Purchase/Acquisition | 10/13/2021 | 211 | $155.1016 |
| Purchase/Acquisition | 10/25/2021 | 158 | $163.7425 |
| Sale | 3/15/2022 | (369) | $119.1575 |
| | | | |
| **Account 5** | | | |
| Purchase/Acquisition | 10/13/2021 | 3,102 | $155.1016 |
| Purchase/Acquisition | 10/25/2021 | 2,335 | $163.7425 |
| Sale | 3/15/2022 | (5,437) | $119.1575 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.    I,    Donnie Calic    and    Pesach Landesberg    , on behalf of Kranot Hishtalmut Le Morim Tichoniim Morey Seminarim Ve Mefakhim Hevra Menahelet Ltd. and Kranot Hishtalmut Le Morim Ve Gananot Hevra Menahelet Ltd. (together, the "Teachers Funds"), with authority to bind the Teachers Funds and to enter into litigation on their behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.    I have reviewed a Complaint against Nike, Inc. ("Nike".or the "Company") and authorize the filing of a motion on behalf of the Teachers Funds for appointment as lead plaintiff.

3.    The Teachers Funds did not purchase or acquire Nike securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    The Teachers Funds are willing to serve as representative parties on behalf of a Class of investors who purchased or acquired Nike Class B common stock during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.    To the best of my current knowledge, the attached sheet lists all of the Teachers Funds' transactions in the securities that are the subject of this litigation.

6.    During the three-year period preceding the date on which this Certification is signed, the Teachers Funds have served or sought to serve as representative parties on behalf of a class under the federal securities laws in the following actions:

- *Cement Masons and Plasterers Local No. 502 Pension Fund v. InMode Ltd.*, 2:24-cv-01219 (C.D. Cal. Feb. 14, 2024); and

- *Genesee County Employees Retirement System v. Kornit Digital Ltd.*, 2:23-cv-00888 (D.N.J. Feb. 15, 2023).

7.    The Teachers Funds agree not to accept any payment for serving as representative parties on behalf of the class as set forth in the Complaint, beyond their pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury that the foregoing is true and correct.

Executed   15/08/2024
_____
                   (Date)

_____
(Signature)

_____
(Type or Print Name)
On behalf of
Kranot Hishtalmut Le Morim Tichoniim Morey
Seminarim Ve Mefakhim Hevra Menahelet Ltd.
and Kranot Hishtalmut Le Morim Ve Gananot
Hevra Menahelet Ltd.

Nike, Inc. (NKE)

Kranot Hishtalmut Le Morim Tichoniim Morey
Seminarim Ve Mefakhim Hevra Menahelet Ltd.

## List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| **Account 1** | | | |
| Purchase/Acquisition | 1/12/2022 | 14,915 | $151.9539 |
| Purchase/Acquisition | 3/22/2022 | 15,660 | $135.4150 |
| Purchase/Acquisition | 10/3/2022 | 10,348 | $85.3491 |
| Purchase/Acquisition | 1/9/2024 | 9,340 | $102.6837 |
| Purchase/Acquisition | 4/12/2024 | 21,461 | $91.8083 |
| Sale | 3/26/2024 | (10,800) | $93.4971 |
| Sale | 6/27/2024 | (32,300) | $93.8889 |
| **Account 2** | | | |
| Purchase/Acquisition | 1/12/2022 | 1,406 | $151.9539 |
| Purchase/Acquisition | 3/22/2022 | 1,473 | $135.4150 |
| Purchase/Acquisition | 10/3/2022 | 1,001 | $85.3491 |
| Purchase/Acquisition | 1/9/2024 | 830 | $102.6837 |
| Purchase/Acquisition | 4/12/2024 | 1,898 | $91.8083 |
| Sale | 3/26/2024 | (963) | $93.4971 |
| Sale | 6/27/2024 | (2,800) | $93.8889 |

Nike, Inc. (NKE)                         Kranot Hishtalmut Le Morim Ve Gananot Hevra Menahelet Ltd.

