# EXHIBIT D

**JOINT DECLARATION IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1. We respectfully submit this Joint Declaration in support of the motion of (i) Meitav Provident and Pension Funds Ltd. ("Meitav"); (ii) Kranot Hishtalmut Le Morim Tichoniim Morey Seminarim Ve Mefakhim Hevra Menahelet Ltd. and Kranot Hishtalmut Le Morim Ve Gananot Hevra Menahelet Ltd. (together, the "Teachers Funds"); and (iii) Menora Mivtachim Insurance Ltd. ("Menora Insurance") and Menora Mivtachim Pensions and Gemel Ltd. ("Menora Pensions & Gemel" and, together with Menora Insurance, the "Menora Funds") (collectively, the "Funds") for appointment as Lead Plaintiffs in the above-captioned securities class action on behalf of investors in Nike, Inc. ("Nike") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). We are informed of and understand the requirements and duties imposed by the PSLRA. We each have personal knowledge about the information in this Joint Declaration relating to the movants with which we are individually associated.

2. Based in Israel, Meitav is an affiliate of Meitav Investment House, an investment fund managing more than $80 billion. As reflected in Meitav's Certification submitted herewith, Meitav is currently serving or has recently served as Lead Plaintiff or Co-Lead Plaintiff in the PSLRA actions *Arora v. HDFC Bank Ltd.*, 2:20-cv-04140 (E.D.N.Y.) ("*HDFC*"), *Meitav Dash Provident Funds and Pension Ltd. v. Spirit Aerosystems Holdings, Inc.*, 4:20-cv-00054 (N.D. Okla.) ("*Spirit*"), *In re Mylan N.V. Securities Litigation*, 1:16-cv-07926 (S.D.N.Y.) ("*Mylan*"), and *Roofer's Pension Fund v. Papa*, 2:16-cv-02805 (D.N.J.) ("*Perrigo*").

3. Based in Israel, the Teachers Funds are institutional investors that manage various funds for the benefits of educators in Israel. As reflected in the Teachers Funds' Certification submitted herewith, the Teachers Funds are currently serving as Co-Lead Plaintiffs along with

1

other institutional investors in the PSLRA action *Genesee County Employees Retirement System v. Kornit Digital Ltd. et al.*, 2:23-cv-00888 (D.N.J.) ("*Kornit*").

4.    The Menora Funds are affiliates of Menora Mivtachim Holdings Ltd., a holding company based in Ramat Gan, Israel. It is among Israel's largest insurance and finance groups, with more than $70 billion in assets under management. As set forth in the Menora Funds' Certifications submitted herewith, the Menora Funds are serving as Lead Plaintiffs or Co-Lead Plaintiff in the PSLRA actions *Mylan, Plumbers and Steamfitters Local 60 Pension Trust v. Meta Platforms, Inc. et al*, 4:22-cv-01470 (N.D. Cal.) ("*Meta Platforms*"), *AMI - Government Employees Provident Fund Management Company Ltd. v. Alphabet Inc. et al.*, 3:23-cv-01186 (N.D. Cal.) ("*Alphabet*"), *In re Adobe Inc. Securities Litigation*, 1:23-cv-09260 (S.D.N.Y.) ("*Adobe*"), and *In re Perion Network Ltd. Sec. Litig.*, 1:24-cv-2860 (S.D.N.Y.) ("*Perion*"). Previously, the Menora Funds have served as Lead Plaintiffs in the PSLRA action *In re Comverse Tech. Inc. Sec. Litig.*, 06-cv-1825 (E.D.NY.), where they achieved a $225 million settlement on behalf of the Class.

5.    The Funds believe that the securities class action against Nike is meritorious and should be led by dedicated and sophisticated institutional investors that are committed to maximizing the recovery on behalf of the class. Moreover, the Funds recognize that they are like-minded institutional investors that suffered substantial losses in their investments in Nike securities. It is for these reasons that the Funds decided to seek joint appointment as Lead Plaintiffs in the action.

6.    The decision to jointly move for appointment as Lead Plaintiffs was also informed by the Funds' prior experience in securities litigation matters. The Funds variously have highly relevant experience serving as lead plaintiffs under the PSLRA in the in the *HDFC, Spirit, Mylan,*

2

*Perrigo*, *Kornit*, *Comverse*, *Meta Platforms*, *Alphabet*, *Adobe*, and *Perion* litigations. Through their prosecution of these actions, the Funds have developed considerable experience and appreciation for a Lead Plaintiff's responsibilities under the PSLRA. In addition, through their shared experience as co-lead plaintiffs in *Mylan*, Meitav and the Menora Funds' representatives have established relationships with one another that will help facilitate the Funds' collaborative prosecution of this action together.

7. As part of the efforts of the Funds to formalize the leadership of this action and to demonstrate their commitment to jointly prosecuting the action, representatives of the Funds participated in a conference call to discuss, among other things: the strength of the claims against Defendants; a strategy for prosecuting these actions; the benefits that the class would receive from the leadership of a coordinated group of institutional investors with prior experience serving as Lead Plaintiff under the PSLRA; the shared desire of the Funds to achieve the best possible result for the class; their interest in prosecuting the case in a collaborative, likeminded manner; and the actions each fund will take to continue to ensure that the class's claims will be zealously and efficiently litigated.

8. The Funds also understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the action to ensure it is prosecuted efficiently. The Funds have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation. In this case, the Funds have selected Pomerantz LLP ("Pomerantz") to serve as Lead Counsel. Based on prior work with Pomerantz—including in the *HDFC, Spirit, Mylan, Perrigo, Comverse, Meta Platforms, Alphabet, Adobe*, and *Perion* actions—and the firm's experience in achieving substantial recoveries in securities class actions, the Funds agree that Pomerantz is well-qualified to represent the class. Moreover, Pomerantz has

3

been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the class. The Funds will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the class by, among other things, having personnel of the Funds review pleadings, instruct counsel, and/or attend hearings, as necessary.

Pursuant to 28 U.S.C. § 1746, Meitav Provident and Pension Funds Ltd. declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to Meitav Provident and Pension Funds Ltd. are true to the best of their knowledge.

Executed this ___18___ day of ___August___, ___2024___.
(Month)                (Year)

Meitav Provident Funds and Pension Ltd

_____
Signature

Hagai Oren
_____
Type of Print Name

CEO
_____
Title

*On behalf of Meitav Provident and Pension Funds Ltd.*

5

Pursuant to 28 U.S.C. § 1746, the Teachers Funds declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to the Teachers Funds are true to the best of their knowledge.

Executed this ___19th___ day of ___August___, ___2024___
                                    (Month)          (Year)

Signature
  Pesach Landesberg CEO
  Donnie Calic  CFO

Type or Print Name

Title

*On behalf of the Teachers Funds*

6

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to the Menora Funds are true to the best of my knowledge.

Executed this ___11___ day of ___August___, ___2024___.
                              (Month)                    (Year)

Signature

___Nir Aaron   Shai Kompel___
Type or Print Name

___Authorized Signatories___
Title

*On behalf of the Menora Funds*

7