# EXHIBIT F

# Ransom, Gilbertson, Martin & Ratliff, LLP
# Attorneys at Law

Main Address:          5441 S. Macadam Avenue Suite 301
                       Portland, OR 97239
                       T: 503-226-3664
                       F: 503-243-6716

Ransom, Gilbertson, Martin & Ratliff, LLP has been representing the legal interests of
Oregonians for over 30 years in the state and federal courts.

## · Michael A. Gilbertson

Education:      B.A. Political Science - 1985
               University of Central Florida
               Orlando, Florida

               Juris Doctor - 1989 (Cum Laude)
               Northwestern School of Law of Lewis & Clark College
               Portland, Oregon

Legal Experience:

               1989-1990 - Staff Attorney: U.S. District Court Judge James M. Burns
               1991-1995 - Associate Attorney: Law Offices of Hollis Ransom
               1995-Present - Partner Attorney: Ransom, Gilbertson, Martin & Ratliff, LLP

## · R. Adian Martin

Education:      B.A. Philosophy and History - 1990
               M.A. Education - 1993
               University of South Florida
               Tampa, Florida

               Juris Doctor - 1997
               Northwestern School of Law of Lewis & Clark College
               Portland, Oregon

               LLM Human Rights - 2009
               University of Amsterdam
               Amsterdam, Netherlands

Legal Experience:

               1997-2000 - Associate Attorney: Ransom, Gilbertson, Martin & Ratliff, LLP

2000-Present - Partner Attorney: Ransom, Gilbertson, Martin & Ratliff, LLP

## · Jeffrey S. Ratliff

Education:     B.A.  Economics - 1985
              Emory University
              Atlanta, Georgia

              Juris Doctor - 1989
              Northwestern School of Law of Lewis & Clark College
              Portland, Oregon

Legal Experience:

       1989-2002 - Deputy District Attorney: Multnomah County, Oregon
       2002-2004 - Special Assistant United States Attorney: District of Oregon
       2004-2024 - Attorney: Ransom, Gilbertson, Martin & Ratliff, LLP