RANSOM, GILBERTSON, MARTIN &
RATLIFF, LLP
Jeffrey S. Ratliff
5441 S. Macadam Avenue, Suite 301
Portland, OR 97239
T: 503-226-3664

*Liaison Counsel for Meitav Provident and*
*Pension Funds Ltd., the Teachers Funds,*
*and the Menora Funds and Proposed*
*Liaison Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| IN RE NIKE, INC. SECURITIES LITIGATION | **CASE No.: 3:24-cv-00974-AN**<br><br>**CLASS ACTION** |
| This Document Relates to: All Actions | **DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF MEITAV PROVIDENT AND PENSION FUNDS LTD., THE TEACHERS FUNDS, AND THE MENORA FUNDS FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF COUNSEL** |

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.    I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Meitav Provident and Pension Funds Ltd. ("Meitav"), Kranot Hishtalmut Le Morim Tichoniim Morey Seminarim Ve Mefakhim Hevra Menahelet Ltd. and Kranot Hishtalmut Le Morim Ve Gananot Hevra Menahelet Ltd. (together, the "Teachers Funds"), and Menora Mivtachim Insurance Ltd. ("Menora Insurance") and Menora Mivtachim Pensions and Gemel Ltd. ("Menora Pensions &

1

Gemel" and, together with Menora Insurance, the "Menora Funds") (collectively, the "Funds"), and have personal knowledge of the facts set forth herein.

2.      I make this Declaration in support of the Funds' motion for appointment as Lead Plaintiffs of the Class and approval of their selection of Pomerantz as Lead Counsel and Ransom, Gilbertson, Martin & Ratliff, LLP ("Ransom") as Liaison Counsel for the Class.

3.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Loss Chart of the Funds;

Exhibit B:    Press release published over *Business Wire* on June 20, 2024, announcing the pendency of the action styled *City Pension Fund for Firefighters and Police Officers in the City of Pembroke Pines v. Nike, Inc. et. al.*, No. 24-cv-00974 (D. Or.);

Exhibit C:    Shareholder Certifications executed on behalf of the Funds;

Exhibit D:    Joint Declaration executed on behalf of the Funds;

Exhibit E:    Firm resume of Pomerantz; and

Exhibit F:    Firm resume of Ransom.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on August 19, 2024.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

2