**Exhibit F**

# Stoll Berne

### ABOUT STOLL BERNE

Since its inception in 1978, Stoll Berne has achieved extraordinary results for its clients in class actions and other types of investor, consumer and business litigation. The firm regularly represents clients in federal and state courts and has earned a reputation as a leading plaintiffs' class action firm in Oregon and elsewhere. The firm has represented investors in numerous securities fraud class actions, consumers in consumer protection class actions and antitrust cases, and employees in class actions involving wage and hour claims. The firm also has represented clients in class actions involving wildfires, environmental claims, and health care issues.

The firm has a national securities litigation practice and has represented clients, in most cases serving as lead or co-lead counsel, in many class action securities cases including the following notable cases:

- *Kinnie Ma IRA v. Ascendant Capital, LLC, et al.* (W.D. Tex. current)

- *In re CenturyLink Securities Litigation* (D. Minn. 2021)

- *Ciuffitelli v. Deloitte & Touche LLP, et al.* (D. Or. 2016)

- *In re JPMorgan Chase & Co. Securities Litigation* (S.D.N.Y. 2012)

- *Louisiana Municipal Employees' Retirement System v. Bank of New York Mellon Corp.* (S.D.N.Y. 2011)

Stoll Berne's attorneys are experienced class action trial lawyers and complex litigation attorneys.  Most recently, Stoll Berne obtained a jury verdict against PacifiCorp, including findings of gross negligence and an award of punitive damages, after a two-month trial in Multnomah County Circuit Court in the first wildfire class action trial in history.  The class action is projected to result in the recovery of billions of dollars for affected Oregonians. Stoll Berne has recovered $850 million on behalf of the State of Oregon and the City of Seattle for damages from PCB contamination caused by Monsanto.

Stoll Berne has substantial securities class action litigation experience and has recovered hundreds of millions of dollars in settlements on behalf of investors in securities class actions.  Stoll Berne recovered $234.6 million—approximately 90% of investors' out-of-pocket losses—for investors in Aequitas, which is believed to be the largest recovery in a securities case in Oregon history.

Stoll Berne has represented plaintiffs in many other types of class actions, including *Reynolds v. Hartford* (D. Or.) ($85 million settlement as lead counsel in a nationwide Fair Credit Reporting Act class action); *Arnett v. Bank of America* (D. Or.) ($31 million settlement relating to force-placed flood insurance); *In Re: Farmers Insurance Exchange Claims Representatives' Overtime Pay Litig.* (D. Or.) (FLSA multi-district class action, member of Steering Committee and co-trial counsel in liability phase of 1439 A cases)*; Chehalem Physical Therapy, Inc. v. Coventry Health Care, Inc.* (D. Or.) ($11.3 million settlement as lead counsel on behalf of healthcare providers in a breach of contract class action against the largest PPO in the country).

Lawyers at the firm are active in the community and have held leadership positions with the Federal Bar Association, Oregon Trial Lawyers Association, Multnomah Bar Association, and Oregon State Bar. Stoll Berne attorneys have been consistently recognized by their peers in numerous professional listings, including

209 SW Oak St., Suite 500     Portland, OR 97204     (503) 227-1600     www.stollberne.com

Exhibit F
Page 1 of 2

# Stoll Berne

*Chambers USA: America's Leading Lawyers*, *The Best Lawyers in America*, *Benchmark Litigation Guide*, and *Oregon Super Lawyers.*

### CASE TEAM

**Timothy DeJong:**  Tim is a trial lawyer with more than 30 years of experience emphasizing complex business, securities, intellectual property and utility-caused wildfire disputes. He received his law degree, Order of the Coif, in 1991 from the University of Oregon School of Law.  Tim has been recognized by *Benchmark Litigation, Chambers USA, Oregon Super Lawyers* (Top 50 Oregon)*, The Best Lawyers in America* (Lawyer of the Year in Portland for Litigation-Patent 2021) and *The Portland Business Journal* recognized him as among the "Best of the Bar" in the field of intellectual property. Before joining Stoll Berne, Tim clerked for the Honorable Robert E. Jones (District of Oregon). Tim has been lead or co-lead counsel in numerous securities and other class action cases.  Tim, together with Keith Ketterling, led the firm's Aequitas securities litigation. Tim was a key member of the firm's PacifiCorp wildfires trial team.

**Keith Ketterling:**  Keith represents institutional investors, government entities and individuals in securities class actions and other large-scale litigation.  Keith is an accomplished trial lawyer.  He was a key member of the firm's Aequitas securities litigation and Monsanto PCB litigation teams. He has been co-lead counsel in PSLRA securities class actions recovering hundreds of millions of dollars on behalf of investors.  Keith received his law degree in 1987, with Distinction, from the University of Iowa College of Law.  He has been recognized by *Benchmark Litigation, Chambers USA, Oregon Super Lawyers, The Best Lawyers in America* and the *Portland Business Journal* ("Best of the Bar" for business litigation).

**Cody Berne:**  Cody has first-chair experience in more than 40 jury trials, most notably as one of the lead trial attorneys in the PacifiCorp wildfires trials.  He represents investors in court and arbitrations and serves on the Executive Committee of the Oregon State Bar's Securities Regulation Section.  He received his law degree from UC Davis School of Law, Order of the Coif, in 2014.  He received the Haglund Award in 2016 from the Multnomah Bar Association and is ranked by *The Best Lawyers in America*  (Lawyer of the Year in Portland for Litigation-Securities 2025) and *Oregon Super Lawyers*.

209 SW Oak St., Suite 500     Portland, OR 97204     (503) 227-1600     www.stollberne.com

Exhibit F
Page 2 of 2