STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
Timothy S. DeJong, OSB No. 940662
tdejong@stollberne.com
Keith A. Ketterling, OSB No. 913368
kketterling@stollberne.com
Cody Berne, OSB No. 142797
cberne@stollberne.com
209 Southwest Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

*Liaison Counsel for Proposed Lead Plaintiff*

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| IN RE NIKE, INC. SECURITIES LITIGATION | Case No. 3:24-cv-00974-AN |
| | CLASS ACTION ALLEGATION |
| | DECLARATION OF TIMOTHY S. DEJONG IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL |
| | Judge:  Hon. Adrienne Nelson |
| | Request for Oral Argument |

DECLARATION OF TIMOTHY S. DEJONG IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL Case No. 3:24-cv-00974-AN

I, Timothy S. DeJong, declare as follows:

1.    I am an attorney duly licensed to practice before the courts of the State of Oregon and this Court. I am a shareholder at Stoll Stoll Berne Lokting & Shlachter P.C., proposed liaison counsel for proposed Lead Plaintiff Caisse de dépôt et placement du Québec ("CDPQ") and Deka Investment GmbH ("DEKA"). I make this declaration in support of CDPQ and DEKA's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached as Exhibits A through F are true and correct copies of the following documents:

| | |
|---|---|
| EXHIBIT A: | Signed Certifications of CDPQ and DEKA, pursuant to the requirements of the PSLRA, 15 U.S.C. § 78u–4(a)(2); |
| EXHIBIT B: | A chart reflecting the calculation of CDPQ and DEKA's losses as a result of their transactions in NIKE, Inc. Class B common stock; |
| EXHIBIT C: | Notice of pendency of the action; |
| EXHIBIT D: | Joint Declaration in Support of Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel; |
| EXHIBIT E: | Firm resume of Labaton Keller Sucharow LLP; |
| EXHIBIT F: | Firm resume of Stoll Stoll Berne Lokting & Shlachter P.C.. |

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 19, 2024

/s/ *Timothy S. DeJong*
Timothy S. DeJong, OSB No. 940662

2

DECLARATION OF TIMOTHY S. DEJONG IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL Case No. 3:24-cv-00974-AN\