# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| IN RE NIKE, INC. SECURITIES LITIGATION | Case No.: 3:24-cv-00974-AN |
| | [PROPOSED] ORDER GRANTING MOTION TO APPOINT THE INSTITUTIONAL INVESTOR FUNDS AS LEAD PLAINTIFF AND APPROVE THEIR SELECTION OF LEAD COUNSEL |
| This Document Relates to:  All Actions | Judge: Hon. Adrienne Nelson |

[Proposed] Order Granting Motion to Appoint the Institutional Investor Funds as Lead Plaintiff and Approve Their Selection of Lead Counsel

Upon consideration of: (i) the Motion filed by C+F S.A. (C+F Global, C+F Global Route, C+F Very Low, and C+F World Equities) and Universal Invest (Universal Invest Dynamic, Universal Invest High, and Universal Invest Medium) (collectively, the "Institutional Investor Funds") for appointment as Lead Plaintiff and for approval of the Institutional Investor Funds' selection of Lead Counsel; (ii) the Memorandum of Law in support thereof; (iii) the Declaration of Gregory P. Fry in support thereof; and (iv) all other pleadings and argument submitted to this Court; and for good cause shown,

IT IS HEREBY ORDERED THAT:

1.    The Institutional Investor Funds' Motion is GRANTED.

2.    The Institutional Investor Funds are appointed to serve as Lead Plaintiff pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action.

3.    The Institutional Investor Funds' selection of DiCello Levitt LLP as Lead Counsel is approved.

\*        \*        \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____      _____

THE HONORABLE ADRIENNE NELSON
UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Motion to Appoint the Institutional Investor Funds as Lead Plaintiff and Approve Their Selection of Lead Counsel

1