# Exhibit B

**CERTIFICATION**

C+F S.A. (C+F Global, C+F Global Route, C+F Very Low and C+F World Equities) ("C+F" or "Plaintiff") declares as to the claims asserted under the federal securities laws that:

1.  Plaintiff did not purchase the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2.  Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3.  Plaintiff's Class Period purchase and sale transactions in the Nike, Inc. securities that are the subject of this action are attached in Schedule A.

4.  Plaintiff has fully reviewed the facts and allegations of a complaint filed in this action and has authorized the filing of the motion for appointment as Lead Plaintiff on its behalf in this action.

5.  Plaintiff intends to actively monitor and vigorously pursue this action for the benefit of the class.

6.  Plaintiff will endeavor to work directly with the efforts of class counsel to ensure that the largest recovery for the class is obtained in a manner consistent with good faith and meritorious judgment.

7.  Plaintiff has not sought to serve or served as a representative party for a class action filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

None.

8.   Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this ____ day of August 2024.

C+F S.A

Signed: _____

Print Name: _____

Title: _____

C+F S.A.

Signed: _____

Print Name: _____

Title: _____

SCHEDULE A
C+F S.A.
(C+F Global)
Transactions in Nike, Inc.

## **Common Stock Purchases**

| **Date** | **Shares** | **Price** |
|---|---|---|
| 06/01/21 | 100 | $135.23 |
| 07/08/21 | 300 | $159.20 |
| 03/18/22 | 200 | $129.72 |

## **Common Stock Sales**

| **Date** | **Shares** | **Price** |
|---|---|---|
| 04/30/21 | 100 | $133.28 |
| 08/25/21 | 100 | $170.00 |

SCHEDULE A
C+F S.A.
(C+F Global Route)
Transactions in Nike, Inc.

### Common Stock Purchases[1]

| Date | Shares | Price |
|---|---|---|
| 06/01/21 | 100 | $135.23 |
| 07/08/21 | 100 | $159.16 |
| 02/23/24 | 200 | $105.26 |
| 03/14/24 | 210 | $100.99 |
| 03/15/24 | 211 | $99.99 |
| 03/20/24 | 50 | $99.45 |
| 05/21/24 | 109 | $91.57 |

### Common Stock Sales

| Date | Shares | Price |
|---|---|---|
| 03/31/23 | 500 | $122.64 |

---

[1] In addition to the transactions listed herein, on January 23, 2023, C+ F Global Route was assigned a $125 call option with an expiration date of January 20, 2023 that had been previously sold. The details of the transaction are as follows: Date - January 23, 2023; Transaction Type - Assignment; Contract Type - Call; Expiration Date - January 20, 2023; Strike Price - $125; Quantity - 100; Price - $7.79. Since the class action definition in this case only includes purchasers of Nike's Class B common stock, not options, this transaction was omitted from C+F Global Route's schedule of transactions and loss analysis.

SCHEDULE A
C+F S.A.
(C+F Very Low)
Transactions in Nike, Inc.

### **Common Stock Purchases**

| Date | Shares | Price |
|---|---|---|
| 06/02/21 | 83 | $135.19 |
| 06/03/21 | 157 | $134.17 |
| 06/08/21 | 47 | $133.95 |
| 06/10/21 | 1,293 | $130.98 |
| 06/24/21 | 839 | $133.60 |
| 07/23/21 | 1,000 | $166.36 |
| 07/27/21 | 181 | $164.72 |
| 10/11/21 | 360 | $151.99 |
| 11/30/21 | 140 | $168.01 |
| 12/21/21 | 168 | $168.50 |
| 12/21/21 | 10 | $168.55 |
| 12/21/21 | 56 | $168.56 |
| 02/24/22 | 158 | $133.64 |
| 12/21/23 | 93 | $122.05 |
| 01/03/24 | 124 | $104.31 |
| 01/26/24 | 211 | $102.70 |
| 05/06/24 | 237 | $92.96 |
| 05/07/24 | 234 | $93.92 |
| 05/31/24 | 354 | $93.69 |

### **Common Stock Sales**

| Date | Shares | Price |
|---|---|---|
| 03/23/22 | 233 | $132.41 |
| 08/16/22 | 759 | $115.94 |
| 04/17/23 | 96 | $125.73 |
| 04/17/23 | 163 | $125.74 |
| 12/13/23 | 406 | $119.79 |

SCHEDULE A
C+F S.A.
(C+F World Equities)
Transactions in Nike, Inc.

