# Exhibit C

**C+F Global - LIFO Loss**
**Nike, Inc.**
Class Period: 03/19/2021 to 06/27/2024
Lookback Price: $74.6043 (06/28/24 - 08/19/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 1,500 | | | | | | | |
| | | | | | Sale | 04/30/21 | 100 | $133.28 | $13,327.50 |
| | | | | | Applied to Pre-Class Period Holdings: | | 100 | | $13,327.50 |
| Purchase | 06/01/21 | 100 | $135.23 | $13,523.00 | Sale | 08/25/21 | 100 | $170.00 | $17,000.00 |
| Purchase | 07/08/21 | 300 | $159.20 | $47,760.00 | | | | | |
| Purchase | 03/18/22 | 200 | $129.72 | $25,943.39 | Retained | | 500 | $74.60 | $37,302.15 |
| | | **600** | | **$87,226.39** | | | **600** | | **$54,302.15** |
| | | | | | | **LIFO Gain / (Loss)** | | | **($32,924.24)** |

**C+F Global Route - LIFO Loss**
**Nike, Inc.**
Class Period: 03/19/2021 to 06/27/2024
Lookback Price: $74.6043 (06/28/24 - 08/19/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 400 | | | | | | | |
| | | | | | Sale | 03/31/23 | 300 | $122.64 | $36,792.00 |
| | | | | | Applied to Pre-Class Period Holdings: | | 300 | | $36,792.00 |
| Purchase | 06/01/21 | 100 | $135.23 | $13,523.00 | Sale | 03/31/23 | 200 | $122.64 | $24,528.00 |
| Purchase | 07/08/21 | 100 | $159.16 | $15,915.50 | | | | | |
| Purchase | 02/23/24 | 200 | $105.26 | $21,052.00 | | | | | |
| Purchase | 03/14/24 | 210 | $100.99 | $21,207.90 | | | | | |
| Purchase | 03/15/24 | 211 | $99.99 | $21,097.89 | | | | | |
| Purchase | 03/20/24 | 50 | $99.45 | $4,972.50 | | | | | |
| Purchase | 05/21/24 | 109 | $91.57 | $9,981.13 | Retained | | 780 | $74.60 | $58,191.36 |
| | | **980** | | **$107,749.92** | | | **980** | | **$82,719.36** |
| | | | | | | | **LIFO Gain / (Loss)** | | **($25,030.56)** |

**C+F Very Low - LIFO Loss**
**Nike, Inc.**
Class Period: 03/19/2021 to 06/27/2024
Lookback Price: $74.6043 (06/28/24 - 08/19/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | Applied to Pre-Class Period Holdings: | | 0 | | $0.00 |
| Purchase | 06/02/21 | 83 | $135.19 | $11,220.77 | Sale | 03/23/22 | 233 | $132.41 | $30,851.53 |
| Purchase | 06/03/21 | 157 | $134.17 | $21,064.69 | Sale | 08/16/22 | 759 | $115.94 | $87,998.46 |
| Purchase | 06/08/21 | 47 | $133.95 | $6,295.65 | Sale | 04/17/23 | 96 | $125.73 | $12,070.08 |
| Purchase | 06/10/21 | 1,293 | $130.98 | $169,357.14 | Sale | 04/17/23 | 163 | $125.74 | $20,495.62 |
| Purchase | 06/24/21 | 839 | $133.60 | $112,090.40 | Sale | 12/13/23 | 406 | $119.79 | $48,635.67 |
| Purchase | 07/23/21 | 1,000 | $166.36 | $166,360.00 | | | | | |
| Purchase | 07/27/21 | 181 | $164.72 | $29,814.32 | | | | | |
| Purchase | 10/11/21 | 360 | $151.99 | $54,716.40 | | | | | |
| Purchase | 11/30/21 | 140 | $168.01 | $23,521.40 | | | | | |
| Purchase | 12/21/21 | 168 | $168.50 | $28,308.00 | | | | | |
