# Exhibit F



Justice in all its

# DIMENSIONS



## Overview

DiCello Levitt is focused on achieving justice for its clients. The firm's attorneys are respected for their ability to win cases and working tirelessly for human beings who deserve the firm's best, whether they be victims in major injury cases, decision-makers for public clients tasked with finding the best lawyers for their communities, or leaders of national and global corporations harmed by misconduct in significant commercial matters. Every day, DiCello Levitt puts its reputation—and its capital—on the line for its clients.

DiCello Levitt has achieved top recognition as *ALM* and *The National Law Journal's* 2023 **Plaintiffs Firm of the Year** and 2023 **Trial Innovation Firm of the Year**, in addition to its high-ranking *Chambers USA* and *Benchmark Litigation* ratings. The firm's individual practice areas have also received distinguished accolades, including being named *Law360's* **Cybersecurity Practice Group of the Year** for three years in a row and *The National Law Journal's* 2023 **Environmental Protection Law Firm of the Year**.

## Practice Areas

- Agriculture and Biotechnology
- Antitrust and Competition Litigation
- Civil and Human Rights Litigation
- Class Action Litigation
- Commercial Litigation
- Environmental Litigation
- Labor and Employment Litigation
- Mass Tort Litigation
- Personal Injury
- Privacy, Technology, and Cybersecurity
- Product Liability
- Public Client
- Securities and Financial Products Litigation
- Whistleblower Representation

## Landmark Moments

**The Largest Consumer Data Breach Settlement in History**
DiCello Levitt Partner Amy Keller became the youngest woman ever appointed to lead a nationwide multidistrict litigation in the massive Equifax data breach, which exposed the sensitive personal information of nearly 150 million consumers. Notably, the settlement included a cash fund of up to $505 million, a commitment from Equifax to invest $1 billion in security changes, and a guarantee that Equifax would cover credit monitoring for every single class member.
*In re Equifax Inc. Customer Data Security Breach Litigation*, MDL No. 2800 (N.D. Ga.)

**One of the Most Significant Civil Rights Verdicts in History**
DiCello Levitt Partners Robert F. "Bobby" DiCello, Mark DiCello, and Justin Hawal achieved one of the most significant civil rights verdicts in history when a jury awarded Arnold Black $50 million in a case against the City of East Cleveland—a verdict that has been affirmed by all state and federal courts. Arnold was the victim of brazen police misconduct where, after a routine traffic stop, officers detained, beat, and falsely imprisoned him in a storage locker for four days with no food or bathroom facilities.
*Black v. Hicks*, No. CV-14-826010 (Ohio C.P., Cuyahoga County.)

**Pioneering Multidistrict Litigation Leadership**
DiCello Levitt Partner Diandra "Fu" Debrosse made U.S. legal history by being the first Black woman ever appointed co-lead of a multidistrict litigation. More impressively, she shattered that glass ceiling twice in less than a year. On May 27, 2022, Fu was appointed Plaintiffs' Co-Lead Counsel in a products liability case against two of the world's largest manufacturers of infant formula, Abbott Laboratories and Mead Johnson. The case stems from allegations by parents of premature infants who developed the deadly neonatal condition, necrotizing enterocolitis (NEC), after being fed the defendants' infant formula. Then, on March 2, 2023, Fu was appointed Plaintiffs' Co-Lead Counsel in the multidistrict litigation against L'Oréal, Revlon, and other manufacturers of hair-straightening products marketed primarily to Black and Brown consumers after thousands of women nationwide contracted uterine, ovarian, and endometrial cancer from using these products. This litigation prompted the U.S. Food and Drug Administration to plan regulatory rulemaking for early 2024 to ban chemical hair straighteners and relaxers.
*In re Abbott Laboratories, et al., Preterm Infant Nutrition Products Product Liability Litigation* MDL No. 3026 (N.D. Ill.); *In re Hair Relaxer Marketing Sales Practices and Products Liability Litigation*, MDL No. 3060 (N.D. Ill.)

**Class Action Jury Trial $102 Million Verdict**
DiCello Levitt achieved this jury verdict for a class of consumers who suffered an excessive oil consumption defect in their General Motors SUVs and light trucks. After weeks of trial but less than one full day of jury deliberation, the jury awarded 100% of the damages the class suffered. Trial preparation included conducting months of in-house focus grouping in Northern California.
*Siqueiros, et al. v. General Motors LLC*, No. 16-cv-07244 (N.D. Cal)

**The Most Significant Environmental Litigation of Our Time**
DiCello Levitt's environmental litigation team is counsel for several states investigating and litigating claims of widespread pollution from a group of contaminants known as PFAS (per- and poly-fluoroalkyl substances). This group of ubiquitous and harmful contaminants has been used in countless applications, including well-known consumer goods such as Teflon and Scotchgard, thousands of industrial products, and certain firefighting foams (AFFF). DiCello Levitt's litigation is aimed at compelling some of the largest chemical companies in the world to provide the financial resources necessary for the firm's state clients to end the contamination caused by PFAS and AFFF and meaningfully protect public health, natural resources, and the environment.

**Addressing One of the Largest Maritime Disasters in U.S. History**

DiCello Levitt has been retained by the City of Baltimore to launch legal action to address the catastrophic impact of the Francis Scott Key Bridge collapse, one of the largest maritime disasters in U.S. history, with damages estimated at more than $1 billion. Through this engagement, the City will take decisive action to hold accountable all entities responsible for the Key Bridge tragedy—including the owner, charterer, manager/operator, and manufacturer of the MV Dali, as well as any other potentially liable third parties—and to mitigate the immediate and long-term harm caused to Baltimore residents by the disaster.

## The DiCello Levitt Trial Center

At the DiCello Levitt Trial Center, the firm's elite trial lawyers combine extensive litigation experience with a science-based, multidisciplinary approach to understand, engage, and connect with jurors. By applying its proprietary system to understand jurors' decision-making processes, the Trial Center crafts the winning story.

The Trial Center leads high-stakes trials for DiCello Levitt's clients, wielding advanced strategies to gain an edge over adversaries who cling to traditional trial methods. The center also trains DiCello Levitt's lawyers to continuously improve their litigation strategies, trial preparation, and courtroom presentations.

**Shaping the Future of Trial Science**

The DiCello Levitt Trial Center serves as a training solution for the firm's attorneys to sharpen their skills as they engage in significant and consequential litigation; as a research base for focus groups, mock trials, mediation, and arbitration; and as a platform for litigators to test their case with a science-informed method of trial preparation.

The Trial Center capitalizes on the latest research findings in linguistics, literacy, information processing, and cognitive neuroscience to interpret focus group feedback and craft compelling stories for trial. DiCello Levitt's trial lawyers have led thousands of focus groups in the past decade, including comprehensive studies exploring myriad issues that influence jurors.

**Trial First**

The insights and strategy that DiCello Levitt has developed through the Trial Center have materially enhanced the firm's productivity and effectiveness. The firm's attorneys credit multiple landmark trial outcomes in recent years—including a $102.6 million jury verdict in a class action trial against General Motors—to the Trial Center's research and testing of hundreds of mock jurors in those cases.

**Powered by Nationally Recognized Trial Lawyers**

The Trial Center is helmed by Trial Team Leader Bobby DiCello and Trial Center Coordinator Ken Abbarno, who collaborate with other talented trial lawyers at DiCello Levitt. The Trial

Center's attorneys are among the nation's most sought-after trial lawyers because of their knowledge and experience with the decision-making behavior of contemporary jurors and the art of trial messaging.

DiCello Levitt has received repeated accolades for the Trial Center's innovative accomplishments and contributions to the advancement of trial science, including from *The National Law Journal* and the *New York Law Journal*.

## DiCello Levitt has won more than **$20 billion** for clients.

## Leading in Diversity

DiCello Levitt believes in embedding diversity, equity, and inclusion into the firm's culture. The firm empowers attorneys from diverse backgrounds to reach their full potential while promoting a sense of belonging. Authenticity in the workplace gives DiCello Levitt a real competitive advantage.

The firm proudly includes a diverse group of women attorneys, minority associates and partners, and LGBTQIA+ attorneys and staff. Senior attorneys train and mentor younger talent from minority backgrounds in a conscious effort to build the next generation of diverse leaders.

DiCello Levitt's Diversity, Equity & Inclusion (DEI) Committee is dedicated to creating a workplace that prioritizes hiring, retention, and promotion of diverse talent. Driving societal change by fostering an inclusive workplace engenders leadership opportunities internally at the firm and externally in litigation management.

Diandra "Fu" Debrosse, managing partner of DiCello Levitt's Birmingham office, made legal history with her appointment as the first Black woman on the plaintiffs' side to co-lead two multidistrict litigations. Fu is also a co-founder and president of the advocacy group Shades of Mass, which promotes the appointment of Black and Brown attorneys to leadership roles in mass tort and class action lawsuits. DiCello Levitt proudly supports the group.

Greg Asciolla, managing partner of the firm's New York office, is a leader for the LGBTQIA+ community in the legal profession, serving as vice chair of the American Bar Association Antitrust Law Section's Diversity Advanced Committee. In addition to co-chairing the firm's DEI Committee, Greg was selected to *Crain's New York Business*' 2023 list of Notable

LGBTQIA+ Leaders and appointed to *Law360*'s 2023 Diversity & Inclusion Editorial Advisory Board.

Other notable attorneys in the firm exemplify DiCello Levitt's commitment through their active involvement in various advocacy groups and committees. Partner David Straite serves on the LGBTQ Rights Committee of the New York City Bar Association. In 2023, David Straite, Amy Keller, Greg Asciolla, Eli Hare, and Grant Patterson represented five LGBTQ+ students as pro bono amicus curiae to the U.S. Court of Appeals for the Ninth Circuit in a case addressing whether private religious universities may discriminate against LGBTQ+ student organizations. Their dedication, both within and outside the firm, underscores DiCello Levitt's belief that authentic DEI efforts strengthen the professional community and propel us toward a future where diversity is not just celebrated but integral to the pursuit of justice.

# DL Cares

In 2021, DiCello Levitt launched DL Cares, a charitable foundation dedicated to providing increased access to justice in the United States and around the world. DL Cares partners with nonprofits focused on increasing the availability of legal services to underserved communities through meaningful financial contributions and educational efforts.

DL Cares' first partner is Justice Defenders, a nonprofit organization that provides legal education programs to prisoners in Kenya and Uganda to create greater access to justice in their communities. DL Cares pledged a substantial, multiyear commitment to facilitate and enhance Justice Defenders' vital efforts.

# Practice Areas

## Agriculture and Biotechnology Litigation

Leveraging its deep knowledge of agricultural biotechnology and complex litigation, DiCello Levitt has built an impressive track record of successfully representing plaintiffs in nationwide commercial and class action lawsuits against large corporate conglomerates. The firm has led several of the largest biotechnology class actions in U.S. history, recovering billions of dollars in compensation for damage inflicted and to cover the effects of future damage. While securing landmark settlements on behalf of its clients, DiCello Levitt has pioneered legal strategies in the agriculture and biotechnology space, including a game-changing model to measure crop contamination damages, that has since become the modern industry standard.

**Representative Matters**

*In re Genetically Modified Rice Litigation*
DiCello Levitt attorneys achieved aggregate settlements exceeding $1.1 billion for all U.S. long-grain rice farmers as Co-Lead Counsel in the biotechnology multidistrict litigation against Bayer Crop Science for its contamination of the U.S. rice supply with unapproved, genetically modified rice seed traits.

*In re StarLink Corn Products Liability Litigation*
DiCello Levitt attorneys obtained a record $110 million nationwide settlement for all U.S. corn farmers as Co-Lead Counsel in the biotechnology multidistrict litigation against Aventis CropScience and Garst Seed Company for their contamination of the U.S. corn supply with genetically modified seed traits. The plaintiffs' leadership team devised an innovative damages model that is now used in every crop contamination case.

*In re Imprelis Herbicide Marketing, Sales Practices, and Products Liability Litigation*
DiCello Levitt attorneys reached a nearly $600 million settlement for homeowners, golf course operators, and other property owners as Co-Lead Counsel in this nationwide class action lawsuit against DuPont, alleging its turf herbicide, Imprelis, killed millions of trees and other nontargeted vegetation and that DuPont knew or should have known its dangers.

## Antitrust and Competition Litigation

DiCello Levitt's Antitrust and Competition Litigation Practice Group continuously leads the most significant private antitrust litigations in the country and has done so over the last several decades. DiCello Levitt's antitrust attorneys are nationally recognized for successes in challenging global anticompetitive conduct with their singular focus on getting businesses and consumers economic justice by righting the anticompetitive wrongs in the marketplace. The practice's sophisticated client base includes small businesses, large corporations, public pension funds, health and welfare funds, municipalities and related quasi-government agencies, and individual consumers. DiCello Levitt's antitrust lawyers pursue class, competitor, and individual (opt-out) claims involving all types of anticompetitive conduct, including price-fixing and market allocation conspiracies among competitors and monopolization of markets by industry giants.

DiCello Levitt's Antitrust and Competition Litigation Practice Group has repeatedly garnered national and international recognition, including Band 1 top honors from *Chambers USA*.

**Representative Matters**

*Fusion Elite All Stars v. Varsity Brands LLC*
DiCello Levitt served as Co-Lead Counsel and obtained a $43.5 settlement with Varsity Brands, other Varsity entities, and the U.S. All Star Federation (USASF) to resolve an antitrust class action over Varsity's monopolization of the All Star Cheer events market. In addition to

the cash payments, Varsity consented to significant relief aimed at curbing and unwinding its anticompetitive behavior.

### *In re European Government Bonds Antitrust Litigation*

DiCello Levitt serves as Co-Lead Counsel, alleging several global financial institutions manipulated the price of European government bonds issued by sovereign European governments. To date, DiCello Levitt has achieved settlements with multiple defendants—including JP Morgan, Natixis, UniCredit, and State Street—securing $40 million and significant cooperation with the class while DiCello Levitt continues to litigate against the remaining defendants.

### *In re Novartis and Par Antitrust Litigation*

DiCello Levitt served as Lead Counsel for end-payors and secured a $30 million settlement alleging that a brand and generic drug manufacturer entered into an anticompetitive pay-for-delay agreement for the antihypertensive drug Exforge.

### *In re Opana ER Antitrust Litigation*

DiCello Levitt served as Co-Lead Counsel for end-payors and secured a $15 million settlement midtrial, alleging that certain brand and generic drug manufacturers entered into an anticompetitive pay-for-delay agreement for the pain reliever Opana ER.

## Civil and Human Rights Litigation

DiCello Levitt is recognized nationally as a leader in the field of civil and human rights litigation. The Civil and Human Rights Litigation Practice Group represents people who have suffered racial, gender, and religious discrimination, police misconduct and brutality, sexual harassment and assault, human trafficking, and other violations of individuals' civil rights. DiCello Levitt's visionary advocates have litigated—and won—some of the most significant civil rights cases in modern history, including the landmark trial in *Black v. Hicks*, a case of shocking police brutality and corruption that resulted in one of the largest civil rights verdicts for a single person in American history. The firm's civil rights attorneys are dedicated to achieving justice for those whose rights have been violated, and they have the experience and expertise to take on the powerful individuals, corporations, and governmental institutions who violate those rights.

In recognition of the firm's outstanding work in high-stakes civil rights litigation, DiCello Levitt was named a finalist in *The National Law Journal*'s 2023 Elite Trial Lawyers Awards in the civil rights category, and several of the firm's attorneys were awarded Public Justice's prestigious Trial Lawyer of the Year award in 2021 for their successful prosecution and trial in the *Black v. Hicks* case.

**Representative Matters**

### *Jane Does 1-57 v. Peter Nygard*

DiCello Levitt represents victims of the largest individual international sex trafficking lawsuit in U.S. history, which alleges that Peter Nygard, the Nygard Companies, and his employees committed a decades-long conspiracy to rape, sexually assault, and traffic hundreds of women and girls. Due in large part to the efforts of DiCello Levitt, Peter Nygard has since been convicted in a criminal court of multiple sex crimes.

### *Marquetta Williams v. City of Canton, et al.*

DiCello Levitt represents James Williams in a civil suit against the City of Canton, Ohio, after one of its police officers shot and killed Williams, a 46-year-old Black man, through a wooden fence without warning. The lawsuit claims the city failed to properly train its officers and has an unwritten policy of "shoot first and ask questions later."

### *Rolle, et al. v. City of Orlando, et al.*

DiCello Levitt represents the family of Kaia Rolle, who, at just six years old, was arrested and restrained by police after administrators at her elementary school reported her to authorities. In addition to seeking damages for this traumatizing event, the family is seeking to change Florida's laws so that children of Kaia's age and older will no longer have to suffer similar trauma.

### *Jada Walker, et al. v. City of Akron*

DiCello Levitt successfully represented the family of Jayland Walker in a lawsuit alleging excessive force and unconstitutional police practices against the City of Akron, Ohio, and the eight police officers who brutally shot and killed the unarmed 25-year-old in a hail of more than 90 bullets.

## Class Action Litigation

DiCello Levitt's Class Action Litigation Practice Group leads some of the largest class actions in the U.S. and consistently delivers innovative and meaningful results for class members. The practice group has recovered billions of dollars in damages for injured class members and clients harmed by corporate entities and executives from many of the world's most powerful corporations in a wide range of industries, including automotive manufacturers, technology companies, financial institutions, and pharmaceutical corporations.

DiCello Levitt's attorneys have decades of experience in class actions involving product liability, antitrust, securities and financial services, environmental law, biotechnology, privacy and cybersecurity, and public clients. They have achieved landmark recoveries for classes harmed by defective products, unfair competition, faulty pharmaceuticals and medical devices, data and security breaches, and other instances of corporate misconduct. The firm's attorneys are frequently named lead or co-lead counsel in large, consequential

multidistrict litigations, and they have repeatedly triumphed at the appellate level, including in high-profile appeals that have created new laws and are often cited as precedent.

DiCello Levitt has been honored by the leading industry rankings organizations for its success in class action litigation. In 2021, *Benchmark Litigation* named DiCello Levitt a top plaintiffs' firm nationwide—one of only 12 firms to be recognized—and the firm has received the top honor every year since. *Chambers USA* has repeatedly ranked the firm among the leading plaintiffs' litigation firms nationwide and for its outstanding work in antitrust litigation, and *The Legal 500* has ranked DiCello Levitt for its achievements in product liability, mass tort, and class action litigation.

**Representative Matters**

***In re Fairlife Milk Products Marketing and Sales Practices Litigation***
DiCello Levitt secured a $21 million settlement in a consumer case against Coca-Cola, Fairlife, and other defendants associated with the Fairlife milk brand for deceptive labeling and marketing of certain dairy products produced using milk from cows that were allegedly treated inhumanely. The settlement—one the highest animal welfare labeling practices settlements ever—also creates an accountability program to ensure that the defendants treat their dairy cows humanely moving forward.

