Gregory P. Fry, OSB #052583
**WELSH, WALES & FRY, PLC**
650 NE Holladay Street, Suite 1600
Portland, OR 97232
Tel: 503-444-3355
gfry@wwf-law.com

*Local Counsel for the*
*Institutional Investor Funds*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| IN RE NIKE, INC. SECURITIES LITIGATION | Case No.: 3:24-cv-00974-AN |
| | DECLARATION OF GREGORY P. FRY IN SUPPORT OF THE INSTITUTIONAL INVESTOR FUNDS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL |
| This Document Relates to:  All Actions | Judge: Hon. Adrienne Nelson |

Declaration of Gregory P. Fry in Support of the Institutional Investor Funds' Motion for Appointment as Lead Plaintiff and Approval of Their Selection of Lead Counsel

I, Gregory P. Fry, declare as follows:

1.      I am an attorney with the law firm Welsh, Wales & Fry, PLC, local counsel for proposed lead plaintiff the Institutional Investor Funds.  I make this declaration in support of the Institutional Investor Funds' Motion for Appointment as Lead Plaintiff, and Approval of Their Selection of Lead Counsel.  I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as exhibits are true and correct copies of the following:

Exhibit A:    Notice of pendency of class action published on *BusinessWire, a national business-oriented wire service*, dated June 20, 2024, announcing the pendency this action;

Exhibit B:    The Institutional Investor Funds' Sworn Certifications;

Exhibit C:    Chart of the Institutional Investor Funds' estimated losses, prepared by counsel;

Exhibit D:    Declaration of Johan Verbist in Support of C+F S.A. (C+F Global, C+F Very Low, and C+F World Equities)'s Motion for Appointment as Lead Plaintiff and for Approval of Its Selection of Lead Counsel;

Exhibit E:    Declaration of Cathy Arendt in Support of Universal Invest (Universal Invest Dynamic, Universal Invest High, and Universal Invest Medium)'s Motion for Appointment as Lead Plaintiff and for Approval of Its Selection of Lead Counsel; and

Exhibit F:    Firm Résumé of DiCello Levitt LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing are true and correct.  Dated this 19th day of August, 2024.



s/ Gregory P. Fry
GREGORY P. FRY

Declaration of Gregory P. Fry in Support of the Institutional Investor Funds' Motion for Appointment as Lead Plaintiff and Approval of Their Selection of Lead Counsel

1