### List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Account 1 | | | |
| Purchase/Acquisition | 1/12/2022 | 42,612 | $151.9539 |
| Purchase/Acquisition | 3/22/2022 | 44,907 | $135.4150 |
| Purchase/Acquisition | 10/3/2022 | 30,042 | $85.3491 |
| Purchase/Acquisition | 1/9/2024 | 27,890 | $102.6837 |
| Purchase/Acquisition | 4/12/2024 | 64,530 | $91.8083 |
| Sale | 3/26/2024 | (32,107) | $93.4971 |
| Sale | 6/27/2024 | (92,600) | $93.8889 |
| Account 2 | | | |
| Purchase/Acquisition | 1/12/2022 | 1,918 | $151.9539 |
| Purchase/Acquisition | 3/22/2022 | 2,026 | $135.4150 |
| Purchase/Acquisition | 10/3/2022 | 1,335 | $85.3491 |
| Purchase/Acquisition | 1/9/2024 | 1,240 | $102.6837 |
| Purchase/Acquisition | 4/12/2024 | 2,861 | $91.8083 |
| Sale | 3/26/2024 | (1,430) | $93.4971 |
| Sale | 6/27/2024 | (4,200) | $93.8889 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      The undersigned, Menora Mivtachim Insurance Ltd. ("Menora Insurance"), makes this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      Menora Insurance has r eviewed a Complaint against Nike, Inc. ("Nike") and authorizes the filing of a motion on its behalf for appointment as lead plaintiff.

3. .    Menora Insurance did not purchase or acquire Nike securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      Menora Insurance is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Nike Class B common stock during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. Menora Insurance understands that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      To the best of Menora Insurance's current knowledge, the transactions listed in Schedule A reflect all of its transactions in Nike Class B common stock during the Class Period.

6.      During the three-year period preceding the date on which this Certification is signed, Menora Insurance has served or sought to serve as a representative party on behalf of a class under the federal securities laws in the following actions:

- *Beisner v. Perion Network Ltd.*, 1:24-cv-02860 (S.D.N.Y.);

- *In re Adobe Inc. Securities Litigation*, 1:23-cv-09260 (S.D.N.Y.);

- *AMI - Government Employees Provident Fund Management Company Ltd. v. Alphabet Inc. et al.*, 3:23-cv-01186 (N.D. Cal.);

- *Joyce v. Amazon.com, Inc. et al.*, 2:22-cv-00617 (W.D. Wash.);

- *Plumbers and Steamfitters Local 60 Pensions Trust v. Meta Platforms, Inc. et al.*, 4:22-cv-01470 (N.D. Cal.);

- *Jansen v. International Flavors & Fragrances Inc. et al.*, 1:19-cv-07536 (S.D.N.Y.); and

- *In re Mylan N.V. Securities Litigation*, 1:16-cv-07926 (S.D.N.Y.).

7. Menora Insurance agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. Menora Insurance hereby declares under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**Menora Mivtachim Insurance Ltd.**