**Common Stock Purchases**

| Date | Shares | Price |
|---|---|---|
| 03/29/21 | 5,341 | $131.18 |
| 04/20/21 | 4,693 | $127.64 |
| 05/11/21 | 4,564 | $136.14 |
| 06/01/21 | 14,858 | $135.43 |
| 06/04/21 | 5,000 | $132.82 |
| 06/30/21 | 2,202 | $153.95 |
| 07/08/21 | 21,464 | $159.47 |
| 07/12/21 | 4,303 | $161.85 |
| 07/15/21 | 2,154 | $161.50 |
| 07/20/21 | 2,154 | $158.82 |
| 08/02/21 | 2,092 | $169.17 |
| 08/17/21 | 3,147 | $170.12 |
| 08/27/21 | 2,185 | $166.84 |
| 09/28/21 | 2,538 | $146.29 |
| 10/14/21 | 4,691 | $156.88 |
| 11/09/21 | 2,323 | $172.33 |
| 11/16/21 | 4,648 | $173.73 |
| 11/30/21 | 9,325 | $168.90 |
| 02/01/22 | 7,532 | $148.14 |
| 03/15/22 | 6,134 | $118.03 |
| 03/18/22 | 1,968 | $129.93 |
| 04/07/22 | 4,628 | $127.31 |
| 04/12/22 | 2,760 | $127.67 |
| 12/07/22 | 4,463 | $108.84 |
| 05/30/23 | 2,016 | $107.42 |
| 06/22/23 | 2,397 | $110.68 |
| 07/31/23 | 679 | $110.26 |
| 08/01/23 | 5,518 | $109.72 |
| 10/04/23 | 8,826 | $95.70 |
| 12/21/23 | 5,641 | $122.05 |
| 01/03/24 | 1,324 | $104.31 |
| 01/16/24 | 7,576 | $103.05 |

| | | |
|---|---|---|
| 01/22/24 | 4,535 | $100.75 |
| 01/26/24 | 14,051 | $102.70 |
| 02/02/24 | 10,424 | $100.05 |
| 03/15/24 | 4,503 | $99.60 |
| 04/11/24 | 4,984 | $91.27 |
| 04/30/24 | 6,175 | $93.28 |
| 05/06/24 | 17,364 | $92.96 |
| 05/07/24 | 17,231 | $93.92 |
| 05/28/24 | 5,614 | $92.09 |
| 06/12/24 | 6,718 | $94.99 |

## Common Stock Sales

| Date | Shares | Price |
|---|---|---|
| 09/03/21 | 2,288 | $163.77 |
| 03/09/22 | 3,164 | $128.78 |
| 06/17/22 | 25,906 | $106.58 |
| 04/13/23 | 2,201 | $124.83 |

**CERTIFICATION**

Universal Invest (Universal Invest Dynamic, Universal Invest High, and Universal Invest Medium ("Universal Invest" or "Plaintiff") declares as to the claims asserted under the federal securities laws that:

1.  Plaintiff did not purchase the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2.  Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3.  Plaintiff's Class Period purchase and sale transactions in the Nike, Inc. securities that are the subject of this action are attached in Schedule A.

4.  Plaintiff has fully reviewed the facts and allegations of a complaint filed in this action and has authorized the filing of the motion for appointment as Lead Plaintiff on its behalf in this action.

5.  Plaintiff intends to actively monitor and vigorously pursue this action for the benefit of the class.

6.  Plaintiff will endeavor to work directly with the efforts of class counsel to ensure that the largest recovery for the class is obtained in a manner consistent with good faith and meritorious judgment.

7.  Plaintiff has not sought to serve or served as a representative party for a class action filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

None.

8.   Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's *pro rata* share of any recovery, except such reasonable costs and expenses

(including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this ___ day of August 2024.

UNIVERSAL INVEST

Signed: _____

Print Name: _____

Title: _____

UNIVERSAL INVEST

Signed: _____

Print Name: _____

Title: _____

SCHEDULE A
Universal Invest
(Universal Invest Dynamic)
Transactions in Nike, Inc.

**Common Stock Purchases**

| Date | Shares | Price |
|---|---|---|
| 04/15/21 | 7,098 | $133.70 |
| 05/17/21 | 7,089 | $136.03 |
| 06/01/21 | 26,123 | $135.43 |
| 07/08/21 | 40,597 | $159.47 |
| 07/15/21 | 6,245 | $161.50 |
| 08/17/21 | 5,990 | $170.12 |
| 11/05/21 | 1,261 | $178.67 |
| 12/14/21 | 6,071 | $164.83 |
| 06/14/22 | 1,697 | $110.44 |
| 05/03/23 | 3,724 | $125.90 |
| 12/21/23 | 5,643 | $122.05 |
| 01/03/24 | 6,056 | $104.31 |
| 01/22/24 | 8,172 | $100.75 |
| 01/26/24 | 13,611 | $102.70 |
| 02/22/24 | 5,945 | $104.66 |
| 05/06/24 | 15,788 | $92.96 |
| 05/07/24 | 15,624 | $93.92 |
| 05/28/24 | 3,662 | $92.09 |
| 06/12/24 | 3,859 | $94.99 |