| Purchase | 12/21/21 | 10 | $168.55 | $1,685.50 | | | | | |
| Purchase | 12/21/21 | 56 | $168.56 | $9,439.36 | | | | | |
| Purchase | 02/24/22 | 158 | $133.64 | $21,115.12 | | | | | |
| Purchase | 12/21/23 | 93 | $122.05 | $11,350.41 | | | | | |
| Purchase | 01/03/24 | 124 | $104.31 | $12,934.06 | | | | | |
| Purchase | 01/26/24 | 211 | $102.70 | $21,669.39 | | | | | |
| Purchase | 05/06/24 | 237 | $92.96 | $22,032.68 | | | | | |
| Purchase | 05/07/24 | 234 | $93.92 | $21,976.20 | | | | | |
| Purchase | 05/31/24 | 354 | $93.69 | $33,165.76 | Retained | | 4,088 | $74.60 | $304,982.40 |
| | | **5,745** | | **$778,117.25** | | | **5,745** | | **$505,033.76** |
| | | | | | | | **LIFO Gain / (Loss)** | | **($273,083.49)** |

**C+F World Equities -LIFO Loss**
**Nike, Inc.**
Class Period: 03/19/2021 to 06/27/2024
Lookback Price: $74.6043 (06/28/24 - 08/19/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 75,195 | | | | | | | |
| | | | | | Applied to Pre-Class Period Holdings: | | 0 | | $0.00 |
| Purchase | 03/29/21 | 5,341 | $131.18 | $700,605.68 | Sale | 09/03/21 | 2,288 | $163.77 | $374,714.00 |
| Purchase | 04/20/21 | 4,693 | $127.64 | $599,009.36 | Sale | 03/09/22 | 3,164 | $128.78 | $407,457.71 |
| Purchase | 05/11/21 | 4,564 | $136.14 | $621,350.26 | Sale | 06/17/22 | 25,906 | $106.58 | $2,760,975.99 |
| Purchase | 06/01/21 | 14,858 | $135.43 | $2,012,208.54 | Sale | 04/13/23 | 2,201 | $124.83 | $274,743.79 |
| Purchase | 06/04/21 | 5,000 | $132.82 | $664,118.50 | | | | | |
| Purchase | 06/30/21 | 2,202 | $153.95 | $338,998.56 | | | | | |
| Purchase | 07/08/21 | 21,464 | $159.47 | $3,422,767.49 | | | | | |
| Purchase | 07/12/21 | 4,303 | $161.85 | $696,449.59 | | | | | |
| Purchase | 07/15/21 | 2,154 | $161.50 | $347,880.48 | | | | | |
| Purchase | 07/20/21 | 2,154 | $158.82 | $342,093.33 | | | | | |
| Purchase | 08/02/21 | 2,092 | $169.17 | $353,908.87 | | | | | |
| Purchase | 08/17/21 | 3,147 | $170.12 | $535,375.19 | | | | | |
| Purchase | 08/27/21 | 2,185 | $166.84 | $364,543.00 | | | | | |
| Purchase | 09/28/21 | 2,538 | $146.29 | $371,283.26 | | | | | |
| Purchase | 10/14/21 | 4,691 | $156.88 | $735,934.87 | | | | | |
| Purchase | 11/09/21 | 2,323 | $172.33 | $400,324.68 | | | | | |
| Purchase | 11/16/21 | 4,648 | $173.73 | $807,501.69 | | | | | |
| Purchase | 11/30/21 | 9,325 | $168.90 | $1,574,992.50 | | | | | |
| Purchase | 02/01/22 | 7,532 | $148.14 | $1,115,767.88 | | | | | |
| Purchase | 03/15/22 | 6,134 | $118.03 | $723,973.32 | | | | | |
| Purchase | 03/18/22 | 1,968 | $129.93 | $255,700.86 | | | | | |
| Purchase | 04/07/22 | 4,628 | $127.31 | $589,196.70 | | | | | |
| Purchase | 04/12/22 | 2,760 | $127.67 | $352,369.20 | | | | | |
| Purchase | 12/07/22 | 4,463 | $108.84 | $485,753.37 | | | | | |