***Alaska Electrical Pension Fund v. Bank of America Corp.***
DiCello Levitt attorneys served as Class Counsel and secured $504.5 million in settlements from major dealer banks to resolve claims alleging a conspiracy to manipulate ISDAFIX, a key benchmark for valuing various interest rate derivatives.

**NCUA Residential Mortgage-Backed Securities Actions**
DiCello Levitt attorneys served as Lead Counsel in more than a dozen high-profile securities actions that the National Credit Union Administration (NCUA) brought against international investment banks for alleged misrepresentations made to investors in connection with subprime-backed residential mortgage securities. Those actions were resolved through settlements totaling more than $4.5 billion.

***In re Navistar MaxxForce Litigation***
DiCello Levitt secured a $135 million settlement—a landmark result in the trucking industry—as Co-Lead Counsel for a class of truck owners and lessees in this multidistrict class action lawsuit alleging that Navistar's model year 2011–2014 vehicles were equipped with defective MaxxForce diesel engines.

## Commercial Litigation

DiCello Levitt's Commercial Litigation Practice Group has won billions of dollars in verdicts and settlements for clients in commercial disputes. With a focus on bet-the-company and high-stakes litigation, DiCello Levitt's commercial litigators represent clients affected by commodities traders' market manipulation and price fixing by corporate executives, corporate ownership disputes, breaches of contract, and tortious interference claims, as well as a myriad of litigation stemming from a range of conduct leading to economic damages. The firm's driving objective is winning, measured not only by monetary compensation but also in the broad context of clients' overarching business goals. The firm works with clients to map out a successful strategy based on damages, market positioning, public relations considerations, and long-term profit and loss outlook. Leveraging the same innovative approach applied in court, the Commercial Litigation Practice Group collaborates with clients to obtain the best possible results for their businesses.

**Representative Matters**

**Ownership Dispute Among the Principals of Ivani LLC**
DiCello Levitt represented three of the four owners of a technology company who were denied their contractual ownership and management rights. The key owners are now able to advance the progress of their burgeoning technology company.

***Green Plains Trade Group v. Archer Daniels Midland Company***
DiCello Levitt represents one of the largest ethanol producers in the world against Archer Daniels Midland Company (ADM) for illegally scheming to manipulate the U.S. ethanol market as both a seller and a trader of the same commodity. The scheme made it appear as though there was an oversupply of ethanol in the markets, and ADM's commodities traders allegedly acquired large financial derivative contracts that increased in value as the price of ethanol plummeted. DiCello Levitt's client retained the firm to vindicate their rights and recover their losses stemming from ADM's conduct.

***SitNet LLC v. Meta Platforms Inc***.
DiCello Levitt represents a patent holder who brought an action against Facebook's parent company, Meta Platforms Inc., alleging that Facebook knowingly infringed the plaintiff's patents for technology relating to situational networking, a critical component of targeted advertising.

***Norwegian Air Shuttle ASA v. The Boeing Company***
DiCello Levitt represented Norwegian Airlines in prosecuting economic loss and equitable claims exceeding $1 billion against The Boeing Company and Boeing Commercial Services Europe Limited in an action arising from Boeing's gross negligence, fraud, and breach of contract relating to Boeing's 737 MAX and 787 Dreamliner aircraft. The firm's attorneys secured a confidential settlement in this matter.

## Environmental Litigation

DiCello Levitt's Environmental Litigation Practice Group is recognized among the best in the United States for successfully representing people, businesses, and communities, as well as state and local governments, in lawsuits against some of the largest companies in the world for polluting the environment and endangering human health. DiCello Levitt is frequently chosen by state and local governments to lead groundbreaking environmental contamination cases and is committed to helping people who have suffered exposure to harmful pollution, whether from an acute, catastrophic event or through years of continuous air, water, and soil contamination in their towns and neighborhoods. Known for their efficiency and effectiveness in navigating the complexities of environmental, health, and safety regulations, DiCello Levitt's attorneys help environmentally conscious corporate clients protect the environment through compliance with federal laws. The firm also guides businesses in the development of safety and health programs and assists companies with air, water, and waste permitting applications.

DiCello Levitt was named *The National Law Journal*'s 2023 **Environmental Protection Law Firm of the Year**.

**Representative Matters**

**PFAS Litigation as Special Assistant Attorneys General**
DiCello Levitt has been retained by State Attorneys General to assist their states in multibillion-dollar fights against the manufacturers of per- and poly-fluoroalkyl substances (PFAS) and aqueous film-forming foam (AFFF) for contaminating the states' air, water, and soil. The amount of contamination at issue makes these matters among the largest environmental pollution cases in U.S. history. DiCello Levitt was selected after a highly competitive process involving, at least in one state, 15 competing proposals submitted by law firms across the country.

**Chemtool Fire Class Action Litigation**
DiCello Levitt serves as Co-Lead Counsel in the Rockton, Illinois, community's class action against Chemtool Incorporated following a massive fire that burned for days at Chemtool's chemical plant in Rockton. The catastrophic event required the evacuation of the surrounding community and contaminated properties for miles around the plant.

**Union, Illinois, Toxic Exposure Cases**
DiCello Levitt represents more than a dozen residents and former residents of Union, Illinois, who have been diagnosed with devastating illnesses after being exposed to carcinogenic chlorinated solvents dumped into the village's environment by nearby factories for decades.

**Climate Change and Deception Litigation**
DiCello Levitt represents multiple cities and counties in lawsuits against major oil companies and their industry trade association, the American Petroleum Institute, alleging that these

industry giants promoted and profited from deceptive campaigns to discredit climate science and mislead the public about the role their products play in driving climate change. DiCello Levitt seeks to hold these companies financially accountable for the damage caused by climate change.

## Labor and Employment Litigation

DiCello Levitt's Labor and Employment Litigation Practice Group represents people harmed by the discriminatory and illegal actions of their employers. The firm investigates, litigates, and exposes systemic workplace abuses, holds companies responsible, and ensures fair practices in recruitment, hiring, promotion, and pay. DiCello Levitt's labor and employment litigators fight for employees who experience discrimination in the workplace based on race, gender, ethnicity, sexual orientation, or religion. They assist women who are denied pay equal to their male peers; pregnant women who are terminated or passed over for promotions; and workers subjected to hostile workplaces, sexual harassment, and disparate treatment. The practice group's extensive experience enables DiCello Levitt to successfully challenge arbitration agreements, noncompete agreements, and other employment contracts and to enforce workers' rights under collective bargaining agreements.

DiCello Levitt understands the risks workers face when they speak out against their employers and knows how to safeguard against retaliation. Not only do the attorneys at DiCello Levitt protect employees' positions and recover compensation for their losses, but they also fight to change the policies and practices that allow labor abuses to take place while ensuring that similar behavior does not occur in the future.

**Representative Matters**

***Angela Betancourt v. Rivian Automotive LLC***
DiCello Levitt serves as Co-Lead Counsel in a gender discrimination class action case against Rivian, a major automotive manufacturer, for allegedly permitting and fostering a hostile work environment in its Illinois facility, where women employees are subjected to pervasive sexual harassment and complaints of such harassment are routinely ignored.

***Waggoner, et al. v. VSE Corp., et al.***
DiCello Levitt negotiated a seven-figure settlement on behalf of a certified collective of unionized workers based on federal contractors' failure to properly pay the firm's clients during rest breaks while working at the Red River Army Depot in Texarkana, Texas.

**Correctional Officers Wage and Hour Litigation**
DiCello Levitt represents state employees in Wisconsin and North Carolina, part of a certified class and collective, for the states' failure to pay wages for work performed before and after the start of their scheduled shifts.

**Confidential Individual Settlement**

DiCello Levitt negotiated a favorable settlement for a woman who was terminated in the hospitality industry after disclosing to the company that she was pregnant.

**Confidential Group Settlements**

DiCello Levitt has achieved numerous multimillion-dollar settlements on behalf of groups of employees and former employees of large companies, international corporations, educational institutions, and other entities who courageously stood up to racial, gender, and other forms of discrimination in all aspects of the employment relationship, from hiring to compensation, promotion, layoff, and termination.

## Mass Tort Litigation

DiCello Levitt's nationally recognized and award-winning attorneys leverage their extensive experience to represent plaintiffs in mass torts involving faulty medical devices, pharmaceuticals, cosmetics, and other illegal practices by defendants in the automotive and biotechnology sectors, among others. DiCello Levitt's Mass Tort Litigation Practice Group also leads cases seeking remediation and financial reparation from global companies responsible for environmental pollution, contamination, and endangering human health. Representing individuals, businesses and investors, municipalities, and State Attorneys General, DiCello Levitt's attorneys have recovered billions of dollars for clients across the United States and effected corporate and legislative changes that protect the safety of all consumers.

DiCello Levitt has received national acclaim for its successful leadership and resolution of mass injury cases and has consistently led the charge on some of the largest such cases in U.S. history, repeatedly getting appointed to leadership positions—including groundbreaking appointments to some of the most diverse plaintiffs' teams ever—by federal judges across the country.

**Representative Matters**

***In re Hair Relaxer Marketing Sales Practices and Products Liability Litigation***

DiCello Levitt serves as Co-Lead Counsel representing thousands of women who have developed uterine, ovarian, and endometrial cancer from using chemical hair relaxers manufactured by L'Oréal, Revlon, and other hair relaxer manufacturers. DiCello Levitt's attorneys filed the first hair relaxer lawsuit and continue to be a leading force in this significant litigation.

***Camp Lejeune Water Litigation v. United States of America***

DiCello Levitt represents thousands of military members and their families who suffered catastrophic injuries and death from the toxic water supply at Camp Lejeune.

### *In re Paraquat Products Liability Litigation*

DiCello Levitt serves on the Plaintiffs' Executive Committee of the multidistrict litigation on behalf of thousands of farmers and other licensed applicators—who developed Parkinson's disease from using the herbicide paraquat—against defendant manufacturers Chevron and Syngenta.

### *Glucagon-like Peptide-1 Receptor Agonists (Glp-1 Ras) Products Liability Litigation*

DiCello Levitt serves on the Plaintiffs' Leadership Committee of the multidistrict litigation against drugmakers Novo Nordisk and Eli Lilly, pursuing damages arising from the severe health risks allegedly caused by Ozempic and similar drugs, including intestinal obstruction, gastroparesis, and other acute gastrointestinal injuries.

### *In re Tepezza Marketing, Sales Practices, and Products Liability Litigation*

DiCello Levitt serves on the Plaintiffs' Executive Committee in the multidistrict litigation against Horizon Therapeutics and represents thousands of plaintiffs who suffered hearing impairment, including complete hearing loss, after taking the prescription drug Tepezza.

### *In re Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*

DiCello Levitt represents thousands of young plaintiffs who have suffered acute injuries because of the defendants' wrongful actions in purposely creating and marketing addictive and defective social media applications. The plaintiffs seek damages against Meta, Snap, ByteDance, and Google.

### *In re Baby Food Products Liability Litigation*

DiCello Levitt represents thousands of children harmed by the defendants' baby food products that were found in a U.S. government investigation to be highly contaminated with heavy metal toxins, including arsenic, lead, cadmium, and mercury. The plaintiffs seek damages against baby food manufacturers and distributors Walmart Inc., Gerber Products Co., and four other defendants, alleging that their products are contaminated with toxic metals, causing infants to develop autism spectrum disorder and other severe health conditions.

## Privacy, Technology, and Cybersecurity

DiCello Levitt's Privacy, Technology, and Cybersecurity Practice Group includes award-winning attorneys and skilled technologists who routinely represent consumers and public clients against some of the largest corporations in the world. DiCello Levitt represents people and businesses affected by major data breaches and wrongful use of their private information. The firm's attorneys have played leading roles in some of the largest data breach, privacy, and technology settlements in the United States, winning significant motions and creating new legal theories and damages models that have been cited in numerous cases across the country.

A first-of-its-kind group with both a dedicated data breach section and privacy section, DiCello Levitt's Privacy, Technology, and Cybersecurity Practice Group has been named *The National Law Journal*'s Practice Group of the Year and is the only law firm to be recognized by *Law360* for three consecutive years as Cybersecurity and Data Privacy Practice Group of the Year.

**Representative Matters**

### *In re Facebook Internet Tracking Litigation*

DiCello Levitt achieved a substantial settlement on behalf of a class of consumers against Facebook, alleging Facebook inappropriately collected user data and sold it to third parties. The watershed case established the new precedent that personal information has value, for which consumers may be compensated.

### *In re Google RTB Consumer Privacy Litigation*

DiCello Levitt represents a class of consumers as an Executive Committee member against Google for breaching its contractual promise not to sell users' personal information by rebroadcasting data during real-time bidding auctions, exposing the data to potential ad buyers and participants surveilling the auctions with no intent to purchase ads.

### *In re Marriott International Inc. Customer Data Security Breach Litigation*

DiCello Levitt represents a class of hundreds of millions of consumers as Co-Lead Counsel against Marriott for a data breach that exposed sensitive personal information and for failing to notify the victims in a timely manner. The district court's rulings in favor of the classes are routinely cited in cybersecurity cases.

**Hospital Patient Portal Privacy Cases**

DiCello Levitt represents hospital patients in multiple class actions against large hospital systems, alleging privacy violations stemming from the unauthorized use of hidden tracking pixels on patient portals to transmit HIPAA-protected patient information to Facebook and Google for marketing purposes. The first test case against Rush System for Health in Illinois survived the defendant's motion to dismiss on multiple counts, including breach of contract and violation of the Illinois Eavesdropping Act.

## Product Liability

When corporations choose their profits over the safety of their customers and the public, DiCello Levitt will act. The firm's product liability attorneys rely on a scientific approach and decades of trial experience to achieve justice for its clients. DiCello Levitt represents individuals, businesses, State Attorneys General, municipalities, and other public clients in individual lawsuits, mass torts, and class actions. Taking on industry goliaths like Abbott, Syngenta, Volkswagen, General Motors, Apple, and Intel, DiCello Levitt has secured more than $20 billion in verdicts and settlements for clients in some of the most significant and well-known product liability cases in the country. The firm's attorneys have successfully

wielded their skills on behalf of injured parties in cases involving faulty medical devices, automotive and airplane defects, and other dangerous and defective products. By aggressively pursuing and rooting out corporate malfeasance, DiCello Levitt creates positive and lasting social change—in addition to winning compensation for those already injured.

**Representative Matters**

***In re General Motors LLC Ignition Switch Litigation***
DiCello Levitt attorneys achieved a $121.1 million settlement as a member of the Plaintiffs' Executive Committee and as Settlement Allocation Counsel for the nationwide class of vehicle owners against General Motors for damages from the defective ignition switches installed in its vehicles*.*

***Simerlein, et al. v. Toyota Motor Corporation, et al.***
DiCello Levitt obtained a $40 million nationwide settlement for owners and lessees of 2011-2018 Toyota Sienna minivans with malfunctioning power sliding doors. The firm's attorneys worked with Toyota to create a program to provide needed service and reimburse out-of-pocket repairs for the power sliding doors.

***In re Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation***
DiCello Levitt attorneys served as counsel on a case that ended in a $17 billion recovery against Volkswagen, Audi, and Porsche for defrauding consumers who believed they were buying vehicles with "clean diesel" engines. Leadership in the case was referred to as the "class action dream team."

***Palmieri v. Intervet Inc. d/b/a Merck Animal Health***
DiCello Levitt represents a class of plaintiffs against Merck Animal Health for failing to adequately warn pet owners that its flea and tick medication can cause neurological side effects such as seizures.

## Public Client

When corporations harm the public interest through deceptive, dishonest, or dangerous business practices, DiCello Levitt assists state and local governments in recovering the public's damages, penalizing corporate wrongdoing, and enjoining future harm. DiCello Levitt's Public Client Practice Group has worked alongside government attorneys and investigators in numerous high-profile cases and has a deep understanding of the public client perspective. When DiCello Levitt works with public clients, the firm maintains an unwavering focus on what is best for them today, tomorrow, and years into the future. DiCello Levitt's attorneys approach their work as a joint venture, where they provide support through active, ongoing collaboration while drawing on their own significant legal, scientific, and technological resources to aggressively pursue justice and bring about meaningful social change.



**Representative Matters**

***State of New Mexico, ex rel. Hector H. Balderas v. Volkswagen Group of America***
DiCello Levitt represented the State of New Mexico against Volkswagen, Audi, and Porsche in litigation arising from the automakers' sale of vehicles with "defeat devices" that the manufacturers installed to evade emissions standards. DiCello Levitt achieved a settlement per vehicle that far exceeded the damages any other state received in related litigation.

***State of New Mexico v. Takata Corporation, et al.***
DiCello Levitt obtained more than $25 million on behalf of the State of New Mexico against Honda, Ford, and other automobile companies for the marketing and sale of vehicles with Takata airbag inflators susceptible to rupture and capable of causing death and severe injury.

***State of New Mexico, ex rel. Hector H. Balderas v. Solvay Pharmaceuticals, et al.***
DiCello Levitt secured a $24 million settlement on behalf of the State of New Mexico in an action relating to the deceptive marketing of a testosterone therapy supplement as a "cure" for aging men.

**PFAS Litigation on Behalf of the States of Michigan and Illinois**
The States of Michigan and Illinois retained DiCello Levitt in their multibillion-dollar fights against the manufacturers of the "forever chemicals" known as PFAS for contaminating the states' air, water, and soil. The amount of contamination at issue makes these matters among the largest environmental pollution cases in U.S. history.

## Securities and Financial Products Litigation

DiCello Levitt's Securities and Financial Products Litigation Practice Group has worked on—and won—some of the highest-profile securities actions ever filed, including cases against Enron, AOL/Time Warner, BP, Pfizer, Petrobras, and Volkswagen, as well as the $1 billion securities class action against Merck & Co. Inc. over alleged misrepresentations about the safety of its drug Vioxx. Many of DiCello Levitt's attorneys have worked for the U.S. Department of Justice, prosecuting financial crimes such as those arising from the residential mortgage-backed securities crisis. Collaborating with a team of e-discovery specialists, investigators, and forensic accountants with federal and state law enforcement experience, the Securities and Financial Products Litigation Practice Group is quick to grasp complex structured finance issues, from mortgage-backed and asset-backed collateralized debt obligations to credit-default swaps and credit-linked notes. When DiCello Levitt suspects financial misconduct, the firm secures serious recoveries for its clients.

DiCello Levitt was named one of the 2023 **Top Boutiques** by the *Daily Journal* in recognition of its leadership in "huge and international" securities litigation matters and legal excellence in the state of California.