**Executed** _14.8.2024_ **by**
**Nir Moroz and Shai Kompel**

**Nike, Inc. (NKE)**                                                    **Menora Mivtachim Insurance Ltd.**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| **Account 1** | | | |
| Purchase/Acquisition | 10/7/2021 | 3,000 | $152.2834 |
| Sale | 1/17/2023 | (2,000) | $128.0000 |
| Sale | 10/24/2023 | (2,000) | $104.8620 |
| **Account 2** | | | |
| Purchase/Acquisition | 4/14/2022 | 46,681 | $133.3449 |
| Purchase/Acquisition | 7/5/2022 | 18,398 | $103.1821 |
| Purchase/Acquisition | 11/1/2023 | 21,129 | $102.3711 |
| Purchase/Acquisition | 11/9/2023 | 23,172 | $109.5898 |
| Purchase/Acquisition | 4/4/2024 | 52,865 | $90.8159 |
| Sale | 3/23/2022 | (34,777) | $134.9940 |
| Sale | 5/12/2022 | (24,898) | $107.1633 |
| Sale | 12/22/2022 | (7,500) | $116.8592 |
| Sale | 1/19/2023 | (18,837) | $124.4347 |
| Sale | 3/21/2023 | (9,050) | $121.1015 |
| Sale | 8/8/2023 | (12,500) | $109.7629 |
| Sale | 1/24/2024 | (11,800) | $101.6561 |
| Sale | 6/27/2024 | (44,562) | $93.9200 |
| **Account 3** | | | |
| Purchase/Acquisition | 6/12/2023 | 2,000 | $105.8471 |
| Purchase/Acquisition | 8/29/2023 | 2,500 | $100.1000 |
| Purchase/Acquisition | 1/23/2024 | 1,900 | $101.6481 |
| Sale | 5/4/2023 | (2,000) | $124.3222 |
| Sale | 10/24/2023 | (300) | $104.8620 |
| Sale | 12/12/2023 | (1,400) | $118.7720 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      The undersigned, Menora Mivtachim Pensions and Gemel Ltd. ("Menora Pensions & Gemel"), makes this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      Menora Pensions & Gemel has reviewed a Complaint against Nike, Inc. ("Nike") and authorizes the filing of a motion on its behalf for appointment as lead plaintiff.

3.      Menora Pensions & Gemel did not purchase or acquire Nike securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      Menora Pensions & Gemel is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Nike Class B common stock during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. Menora Pensions & Gemel understands that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      To the best of Menora Pensions & Gemel's current knowledge, the transactions listed in Schedule A reflect all of its transactions in Nike Class B common stock during the Class Period.

6.      During the three-year period preceding the date on which this Certification is signed, Menora Pensions & Gemel has served or sought to serve as a representative party on behalf of a class under the federal securities laws in the following actions:

- *Beisner v. Perion Network Ltd.*, 1:24-cv-02860 (S.D.N.Y.);

- *In re Adobe Inc. Securities Litigation*, 1:23-cv-09260 (S.D.N.Y.);

- *AMI - Government Employees Provident Fund Management Company Ltd. v. Alphabet Inc. et al.*, 3:23-cv-01186 (N.D. Cal.);

- *Joyce v. Amazon.com, Inc. et al.*, 2:22-cv-00617 (W.D. Wash.);

- *Plumbers and Steamfitters Local 60 Pensions Trust v. Meta Platforms, Inc. et al.*, 4:22-cv-01470 (N.D. Cal.);

- *Jansen v. International Flavors & Fragrances Inc. et al.*, 1:19-cv-07536 (S.D.N.Y.); and

- *In re Mylan N.V. Securities Litigation*, 1:16-cv-07926 (S.D.N.Y.).

7.      Menora Pensions & Gemel agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.      Menora Pensions & Gemel hereby declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Menora Mivtachim Pensions and Gemel Ltd.**

Executed __/ ᴠ . ᵷ ᴈ ᵴᴉ_____ **by**
**Nir Moroz and Shai Kompel**

Nike, Inc. (NKE)                                          Menora Mivtachim Pensions and Gemel Ltd.

## List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 4/14/2022 | 248,319 | $133.3449 |
| Purchase/Acquisition | 7/5/2022 | 106,602 | $103.1821 |
| Purchase/Acquisition | 9/8/2022 | 47,300 | $106.9166 |
| Purchase/Acquisition | 11/1/2023 | 153,971 | $102.3711 |
| Purchase/Acquisition | 11/9/2023 | 169,328 | $109.5898 |
| Purchase/Acquisition | 4/4/2024 | 439,135 | $90.8159 |
| Sale | 3/23/2022 | (183,947) | $134.9940 |
| Sale | 5/12/2022 | (137,452) | $107.1633 |
| Sale | 12/21/2022 | (42,500) | $116.8592 |
| Sale | 1/19/2023 | (118,163) | $124.4347 |
| Sale | 6/27/2024 | (452,863) | $93.9200 |