**Common Stock Sales**

| Date | Shares | Price |
|---|---|---|
| 09/03/21 | 6,367 | $163.77 |
| 11/30/21 | 9,325 | $168.90 |
| 03/09/22 | 3,577 | $128.78 |
| 05/13/22 | 4,102 | $111.72 |
| 05/20/22 | 20,530 | $108.60 |
| 05/23/22 | 7,233 | $106.85 |
| 05/25/22 | 8,820 | $107.48 |
| 06/02/22 | 18,998 | $120.66 |

Nike, Inc.

| 06/09/22 | 3,769 | $120.19 |
|---|---|---|
| 06/13/22 | 2,886 | $109.48 |
| 06/14/22 | 2,507 | $111.16 |
| 06/22/22 | 3,005 | $106.02 |
| 01/09/23 | 21,858 | $126.03 |

Nike, Inc.

SCHEDULE A
Universal Invest
(Universal Invest High)
Transactions in Nike, Inc.

**Common Stock Purchases**

| Date | Shares | Price |
|------|--------|-------|
| 04/16/21 | 3,520 | $134.11 |
| 05/10/21 | 17,545 | $137.94 |
| 06/01/21 | 13,599 | $135.43 |
| 06/29/21 | 3,172 | $155.81 |
| 07/08/21 | 24,734 | $159.47 |
| 07/15/21 | 3,095 | $161.50 |
| 08/17/21 | 3,713 | $170.12 |
| 11/16/21 | 2,992 | $173.73 |
| 03/17/22 | 4,636 | $124.74 |
| 02/13/23 | 3,253 | $124.33 |
| 04/18/23 | 6,359 | $125.58 |
| 09/12/23 | 3,807 | $96.40 |
| 10/16/23 | 4,699 | $102.07 |
| 12/21/23 | 4,166 | $122.05 |
| 01/03/24 | 3,645 | $104.31 |
| 01/22/24 | 6,060 | $100.75 |
| 01/26/24 | 10,118 | $102.70 |
| 04/15/24 | 3,579 | $93.21 |
| 05/06/24 | 11,862 | $92.96 |
| 05/07/24 | 11,753 | $93.92 |
| 05/31/24 | 3,475 | $93.69 |
| 06/10/24 | 7,457 | $95.97 |

**Common Stock Sales**

| Date | Shares | Price |
|------|--------|-------|
| 05/12/21 | 10,418 | $135.03 |
| 09/03/21 | 3,163 | $163.77 |
| 03/09/22 | 3,615 | $128.78 |
| 05/20/22 | 12,894 | $108.60 |
| 05/25/22 | 5,591 | $107.48 |

Nike, Inc.

| 06/02/22 | 11,977 | $120.66 |
|---|---|---|
| 06/08/22 | 4,453 | $122.29 |
| 06/09/22 | 1,985 | $120.19 |
| 06/14/22 | 3,935 | $111.16 |
| 01/09/23 | 12,057 | $126.03 |

Nike, Inc.

SCHEDULE A
Universal Invest
(Universal Invest Medium)
Transactions in Nike, Inc.

## Common Stock Purchases

| Date | Shares | Price |
|---|---|---|
| 06/01/21 | 24,298 | $135.43 |
| 07/08/21 | 31,550 | $159.47 |
| 10/14/21 | 6,387 | $156.88 |
| 03/15/22 | 2,679 | $118.03 |
| 12/21/23 | 3,797 | $122.05 |
| 01/03/24 | 5,298 | $104.31 |
| 01/22/24 | 5,484 | $100.75 |
| 01/26/24 | 9,116 | $102.70 |
| 05/06/24 | 10,243 | $92.96 |
| 05/07/24 | 10,121 | $93.92 |

## Common Stock Sales

| Date | Shares | Price |
|---|---|---|
| 09/03/21 | 6,370 | $163.77 |
| 01/04/22 | 6,218 | $165.41 |
| 03/09/22 | 3,509 | $128.78 |
| 03/23/22 | 3,662 | $134.18 |
| 03/24/22 | 2,472 | $131.85 |
| 05/02/22 | 3,466 | $124.99 |
| 05/03/22 | 3,560 | $120.85 |
| 05/06/22 | 7,600 | $111.93 |
| 05/10/22 | 7,471 | $108.68 |
| 05/20/22 | 15,627 | $108.60 |
| 05/25/22 | 4,779 | $107.48 |
| 05/31/22 | 2,702 | $117.23 |
| 06/02/22 | 11,409 | $120.66 |
| 06/03/22 | 7,059 | $121.37 |
| 06/09/22 | 3,521 | $120.19 |
| 01/09/23 | 13,095 | $126.03 |

Nike, Inc.