| Purchase | 05/30/23 | 2,016 | $107.42 | $216,565.37 | | | | | |
| Purchase | 06/22/23 | 2,397 | $110.68 | $265,310.51 | | | | | |
| Purchase | 07/31/23 | 679 | $110.26 | $74,866.95 | | | | | |
| Purchase | 08/01/23 | 5,518 | $109.72 | $605,409.03 | | | | | |
| Purchase | 10/04/23 | 8,826 | $95.70 | $844,633.75 | | | | | |
| Purchase | 12/21/23 | 5,641 | $122.05 | $688,469.38 | | | | | |
| Purchase | 01/03/24 | 1,324 | $104.31 | $138,102.34 | | | | | |
| Purchase | 01/16/24 | 7,576 | $103.05 | $780,737.10 | | | | | |
| Purchase | 01/22/24 | 4,535 | $100.75 | $456,907.15 | | | | | |
| Purchase | 01/26/24 | 14,051 | $102.70 | $1,443,017.13 | | | | | |
| Purchase | 02/02/24 | 10,424 | $100.05 | $1,042,917.03 | | | | | |
| Purchase | 03/15/24 | 4,503 | $99.60 | $448,512.76 | | | | | |
| Purchase | 04/11/24 | 4,984 | $91.27 | $454,905.13 | | | | | |
| Purchase | 04/30/24 | 6,175 | $93.28 | $576,002.77 | | | | | |
| Purchase | 05/06/24 | 17,364 | $92.96 | $1,614,242.52 | | | | | |
| Purchase | 05/07/24 | 17,231 | $93.92 | $1,618,256.26 | | | | | |
| Purchase | 05/28/24 | 5,614 | $92.09 | $516,997.75 | | | | | |
| Purchase | 06/12/24 | 6,718 | $94.99 | $638,127.37 | Retained | | 217,184 | $74.60 | $16,202,861.50 |
| | | **250,743** | | **$30,836,087.45** | | | **250,743** | | **$20,020,752.98** |
| | | | | | | | **LIFO Gain / (Loss)** | | **($10,815,334.48)** |

**Universal Invest Dynamic - LIFO Loss**
**Nike, Inc.**
Class Period: 03/19/2021 to 06/27/2024
Lookback Price: $74.6043 (06/28/24 - 08/19/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 195,082 | | | | | | | |
| | | | | | Sale | 01/09/23 | 10,806 | $126.03 | $1,361,865.05 |
| | | | | | Applied to Pre-Class Period Holdings: | | 10,806 | | $1,361,865.05 |
| Purchase | 04/15/21 | 7,098 | $133.70 | $949,031 | Sale | 09/03/21 | 6,367 | $163.77 | $1,042,746.51 |
| Purchase | 05/17/21 | 7,089 | $136.03 | $964,305 | Sale | 11/30/21 | 9,325 | $168.90 | $1,574,992.50 |
| Purchase | 06/01/21 | 26,123 | $135.43 | $3,537,819.60 | Sale | 03/09/22 | 3,577 | $128.78 | $460,643.56 |
| Purchase | 07/08/21 | 40,597 | $159.47 | $6,473,820.90 | Sale | 05/13/22 | 4,102 | $111.72 | $458,261.90 |
| Purchase | 07/15/21 | 6,245 | $161.50 | $1,008,594.98 | Sale | 05/20/22 | 20,530 | $108.60 | $2,229,654.49 |
| Purchase | 08/17/21 | 5,990 | $170.12 | $1,019,033.18 | Sale | 05/23/22 | 7,233 | $106.85 | $772,856.18 |
| Purchase | 11/05/21 | 1,261 | $178.67 | $225,302.87 | Sale | 05/25/22 | 8,820 | $107.48 | $947,946.26 |
| Purchase | 12/14/21 | 6,071 | $164.83 | $1,000,661.68 | Sale | 06/02/22 | 18,998 | $120.66 | $2,292,275.88 |
| Purchase | 06/14/22 | 1,697 | $110.44 | $187,416.68 | Sale | 06/09/22 | 3,769 | $120.19 | $453,013.07 |