**Representative Matters**

***United Association of Plumbers and Pipefitters, et al. v. Syneos Health Inc., et al.***
DiCello Levitt serves as Lead Counsel in a national securities class action against Syneos Health Inc. and its former executives. The lawsuit alleges that Syneos made misleading statements about the collapse of its new business and nearly $3 billion in uncollectable receivables and, as a result, defrauded purchasers of Syneos common stock.

**Milestone Cases**

***In re Enron Corporation Securities Litigation***
DiCello Levitt attorneys were among the more than 70 attorneys who led this historic action that obtained a $7.2 billion recovery—the largest securities class action recovery in history—for investors, primarily from Wall Street's largest banks and the company's auditor, Arthur Andersen.

**AOL Time Warner Individual Actions**
DiCello Levitt attorneys devised a creative and unique strategy to pursue an institutional investor group action to recover losses resulting from the disastrous merger of AOL and Time Warner. The group action for dozens of institutional investors, including state and local pension funds and multi-employer funds, was ultimately successful in recovering $629 million for investors.

***Merck & Co. Inc. Securities, Derivative & "ERISA" Litigation***
DiCello Levitt attorneys were integral members of the Co-Lead Counsel team that secured a unanimous decision from the U.S. Supreme Court in favor of shareholders with respect to the statute of limitations for securities fraud claims and that ultimately secured a settlement for more than $1 billion on behalf of the lead plaintiffs, including the Public Employees' Retirement System of Mississippi, and the class.

***In re Initial Public Offering Securities Litigation***
DiCello Levitt Founding Partner Adam Levitt served on the Plaintiffs' Executive Committee, recovering more than $500 million for shareholders.

## Whistleblower Representation

DiCello Levitt's Whistleblower Representation Practice Group represents whistleblowers across the United States and around the globe in pursuing whistleblower actions and securing awards for their role in recovering monies wrongly obtained. DiCello Levitt's attorneys bring a wealth of knowledge from their deep experience as prosecutors at the U.S. Department of Justice and other government agencies, as well as their prior work in private practice. Through its vigorous advocacy, which includes the use of analytics, comprehensive investigations, and extensive legal analysis, DiCello Levitt has successfully collaborated with the government to litigate significant whistleblower actions. With a notable track record of

success on behalf of its clients, DiCello Levitt has pursued private litigation across a wide range of industries, including residential mortgage-backed securities, life sciences and medical devices, industrial manufacturing, and government procurement.

DiCello Levitt's whistleblower advocates have extensive experience representing whistleblowers in bringing claims under the federal False Claims Act and its state and local analogues, as well as various agency whistleblower programs. DiCello Levitt also represents consumers, fraud victims, whistleblowers, and government agencies against pharmaceutical companies for fraud, waste, abuse, and deceptive practices in the manufacture, marketing, and sale of drugs and devices.

**Representative Matters**

***United States of America ex rel. Gill et al. v. CVS Health Corp., et al.***
DiCello Levitt serves as Co-Counsel in representing whistleblower Michael Gill in his partially intervened lawsuit against CVS Health Corporation and its subsidiaries. Mr. Gill alleges that CVS violated the federal and state False Claims Act by fraudulently billing for and improperly retaining payments on various drug products and healthcare services.

**Municipal Bond Rate Rigging Cases**
DiCello Levitt represents whistleblower Edelweiss Fund LLC in a set of related lawsuits brought under state false claims acts against some of the largest banks in the nation for allegedly colluding to set inflated interest rates on municipal bonds. The first of these lawsuits, *Illinois ex rel. Edelweiss v. JP Morgan Chase, et al*., was settled in 2023 for $70 million.

***State of Illinois ex rel. Kenny Gilman v. Fieldturf USA Inc.***
DiCello Levitt obtained a substantial settlement during the second week of a jury trial on behalf of whistleblowers in a *qui tam* action over defective athletic fields sold and installed in Illinois.

## Awards and Recognition

**"An extraordinary plaintiffs' firm ..."**

**"... top of the line in litigation strategy and representing clients zealously."**

— Chambers and Partners



## Chambers USA

Band 1:
Litigation: Mainly Plaintiffs, Illinois; Antitrust: Mainly Plaintiff, New York (2021-2024)

Ranked:
Litigation: Mainly Plaintiffs, Alabama; Antitrust: Plaintiff, Nationwide; Product Liability: Plaintiffs, Nationwide (2022-2024)

Attorneys recognized: Adam Levitt, Greg Asciolla, Diandra "Fu" Debrosse, and Amy Keller

## Benchmark Litigation

Plaintiff Firm of the Year Finalist (2024)

Highly Recommended Firm: Top Plaintiffs (2021-2024)

Ranked: Competition/Antitrust (2023)

Attorneys recognized: Mark DiCello, Adam Levitt, Greg Asciolla, Diandra "Fu" Debrosse, Greg Gutzler, Amy Keller, and Corban Rhodes

## Law360

Cybersecurity and Privacy Practice Group of the Year (2020-2022)

Class Action Practice Group of the Year (2020)

Competition/Antitrust MVP: Greg Asciolla (2023)

Cybersecurity & Data Privacy MVP: David Straite (2022)

## Lawdragon

500 Leading Plaintiff Consumer Lawyers: Mark DiCello, Adam Levitt, Ken Abbarno, Diandra "Fu" Debrosse, Bobby DiCello, and Amy Keller

500 Leading Plaintiff Financial Lawyers: Adam Levitt, Greg Asciolla, Patrick Daniels, Greg Gutzler, and David Straite

**The Legal 500**

Ranked: Product Liability, Mass Tort and Class Action – Plaintiff; Antitrust: Civil Litigation/Class Actions – Plaintiff (2022 and 2024); Securities Litigation: Plaintiff (2024)

Attorneys recognized: Greg Asciolla, Amy Keller, and Jonathan Crevier

**The National Law Journal**

Elite Trial Lawyers Plaintiffs Firm of the Year (2023)

Practice areas of the year: Trial Strategy Innovation, Privacy/Data Breach, and Environmental Protection (2023)

Elite Women of the Plaintiffs Bar: Diandra "Fu" Debrosse (2023)

Elite Trial Lawyers: Justin Hawal and Amy Keller (2021)

Trailblazers: Mark DiCello (2020), Adam Levitt (2020), Ken Abbarno (2021), Diandra "Fu" Debrosse (2022), Greg Gutzler (2021), and David Straite (2022)

**The New York Law Journal**

New York Legal Awards Innovation Winner (2023)

Distinguished Leader Award: Greg Asciolla (2023)

    

## Members of the Firm

DiCello Levitt's attorneys are litigators and trial lawyers who have tried cases to verdict—successfully—across the spectrum of complex commercial litigation, financial fraud and securities litigation, public client litigation, class actions, defective drug and device cases, catastrophic injuries, and other areas of law.



**Mark A. DiCello**
Partner

**EMAIL:**
madicello@dicellolevitt.com

**EDUCATION**
Cleveland-Marshall College of Law, J.D.

University of Dayton, B.A.

After 20 years of jury trials and serving in lead roles in some of the largest personal injury cases in Ohio and around the country, Mark DiCello co-founded DiCello Levitt to create a first-of-its-kind firm that brought together top talent in the most important areas of complex litigation.

Beginning his career as an Assistant County Prosecutor, Mark honed his trial skills, streamlining and simplifying issues presented to juries. After representing the state in criminal matters, Mark wanted to turn his attention to ensuring that victims were represented in other ways: via the private civil justice system.

Mark's clients range from individuals suffering catastrophic personal injuries to groups of plaintiffs harmed by medical devices, pharmaceutical products, chemicals, automobiles, and more. He has led headline-grabbing mass tort and product liability cases and co-led massive multidistrict litigations. Mark has been recognized by a number of different organizations, including being ranked by Super Lawyers and receiving the Crisis Management Trailblazer and Elite Boutique Trailblazer awards from *The National Law Journal. Lawdragon* has recognized Mark as one of the 500 Leading Plaintiff Consumer Lawyers, and *Benchmark Litigation* recognizes Mark as a Litigation Star in Product Liability and Personal Injury. Mark is also rated an "AV" Preeminent Attorney by Martindale-Hubbell and is a member of The Summit Council, a national group of noted trial lawyers with several multi-million-dollar jury verdicts.

Understanding that technology often evolves at a faster pace than the law, Mark frequently teaches other lawyers about how to best use new tools in discovery to counter some of the most sophisticated arguments presented by Big Tech defendants. For example, Mark is a frequent lecturer on using trial science to reach jurors, modeling damages for large-scale litigation, and leveraging technology to develop discovery in some of the most difficult, scorched-earth litigation. By developing cutting-edge techniques to represent those individuals hurt by large corporations, Mark presents their stories after a vigorous focus-group and mock-trial process, in coordination with the DiCello Levitt Trial Center.

Mark presently represents thousands of individual service members and their families who were injured at the U.S. Marine Corps Base Camp Lejeune by exposure to drinking water contaminated with industrial solvents, benzene, and other chemicals. Leading the charge to hold the government accountable for his clients' catastrophic injuries and losses, Mark employs his decades of experience in leading mass torts and complex litigation to achieve justice for those willing to make the ultimate sacrifice.

Mark continues to lead with vision and, together with co-founder Adam Levitt, has built a diverse and fearless team of lawyers focused on some of the most important litigation of our time.



**Adam Levitt**
Partner

**EMAIL**
alevitt@dicellolevitt.com

**EDUCATION**
Northwestern University School of Law, J.D.

Columbia College, Columbia University, A.B., *magna cum laude*

Adam Levitt is one of the nation's leading advocates for plaintiffs in complex, multidistrict, class action, public client, mass tort, and commercial litigation. Drawing on his extensive experience pursuing and obtaining justice for those who have been wronged by powerful defendants, he co-founded DiCello Levitt to create a top-tier complex issues and trial firm founded on excellence, trust, and respect.

In his decades-long career, Adam has scored numerous significant and precedent-setting victories, delivering more than $20 billion in recoveries to clients in biotechnology, financial services, securities, insurance coverage, consumer protection, automotive defects, agricultural products, and antitrust disputes. He has been appointed to leadership positions in many historic and headline-grabbing litigations, including three of the largest biotechnology class actions in U.S. history, where he served as co-lead counsel, helped recover more than $1.7 billion on behalf of plaintiffs, and created a crop contamination damages model that set the modern industry standard. He was also retained by multiple State Attorneys General to hold some of the world's largest chemical companies accountable for widespread environmental contamination from their "forever chemicals" known as PFAS (per- and polyfluoroalkyl substances) and was retained by the City of Baltimore to address the catastrophic impact of the Francis Scott Key Bridge collapse, one of the largest maritime disasters in U.S. history. Additionally, as part of a leadership group characterized as a "class action dream team," Adam helped secure a $16 billion settlement in litigation arising from Volkswagen's emissions scandal, and, in a rare class action trial, he and his fellow co-lead counsel secured a milestone $102.6 million jury verdict against General Motors for hiding engine defects from consumers.

Adam is also a leader in the legal profession and a frequent speaker on multidistrict litigation, consumer protection, automotive litigation, biotechnology, corporate governance, securities litigation, and internet privacy. Nationally recognized as an authority on class action litigation, Adam writes a monthly class action column in *The National Law Journal*, has testified before the Illinois Supreme Court Rules Committee on class action practice, and chairs an annual class action litigation conference in Chicago.

As a founding partner of DiCello Levitt, Adam has cultivated a diverse roster of skilled litigators to advance the cause of justice for individuals, businesses, and public clients through class action, business-to-business, whistleblower, personal injury, civil rights, and mass tort litigation. With a long history of working with public clients, Adam and his partners understand the wants and needs of government officials and their teams, and, as experts in trial practice and jury persuasion, they consistently achieve best-in-class results for their clients.

Adam's own groundbreaking work on behalf of plaintiffs has been recognized locally and nationally in prestigious ranking directories and publications, including *Chambers USA*, *Benchmark Litigation*, *The National Law Journal*, *Crain's Chicago Business,* and *Lawdragon*.



## Kenneth Abbarno
Partner

**EMAIL**
kabbarno@dicellolevitt.com

**EDUCATION**
Cleveland-Marshall College of Law, J.D.

Canisius College, B.A.

Toxic exposure to chemicals goes hand in hand with truck crash cases. Ken Abbarno saw that early in his career. More than 20 years ago, Ken found himself called to the scene of a major truck crash. As a young lawyer, he witnessed what really happens in the aftermath of that kind of tragedy. He saw how truck companies protect their drivers. He saw a small police department struggle with securing a crime scene and preserving evidence. He saw how people in cars don't stand a chance when a truck driver loses control. And he saw the impact that a spilled tanker can have on the environment and how toxic exposure can change lives in a matter of minutes. That experience shaped the rest of his professional career.

As a former defense lawyer, Ken was recruited by the most accomplished plaintiff-side law firms in the United States. Ken chose to join DiCello Levitt, understanding that he would have unique and unrivaled access to resources not available at any of the traditional personal injury firms. Since joining the firm, Ken has set himself apart as a leader who coordinates complex medical malpractice, birth injury, truck crash, and toxic exposure cases, all while mentoring young lawyers advancing in the trial bar and serving as the firm's General Counsel. Ken is also the Managing Partner of the firm's Cleveland office.

Over the past three decades, Ken has been recognized as a top-tier trial attorney handling cases in multiple jurisdictions across the United States. Throughout his career, Ken has been recognized by numerous industry organizations and his peers as an elite trial lawyer.

Ken is a sought-after voice in the litigation space and has published articles in several publications and presented at conferences across the United States about the intricacies of trial practice. He was recently named to *Lawdragon*'s "500 Leading Plaintiff Consumer Lawyers" and has also been recognized as a "Plaintiffs' Lawyers Trailblazer" by *The National Law Journal*. Ken has also been selected to the *Ohio Super Lawyers* list every year since 2010, and he is recognized in *The Best Lawyers in America®* for transportation law.



## Mark M. Abramowitz
Partner

**EMAIL**
mabramowitz@dicellolevitt.com

**EDUCATION**
University of Toledo College of Law, J.D.

University of Guelph, B.A.

Mark Abramowitz has demonstrated expertise in leveraging cutting-edge technology in DiCello Levitt's modern and evolving trial practice to achieve what were previously believed to be impossible results for his clients. An internet technology expert, he is a student of integrating technology into the practice of law. He has been selected to serve on national discovery review teams and is regularly consulted on cloud-based systems, discovery technology, the Internet of Things, and litigation concerning data storage and security. He has also testified before the Ohio State Legislature multiple times on data security and related issues.

Mark is a respected litigator and trial lawyer who has recouped life changing compensation for clients around the country. He has expertise and experience ranging from defective products to Internet technology disputes. Mark is recognized for breaking barriers in medical malpractice litigation through groundbreaking work in exposing electronic medical record alterations and successfully expanding states' damages caps in joint replacement surgery cases.

Mark was a member of the trial team that, in 2022, secured a $102.6 million verdict in the class action case *Raul Siqueiros, et al. v. General Motors LLC*, Case No. 3:16-cv-07244, in the U.S. District Court for the Northern District of California.

Mark brings a unique voice to the Sedona Conference's Data Security and Privacy Liability working group and is one of the authors of Sedona's Biometric Privacy Primer. He has also served as a Trustee of the Ohio Association for Justice since 2014. Mark is currently Editor-in-Chief of *Ohio Trial* and is a member of *Law360's* Personal Injury Editorial Advisory Board.



**Greg Asciolla**

Partner

**EMAIL**
gasciolla@dicellolevitt.com

**EDUCATION**
Catholic University of America, J.D.

Boston College, B.A., *cum laude*

Greg Asciolla is a partner in DiCello Levitt's New York office, where he serves as Chair of the firm's Antitrust and Competition Litigation Practice, Managing Partner of the New York office, and Co-Chair of the DEI Committee. Greg focuses on representing businesses, public pension funds, and health and welfare funds in complex antitrust and commodities class actions, including price-fixing, monopolization, commodities manipulation, pay-for-delay agreements, and other anticompetitive practices. He also has successfully represented, pro bono, three Ugandan LGBTQ clients seeking asylum in the United States.

Recovering billions on behalf of his clients, Greg leads extensive investigations into potential anticompetitive conduct, often resulting in first-to-file cases. Prior to joining DiCello Levitt, Greg chaired a nationally recognized antitrust practice group as a partner and oversaw significant growth in group size, leadership appointments, cases filed, investigations, and reputation. He also served as a partner in the antitrust practice group at a top ranked AmLaw100 firm. Greg began his career as an attorney at the U.S. Department of Justice's Antitrust Division.

Greg is regularly appointed to leadership positions in major antitrust cases in federal courts throughout the United States, including *Generic Drugs Pricing Antitrust Litigation*, *European Government Bonds Antitrust Litigation*, *Platinum and Palladium Antitrust Litigation*, *Surescripts Antitrust Litigation*, *Crop Inputs Antitrust Litigation*, *Opana ER Antitrust Litigation*, *Borozny v. Raytheon*, *Fusion Elite v. Varsity Brands*, and *Novartis and Par Antitrust Litigation*.

Named a "Titan of the Plaintiffs Bar" and "Competition/Antitrust MVP" by *Law360* as well as a leading plaintiffs' competition lawyer by *Global Competition Review* and *Chambers USA*, Greg is often recognized for his experience and involvement in high-profile cases. He has been named one of the "Leading Plaintiff Financial Lawyers in America" by *Lawdragon*, a "Distinguished Leader" by *New York Law Journal*, a "Litigation Star" by *Benchmark Litigation*, and a "Leading Lawyer" and a "Next Generation Lawyer" by *The Legal 500*, with sources describing him as "very effective plaintiffs' counsel" and "always act[ing] with a good degree of professionalism."

Greg makes substantial contributions to the antitrust bar. In 2016, he was elected to the Executive Committee of the New York State Bar Association Antitrust Law Section, where he currently serves as the Finance Officer. He concurrently serves as Vice Chair of the ABA's Diversity.Advanced Committee, Co-Chairman of the Antitrust and Trade Regulation Committee of the New York County Lawyers' Association, and Treasurer and Membership Director of the Committee to Support the Antitrust Laws. Greg is an annual invitee of the exclusive Antitrust Forum, serves as the U.S. representative to the Business & Banking Litigation Network, and is on the Advisory Board of the American Antitrust Institute.



## Jamie Baskin
Partner

**EMAIL**
jbaskin@dicellolevitt.com

**EDUCATION**
University of Texas School of Law, J.D.

Austin College, B.A.

DiCello Levitt Partner Jamie Baskin litigates and tries complex securities and financial cases for public and private plaintiffs. Known for his work ethic and legal intellect, Jamie leverages his more than 40 years of experience and imaginative, out-of-the-box thinking to achieve extraordinary results for his clients.