| Purchase | 05/03/23 | 3,724 | $125.90 | $468,848.25 | Sale | 06/13/22 | 2,886 | $109.48 | $315,956.11 |
| Purchase | 12/21/23 | 5,643 | $122.05 | $688,713.48 | Sale | 06/14/22 | 2,507 | $111.16 | $278,672.60 |
| Purchase | 01/03/24 | 6,056 | $104.31 | $631,682.59 | Sale | 06/22/22 | 3,005 | $106.02 | $318,588.90 |
| Purchase | 01/22/24 | 8,172 | $100.75 | $823,339.62 | Sale | 01/09/23 | 11,052 | $126.03 | $1,392,868.09 |
| Purchase | 01/26/24 | 13,611 | $102.70 | $1,397,829.77 | | | | | |
| Purchase | 02/22/24 | 5,945 | $104.66 | $622,211.43 | | | | | |
| Purchase | 05/06/24 | 15,788 | $92.96 | $1,467,729.84 | | | | | |
| Purchase | 05/07/24 | 15,624 | $93.92 | $1,467,334.21 | | | | | |
| Purchase | 05/28/24 | 3,662 | $92.09 | $337,236.51 | | | | | |
| Purchase | 06/12/24 | 3,859 | $94.99 | $366,557.53 | Retained | | 82,084 | $74.60 | $6,123,819.82 |
| | | **184,255** | | **$23,637,468.74** | | | **184,255** | | **$18,662,295.86** |
| | | | | | | | **LIFO Gain / (Loss)** | | **($4,975,172.88)** |

**Universal Invest High - LIFO Loss**
**Nike, Inc.**
Class Period: 03/19/2021 to 06/27/2024
Lookback Price: $74.6043 (06/28/24 - 08/19/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 116,597 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Applied to Pre-Class Period Holdings: | | 0 | | $0.00 |
| Purchase | 04/16/21 | 3,520 | $134.11 | $472,078.11 | Sale | 05/12/21 | 10,418 | $135.03 | $1,406,746.71 |
| Purchase | 05/10/21 | 17,545 | $137.94 | $2,420,116.95 | Sale | 09/03/21 | 3,163 | $163.77 | $518,015.90 |
| Purchase | 06/01/21 | 13,599 | $135.43 | $1,841,703.05 | Sale | 03/09/22 | 3,615 | $128.78 | $465,537.17 |
| Purchase | 06/29/21 | 3,172 | $155.81 | $494,218.85 | Sale | 05/20/22 | 12,894 | $108.60 | $1,400,349.00 |
| Purchase | 07/08/21 | 24,734 | $159.47 | $3,944,219.68 | Sale | 05/25/22 | 5,591 | $107.48 | $600,903.35 |
| Purchase | 07/15/21 | 3,095 | $161.50 | $499,856.12 | Sale | 06/02/22 | 11,977 | $120.66 | $1,445,130.45 |
| Purchase | 08/17/21 | 3,713 | $170.12 | $631,664.47 | Sale | 06/08/22 | 4,453 | $122.29 | $544,559.60 |
| Purchase | 11/16/21 | 2,992 | $173.73 | $519,803.15 | Sale | 06/09/22 | 1,985 | $120.19 | $238,586.08 |
| Purchase | 03/17/22 | 4,636 | $124.74 | $578,310.40 | Sale | 06/14/22 | 3,935 | $111.16 | $437,405.94 |
| Purchase | 02/13/23 | 3,253 | $124.33 | $404,458.18 | Sale | 01/09/23 | 12,057 | $126.03 | $1,519,526.83 |
| Purchase | 04/18/23 | 6,359 | $125.58 | $798,585.48 | | | | | |
| Purchase | 09/12/23 | 3,807 | $96.40 | $366,999.37 | | | | | |
| Purchase | 10/16/23 | 4,699 | $102.07 | $479,620.82 | | | | | |
| Purchase | 12/21/23 | 4,166 | $122.05 | $508,449.47 | | | | | |
| Purchase | 01/03/24 | 3,645 | $104.31 | $380,198.65 | | | | | |
| Purchase | 01/22/24 | 6,060 | $100.75 | $610,552.88 | | | | | |