Jamie has been centrally involved in the prosecution of some of the largest, most complex, and successful class action cases ever. These include *In re Enron Corp. Securities Litigation*, *In re Dynegy Inc. Securities Litigation*, and *In re Global Crossing ERISA Litigation*. He has also handled complex non-class/derivative cases for both plaintiffs and defendants, including a number of complex matters in the wake of the financial crisis. Some of these cases involved esoteric structures such as collateralized debt obligations, residential mortgage-backed securities, and structured investment vehicles.

Jamie has taken cases to trial in courtrooms across the United States on issues including, among others, federal securities claims; corporate control, governance and finance; fiduciary duty; banking; oil and gas; partnerships; real property; and electronic commerce.

Jamie and his wife, Liz, live in Austin and Santa Fe. They enjoy traveling, art, food and wine, time with friends, and having fun generally. They are both deeply committed to civil and human rights activities; Jamie is involved in ADL's Global Leadership Council and Liz is a national director of Human Rights Campaign.



## Bruce D. Bernstein
Partner

**EMAIL**
bbernstein@dicellolevitt.com

**EDUCATION**
The George Washington University Law School, J.D.

University of Vermont, B.S., *cum laude*

Bruce Bernstein has substantial experience handling a wide range of commercial litigations, including suits against large banks, mortgage lenders, automobile manufacturers, pharmaceutical manufacturers, insurers, and healthcare systems. He successfully litigated these matters at all levels, including before the U.S. Supreme Court.

As a trial attorney in the Civil Fraud Section of the U.S. Department of Justice, Bruce investigated, litigated, and resolved complex *qui tam* actions asserting claims under the False Claims Act. In addition, he oversaw the litigation of a large action on behalf of the United States, pending in Germany, that asserted securities fraud-type claims against a multinational automobile manufacturer. The case was brought to recover losses incurred by the Federal Thrift Savings Plan, one of the largest defined contribution plans in the world. In private practice, he successfully litigated some of the largest securities fraud actions ever filed. For example, Bruce was a pivotal member of the team that secured significant decisions from the Third Circuit and U.S. Supreme Court in the securities class action against Merck & Co., Inc., which arose out of Merck's alleged misrepresentations about the cardiovascular safety of its painkiller drug, Vioxx. Ultimately resolved for more than $1 billion, this case was the largest securities recovery ever achieved on behalf of investors against a pharmaceutical company at the time of its resolution.

Bruce has also served as an adjunct professor at The George Washington University Law School, where he taught written and oral advocacy. Separately, he has authored and co-authored several articles on developments in the federal securities laws, including co-authoring, along with several former colleagues, the first chapter of LexisNexis's seminal industry guide, *Litigating Securities Class Actions* (2010 and 2012).



## David D. Burnett
Partner

**EMAIL**
dburnett@dicellolevitt.com

**EDUCATION**
University of Virginia School of Law, J.D.

University of Texas at Austin, M.A., American Studies

University of Virginia, B.A.

David Burnett is a partner in DiCello Levitt's Washington, D.C. office. His practice includes product liability mass torts, securities class actions, commercial litigation, and environmental cases. With nearly two decades of experience, David has represented plaintiffs in cases involving negligence, fraud, public nuisance, breach of contract, and other corporate misconduct. He has successfully challenged major corporations, including Wall Street banks, technology giants, pharmaceutical companies, and cosmetics manufacturers.

David's dedication has earned him a place on the 2024 Lawdragon 500 Leading Plaintiff Financial Lawyers list. He frequently handles securities claims, financial analysis, and data-intensive issues, which he discussed in a *Law360* article, "The Importance of Data and Data Analysis in Litigation," also presented as a D.C. Bar continuing legal education course.

Currently, David represents local governments in litigation against social media companies, addressing the alleged harmful effects of addictive social media platforms on children and communities. He has shared insights on social media litigation at conferences for the National School Boards Association, the Local Government Attorneys of Virginia, and the Maryland Association of Counties. He also represents local governments in opioid litigation, alleging McKinsey's role in exacerbating the opioid epidemic. Additionally, David assists in the Hair Relaxer Marketing Sales Practices and Products Liability Litigation, representing plaintiffs who claim that hair relaxer products cause cancer.

David's previous experience includes representing U.S. states, counties, and cities in nationwide opioid crisis litigation, which resulted in nearly $50 billion in settlements. He has also represented investors in securities fraud class actions against major corporations and assisted September 11 victims in obtaining substantial compensation.

Before joining DiCello Levitt, David represented prominent insurance companies in litigation against Wall Street banks following the 2007-2008 financial crisis, securing favorable settlements in the hundreds of millions. He also served as a vice president of underwriting at a leading litigation finance firm.

David earned his law degree from the University of Virginia, where he worked as a teaching assistant, authored journal articles, and clerked at prominent law firms. Outside of his professional achievements, David Burnett dedicates his time to community service. He serves as president of the Abenaki Tower and Trail Association and has been a member of the Board of Advisors of the Appalachian Mountain Club for over a decade. Before law school, David worked with at-risk youth for Outward Bound, worked on the Appalachian Trail, interned at the Wilderness Society, and bicycled across the country for charity.



## Patrick W. Daniels
Partner

**EMAIL**
pwdaniels@dicellolevitt.com

**EDUCATION**
University of San Diego School of Law, J.D.

University of California – Berkeley, B.A. *cum laude*

Patrick W. Daniels is the co-founder and chair of the Securities and Financial Products Litigation Practice Group.

Patrick is widely recognized as a leading corporate governance and investor advocate. *Daily Journal*, the leading legal publisher in California, named him one of the 20 most influential lawyers in California under 40 years of age. Additionally, the Yale School of Management's Millstein Center for Corporate Governance and Performance awarded Patrick its "Rising Star of Corporate Governance" honor for his outstanding leadership in shareholder advocacy and activism.

Patrick is an advisor to political and financial leaders throughout the world. He counsels private and state government pension funds and fund managers in the United States, United Arab Emirates, Kuwait and Oman, the United Kingdom, and the European Union on issues related to corporate fraud in the U.S. securities markets and "best practices" in the corporate governance of publicly traded companies.

In advancing international standards on human rights, Patrick was a lead counsel in an international coalition of attorneys and human rights groups that won a historic settlement with major U.S. clothing retailers and manufacturers, including The Gap, Ralph Lauren, Donna Karan, and Calvin Klein. The settlement was on behalf of a class of over 50,000 predominantly female, Chinese garment workers on the island of Saipan in an action seeking to hold the Saipan garment industry responsible for creating a system of indentured servitude and forced labor in the island's garment factories. The coalition obtained an unprecedented agreement for supervision of working conditions in the Saipan factories by an independent nongovernmental organization as well as a substantial multimillion-dollar compensation award for the workers.

When recognizing DiCello Levitt as a Recommended Firm in the Securities Litigation: Plaintiff category, *The Legal 500* highlighted the Securities Practice Group for its "outstanding technical skills and the capacity to listen to clients and take their concerns on board." The publication also commended Patrick for his "thorough market knowledge and capacity for confidence building." In addition, Patrick has been named a Leading Plaintiff Financial Lawyer by *Lawdragon* from 2019 to 2024.



## Diandra "Fu" Debrosse
Partner

**EMAIL**
fu@dicellolevitt.com

**EDUCATION**
Case Western Reserve University
School of Law, J.D.

City College of the City University of
New York, B.A., *summa cum laude*

Diandra "Fu" Debrosse is a fearless plaintiffs' attorney who fights unapologetically for individuals and public entities injured by wrongful conduct, whether by defective medical devices, drugs, or cosmetics, environmental contamination, corporate misconduct, or civil rights abuse. Nationally recognized as a powerhouse in mass torts, class actions, products liability, discrimination, and sexual assault claims, Fu has recovered nearly $1 billion in damages for her clients. Blending her exceptional talents in multidistrict and mass tort litigation with state-of-the-art tools, Fu uses sophisticated modeling to identify technology-based and other forms of discrimination, including environmental injustice, defective devices, and unfair insurance practices.

As the managing partner of DiCello Levitt's Birmingham office, co-chair of the firm's Mass Torts division, and co-chair of its Civil and Human Rights Litigation Practice Group, she holds prominent leadership positions in numerous multidistrict litigations. She is Co-Lead Counsel in the massive products liability multidistrict litigation against two of the world's largest infant formula manufacturers, Abbott Laboratories and Mead Johnson, and in the MDL against L'Oréal and other makers of disease-causing hair relaxer products marketed primarily to Black and Latina women. Fu also holds leadership positions in several other significant MDLs, including the litigation against Chevron and Syngenta for their marketing and sale of the disease-causing herbicide paraquat, as well as the social media MDL in which the plaintiffs are seeking damages against Meta Platforms, TikTok, YouTube, and others for creating defective products that encourage addictive behavior, resulting in various emotional and physical harms, including death.

Fu also leads many systematic civil rights and sexual assault cases; represents the City of Baltimore in legal actions addressing the catastrophic of the Francis Scott Key Bridge collapse; and represents dozens of Alabama, Mississippi, Georgia, Maryland, and North Dakota counties and a number of cities and counties in Maryland, Delaware, and other jurisdictions in two separate prescription opiate MDLs.

Fu was recognized by *Forbes* as one of the top 200 attorneys in the United States in 2024, and *The National Law Journal* named her to its 2023 list of Elite Women of the Plaintiffs Bar. In 2022, 2023, and 2024, *Lawdragon* recognized Fu as one of the 500 Leading Consumer Lawyers. *Chambers USA* 2022 ranked the firm's Litigation: Mainly Plaintiffs team among the top five in Alabama, and the *Birmingham Business Journal* honored Fu with a Best of the Bar Award and Who's Who in Law recognitions in 2021, 2022, and 2023.

Fu is a founding member of Shades of Mass, an organization dedicated to encouraging the appointment of Black and brown attorneys in national mass tort actions. She is a board member of Public Justice and the Southern Trial Lawyers Association. Fu previously served as a hearing officer for the Alabama State Bar, held leadership roles in the American Association for Justice and the Alabama Access to Justice Commission, and acted as Alabama State Bar vice president and commissioner.

Fu is fluent in French and Haitian Creole and functional in Spanish. Her steadfast pursuit of justice is motivated in large part by her experience as a mother of two extraordinary young girls.



## Chuck Dender
Partner

**EMAIL**
cdender@dicellolevitt.com

**EDUCATION**
Cornell Law School, J.D.

New York University Stern School of Business, M.B.A.

Temple University, B.A.

Chuck Dender is an experienced litigator who has practiced at two of the country's largest law firms. With a demonstrable record of excellence and a track record of success for his clients, the foundation of Chuck's broad litigation experience was formed while defending some of the most significant commercial litigation matters in the United States over the last two-plus decades. While Chuck began his litigation career on the defense side of the table, he is a plaintiffs' attorney at heart. He now represents plaintiffs exclusively. With a background that includes membership in the International Brotherhood of Teamsters, Chuck has personally experienced what it's like to be a plaintiff in need of outstanding legal representation.

Chuck's legal expertise is enhanced by his Master in Business Administration, with a specialization in finance and quantitative finance from the New York University Stern School of Business. This additional accreditation and education give Chuck a unique advantage when it comes to identifying issues related to financial crimes and damages, including working with economists and other expert witnesses. As proof of this point, Chuck played a key role in presenting the damages model of one of the largest financial institutions in the world after the collapse of Lehman Brothers Holding, Inc.

Chuck represents aggrieved investors (both individuals and entities) in all aspects of complex litigation against players in the financial services industry, as well as other public and private companies. He also represents whistleblowers who cooperate with government agencies in their efforts to shine the light on corporate malfeasance.

In whistleblower matters, Chuck has a keen understanding of both the types of information that government agencies are looking for and the best methods for presenting that information to the agencies so they can act and wield justice from corporate wrongdoers. Chuck has authored compelling whistleblower submissions on behalf of both corporate insiders and interested outsiders. He has the good fortune of learning this complicated dance under the tutelage of the principal architect of the Security and Exchange Commission's (SEC) Whistleblower Program. Chuck has also presented whistleblowers and supporting witnesses in front of the highest-ranking members of the SEC's Whistleblower Program during multiple-day interviews.

Chuck is experienced in a wide range of legal disciplines, with a specific focus representing clients in litigation involving the financial services industry or any matter where the calculation and presentation of damages is anything but a run-of-the-mill issue.



**Bobby DiCello**
Partner

**EMAIL**
rfdicello@dicellolevitt.com

**EDUCATION**
Cleveland-Marshall College of Law, J.D.

Northwestern University, M.A.

University of Dayton, B.A.

Bobby DiCello's practice encompasses locally and nationally significant cases across a broad range of topics, with a focus on restoring the human dignity stolen by civil rights abuses, catastrophic injuries, defective products, and corporate misconduct.

Bobby is a force in the trial bar. He has obtained record verdicts in cases thought unwinnable, while, at the same time, leading cutting-edge research into juror decision-making in the politically polarized jury system. Bobby has successfully tried, as a first-chair trial lawyer, catastrophic injury and death cases, civil rights cases, medical malpractice cases, mass tort bellwether cases, *qui tam* cases, and financial services cases, as well as major felony prosecutions, major criminal defense actions, and a variety of other cases that have branded him as one of the nation's best modern-day trial lawyers.

Notably, ABC News tapped Bobby to analyze and comment on the most anticipated civil rights trial in recent history: the trial of Officer Derek Chauvin for George Floyd's murder in its series, *The Death of George Floyd—Derek Chauvin on Trial.* Recognizing the need for an authority on high-profile trials to provide opinions on the case to a national and international audience, ABC selected Bobby due to his immense expertise in the art of trial and his reputation as a fierce and skillful trial lawyer. Between focus group preparation for a major pharmaceutical trial and research into the psychology of modern jurors, Bobby made himself available for weeks of real-time commentary and insight into the trial process.

In 2021, Public Justice awarded Bobby its prestigious Trial Lawyer of the Year award for his work in the landmark *Black v. Hicks* police brutality and corruption case in the City of East Cleveland, Ohio. Public Justice presents this annual award to attorneys who promote the public interest by trying a precedent setting, socially significant case. Bobby tried the *Black* case to a jury that awarded Mr. Black a record $50 million—a verdict that has since been sustained up to the U.S. Supreme Court. *The National Law Journal* has also recognized Bobby, twice, as an "agent of change" in its annual list of Plaintiffs' Lawyers Trailblazers, a rare honor.

Having taught trial lawyers across the country, Bobby is also known for his dedication to improving the art of trial practice. Bobby is routinely asked to assist lawyers from across the United States on cases. He consults on all aspects of trial preparation and motion practice, including theme building, case framing and messaging, and the creation of visuals for courtroom presentation and exhibits. He develops his approach through DiCello Levitt's Trial Center, where he leads focus groups, mock trials, and jury decision-making research. Bobby's work sets DiCello Levitt apart as a truly rare law firm: a plaintiffs' firm with an in-house focus group and mock trial practice that creates powerful presentations and—most importantly for our clients—meaningful verdicts.



## Nada Djordjevic
Partner

**EMAIL**
ndjordjevic@dicellolevitt.com

**EDUCATION**
University of Illinois College of Law, J.D., *summa cum laude,* Order of the Coif

Grinnell College, B.A.

Nada Djordjevic brings justice to those who are harmed by consumer fraud, unfair business practices, data privacy breaches, deceptive insurance sales practices, and other egregious acts. With more than two decades of experience representing plaintiffs in class actions and complex commercial litigation matters, Nada zealously protects the interests of aggrieved clients throughout the United States.

Nada's clients benefit from her skilled and varied litigation practice. In addition to consumer protection cases and class actions, she has represented clients in issues related to securities fraud, ERISA violations, deceptive insurance sales practices, and qui tam cases under the False Claims Act.

Nada was recently named to the Plaintiffs' Executive Committee as the Chair of Damages in the multidistrict class action litigation against Samsung Electronics related to multiple data breaches in 2022 involving more than 50 million consumers.

Nada's litigation successes include a $25 million settlement on behalf of 800,000 people in a class action lawsuit. The action involved claims of violations of state consumer protection and deceptive practices laws against a major athletics event organizer. She also represented a multistate plaintiff class in a data breach case that resulted in one of the largest breach-related settlements in healthcare history. Nada was also part of the litigation team that negotiated settlements worth more than $275 million for universal life insurance policyholders in two nationwide class actions alleging improper monthly policy charges.



## Daniel R. Ferri
Partner

**EMAIL**
dferri@dicellolevitt.com

**EDUCATION**
University of Illinois College of Law, J.D., *magna cum laude*

New York University, B.A., *cum laude*

Dan Ferri is a litigator whose practice focuses on fraud, breach of contract, and intellectual property theft claims. He has achieved tens of millions of dollars in recoveries on behalf of individual, small business, and public clients.

This past year, Dan helped win a jury trial in a class action that, after appeal, may provide over $100 million to purchasers of defective GM trucks and sport-utility vehicles. He also concluded a multi-year litigation on behalf of the State of New Mexico that successfully resolved claims against AbbVie for the deceptive advertising of a potentially dangerous pharmaceutical.

Dan's other recent work includes successfully representing the State of New Mexico in cases arising from Volkswagen's use of "defeat devices" to cheat emissions standards and other automakers' sales of vehicles containing dangerous Takata airbag inflators; achieving a substantial settlement for a class of consumers who purchased Toyota minivans with defective sliding doors; and successfully settling, after a bench trial, a patent infringement claim against GoDaddy.

Dan is a member of the Northern District of Illinois Trial Bar.



**Daniel R. Flynn**
Partner

**EMAIL**
dflynn@dicellolevitt.com

**EDUCATION**
Indiana University Maurer School of Law, J.D., *cum laude*

Illinois Wesleyan University, B.A.

Dan Flynn represents governmental entities, individual consumers, and corporate clients—all with one primary goal in mind: ensuring the protection of human health and the environment. His stewardship not only ensures that polluters be held responsible for contamination and clean-up, but that corporate entities understand their responsibilities under state and federal environmental laws. As a result of his advocacy in advising corporations on compliance, Dan's clients lead their respective industries in environmental stewardship efforts under a number of rules and regulations, including the Clean Water Act; the Clean Air Act; the Comprehensive Environmental Response, Compensation, and Liability Act; the Emergency Planning and Community Right-to-Know Act; and the Resource Conservation and Recovery Act.

Dan assists corporate entities, governmental agencies, and the public by ensuring that companies that have contaminated the environment and violated regulations take responsibility for their actions. Through contribution and cost-recovery actions, common law claims, citizen suits, enforcement actions, and proper due diligence and contract negotiation, he ensures polluters and bad actors remediate the harm they have caused.