| Purchase | 01/26/24 | 10,118 | $102.70 | $1,039,103.79 | | | | | |
| Purchase | 04/15/24 | 3,579 | $93.21 | $333,582.48 | | | | | |
| Purchase | 05/06/24 | 11,862 | $92.96 | $1,102,749.64 | | | | | |
| Purchase | 05/07/24 | 11,753 | $93.92 | $1,103,787.70 | | | | | |
| Purchase | 05/31/24 | 3,475 | $93.69 | $325,567.89 | | | | | |
| Purchase | 06/10/24 | 7,457 | $95.97 | $715,654.26 | Retained | | 87,151 | $74.60 | $6,501,839.83 |
| | | **157,239** | | **$19,571,281.37** | | | **157,239** | | **$15,078,600.86** |
| | | | | | | | **LIFO Gain / (Loss)** | | **($4,492,680.52)** |

**Universal Invest Medium - LIFO Loss**
**Nike, Inc.**
Class Period: 03/19/2021 to 06/27/2024
Lookback Price: $74.6043 (06/28/24 - 08/19/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 163,766 | | | | | | | |
| | | | | | Sale | 05/31/22 | 2,522 | $117.23 | $295,655.57 |
| | | | | | Sale | 06/02/22 | 11,409 | $120.66 | $1,376,596.25 |
| | | | | | Sale | 06/03/22 | 7,059 | $121.37 | $856,776.24 |
| | | | | | Sale | 06/09/22 | 3,521 | $120.19 | $423,204.83 |
| | | | | | Sale | 01/09/23 | 13,095 | $126.03 | $1,650,344.52 |
| | | | | | Applied to Pre-Class Period Holdings: | | 37,606 | | $4,602,577.42 |
| | | | | | Sale | 09/03/21 | 6,370 | $163.77 | $1,043,237.83 |
| | | | | | Sale | 01/04/22 | 6,218 | $165.41 | $1,028,508.19 |
| | | | | | Sale | 03/09/22 | 3,509 | $128.78 | $451,886.56 |
| | | | | | Sale | 03/23/22 | 3,662 | $134.18 | $491,363.50 |
| | | | | | Sale | 03/24/22 | 2,472 | $131.85 | $325,927.02 |
| | | | | | Sale | 05/02/22 | 3,466 | $124.99 | $433,229.20 |
| | | | | | Sale | 05/03/22 | 3,560 | $120.85 | $430,231.70 |
| | | | | | Sale | 05/06/22 | 7,600 | $111.93 | $850,691.56 |
| | | | | | Sale | 05/10/22 | 7,471 | $108.68 | $811,941.56 |
| | | | | | Sale | 05/20/22 | 15,627 | $108.60 | $1,697,165.65 |
| Purchase | 06/01/21 | 24,298 | $135.43 | $3,290,661.13 | Sale | 05/25/22 | 4,779 | $107.48 | $513,632.11 |
| Purchase | 07/08/21 | 31,550 | $159.47 | $5,031,136.53 | Sale | 05/31/22 | 180 | $117.23 | $21,101.51 |
| Purchase | 10/14/21 | 6,387 | $156.88 | $1,002,007.25 | | | | | |
| Purchase | 03/15/22 | 2,679 | $118.03 | $316,192.46 | | | | | |
| Purchase | 12/21/23 | 3,797 | $122.05 | $463,413.98 | | | | | |
| Purchase | 01/03/24 | 5,298 | $104.31 | $552,617.96 | | | | | |
| Purchase | 01/22/24 | 5,484 | $100.75 | $552,520.13 | | | | | |
| Purchase | 01/26/24 | 9,116 | $102.70 | $936,199.85 | | | | | |
| Purchase | 05/06/24 | 10,243 | $92.96 | $952,239.47 | | | | | |
| Purchase | 05/07/24 | 10,121 | $93.92 | $950,517.76 | Retained | | 44,059 | $74.6043 | $3,286,991.10 |
| | | **108,973** | | **$14,047,506.52** | | | **108,973** | | **$11,385,907.48** |
| | | | | | | | **LIFO Gain / (Loss)** | | **($2,661,599.04)** |