Dan is part of the DiCello Levitt team working with several states in investigating and addressing poly- and perfluoroalkyl substance (PFAS) contamination. DiCello Levitt's PFAS team, along with other Special Assistant Attorneys General and the Illinois Attorney General, most recently filed a lawsuit against 3M for PFAS contamination from its facility in Cordova, Illinois. Cases involving these "forever chemicals" will have wide-reaching implications for state governments and their residents.

Dan also represents public clients in groundbreaking litigation against the world's largest fossil fuel companies and the American Petroleum Institute, alleging that the defendants, for decades, misled and failed to warn the public about the catastrophic consequences of climate change.

Dan works with communities that have been impacted by years of exposure to polluted air, water, and soil. Recently, Dan and DiCello Levitt's environmental team joined with co-counsel in representing several residents and former residents of Union, Illinois in filing suit against companies responsible for polluting the groundwater with carcinogenic chlorinated solvents. Dan also serves as interim co-lead counsel in a class action on behalf of the residents of Rockton, Illinois and surrounding communities for property damages they sustained following a catastrophic fire at a local chemical factory.

In addition to his environmental work, Dan frequently counsels clients on developing and maintaining state-of-the-art safety and health programs that ensure all employees enjoy safe and healthful workplaces. He works closely with both his clients and the Occupational Safety and Health Administration (OSHA) to enhance employee safety and health well beyond OSHA's minimum requirements.



## Greg G. Gutzler
Partner

**EMAIL**
ggutzler@dicellolevitt.com

**EDUCATION**
University of Michigan, J.D.

University of California –
Berkeley, B.A.

Greg Gutzler is an experienced trial lawyer with a track record of billions in recoveries in high-stakes cases. Before joining DiCello Levitt, Greg litigated extensively on both the plaintiff and defense side, including working at his own boutique firm, one of the nation's most prestigious plaintiffs' firms, and as a partner of an Am Law 100 defense firm. He is a trusted advocate chosen by clients when they need candid, creative, and aggressive approaches to business solutions and decisive litigation strategy. Greg believes that the law is more than a means to pursue justice—it is the foundation of a society in which people are free to create, thrive, and feel protected. Beliefs become action through creativity, technical excellence, knowledge, and discipline.

Greg is a go-to advocate for any type of complex commercial litigation, business disputes, whistleblower cases, and sexual abuse cases. Clients seek out Greg for his expertise in contract, ownership, and valuation disputes. Whistleblowers also rely on Greg's experience and creativity in prosecuting SEC, False Claims Act, FIRREA, IRS, and FCPA matters. Greg's practice areas focus on ensuring that innovation thrives and creates competitive marketplaces. One of his clients, a major biotechnology company, spent billions of dollars to create a groundbreaking technology. When a competitor improperly exploited his client's intellectual property, Greg led his client's suit against the competitor, tried the case in federal court, and won a jury verdict of $1 billion in damages. This was the fourth-largest patent infringement jury verdict in U.S. history—and hammered home the point that competition, no matter how intense, must always remain fair and honorable.

Greg has litigated more than a dozen high-profile securities actions against international investment banks for misrepresentations they made to investors in connection with residential mortgage-backed securities, recovering more than $4.5 billion on behalf of his clients. When important investments and resources are at stake, hedge funds, private equity funds, venture capitalists, individuals, companies, and governmental entities turn to Greg because he is a fearless advocate in complex lawsuits in federal and state court and arbitration.

Greg is also on the front lines in protecting women and men from sexual abuse, discrimination, and exploitation. He is lead counsel in a civil suit involving the world's largest-ever sex trafficking case, which spans six countries and fifty years of abuse. On December 10, 2021, Dateline NBC featured Greg in its revered news magazine program in an episode titled, *The Secrets of Nygard Cay*.

Greg's grasp of the nuances of common law—the influence of jurisdictions, who's on the bench, and more—converge in a simple insight: The system never dispenses justice based on predicable formulas, so legal professionals must fight to achieve justice. He views DiCello Levitt as the right firm to advance that fight for its clients, drawing on a shared vision of commitment, creativity, and loyalty.



**Eli Hare**
Partner

**EMAIL**
ehare@dicellolevitt.com

**EDUCATION**
Tulane University School of Law, J.D.

University of Alabama, University
Honors College, B.A., *cum laude*

Eli Hare is a trial attorney focusing on mass torts, civil and human rights violation cases, personal injury, environmental contamination, and employment discrimination disputes. He represents people and public entities victimized by companies that cause harm by manufacturing and selling defective products, chemicals, and medical devices. People who have had their constitutional rights trampled on by governmental institutions and those who have suffered discrimination in the workplace because of their race, gender, or sexuality also rely on Eli to provide effective, hands-on legal counsel.

Deeply involved in every stage of litigation, Eli's experience includes briefing and arguing motions, leading complex discovery, overseeing expert work, and managing the review of millions of documents produced in discovery. Eli is involved in litigation in state and federal courts across the United States, as well as before administrative bodies and in alternative dispute resolution forums.

Eli was recently appointed to the Plaintiffs Executive Committee of the *In re Future Motions Inc. Products Liability Litigation* and the Leadership Development Committee of the *In re Hair Relaxer Marketing Sales Practices and Products Liability Litigation*.

Prior to joining DiCello Levitt, Eli worked with a prominent, national plaintiffs'-side law firm, where he represented people injured by wrongful conduct, environmental contamination, and civil rights abuses. He also worked at a large defense firm, where he represented businesses, municipalities, and nonprofit organizations through all stages of litigation. Prior to beginning his legal practice, Eli served as a judicial extern to a federal judge in the U.S. District Court for the Northern District of Alabama.



**Justin J. Hawal**
Partner

**EMAIL**
jhawal@dicellolevitt.com

**EDUCATION**
Cleveland Marshall College of Law, J.D., *cum laude*

Saint Louis University, B.A., *cum laude*

Justin Hawal's work spans a broad range of practice areas, with special expertise in complex catastrophic injury, civil rights abuse, mass tort, and class action litigations.

Justin's practice also encompasses police misconduct, human trafficking, and sex abuse. He currently represents dozens of women in the largest international sex trafficking lawsuit in U.S. history against Peter Nygard and his companies. Justin was integral to the consumer plaintiffs' success in the Equifax data breach multidistrict litigation, the largest consumer data breach settlement in U.S. history.

Justin was recently one of only 40 attorneys nationwide to be named a 2021 *National Law Journal* "Elite Trial Lawyers: Rising Star." Justin was also awarded *Public Justice*'s 2021 "Trial Lawyer of the Year" for his work on the trial team in *Black v. Hicks*, a groundbreaking civil rights case involving shocking police misconduct and resulting in a $50 million jury award. During law school, Justin was selected as a member of the Cleveland State Law Review and published a scholarly article regarding independent tort actions for spoliation of evidence under Ohio law. He was also an active member of the civil litigation clinic, through which he represented an asylum-seeking immigrant from Honduras fleeing gang violence.



## Steve Jodlowski
Partner

**EMAIL**
stevej@dicellolevitt.com

**EDUCATION**
California Western School of Law,
J.D., *cum laude*

University of Central Oklahoma,
B.M.

For nearly 20 years, Steve Jodlowski has been actively involved in a variety of cases involving securities fraud, antitrust, competition, corporate takeover, consumer fraud, and commercial litigation. Representing investors, shareholders, and policyholders, he has recovered nearly $2 billion for clients around the world.

Steve has represented institutional and individual shareholders in corporate takeover actions and breach of fiduciary litigation in state and federal court. He has handled pre- and post-merger litigation stemming from the acquisition of publicly listed companies in the biotechnology, oil and gas, information technology, specialty retail, electrical, banking, finance, and real estate industries, among others.

In recent years, he has specialized in representing investors in a series of antitrust actions involving the manipulation of benchmark rates, including the *ISDAfix Antitrust Litigation*, which resulted in the recovery of $504.5 million on behalf of investors, and the *SSA Bonds Antitrust Litigation*, which resulted in the recovery of $95.5 million on behalf of investors. He served as co-lead class counsel in *Thompson v. 1-800 Contacts, Inc.*, where he helped recover $40 million in settlements from various contact lens retailers. Steve also served on the trial team in an antitrust monopolization case against a multinational computer and software company and represented more than 100 newspaper publishers in the *Google Digital Advertising Antitrust Litigation*.

*Super Lawyers* named Steve a "Rising Star" for five straight years. He was also named a finalist for Consumer Attorneys of California's Attorney of the Year Award for his work in *Negrete v. Allianz Life Insurance Co. of North America* and more recently was recognized by the American Antitrust Institute's Antitrust Enforcement Awards for the category of Outstanding Antitrust Litigation Achievement in Private Law Practice. Based in part on his work in the ISDAfix and SSA Bonds litigation, his antitrust group was named by *Law360* as Competition Practice Group of the Year for 2019 and recognized by *The National Law Journal* as a finalist in its list of 2020 Elite Trial Lawyers in the antitrust category.



**Amy Keller**
Partner

**EMAIL**
akeller@dicellolevitt.com

**EDUCATION**
John Marshall Law School, J.D.
(*n/k/a The University of Illinois at Chicago School of Law*)

University of Michigan, B.A.

Amy Keller has held leadership positions in a variety of complex litigations across the nation, where she successfully litigated high-profile and costly data security and consumer privacy cases. As the Managing Partner of the firm's Chicago office and the Privacy, Technology, and Cybersecurity practice chair, she is the youngest woman ever appointed to serve as co-lead class counsel in a nationwide class action. In the multidistrict litigation against Equifax related to its 2017 data breach, Amy represented nearly 150 million class members and helped to secure a $1.5 billion settlement, working alongside federal and state regulators to impose important security practice changes to protect consumer data.

Amy has represented consumers against industry titans like Apple, Marriott, Electrolux, and BMW, securing victories against each. She has been appointed to leadership positions in more multidistrict litigations than any other woman in the past eight years, each case requiring sophistication in not only understanding complex legal theories, but also in presenting multifaceted strategies and damages modeling to ensure favorable results. For example, in leading a nationwide class action related to a data breach that exposed the confidential information of over 300 million individuals, Amy worked with her team to develop an argument recognized by the trial court that the loss of someone's personal information, alone, could trigger financial liability, and later secured a rare victory, certifying that case to proceed as a class action to trial. In another matter, Amy defended her team's victory all the way to the U.S. Supreme Court, ensuring that consumers would be able to band together as a class when a company defrauds them for small amounts individually that are worth millions of dollars in the aggregate.

Amy is rated by *Chambers & Partners* for her work in cybersecurity litigation and is an elected member of the American Law Institute. She serves on the Steering Committee of the Sedona Conference's Working Group 11, which focuses on advancing the law on issues surrounding technology, privacy, artificial intelligence, and data security, and she is also on drafting teams for both Model Data Breach Notification Principles and Statutory Remedies and the California Consumer Privacy Act. Her work in cybersecurity and privacy has been recognized many times over—in both 2021 and 2022, she was honored as one of Benchmark Litigation's Top 250 Women in Litigation; in 2020 and 2021, she was named by *The National Law Journal* as one of the Elite Women in the Plaintiffs' Bar; and the practice group which she chairs has won Practice Group of the Year in 2020, 2021, and 2022 by *Law360* and in 2020 by *The National Law Journal*. Amy is also recognized by Illinois Super Lawyers as a "Rising Star," and was named a "trailblazer" by *The National Law Journal.* In 2022, Amy was named to the "40 Under 40" list for *Crain's Chicago* for her leadership in litigation roles and promoting diversity and inclusivity in the bar.

Amy proudly holds leadership positions in both the American Association for Justice and the Public Justice Foundation, organizations which both focus on access to the courts for civil litigants.



## Molly Knobler
Partner

**EMAIL**
mknobler@dicellolevitt.com

**EDUCATION**
Stanford Law School, J.D.

Pomona College, B.A., *cum laude*

Molly Knobler is proud to represent whistleblowers who stand up against unsafe, unfair, and corrupt business practices that endanger consumer and patient welfare and drain precious funds from government coffers. The brave few who blow the whistle on fraud impacting the government, investors, patients, and consumers serve a vital purpose in our society. They are frequently thanked for their service with retribution and reprisal. Molly works tirelessly to protect these whistleblowers, ensure their stories are heard, and advocates for their just compensation.

Her experience includes *qui tam* matters involving Medicare and Medicaid fraud, as well as customs fraud and other frauds against the government. She also handles Physician Self-Referral Law (Stark law) violations, health care industry kickback schemes, government contractor overcharges, and cybersecurity issues in technology products.

Molly also represents clients in connection with whistleblower claims with the IRS' and the U.S. Securities and Exchange Commission's whistleblower programs, including violations of the Foreign Corrupt Practices Act.

On behalf of whistleblowers, Molly has secured hundreds of millions of dollars in settlements. This includes a $118.7 million settlement against Adventist Health Systems for alleged Stark violations and billing fraud; a $37.5 million settlement against Prime Healthcare, its CEO, and a cardiologist for an alleged kickback scheme and other allegations; and an $11.75 million settlement with Science Applications International Corporation for allegedly inflating the costs of a government-funded program.

Before joining DiCello Levitt, Molly practiced at Phillips and Cohen LLP and Constantine Cannon LLP, two of the largest whistleblower practices in the United States.

Molly serves as a Taxpayers Against Fraud Young Lawyer's Division Board member. While earning her law degree at Stanford Law School, she served as Submissions Editor and Co-Editor In Chief of the *Stanford Journal of Animal Law and Policy*. She earned Class Prizes for Outstanding Performance in: Torts, Evidence, Administrative Law, Trusts and Estates, Intellectual Property, and Environmental Law Clinic. In addition, Molly served as President and Director of the Animal Legal Defense Fund, interned with the Physicians Committee for Responsible Medicine, and worked as a law clerk at a legal services clinic that represented low-income and chronically ill clients.



**Brian O'Mara**
Partner

**EMAIL**
briano@dicellolevitt.com

**EDUCATION**
DePaul University College of Law, J.D.

University of Kansas, B.G.S.

Brian O'Mara is a partner in DiCello Levitt's San Diego office. His practice focuses on complex securities, antitrust, and consumer protection litigation in state and federal courts across the United States.

Over the past 20 years, Brian has served as lead or co-lead counsel in numerous shareholder, consumer protection, and antitrust actions involving companies in the financial services, technology, pharmaceutical, entertainment and gaming, and telecommunications industries, which have yielded billions of dollars in recoveries. He has helped institutional investors protect their fund investments by securing leadership positions in dozens of securities and antitrust actions and has been responsible for a number of significant trial and appellate court rulings in the securities and antitrust space.

Prior to joining DiCello Levitt, Brian was a partner at a leading complex litigation law firm and served as chief underwriter officer for a global private equity and advisory firm specializing in litigation finance, judgment enforcement, asset recovery, and related strategies serving claimants, law firms and other professional service firms, and businesses across the globe. In this capacity, Brian was responsible for directing the firm's underwriting process for prospective investments and managing the firm's investment portfolio, which included litigation and arbitration disputes in jurisdictions around the world.

Brian has been twice recognized by the American Antitrust Institute's Antitrust Enforcement Awards for the category of Outstanding Antitrust Litigation Achievement in Private Law Practice for his work in the *ISDAfix Antitrust Litigation* and in *In re EpiPen Marketing, Sales Practices and Antirust Litigation*, which alleged antitrust and RICO violations. He has also been named a Super Lawyer by *Super Lawyers Magazine* for the past six consecutive years and recognized as a Leading Plaintiff Financial Lawyer by *Lawdragon*.

Brian graduated from the University of Kansas with a degree in economics, and he received his law degree from DePaul University College of Law, where he was the recipient of a CALI Excellence for the Future Award in securities regulation.



**Roxana Pierce**

Partner

**EMAIL**
rpierce@dicellolevitt.com

**EDUCATION**
Thomas Jefferson School of Law, J.D.

Pepperdine University, B.A.

Sorbonne University, France, *with honors*

Roxana Pierce is the co-founder of the Securities Practice Group and an international attorney who brings a unique level of diversity and experience to her litigation practice, protecting investor rights and the rights of victims of consumer fraud, waste, and abuse.

Representing governmental and private pension funds, large institutional investors, attorneys general, international banks, asset managers, foreign governments, multi-national corporations, and sovereign wealth funds and individuals, Roxana has served clients from more than 20 states and 82 countries, with extensive experience in the Middle East, Europe, and Asia. Zealous and passionate, Roxana advocates for her clients through litigation, arbitration, mediation, and in negotiations.

Roxana represents clients in consumer protection, securities, products liability, contracts, and other claims in private, group, and class actions. Prior to joining DiCello Levitt, Roxana became a seasoned attorney through her experience working on cases against the world's largest pharmaceutical and automobile manufacturers as well as litigation concerning the 2008 global financial crisis. In addition, Roxana's background includes contract negotiations for hundreds of projects, including several valued at more than $1 billion, with governmental and corporate leaders both foreign and domestic.

When recognizing DiCello Levitt as a Recommended Firm in the Securities Litigation: Plaintiff category, *The Legal 500* highlighted the Securities Practice Group for its "outstanding technical skills and the capacity to listen to clients and take their concerns on board." The publication also commended Roxana for her "outstanding skills in proactive communication." In addition, Roxana was named a Leading Plaintiff Financial Lawyer by *Lawdragon* in 2024.

Deeply committed to serving her community, Roxana serves as Director and Board member to The Invisible Hand Foundation, Inc., which provides funding to Washington, D.C. and Maryland-area residents facing hardships. For her work with that organization, Roxana was honored by the National Center for Children and Families with the Humanitarian Spirit Award for Advocacy.

Roxana studied French at the Sorbonne University in France before earning her bachelor's degree in international affairs and international relations from Pepperdine University. She is fluent in Farsi and proficient in French and Turkish. Roxana began her legal career as a paralegal with focus on corporate law, receiving her certificate from the University of San Diego. She earned her Juris Doctor from Thomas Jefferson School of Law, where she focused on international law.



**Adam Prom**
Partner

**EMAIL**
aprom@dicellolevitt.com

**EDUCATION**
The University of Texas School of Law, J.D.

Marquette University, B.A., *magna cum laude*

Adam Prom has contributed significantly to and led a variety of complex litigations that have resulted in settlements worth hundreds of millions of dollars, including class actions and multi-district litigations. He has represented consumers, small and large businesses, whistleblowers, and public entities in all types of cases, including those involving consumer protection, privacy, product liability and automotive defects, environmental contamination, False Claims Act *qui tam*, and business disputes. Adam's broad knowledge base and experience sets him apart and allows him to successfully traverse any practice area at the firm, all the while focusing on redressing harm caused by others' unscrupulous business practices. Notably, Adam has represented consumers and businesses against industry titans like Google, Meta, CVS, Nissan, Navistar, and Peloton. He has been listed annually since 2019 as an Illinois Rising Star by *Super Lawyers*, and he is part of the firm's Privacy, Technology, and Cybersecurity Litigation Practice Group, which *Law360* recognized as "Group of the Year" for three consecutive years, from 2020 to 2022..

In addition to monetary recoveries for their clients, Adam also pursues important injunctive relief to correct business practices moving forward. In one case, in addition to a settlement fund of $21 million, Adam served as part of a team that obtained an agreed injunction to ensure the humane treatment of animals. In other cases involving privacy and cybersecurity, Adam and his colleagues are at the forefront of not only pursuing and obtaining large settlements but also the deletion of ill-gotten personal data and prevention of other personal intrusions.

Beyond his class action work, Adam has substantial trial experience in state and federal court, and he has successfully led and won multiple arbitrations for individual consumers and businesses, including a multi-day arbitration against a multibillion-dollar group of trusts.

Adam has demonstrated a commitment to public service and is active in multiple legal advocacy organizations, including Public Justice, the American Association for Justice, and other state and federal bar associations. Adam also serves on the Chicago Bar Association's Judicial Evaluation Committee. He also volunteers his time to organizations that provide assistance to Africans denied due process, including prisoners and those suffering from modern day slavery, and he has been a mentor for high school students at the Legal Prep Charter Academy in Chicago.



## Corban Rhodes
Partner

**EMAIL**
crhodes@dicellolevitt.com

**EDUCATION**
Fordham University School of Law, J.D., *cum laude*

Boston College, B.A., *magna cum laude*

Corban Rhodes is a seasoned litigator who has recovered more than a billion dollars for consumers and investors in some of the country's largest and most historic cybersecurity, data privacy, and securities fraud cases. Working at the intersection of law and technology, Corban focuses on cases that involve the intentional misuse or misappropriation of consumer data and data breaches.

As co-lead plaintiffs' counsel in the *Facebook Biometric Information Privacy Litigation* matter, Corban helped secure a landmark $650 million settlement in one of the first cases asserting consumers' biometric privacy rights under Illinois law. He has litigated cases of negligence and malfeasance leading to data breaches, including securing a settlement with Yahoo for one of the largest known data breaches in history that affected nearly three billion consumers. Continuing his groundbreaking work at this critical moment for privacy rights and the law, he currently represents consumers in pivotal web browser privacy cases, including in *Calhoun v. Google* and *Google RTB Consumer Privacy Litigation*.

Corban also prosecutes complex securities fraud cases on behalf of institutional investors, representing both large public pension funds and individual investors. He successfully resolved dozens of cases against some of the largest Wall Street banks in the wake of the mortgage-backed securities financial crisis. His work in securities fraud cases has held companies accountable to investors for fraud and market manipulation in the banking, pharmaceutical, and manufacturing sectors in some of the largest securities class actions of the last decade.

Corban has been recognized by *Law360* as a Rising Star and as one of five attorneys on its Top Attorneys Under 40 for Consumer Protection. He was also named by *Benchmark Litigation* as a Future Star and on its New York 40 Under 40 list and by *Super Lawyers* as a New York Rising Star, and he received a Thurgood Marshall Award for his pro bono representation of a death row inmate appealing from capital punishment. He is an active member of the Sedona Conference Working Group 11 on Data Security and Privacy Liability and sits on the *Law360* Cybersecurity & Privacy Editorial Board. He is a regular speaker and writer on issues related to protecting the rights of the individual against corporate malfeasance.



# Caroline Robert

Partner

**EMAIL**
cmrobert@dicellolevitt.com

**EDUCATION**
University of San Diego School of Law, J.D.

University of San Diego, B.A., *magna cum laude*

Caroline Robert is a lead partner in DiCello Levitt's Securities and Financial Products Litigation Practice Group based in San Diego. Her practice is focused on representing institutional investors in complex securities litigation matters. With a history of high-stakes victories against Wall Street banks and large corporations, she has an impressive track record of success for clients impacted by financial misdeeds or securities regulations violations.

In the wake of 2008's worldwide financial crisis, Caroline played an integral role in litigation that secured settlements on behalf of institutional investors against Wall Street banks for their part in structuring residential mortgage-backed securities (RMBS) that subsequently collapsed. These matters included the high-profile action brought by China Development Industrial Bank (CDIB) against Morgan Stanley to recover losses CDIB suffered as a result of its investment in the STACK 2006-1 collateralized debt obligation tied to RMBS. Caroline's experience also includes representation of international institutional investors impacted by Volkswagen and Daimler's defeat device emissions scandal in representative actions in Germany under the Capital Market Investors' Model Proceeding Act (KapMuG).

Prior to joining DiCello Levitt, Caroline represented clients in complex securities litigation matters and also gained experience in real estate litigation and transactions for financial institutions and other related clients.

Committed to pro bono work, Caroline has provided legal counsel through the Immigration Legal Clinic at the University of San Diego School of Law and received honor's recognition for her service. She has also provided pro bono service through the San Diego Legal Aid Society, which garnered her the State Bar of California's prestigious Wiley W. Manuel Award.

Born and raised in France, Caroline is multilingual; she is fluent in French, English, and Spanish. She holds a bachelor's degree from the University of San Diego, where she double-majored in international relations and Spanish language and literature. Caroline earned her Juris Doctor at the University of San Diego School of Law and is admitted to practice law in California, New York, and the District of Columbia.



## Henry Rosen

Partner

**EMAIL**

hrosen@dicellolevitt.com

**EDUCATION**

University of Denver, J.D.

University of California, San Diego, B.A.

Henry Rosen is a results-driven litigator with over three decades of experience recovering money on behalf of institutional and individual investors. A leading attorney in securities fraud class actions, he has obtained more than $1 billion in monetary recovery for investors.

Henry has significant experience running all aspects of large, complex litigation. From ensuring his institutional and individual investor clients are prepared for depositions and court, to overseeing massive document reviews, to handling hundreds of depositions, to preparing pleadings and for oral argument before the court, Henry is a hands-on and meticulous attorney.

Some of Henry's notable representations in large complex securities fraud class actions include:

- *In re Cardinal Health, Inc. Securities Litigation*: This $600 million settlement is the largest recovery ever in a securities fraud class action in the U.S. Court of Appeals for the Sixth Circuit.
- *Jones v. Pfizer Inc.*: A $400 million settlement was reached on the eve of trial for investors in this misclassification of revenue case.
- *In re FirstEnergy*: Recovered $89.5 million for investors in a securities fraud class action after this Ohio utility company artificially inflated its stock price through false statements and omissions.

Henry is the lead litigator responsible for the ongoing 2016 Brazilian arbitration against Petrobras before the Bovespa panel in São Paulo, Brazil, a case brought by 24 institutional investors, including the largest sovereign wealth funds globally and public pension funds across the United States.



**David A. Straite, CIPP/US**
Partner

**EMAIL**
dstraite@dicellolevitt.com

**EDUCATION**
Villanova University School of Law, J.D., *magna cum laude*, Managing Editor, *Villanova Law Review,* and Order of the Coif

Tulane University, Murphy Institute of Political Economy, B.A.

David Straite is the nation's leading voice for the recognition of property rights in personal data, a 10-year effort culminating in the Ninth Circuit's landmark April 2020 decision in *In re: Facebook Internet Tracking Litigation* and the Northern District of California's March 2021 decision in *Calhoun v. Google*, both of which he argued. David also successfully argued for the extraterritorial application of the Computer Fraud and Abuse Act in 2019 in *In re: Apple Device Performance Litigation*, and filed the first-ever data privacy class action under seal to address a dangerous website vulnerability under Court supervision in *Rodriguez v. Universal Property & Casualty Insurance Company*. As *M.I.T. Technology Review* magazine put it, David is "something of a pioneer" in the field. In September 2022, *Law360* named him a Cybersecurity/Privacy "MVP." He also protects investors in securities, corporate governance, and hedge fund litigation in federal court and in the Delaware Court of Chancery, admitted to practice in both New York and Delaware.

David is a former adjunct professor at Yeshiva University's Sy Syms School of Business, teaching Business Law and Ethics every fall semester from 2015 to 2021. He has co-authored "Dobbs Ruling Means It's Time to Rethink Data Collection" in *Law360* (2022), "Google and the Digital Privacy Perfect Storm" in *E-Commerce Law Reports* (UK) (2013), authored "Netherlands: Amsterdam Court of Appeal Approves Groundbreaking Global Settlements Under the Dutch Act on the Collective Settlement of Mass Claims" in *The International Lawyer's* annual International Legal Developments in Review (2009), and was a contributing author for Maher M. Dabbah and K.P.E. Lasok, QC's "Merger Control Worldwide" (2005). He speaks frequently on topics related to both privacy and investor protection.

David co-chairs the firm's Diversity, Equity, and Inclusion Committee, which seeks to promote diversity within the firm and the legal profession, generally. In 2022, David was also appointed to the LGBTQ Rights Committee of the New York City Bar Association, whose mission is to address "legal and policy issues in legal institutions and in the court system that affect lesbian, gay, bisexual, transgender and queer individuals."

Prior to joining the firm, David was a partner with Kaplan Fox & Kilsheimer LLP, and helped launch the U.S. offices of London-based Stewarts Law LLP before that, where he was the global head of investor protection litigation. Prior to joining the plaintiffs' bar, David was an associate with the New York office of Skadden Arps Slate Meagher & Flom LLP.



**John E. Tangren**
Partner

**EMAIL**
jtangren@dicellolevitt.com

**EDUCATION**
University of Chicago Law School, J.D., *with honors*

University of Chicago, B.A., *with honors*

John Tangren has exclusively represented plaintiffs for the past decade in multistate automotive defect class actions. In addition to the hundreds of millions of dollars he's recovered for his clients, he also obtained nearly half a million dollars in sanctions for discovery misconduct in a class action involving unintended acceleration in Ford vehicles. Most recently, John was a member of a trial team and led plaintiffs' presentation on damages in a multi-state class action involving oil consumption of trucks and sports-utility vehicles, in which the jury awarded the class $102.6 million. The verdict—a rarity in class action litigation— is one of the highest-ever achieved for an automotive defect class action, setting the bar for litigating similar cases across the country. In another case, involving ignition switch defects, John served as Settlement Allocation Counsel in a blockbuster $121.1 million settlement against General Motors.

John's professional accomplishments are among the most impressive in the country. He has recovered hundreds of millions of dollars in product defect cases, including $600 million for property damage caused by an herbicide, $135 million for defective heavy truck engines, and $45 million and $40 million in cases involving defective SUV parts, all while setting himself apart as an expert legal writer and tactician.

John's expertise in legal writing is recognized in the community; John frequently presents to other lawyers on how to best communicate their message, present advocacy in compelling ways, and use tools and technology to streamline the process. He also presents on other topics—ranging from communications with absent class members at an annual antitrust conference, to issues related to Article III standing in the federal court system. Some of his other presentations have included a lecture to members of the Chicago Bar Association concerning the Class Action Fairness Act and its impact on litigation since its passage, the use of discovery tools and techniques for electronically-stored information, and how to avoid legal ethics violations and liability for malpractice by following established protocols and procedures.

John has been recognized as an Illinois Super Lawyer, in the National Trial Lawyers "Top 40 Under 40," and as an Emerging Lawyer by the Law Bulletin Publishing Company.



# Geralyn Trujillo
Partner

**EMAIL**
gtrujillo@dicellolevitt.com

**EDUCATION**
University of Texas at Austin School of Law, J.D.

Georgetown University, B.S.

Geralyn Trujillo is a partner in DiCello Levitt's New York office and a member of the Antitrust and Competition Litigation Practice Group. With extensive experience litigating antitrust matters on behalf of government entities and as defense counsel, Geralyn brings a unique strategic perspective to her cases.

Before joining DiCello Levitt, Geralyn spent fifteen years in government service enforcing the antitrust laws at both the state and federal level. During her tenure at the Federal Trade Commission's Bureau of Competition, she served as lead attorney in significant matters resulting in commission victories and led investigations across a variety of industries, including healthcare, digital platforms, medical devices, consumer goods, and industrial products. At the Office of the New York State Attorney General, Geralyn investigated anticompetitive conduct and litigated cases involving pricing fixing and anticompetitive mergers and acquisitions.

Prior to her work in government, Geralyn spent ten years at an esteemed multinational law firm, representing public and private companies in antitrust matters, including mergers and acquisitions, civil antitrust litigation, and government investigations.

Geralyn is an active member of the Executive Committee and Diversity Committee of the New York State Bar Association's Antitrust Law Section and is a member of the American Bar Association's Antitrust Section.



**Li Yu**
Partner

**EMAIL**
lyu@dicellolevitt.com

**EDUCATION**
Columbia University Law School, J.D.

Wesleyan University, B.A.

Li Yu is an experienced trial and appellate lawyer whose practice focuses on health care and pharmaceutical fraud, financial and securities fraud, civil rights, commercial, and other complex litigation. A recognized expert in *qui tam* and other whistleblower cases, Li has a proven track record of rooting out fraud and securing justice for victims of fraudulent and illegal conduct.

For more than a decade, Li served as an Assistant U.S. Attorney (AUSA) for the Southern District of New York, including four years as the senior counsel to the civil frauds unit, where he led the government's *qui tam* litigation in cases concerning Medicare Part C, prescription drug marketing, pharmacy billing, medical devices, and other fraud matters. During his AUSA tenure, Li obtained more than a dozen significant civil fraud settlements totaling over $800 million and secured other important relief for American consumers.

Li has successfully litigated numerous cases to protect vulnerable individuals and ensure the fair and efficient functioning of the economy. For example, in a mortgage fraud case, Li obtained a series of injunctive orders to stop fraudulent flip sales and persuaded a federal district court to hold the fraudster in contempt after a trial for circumventing an injunction. He also spearheaded a series of Fair Housing Act cases against several of the largest real estate developers in the nation, which resulted in retrofits at more than 15,000 rental apartments to improve accessibility for people with disabilities.

Before joining DiCello Levitt, Li worked in securities enforcement at the Financial Industry Regulatory Authority. He also served as senior counsel to the Senate Permanent Subcommittee on Investigations under Senator Jon Ossoff, where he conducted consequential and headline-grabbing investigations into the mistreatment of military families by a large housing contractor and the sexual abuse of women prisoners by federal prison staff, among other issues. Earlier in his career, Li served as a law clerk for the Honorable Sidney H. Stein of the Southern District of New York and as a litigation associate at two international firms.

Li is a member of the Federal Bar Council and the New York City Bar Association's Federal Courts Committee and is a frequent contributor to *Law360*, where he provides expert analysis on the False Claims Act and related topics. Outside of work, he is an active volunteer, including with InTandem Cycling, which provides tandem bicycling programs to people who are blind, have low vision, or cannot ride independently due to other disabilities.



**Sara Aguiñiga**
Senior Counsel

**EMAIL**
saguiniga@dicellolevitt.com

**EDUCATION**
American University Washington College of Law, J.D.

University of Maryland, Baltimore County, B.S.

Sara Aguiñiga is a trial lawyer focused on mass torts, civil rights, and public entity litigation. With a steadfast dedication to achieving justice for her clients, Sara has helped secure hundreds of millions of dollars in settlements on behalf of plaintiffs.

Prior to joining DiCello Levitt, Sara worked for two prominent national plaintiffs' firms, where she assumed leadership roles of teams litigating product liability cases involving pharmaceutical and agricultural products, led discovery in data privacy and other matters, and was the first point of contact for public clients. She also served as second chair in a major opioids trial against three of the largest pharmaceutical companies in the United States.

Sara earned her law degree from the American University Washington College of Law, where she was a member and managing director of the Mock Trial Honor Society and a Dean's Fellow on the Trial Advocacy Program. She has been recognized as one of the National Trial Lawyers' "Top 40 Under 40," on *Lawdragon*'s 500 X list of leading next-generation lawyers, and by Best Lawyers in America as "Ones to Watch" in mass tort and class action litigation.

Sara is a single mother to two young children. She is fluent in Spanish and Portuguese, competed on the Mexican national figure skating team, and serves as a mentor to law students through the Hispanic Bar Association of the District of Columbia. She also has provided pro bono representation to unaccompanied minors immigrating to the United States from Central America.





## Rachel Bussett
Senior Counsel

**EMAIL**
rbussett@dicellolevitt.com

**EDUCATION**
Oklahoma City University of Law, J.D.

Oklahoma State University, B.S.

Rachel Bussett is a trial attorney focused on complex personal injury, medical malpractice, civil and human rights, and labor and employment litigation. Rachel represents people in a wide range of matters, including catastrophic injury and death cases, property damage claims, insurance disputes, employment discrimination, products liability, government torts, and other disputes. In litigating all of these matters, she has earned a reputation for achieving outstanding results against large corporations and government agencies that have injured and taken advantage of her clients.

After working as a management consultant advising some of the largest retail chains in the United States on supply chain and management operations, Rachel began her legal career defending Fortune 500 companies and government entities in catastrophic personal injury, employment discrimination, and property damage cases. Realizing her true passion was working with everyday people, she left the world of corporate defense to build a plaintiffs' civil litigation and family law practice, trying cases in state, federal, municipal, administrative, and tribal courts.

As a trial lawyer, Rachel has obtained millions of dollars in settlements and verdicts for her clients. She's held overzealous law enforcement accountable; vindicated wrongfully terminated and sexually harassed employees; and fought to ensure injured people obtain the justice and compensation they deserve.

Prior to joining DiCello Levitt in the firm's Cleveland office, Rachel founded one of the largest all-woman law firms in Oklahoma and was recognized as one of the state's leading legal advocates for children and families in civil and family cases. Rachel is a graduate of the Trial Lawyers College and writes a regular legal column published in three Oklahoma newspapers. She has created, authored materials for, and taught multiple continuing education courses for other attorneys as well as certified public accountants and professionals in the insurance and cannabis industries, among others.

Outside of the office, Rachel dedicates her time to supporting services for children and families, veterans, and pets by serving as a board member and volunteering with various organizations and providing pro bono representation.



## Jonathan Crevier
Senior Counsel

**EMAIL**
jcrevier@dicellolevitt.com

**EDUCATION**
Benjamin N. Cardozo School of
Law, J.D., *cum laude*

New York University, B.A., *magna
cum laude*

Jonathan Crevier is a senior counsel in DiCello Levitt's New York office. Jonathan prosecutes complex antitrust class actions on behalf of institutional investors, businesses, and consumers. He actively litigates cases against a number of the world's largest companies in antitrust matters involving alleged price-fixing, benchmark and commodities manipulation, pay-for-delay, and other anticompetitive practices.

Prior to joining the firm, Jonathan was an associate in a nationally recognized competition and antitrust litigation group, where he represented plaintiffs in complex antitrust matters. He also previously served as a Judicial Intern for the Honorable Henry Pitman in the U.S. District Court for the Southern District of New York.



## Robert J. DiCello
Of Counsel

**EMAIL**
rjdicello@dicellolevitt.com

**EDUCATION**
Cleveland-Marshall College of Law, J.D.

John Carroll University, B.A., *magna cum laude*

A co-founder of one of DiCello Levitt's predecessor firms, Robert DiCello has amassed more than 45 years of professional experience and an extensive list of seven- and eight-figure recoveries for victims of injustice. He has deep experience in a wide range of class actions, personal injury cases, complex mass torts, and probate matters. Over his long and successful career, he has won multiple appeals before the Ohio Supreme Court.

Robert put himself through Cleveland-Marshall College of Law while working as a safety director at U.S. Steel Corporation. While in law school, he was selected to join the *Cleveland-Marshall Law Review*. He began his legal career as an assistant prosecutor in the Lake County Prosecutor's Office and later become President of the Lake County Bar Association. He formed his own firm in 1978, managing it with great success over nearly 40 years until its members founded DiCello Levitt.





## Tricia McCormick
Of Counsel

**EMAIL**
tmccormick@dicellolevitt.com

**EDUCATION**
University of San Diego School of
Law, J.D., *cum laude*

University of Michigan, B.A.

Tricia McCormick represents institutional investors and individuals in securities class action cases. As a member of a team that maintains contact with clients who wish to become actively involved in securities fraud litigation, Tricia is active in all phases of the firm's lead plaintiff motion practice.

Tricia has litigated numerous cases against public companies in state and federal courts that have recovered hundreds of millions of dollars for investors. She has been instrumental in securing appointment of clients as lead plaintiff in dozens of cases across the United States that have resulted in significant recoveries for the classes.

Before joining DiCello Levitt, Tricia worked for 25 years at a prominent complex litigation firm where she focused on securities litigation, litigated derivative actions, and helped establish the firm's lead plaintiff group.



## Dan Schwartz
Senior Counsel

**EMAIL**
dschwartz@dicellolevitt.com

**EDUCATION**
New York University School of
Law, J.D., *magna cum laude*, Order
of the Coif

Brandeis University, Ph.D.
Candidate, M.A.

Vassar College, B.A.

Dan Schwartz works for individuals, small businesses, and public clients in complex multidistrict, commercial, public client, and class action litigations and arbitrations. An experienced litigator with deep knowledge of a wide range of matters, Dan has successfully represented clients in high stakes disputes involving, among other things, affirmative and defensive antitrust claims, fraud, the False Claims Act, consumer privacy, FLSA class and collective actions, trade secret misappropriation, the Anti-Kickback Statute, defamation, securities fraud, toxic tort, bankruptcy, the Affordable Care Act, and patent matters.

Dan has also represented clients on appeal in a number of significant cases in state and federal courts, including arguing a First Amendment matter of first impression in the Seventh Circuit Court of Appeals. He previously worked for several major international law firms and clerked for the Honorable Carlos T. Bea of the U.S. Court of Appeals for the Ninth Circuit.

Dan graduated *magna cum laude* from New York University School of Law and was elected to the Order of the Coif. Prior to his legal career, Dan graduated Phi Beta Kappa from Vassar College and earned a Master of Arts from Brandeis University. He is a proficient Russian speaker.



## Anna Claire Skinner
Senior Counsel

**EMAIL**
askinner@dicellolevitt.com

**EDUCATION**
Vanderbilt University Law School, J.D., Order of the Coif

Washington and Lee University, B.A., *cum laude*

Anna Claire Skinner represents governmental entities, individual consumers, and corporate clients, with the primary purpose of the protection of human health and the environment. She has litigated cases in both administrative tribunals and state and federal court from inception through settlement and trial. She has experience with numerous environmental statutes and regulations, including the Clean Water Act; the Clean Air Act; the Comprehensive Environmental Response, Compensation, and Liability Act; the Emergency Planning and Community Right-to-Know Act; and the Resource Conservation and Recovery Act.

Anna Claire is part of the DiCello Levitt team working with several states in investigating and addressing poly- and perfluoroalkyl substance (PFAS) contamination. DiCello Levitt's PFAS team, along with other Special Assistant Attorneys General and the Illinois Attorney General, most recently filed a lawsuit against 3M for PFAS contamination from its facility in Cordova, Illinois. Cases involving these "forever chemicals" will have wide-reaching implications for state governments and their residents.

Anna Claire also represents public clients in litigation seeking to hold the world's largest fossil fuel companies accountable for decades of deception concerning climate change and the costs and other consequences that climate change is imposing on those governments. She works with communities that have been impacted by years of exposure to polluted air, water, and soil. Recently, Anna Claire and DiCello Levitt's environmental team joined with co-counsel in representing several residents and former residents of Union, Illinois in filing suit against companies responsible for polluting the groundwater with carcinogenic chlorinated solvents. Anna Claire is also part of the team leading a class action on behalf of the residents of Rockton, Illinois, and surrounding communities for property damages they sustained following a catastrophic fire at a local chemical factory.

In addition to her environmental work, Anna Claire helps clients develop and maintain safety and health programs that meet all of the Occupational Safety and Health Administration's (OSHA) regulatory requirements and ensure all employees enjoy safe and healthful workplaces. She regularly counsels clients when compliance and litigation questions arise under OSHA.

Outside of the office, Anna Claire continues her work on environmental-related issues by serving as co-chair of the Kentucky Bar Association's Environment, Energy, and Natural Resources section. She also focuses on giving back to her community through her participation on the executive committee of the Living Arts and Science Center Board of Directors.



Peter Soldato is a tireless advocate for clients in and out of the courtroom. He began his career in the public sector, litigating cases on behalf of the government and later representing individuals against the government. He leverages this experience to protect the interests of individuals, businesses, and public entities in a wide range of disputes.

As a graduate of the Trial Lawyers College and a contributing member of DiCello Levitt's Trial Center, Peter has had repeated success using focus group analysis to distill even the most complex of cases into stories that a judge and jury can understand and apply, which has resulted in positive outcomes for clients in a wide variety of disputes.

## Peter Soldato
Senior Counsel

**EMAIL**
psoldato@dicellolevitt.com

**EDUCATION**
University of Chicago Law School, J.D.

Butler University, B.A.



## Ryder Thomas
Of Counsel

**EMAIL**
rthomas@dicellolevitt.com

**EDUCATION**
University of the Pacific,
McGeorge School of Law, J.D.

Cornell University, M.B.A.

University of Georgia, B.A.

Ryder Thomas counsels hedge funds, pension funds, sovereign wealth funds, family offices, and large multi-class asset managers on matters related to corporate fraud, investor rights, and securities-related litigation in the U.S. securities markets and abroad.

Ryder began his career as a lawyer in the San Diego and San Francisco offices of a national law firm, where he focused on securities, mergers and acquisitions (M&A), antitrust, and consumer class action litigation. He subsequently joined a highly esteemed San Francisco complex litigation boutique, where he litigated complex financial cases on behalf of private and public companies, bankruptcy trustees, and creditors' committees as both plaintiffs' and defense counsel.

In addition to his deep legal experience, Ryder has a diverse financial background. As an investment banker in the San Francisco office of GCA Savvian (since acquired by Houlihan Lokey), he specialized in M&A and private capital transactions on behalf of high-growth technology companies. Later, as a founding member of the hedge fund coverage group at Houlihan Lokey, he worked with multi-strategy hedge funds on idea generation as well as M&A, public and private financings, complex valuations, and financial restructuring engagements across industry verticals.



## Justin S. Abbarno
Associate

**EMAIL**
jabbarno@dicellolevitt.com

**EDUCATION**
The Ohio State University Moritz College of Law, J.D.

The University of Dayton, B.A., *summa cum laude*

Justin Abbarno is an aggressive, creative, results-oriented trial lawyer whose practice focuses primarily on medical malpractice, nursing home neglect, catastrophic injury, sexual assault, product liability, and mass torts. He is steadfast in his devotion to seeking justice and works to hold individuals and businesses accountable for the harms that his clients have suffered.

Justin has litigated multiple jury and bench trials to verdict, as well as multiple arbitrations to final decision. An advocate for advancing the craft of trial practice, he is a contributing member of the DiCello Levitt Trial Center, where he helps attorneys fine-tune their cases through focus groups and mock trials.

During law school, Justin was a key member of The Ohio State University's award-winning Moritz College of Law's Mock Trial Team. He also received the Michael F. Colley Award, as a top mock trial performer in the 2020 graduating class and was named Best Attorney during the 2019 Ohio Attorney General's Mock Trial Competition. Before law school, Justin graduated from the University of Dayton, *summa cum laude*, where he was elected to serve the undergraduate student body as a representative for the UD Student Government Association and was appointed to serve as the Speaker of the Student Body Senate. During his undergraduate studies, Justin worked on a successful Senate campaign and was an intern in the United States House of Representatives. Justin was also a member of UD's NCAA Division 1 FCS Football program and was named to the Pioneer Football League's All-Academic Team.



# Elizabeth Baughman
Associate

**EMAIL**
ebaughman@dicellolevitt.com

**EDUCATION**
Loyola University Chicago School of Law, J.D.

DePaul University, B.A.

Elizabeth Baughman is an associate in DiCello Levitt's Chicago office, where her practice is focused on protecting human health and the environment. Combining her commitment to environmental law with her knowledge of public policy, Elizabeth provides clients with a deeper understanding of the evolving environmental issues that shape their cases.

Elizabeth graduated from Loyola University Chicago School of Law. During law school, she worked as the head law clerk at a nationally recognized, Chicago-based personal injury law firm. Prior to joining DiCello Levitt, she served as a law clerk with the Circuit Court of Cook County, where she also became the motion section pool clerk coordinator for the court.

Elizabeth is the vice chair of the Chicago Bar Association's Environmental Law Committee and is currently working toward a master's degree in public policy administration from Northwestern University.



## J. Gordon Bergstresser
Associate

**EMAIL**
gbergstresser@dicellolevitt.com

**EDUCATION**
New England School of Law, J.D.

Lycoming College, B.A.

Gordon Bergstresser's passion for ESI flows from his recognition that every case litigated by the firm, from the largest data breach class action to an individual tort victim, is brought because someone was harmed by another's wrongful conduct. Gordon's experience includes in-depth collection and review of ESI in a number of industries, including data privacy, internet tracking, mobile devices, cryptocurrency, securities exchange platforms, automotive, pharmaceutical, security contractors, and food labeling. This wide range of hands-on experience gives him a wealth of knowledge to draw upon when new cases with pressing ESI issues come through the door.

Gordon's approach builds advantages into the ESI workflow at the outset of a case. When the time comes for the litigation team to marshal the ESI needed to achieve the best outcome for a client, Gordon has already created the infrastructure so that important evidence can be quickly located and presented.

Gordon's background includes working in review rooms to produce ESI for civil defendants, giving him unique insight in his current work receiving document productions on behalf of plaintiffs. Crafting search terms and leveraging predictive coding is central to Gordon's strategy for finding the smallest of needles in the largest of haystacks. He has experience in all of the major review platforms, including Relativity and Everlaw, ensuring that every case, whether ESI is managed directly by DiCello Levitt or with partner firms, can be brought to successful resolution for our clients.





**Lamiaa Bitar**
Associate

**EMAIL**
lbitar@dicellolevitt.com

**EDUCATION**
Chicago-Kent College of Law, J.D.

University of Houston, B.S.

As part of DiCello Levitt's Mass Tort division, Lamiaa Bitar advocates for people who have been injured or harmed by the negligent, reckless, or deceitful actions of individuals and corporations. Drawing on her background in biological and pharmaceutical sciences, Lamiaa brings an expert's perspective to litigation against some of the world's largest chemical, pharmaceutical, and cosmetics companies.

Prior to joining DiCello Levitt, Lamiaa served as a law clerk for an intellectual property and business services law firm, where she worked on e-commerce arbitration and litigation, trademark applications, and other complex matters involving patent law, intellectual property, and commercial litigation. She also previously served as a law clerk with in-house counsel for a construction services firm, where she conducted regulatory research and contract review, among other responsibilities.

Lamiaa is fluent in Arabic and English and studied pharmacy in her native country, Syria, before moving to the United States. Before earning her law degree from the Chicago-Kent College of Law, Lamiaa worked as a clinical researcher in activity physiology at the University of Houston, where she earned a Bachelor of Science. in biology.



**Noah Cozad**
Associate

**EMAIL**
ncozad@dicellolevitt.com

**EDUCATION**
University of Minnesota Law
School, J.D.

University of Minnesota, B.A.

Noah Cozad is an associate in DiCello Levitt's New York office litigating antitrust class actions against some of the world's largest and most powerful companies across diverse industries, including technology, agriculture, and entertainment. Noah works hard to ensure consumers and businesses can recover from the harms caused by unlawful price-fixing and monopolistic conduct.

Noah has contributed to a number of cases, including multiple class actions brought against meat packing companies for alleged price fixing; a class action brought by pharmacies alleging inflated fees and conspiracy to restrain trade; and a class action against manufactured home community owners for alleged conspiracy to fix home lot rental prices.

In law school, Noah acted as a community mediator in disputes, such as parenting and neighbor conflicts. After law school, he worked as a judicial clerk for a trial court judge in Minneapolis. In this position, Noah observed and was actively involved in a large variety of cases, from inception to trial. Noah has also represented clients pro bono, including one case against the federal government regarding an incarcerated individual denied necessary healthcare.



## Elton H. Darby III
Associate

**EMAIL**
edarby@dicellolevitt.com

**EDUCATION**
University of Alabama School of Law, J.D

University of Mississippi, B.A., *magna cum laude*

Elton Darby is an associate at DiCello Levitt's Birmingham, Alabama, office. He believes authenticity, empathy, and understanding are critical to building trust and effectively advocating for his clients. With focus on mass tort, personal injury, and civil and human rights litigation, Elton puts his passion and experience to work for individuals who have suffered injury and injustice at the hands of others.

Prior to joining DiCello Levitt, Elton represented individuals, small companies, small financial institutions, and large corporations in business-related disputes, including general liability, workers' compensation, premises liability, and bankruptcy. He chose his current direction in representing individual clients because he wants to make a difference in the lives of the most vulnerable, rather than defending those with the most power.

Elton received his Juris Doctor from the University of Alabama School of Law. During law school, he worked in the Civil Law Clinic, helping students and local residents in West Alabama address legal issues that local law firms would not pursue. He also served as senior editor of the *Civil Rights and Civil Liberties Law Review*.



**Eaghan Davis**
Associate

**EMAIL**
edavis@dicellolevitt.com

**EDUCATION**
Northeastern University School of Law, J.D.

University of Michigan, B.A.

Eaghan Davis is a passionate advocate for justice, leveraging his legal insights to champion the rights of clients and balance the scales between powerful corporations and the public. In a world where money and influence often dictate outcomes, he is committed to empowering people to hold companies accountable for greed and negligence.

Before joining DiCello Levitt, Eaghan served as a law clerk to Michigan Supreme Court Justice Richard H. Bernstein, where he was exposed to some of the state's most pressing issues, including the Flint water contamination cases, where the court held that citizens of Flint had the right to sue the State of Michigan for their exposure to lead, PFAS, Legionella, and other harmful materials in state-supplied drinking water. As an Assistant Attorney General in the Office of the Illinois Attorney General, Criminal Division, Eaghan represented the public's interests in a variety of matters in Illinois state and federal courts, including arguing before the Illinois Supreme Court in *People v. Gorss*, 2022 IL 126464 (2022). After leaving public service, Eaghan joined a Chicago class action boutique, where he represented patients in antitrust lawsuits against pharmaceutical companies for their delay of generic medications that significantly lower prescription costs.

While attending the Northeastern University School of Law, Eaghan interned for Michigan Supreme Court Chief Justice Bridget Mary McCormack, U.S. District Court for the Eastern District of Michigan Judge Victoria A. Roberts, and two Boston plaintiffs' law firms. Recognizing the significant role mentors played in his legal education, Eaghan now serves as a moot court judge and coach at Michigan State University College of Law.



## Éviealle Dawkins
Associate

**EMAIL**
edawkins@dicellolevitt.com

**EDUCATION**
Howard University School of Law, J.D.

University of Maryland, College Park, B.A.

Éviealle Dawkins has developed deep personal perspectives on justice and responsibility that are foundational to her legal practice. As a DiCello Levitt associate, Éviealle applies her insight to litigation work on behalf of plaintiffs injured by civil or human rights abuses, environmental hazards, and other acts of corporate malfeasance. Prior to joining DiCello Levitt, Éviealle honed her litigation research skills on claims ranging from consumer protection and toxic tort to data and privacy.

While attending Howard University School of Law, Éviealle held an externship with the ADR Consortium Clinic at the Equal Employment Opportunity Commission, where she participated in mediations to resolve employment discrimination claims and assisted parties through the mediation and settlement process. She also served as a summer law clerk for the Maryland Office of the Attorney General's Thurgood Marshall Clerkship Program in the Civil Rights and Legislative Affairs Divisions. As a student attorney in her law school's Fair Housing Clinic, she represented low-income families in the District of Columbia Landlord Tenant Court. A merit scholarship recipient, Éviealle was also a member of the Charles Hamilton Houston National Moot Court Team and served on the Executive Boards of the Student Bar Association and her professional membership organizations.

Between earning her bachelor's degree in English language and literature at the University of Maryland and enrolling in law school, Éviealle worked on electoral and issue-based campaigns as the Operations Director for a Washington D.C.-based political consulting firm. Éviealle served as a White House intern in Spring 2013. She also served as a Congressional Intern for U.S. Congressman Edolphus "Ed" Towns while completing her undergraduate studies.



## Hani Farah

Associate

**EMAIL**
hfarah@dicellolevitt.com

**EDUCATION**
University of San Diego School of Law, J.D., *cum laude*

University of California, San Diego, B.A., *cum laude*

Hani Farah is a senior associate in DiCello Levitt's San Diego office and a part of the Securities and Financial Services Litigation Practice Group. Hani advises investors who have suffered losses due to fraud in the securities markets and has nearly 10 years of experience litigating securities fraud class action cases. He also advises and represents institutional investors with respect to individual securities actions, providing investors with options for recovery of their investment losses outside of class actions.

Prior to joining DiCello Levitt, Hani practiced at two leading national securities litigation law firms and collaborated with and learned from some of the best securities fraud class action lawyers in the country. He has served on litigation teams that successfully prosecuted securities fraud class actions against corporations in the insurance, health care, and veterinary industries, securing tens of millions of dollars in settlements. He also played a critical role in the representation of institutional investors in numerous securities opt-out cases, including actions against Valeant Pharmaceuticals, American Realty Capital Properties, Teva Pharmaceuticals, and Symantec Corporation, among others. Additionally, Hani has significant experience advising investors on international securities matters, including shareholder actions in Europe, Asia, South America, and Australia.

Hani graduated *cum laude* from the University of California, San Diego, where he studied political science and history, before earning his law degree from the University of San Diego School of Law in 2015, also graduating *cum laude.* He has been recognized by the National Trial Lawyers as a Top 40 Under 40 Civil Plaintiffs' Lawyer in the state of California.



## Joe Fouché III
Associate

**EMAIL**
jfouche@dicellolevitt.com

**EDUCATION**
Thurgood Marshall School of Law, J.D.

Grinnell College, B.A.

With a diverse professional background that includes technology, public affairs, and project management, Joe Fouché III brings a unique skillset to his law practice. He couples this experience with a passion for fighting for those harmed by the negligence of others, remedying human and civil rights violations as well as discrimination, and implementing an organized and effective litigation approach for his clients.

Prior to joining DiCello Levitt, Joe worked at a personal injury law firm. Most of his nearly five-year tenure at the firm occurred while simultaneously earning his law degree at Thurgood Marshall School of Law. At the firm, Joe served as a pre-litigation team manager.

Before pursuing a legal career, Joe worked in the public sector, including stints as an administrative associate at the City of Houston's Public Works Department and as a consultant with a public affairs firm, helping municipalities select and implement technology solutions. Joe also served as a project manager for charter schools' transportation logistics, worked as a legislative intern for a Florida state representative, and served as a legal intern for a probate court judge. While earning his bachelor's degree in political science at Grinnell College, Joe supported his father's campaigns for local governmental offices.





**Joseph Frate**

Associate

**EMAIL**
jfrate@dicellolevitt.com

**EDUCATION**
Case Western Reserve University
School of Law, J.D.

Ohio University, B.A., *cum laude*

Joe Frate's compassion, diligence, and effective communication result in successful case outcomes for his clients.

Joe received his Juris Doctor from Case Western Reserve University School of Law (Case Western). During his time at Case Western, he was a member of the Milton Kramer Health and Human Trafficking Law Clinic, where he represented and assisted disenfranchised citizens in receiving Social Security benefits and criminal record expungements. Joe was also named to the Dean's list during his time at Case Western.

Prior to law school, Joe graduated from Ohio University, *cum laude*, where he was elected to serve as Commissioner for off-campus students for the University's Student Senate.



## Jessica Holmes
Associate

**EMAIL**
jholmes@dicellolevitt.com

**EDUCATION**
Lewis & Clark Law School, J.D., *cum laude*

University of Southern California, M.S.

University of Florida, B.S.

Jessica Holmes is a deeply committed advocate for the preservation of our natural resources who draws on her background as an environmental engineer to fight for her clients and create a safer and healthier world for all. She believes that enduring environmental protection is accomplished by focusing, at every stage of the litigation process, on the people and the communities harmed by environmental contamination. As a DiCello Levitt attorney, Jessie uses her analytical skills and technical knowledge of biosystems to understand and communicate the engineering dynamics at play in her cases.

While at Lewis & Clark Law School, Jessie focused her research on the ways that class actions and other aggregation devices enable access to the courts, achieving justice for those previously left without recourse, and effect major changes in our environmental protection efforts. After serving as a law clerk at the Natural Resources Law Section of the California Office of the Attorney General, she was elected editor of *Environmental Law Review: Ninth Circuit Review*, where she also published an article on the intersection of complex litigation and environmental law; served as president of the Public Interest Law Project, an organization aimed at empowering students to pursue opportunities in public interest law; and co-founded the Complex Litigation Symposium at Lewis & Clark, sponsored by DiCello Levitt, which explored the significance of class actions and MDLs in ensuring equal access to justice. Shortly after graduating from law school, she received a scholarship to attend the Bolch Judicial Institute at Duke Law School's Advanced MDL Certificate Program and was recently selected to join the American Bar Association Section of Environment, Energy, and Resources' Membership Diversity Enhancement Program.

Jessie enjoys spending time with her close network of friends formed during her days as a Division I soccer player, and she remains involved in the sport as a fan and coach.



**Nicholas Horattas**
Associate

**EMAIL**
nhorattas@dicellolevitt.com

**EDUCATION**
Case Western Reserve School of Law, J.D.

University of Akron, B.A.

Nicholas "Niko" Horattas represents individuals as part of DiCello Levitt's Personal Injury, Mass Tort, and Class Action Litigation practice groups. He advocates for clients who have suffered injuries or harm caused by the wrongful conduct of others, including negligent individuals and corporations as well as unfair and deceptive business practices. He believes strongly in holding businesses accountable and is committed to helping his clients recover damages for injuries suffered at the hands of large corporations that have prioritized profits over their customers' and surrounding communities' well-being. Whether he is representing a single client or hundreds of clients in a mass or class action, Niko ensures that each client feels personally represented.

After earning a bachelor's degree in Corporate Finance and Business Administration at the University of Akron, Niko received his law degree from Case Western Reserve University School of Law where he was recognized as a Law and Leadership Scholar. During law school, he held a judicial clerkship and later served as a certified legal intern at the Milton A. Kramer Law Clinic at Case Western Reserve. Prior to becoming an Associate at DiCello Levitt, Niko worked at the firm as a law clerk. He also previously served as a legal clerk for a medical malpractice law firm where he worked on cases involving the professional negligence of healthcare providers.



## Stacey MacKinnon
Associate

**EMAIL**
smackinnon@dicellolevitt.com

**EDUCATION**
University of Florida Levin College of Law, J.D.

Florida State University, B.A.

Stacey MacKinnon is an associate in DiCello Levitt's New York office and a member of the firm's electronically stored information (ESI) team. Stacey works with clients and partners to ensure that the firm responds appropriately and accurately to e-discovery requests, attending to any client concerns in that process. She analyzes and summarizes documents produced by defense counsel, gathering the best evidentiary support for her clients and using that evidence to prepare her fellow counsel for crucial depositions and interrogatory responses. Be it healthcare fraud, intellectual property rights, or environmental justice, Stacey's keen eye for detail has uncovered case-deciding evidence that malevolent actors would have preferred to remain hidden.

A champion of data privacy, Stacey leverages her wealth of experience handling the most sensitive information to develop workflows and best practices that safeguard privileged or otherwise protected information. She has applied this knowledge in her roles leading several multilingual e-discovery teams to ensure adherence to U.S. and international data privacy laws, including the European Union's General Data Protection Regulation (GDPR).

Prior to joining DiCello Levitt, Stacey spent fifteen years honing her ESI skills. Working for a Fortune 500 company, she helped discover a scheme to defraud the federal government and the Environmental Protection Agency. She investigated failure-to-warn claims against pharmaceutical manufacturers as well as misappropriation of intellectual property in the software industry, protecting the rights of inventors and innovators. During an assignment with a team of specialists in Switzerland, she uncovered a well-disguised, multimillion-dollar shell company scheme that would have threatened the client bank's very existence.

Stacey is a member of Phi Beta Kappa. She earned her Juris Doctor from the University of Florida and studied French at L'Institut Catholique de Paris. She is also proficient in German.



**Jordyn Parks**

Associate

**EMAIL**

jparks@dicellolevitt.com

**EDUCATION**

Case Western Reserve University School of Law, J.D.

University of Cincinnati, B.S., *summa cum laude*

Jordyn Parks represents individuals and classes who have suffered injury and injustice due to police misconduct, corporate malfeasance, discrimination, and other wrongdoing. With a focus on civil and human rights, labor and employment, and class action litigation, Jordyn works to rectify racial, gender, and economic disparities and promote systemic change to advance the cause of equality.

While attending Case Western Reserve University School of Law, she honed her litigation skills through the Kramer Law Clinic's human trafficking and re-entry divisions, helping survivors of human trafficking seek justice against their abusers and assisting formerly incarcerated individuals with criminal record expungements. She was also a member of the Black Law Student Association's Executive Board during law school, where she crafted demands toward faculty and staff and advocated for changes to improve the experience of students of color at the law school. Prior to joining DiCello Levitt, Jordyn interned with the Cleveland Municipal Court and the Cuyahoga County Juvenile Court and served as an intern and a law clerk at several Cleveland-area law firms, including a civil rights and criminal defense firm, where she gained valuable experience in litigation involving wrongful imprisonment and other civil rights abuses.

In her capacity as an attorney and in her personal life, Jordyn strives to inspire and create a better world for future generations.



## Grantham Patterson
Associate

**EMAIL**
gpatterson@dicellolevitt.com

**EDUCATION**
Cumberland School of Law, J.D.

Troy University, B.S.

Grantham Patterson's practice focuses primarily on civil rights, mass tort litigation, and complex personal injuries. He advocates for those with diverse backgrounds and identities in cases involving widespread corporate injustices—from the sale of dangerously defective products to discriminatory employment practices—as well as government actors and institutions that target individuals based on their race, nationality, sexual orientation, gender identity, or religion.

Believing that every person deserves equal access to the rights, benefits, and privileges afforded to them under the law, Grant practices law to seek justice for all—especially in communities that the legal justice system has historically left behind.

Prior to beginning his legal practice, Grant clerked at DiCello Levitt while in law school and served as executive editor for the *American Journal of Trial Advocacy, Vol. 46*. He also worked as a judicial intern for a federal judge in the U.S. District Court for the Northern District of Alabama, clerked at a prominent immigration firm, and served as a legislative intern in the Alabama House of Representatives.



**Johnny Shaw**

Associate

**EMAIL**
jshaw@dicellolevitt.com

**EDUCATION**
Fordham University School of Law,
J.D., *magna cum laude*

McGill University, B.A.

Johnny Shaw represents consumers in antitrust class action lawsuits involving price-fixing, monopolization, and other anticompetitive conduct. He has litigated cases against some of the most powerful companies in the pharmaceutical, technology, aerospace, and agriculture industries, among others.

He has contributed to a number of notable cases, including a class action brought against drug makers alleging anticompetitive conduct to delay entry of a generic version of a drug; an ongoing multidistrict litigation against a property management software company and real estate firms for allegedly colluding to inflate rental prices; class actions brought by pharmacies alleging inflated drug prices; and a class action against local television station owners for allegedly participating in a scheme to artificially inflate ad prices.

Johnny's professional experience in law began when he served as legal intern for Rhode Island Legal Services, where he assisted in the representation of indigent clients facing prison time for failing to pay child support. He worked as a paralegal before law school, including for two years as a litigation paralegal at the New York office of one of the world's largest law firms. He also served as a law clerk, investigating and developing antitrust class actions through the entire litigation process.

While gaining valuable legal experience as a paralegal and law clerk, Johnny attended evening classes to pursue his law degree. He graduated from Fordham University of School of Law, where he was a member of the *Fordham Law Review* and served as a research assistant to two law school professors.



## Maggie Sposato
Associate

**EMAIL**
msposato@dicellolevitt.com

**EDUCATION**
City University of New York School of Law, J.D.

University of Vermont, B.S.

Maggie's career focuses on serving the public interest. As an associate in DiCello Levitt's New York office and a member of the firm's electronically stored information (ESI) team, she contributes to a variety of cases across different practice areas, including whistleblower; mass tort; civil and human rights; and privacy, technology, and cybersecurity litigation. Maggie leverages her experience in database management, target searching, and training predictive coding models to creatively and proactively problem-solve for her clients.

Before joining DiCello Levitt, Maggie spent 10 years as a solo practitioner, providing services to nonprofit organizations in all stages of development. She handled a variety of issues including incorporation, tax exemption, compliance, organizational structure, contracts, governance issues, and trademark registration. Additionally, she served as a court-appointed receiver in a commercial litigation involving a shareholder dispute.

Prior to going into solo practice, Maggie worked as an associate and of counsel for several small law firms, handling nonprofit and small business transactional matters, affordable housing issues including HDFC structure and conversion, real estate transactions, and civil litigation including landlord-tenant proceedings.

Maggie continues to support nonprofit organizations through pro bono consultations on incorporation and tax exemption. She serves on the boards of Innate Health Research, a consulting group dedicated to changing the way people think about mental health; Williamsburg Music Center, a jazz performance space founded to foster the appreciation of American classical music and jazz and to honor the African music diaspora; and Allocate NYC, which Maggie founded herself to assist individuals experiencing housing instability.

While earning her law degree at the City University of New York School of Law, Maggie was a staff member of the *New York City Law Review*, editing the public interest practice and articles sections. She also served in the Community Economic Development Clinic, where she worked directly with nonprofit organizations. She interned at an organization serving individuals with HIV, assisting attorneys on issues facing the community, including landlord-tenant proceedings, bankruptcy, discrimination under the Americans With Disabilities Act, and fair hearings for denial of public benefits.

At the University of Vermont, Maggie was a member of the school's Division I swim team, serving as captain her senior year. She received the Joseph Fisher Award and was a four-time America East qualifier and an Eastern College Athletic Conference qualifier.



**Matthew Stombaugh**
Associate

**EMAIL**
mstombaugh@dicellolevitt.com

**EDUCATION**
University of Memphis, Cecil C. Humphreys School of Law, J.D.

Bryan College, B.A.

For Matthew Stombaugh, the first step in advocating for a client is listening to them. This client focused approach allows him to better understand and convey his clients' stories to decisionmakers in a way that empowers and emboldens them to act on his clients' behalf.

Matt has spent the entirety of his legal career fighting for justice in all dimensions for injured people and their families. He has helped resolve hundreds of cases for clients injured as result of others' negligence and has experience litigating complex trucking and medical malpractice cases, including those involving catastrophic injury and wrongful death.

Matt is a proud member of the Academy of Truck Accident Attorneys (ATAA) and a graduate of the ATAA's trucking litigation course taught by Lew Grill and Joe Fried—two of the nation's premier trucking experts. In addition to the ATAA, Matt is also a member of the Trial School—a non-for-profit advocacy group focused on providing free trial advocacy training for lawyers who represent people and groups fighting for social justice.



## Blake Stubbs
Associate

**EMAIL**
bstubbs@dicellolevitt.com

**EDUCATION**
Drake University Law School, J.D.

Washington University, B.A., *cum laude*

An experienced trial attorney, Blake Stubbs focuses his practice on product defect class actions, particularly those involving the automotive industry. He has also represented people who suffered harm from civil rights violation, sex abuse, automobile accidents, fraud, discrimination, and other types of injuries.

Blake uses the power of class actions to make injured people whole and to hold businesses, the government, and other entities accountable for misconduct, such as concealing product defects, fraud, and failing to protect people's privacy.

Blake is also passionate about defending, upholding, and seeking justice for people whose civil rights are violated by the government. His dedication to this is exemplified by his service as a Vice Chair on the Civil Rights Committee of the Chicago Bar Association Young Lawyers Section.

Prior to joining DiCello Levitt, Blake practiced at two law firms and served as an Assistant State's Attorney for the Boone County State's Attorney's Office. He gained valuable courtroom experience early in his career by prosecuting traffic, DUI, and criminal misdemeanor cases.



## James Ulwick
Associate

**EMAIL**
julwick@dicellolevitt.com

**EDUCATION**
Loyola University Chicago, J.D., *cum laude*

Kenyon College, B.A.

James Ulwick is an associate in DiCello Levitt's Chicago office with experience litigating complex commercial cases and actions involving serious injuries. He represents individuals, businesses, and public entities in a wide range of disputes, protecting their interests in state and federal courts across the country.

Prior to joining the firm, James was an insurance defense attorney, representing individuals, corporations, and local municipalities through all stages of litigation.

He has successfully argued for the dismissal of several suits, including their subsequent appeals in multiple state courts of appeal, and has successfully obtained favorable resolutions for his clients through dispositive motions, mediation, and settlement. While this experience was valuable, James joined the firm because he wanted to pivot his focus from defending insurance companies to protecting consumers and those injured by corporate malfeasance.

Outside of the office, James has focused on assisting in the development of the next generation of trial and appellate litigators by coaching the Loyola University Chicago National Health Law Moot Court Team.



**Julia Veeser**
Associate

**EMAIL**
jveeser@dicellolevitt.com

**EDUCATION**
Chicago-Kent College of Law,
J.D., *cum laude*

University of Michigan, B.A.

A lifelong advocate for others, Julia Veeser understands the importance of putting clients' needs at the forefront of legal problem solving. With a focus in data privacy and commercial litigation, Julia strives to promote honest business practices and enhance corporate transparency through strategic advocacy and efficient communication.

While in law school, Julia was a notes and comments editor for the *Chicago-Kent Law Review* and served as an executive board member for Chicago-Kent's Moot Court Honor Society. As a CALI Award recipient in privacy law and a Dean's List honoree, Julia's devotion to legal excellence brought her to DiCello Levitt, where she worked as a law clerk before beginning as an associate attorney.

Julia also graduated from the University of Michigan with a double major in political science and Spanish. On top of balancing a rigorous academic schedule, Julia participated in varsity athletics, where she achieved two national cheerleading championships and was a four-time U-M Athletic Academic Achievement Award recipient.



## Nevin Wisnoski

Associate

**EMAIL**
nwisnoski@dicellolevitt.com

**EDUCATION**
University of Miami School of Law, J.D. with honors

North Carolina State University, B.S.

Nevin Wisnoski has substantial experience in mass tort, class action, commercial, and wrongful death litigation and in representing governmental entities across the United States. Nevin's approach to law is grounded and practical as he works to create meaningful impact for his clients while improving the quality of justice for all.

Before joining DiCello Levitt, Nevin managed the North Carolina office of an international mass tort plaintiffs' firm and helped lead environmental litigations nationwide. Throughout his career, Nevin has found success in various niche litigation practices, such as representing federally recognized Indian tribes. He is a proud member of the Eastern Band of Cherokee Indians Bar—a tribe he has represented in tribal, state, and federal courts. Nevin also has led litigation on behalf of small businesses and consumers in his home state of North Carolina and knows personally the impact of such matters on the individuals involved.

Nevin is from Asheville, North Carolina, where he started his legal career after graduating from law school with honors. Since then, Nevin has zealously advocated for thousands of Marines and their families in the ongoing Camp Lejeune litigation in eastern North Carolina and other communities detrimentally affected by environmental injustices nationwide. Nevin's work has been recognized by his peers in the North Carolina Bar, and he was included in the 2024 North Carolina Legal Elite list in the litigation category in only his fourth year of practice. Nevin has also been recognized on the National Trial Lawyers' "Top 40 Under 40" list in the plaintiff litigation category and on *Best Lawyers*' "Ones To Watch" list for commercial litigation.

**Birmingham**
T: 205.855.5700

**San Diego**
T: 619.923.3939

**Chicago**
T: 312.214.7900

**Santa Fe**
T: 505.810.0770

**Cleveland**
T: 440.953.8888

**Washington, DC**
T: 202.975.2288

**New York**
T: 646.933.1000

**DiCelloLevitt.com**

