# Exhibit A

**CERTIFICATION OF ERIC BARBER IN SUPPORT OF STATE OF WISCONSIN INVESTMENT BOARD'S MOTION FOR ITS APPOINTMENT AS LEAD PLAINTIFF AND FOR THE APPROVAL OF ITS SELECTION OF COUNSEL**

State of Wisconsin Investment Board ("SWIB") declares as to the claims asserted under the federal securities laws, that:

1. I, Eric Barber, Chief Legal Counsel at SWIB, am authorized to make legal decisions on behalf of SWIB with regard to this action.

2. SWIB did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

3. SWIB is willing to serve as a representative party on behalf of the Class (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

4. During the Class Period (as defined in the Complaint), SWIB purchased and/or sold the securities that are the subject of the Complaint as set forth on the attached Schedule A.

5. SWIB has full power and authority to bring suit to recover for its investment losses.

6. SWIB has fully reviewed the facts and allegations of a complaint filed in this action.

7. SWIB has authorized the filing of a motion for appointment as lead plaintiff on its behalf in this action.

8. SWIB intends to actively monitor and vigorously pursue this action for the benefit of the Class.

9. SWIB will strive to provide fair and adequate representation and work directly with Class counsel to obtain the largest recovery for the Class consistent with good faith and meritorious judgment.

10. SWIB was not appointed to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification.

11. SWIB has not sought to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification.

12. SWIB will not accept any payment for serving as a class representative on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) relating to the representation of the Class or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this __19__ day of August, 2024.

**State of Wisconsin Investment Board**

By: _____

Eric Barber
Chief Legal Counsel

## SCHEDULE A

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 3/19/2021 | Purchase | 1,961 | 137.489 |
| 3/19/2021 | Purchase | 2,600 | 137.49 |
| 3/22/2021 | Purchase | 4,200 | 138.27 |
| 3/23/2021 | Purchase | 5,500 | 137.12 |
| 3/24/2021 | Purchase | 4,600 | 133.16 |
| 3/25/2021 | Purchase | 4,500 | 128.64 |
| 3/26/2021 | Sale | (2,600) | 132.99 |
| 3/29/2021 | Purchase | 100 | 133.49 |
| 3/30/2021 | Purchase | 2,700 | 132.95 |
| 3/31/2021 | Sale | (4,900) | 132.89 |
| 3/31/2021 | Sale | (20,433) | 132.890999 |
| 3/31/2021 | Sale | (2,124) | 132.890998 |
| 4/1/2021 | Sale | (2,400) | 132.53 |
| 4/6/2021 | Sale | (2,600) | 137.16 |
| 4/7/2021 | Sale | (5,200) | 136.54 |
| 4/8/2021 | Purchase | 2,600 | 133.68 |
| 4/12/2021 | Purchase | 2,600 | 136.64 |
| 4/13/2021 | Purchase | 2,600 | 133.54 |
| 4/14/2021 | Purchase | 141 | 132.930992 |
| 4/14/2021 | Purchase | 1,298 | 132.931001 |
| 4/14/2021 | Purchase | 5,100 | 132.26 |
| 4/15/2021 | Purchase | 500 | 133.8651 |
| 4/15/2021 | Purchase | 2,600 | 133.67 |
| 4/19/2021 | Sale | (2,600) | 132.57 |
| 4/20/2021 | Sale | (2,600) | 127.11 |
| 4/21/2021 | Purchase | 100 | 129.9 |
| 4/22/2021 | Purchase | 100 | 129.18 |
| 4/23/2021 | Purchase | 2,700 | 130.19 |
| 4/28/2021 | Sale | (2,700) | 130.71 |
| 4/29/2021 | Sale | (2,700) | 133.26 |
| 4/30/2021 | Sale | (5,300) | 132.62 |
| 4/30/2021 | Sale | (15,310) | 132.621 |
| 5/3/2021 | Sale | (2,653) | 133.03 |
| 5/7/2021 | Purchase | 900 | 137.81 |
| 5/11/2021 | Sale | (2,600) | 137.12 |
| 5/12/2021 | Sale | (2,600) | 133.39 |
| 5/13/2021 | Sale | (700) | 134.26 |
| 5/13/2021 | Sale | (2,600) | 133.61 |
| 5/14/2021 | Sale | (900) | 135.93 |
| 5/18/2021 | Purchase | 2,600 | 135.56 |
| 5/19/2021 | Purchase | 2,600 | 132.96 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 5/20/2021 | Purchase | 2,600 | 133.27 |
| 5/21/2021 | Purchase | 2,600 | 132.66 |
| 5/27/2021 | Purchase | 3,100 | 136.5532 |
| 5/27/2021 | Sale | (800) | 137.0788 |
| 5/28/2021 | Sale | (15,480) | 136.461 |
| 6/1/2021 | Purchase | 2,600 | 134.51 |
| 6/2/2021 | Purchase | 2,500 | 134.17 |
| 6/8/2021 | Sale | (2,600) | 133.35 |
| 6/16/2021 | Purchase | 13,526 | 130.4769 |
| 6/16/2021 | Purchase | 1,931 | 130.509202 |
| 6/16/2021 | Sale | (2,500) | 130.4 |
| 6/17/2021 | Purchase | 4,800 | 129.3286 |
| 6/17/2021 | Purchase | 8,142 | 128.9816 |
| 6/17/2021 | Purchase | 1,140 | 128.951596 |
| 6/23/2021 | Sale | (1,746) | 133.1 |
| 6/24/2021 | Sale | (100) | 133.945 |
| 6/25/2021 | Sale | (2,800) | 154.3654 |
| 6/28/2021 | Sale | (13,100) | 152.36 |
| 6/30/2021 | Sale | (7,284) | 154.49 |
| 7/1/2021 | Sale | (4,700) | 156.6752 |
| 7/1/2021 | Short Sale | (2,100) | 156.6857 |
| 7/6/2021 | Purchase | 300 | 160.11 |
| 7/8/2021 | Short Sale | (200) | 159.1877 |
| 7/13/2021 | Purchase | 13,100 | 161.59 |
| 7/14/2021 | Sale | (4,700) | 161.54 |
| 7/15/2021 | Sale | (4,900) | 161.69 |
| 7/21/2021 | Purchase | 18,100 | 161.08 |
| 7/22/2021 | Short Sale | (2,400) | 162.5847 |
| 7/23/2021 | Sale | (8,500) | 166.36 |
| 7/30/2021 | Sale | (2,746) | 167.51 |
| 8/19/2021 | Short Sale | (100) | 165.9976 |
| 8/26/2021 | Sale | (1,300) | 166.92 |
| 8/26/2021 | Short Sale | (100) | 167.0806 |
| 8/31/2021 | Purchase | 2,441 | 164.74 |
| 8/31/2021 | Sale | (923) | 164.740996 |
| 8/31/2021 | Sale | (2,100) | 164.74 |
| 9/2/2021 | Purchase | 2,399 | 163.6901 |
| 9/2/2021 | Purchase | 11,341 | 163.529799 |
| 9/3/2021 | Purchase | 10,477 | 163.4557 |
| 9/3/2021 | Purchase | 1,385 | 163.432 |
| 9/7/2021 | Purchase | 2,339 | 162.650098 |
| 9/8/2021 | Sale | (100) | 160.71 |
| 9/9/2021 | Cover Purchase | 100 | 164.7674 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 9/15/2021 | Purchase | 12,800 | 157.91 |
| 9/16/2021 | Short Sale | (5,700) | 157.9205 |
| 9/17/2021 | Sale | (79) | 156.421012 |
| 9/21/2021 | Sale | (12,800) | 155.02 |
| 9/23/2021 | Sale | (31,400) | 159.58 |
| 9/23/2021 | Short Sale | (4,400) | 159.5765 |
| 9/24/2021 | Purchase | 13,400 | 149.59 |
| 9/28/2021 | Purchase | 10,000 | 145.3 |
| 9/30/2021 | Cover Purchase | 6,100 | 146.6776 |
| 9/30/2021 | Purchase | 12,044 | 145.23 |
| 9/30/2021 | Purchase | 3,877 | 145.23 |
| 9/30/2021 | Purchase | 15,700 | 145.23 |
| 10/1/2021 | Purchase | 2,300 | 147.06 |
| 10/6/2021 | Sale | (11,500) | 148.8 |
| 10/7/2021 | Cover Purchase | 600 | 152.545 |
| 10/14/2021 | Cover Purchase | 500 | 156.699 |
| 10/18/2021 | Purchase | 11,500 | 159.43 |
| 10/21/2021 | Cover Purchase | 600 | 159.4527 |
| 10/28/2021 | Short Sale | (5,100) | 164.0013 |
| 10/29/2021 | Sale | (10,341) | 167.290999 |
| 10/29/2021 | Sale | (1,988) | 167.291001 |
| 11/4/2021 | Cover Purchase | 100 | 174.37 |
| 11/9/2021 | Purchase | 2,000 | 173.82 |
| 11/10/2021 | Purchase | 4,900 | 168.26 |
| 11/11/2021 | Cover Purchase | 1,100 | 167.8464 |
| 11/11/2021 | Purchase | 2,700 | 166.97 |
| 11/16/2021 | Sale | (10,300) | 171.83 |
| 11/17/2021 | Sale | (100) | 171.74 |
| 11/19/2021 | Purchase | 100 | 174.88 |
| 11/24/2021 | Purchase | 9,300 | 172.03 |
| 11/24/2021 | Short Sale | (200) | 170.4409 |
| 11/29/2021 | Sale | (9,300) | 169.87 |
| 11/30/2021 | Purchase | 11,584 | 169.24 |
| 11/30/2021 | Sale | (2,587) | 169.24 |
| 12/1/2021 | Sale | (10,000) | 166.7 |
| 12/2/2021 | Cover Purchase | 200 | 168.8174 |
| 12/6/2021 | Purchase | 7,800 | 168.91 |
| 12/7/2021 | Purchase | 3,700 | 171.29 |
| 12/8/2021 | Purchase | 966 | 170.487204 |
| 12/8/2021 | Purchase | 13,934 | 170.487199 |
| 12/9/2021 | Purchase | 200 | 168.1 |
| 12/14/2021 | Sale | (11,700) | 165.4 |
| 12/16/2021 | Short Sale | (1,800) | 164.3509 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 12/17/2021 | Purchase | 289 | 161.36 |
| 12/17/2021 | Purchase | 30,900 | 161.36 |
| 12/23/2021 | Cover Purchase | 4,600 | 166.3176 |
| 12/23/2021 | Sale | (10,300) | 165.67 |
| 12/27/2021 | Sale | (20,600) | 167.58 |
| 12/30/2021 | Cover Purchase | 200 | 168.245 |
| 12/30/2021 | Sale | (6,621) | 167.49 |
| 1/3/2022 | Purchase | 5,700 | 164.67 |
| 1/6/2022 | Purchase | 1,200 | 161.04 |
| 1/18/2022 | Sale | (5,700) | 146.95 |
| 1/20/2022 | Cover Purchase | 100 | 146.611 |
| 1/21/2022 | Sale | (4,100) | 142.95 |
| 1/27/2022 | Cover Purchase | 100 | 144.8188 |
| 1/31/2022 | Purchase | 2,336 | 148.07 |
| 1/31/2022 | Short Sale | (2,336) | 148.07 |
| 2/1/2022 | Cover Purchase | 2,336 | 148.22 |
| 2/1/2022 | Purchase | 13,464 | 148.22 |
| 2/3/2022 | Short Sale | (5,500) | 147.8768 |
| 2/8/2022 | Purchase | 1,200 | 143.53 |
| 2/10/2022 | Cover Purchase | 300 | 146.7418 |
| 2/11/2022 | Purchase | 100 | 140.18 |
| 2/14/2022 | Sale | (12,900) | 141.59 |
| 2/15/2022 | Sale | (100) | 145.58 |
| 2/17/2022 | Short Sale | (1,800) | 143.8447 |
| 2/25/2022 | Cover Purchase | 700 | 138.0802 |
| 2/28/2022 | Purchase | 11,061 | 136.55 |
| 2/28/2022 | Purchase | 881 | 136.55 |
| 3/3/2022 | Cover Purchase | 500 | 134.9351 |
| 3/10/2022 | Short Sale | (800) | 125.1529 |
| 3/11/2022 | Purchase | 6,409 | 125.674799 |
| 3/11/2022 | Purchase | 1,058 | 125.674801 |
| 3/11/2022 | Purchase | 11,928 | 125.8775 |
| 3/11/2022 | Purchase | 1,968 | 125.8775 |
| 3/14/2022 | Purchase | 10,190 | 121.2432 |
| 3/14/2022 | Purchase | 61,740 | 121.2432 |
| 3/14/2022 | Purchase | 16,400 | 117.57 |
| 3/15/2022 | Purchase | 4,230 | 120.127699 |
| 3/15/2022 | Purchase | 25,660 | 120.127699 |
| 3/16/2022 | Purchase | 5,300 | 124.2087 |
| 3/16/2022 | Purchase | 32,090 | 124.208699 |
| 3/16/2022 | Purchase | 30,500 | 125.19 |
| 3/17/2022 | Purchase | 14,750 | 125.0542 |
| 3/17/2022 | Purchase | 2,430 | 125.054201 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 3/17/2022 | Short Sale | (100) | 125.6056 |
| 3/18/2022 | Purchase | 25,130 | 128.824899 |
| 3/18/2022 | Purchase | 4,150 | 128.824901 |
| 3/18/2022 | Purchase | 322 | 131.24 |
| 3/18/2022 | Purchase | 22,200 | 131.24 |
| 3/21/2022 | Purchase | 2,380 | 131.0375 |
| 3/21/2022 | Purchase | 14,410 | 131.0375 |
| 3/21/2022 | Purchase | 27,700 | 130.19 |
| 3/22/2022 | Sale | (1,000) | 133.09 |
| 3/23/2022 | Sale | (700) | 133 |
| 3/24/2022 | Cover Purchase | 1,600 | 131.813 |
| 3/24/2022 | Sale | (21,600) | 132.08 |
| 3/25/2022 | Sale | (19,300) | 133.7 |
| 3/28/2022 | Sale | (4,450) | 134.81 |
| 3/29/2022 | Sale | (19,250) | 139.14 |
| 3/30/2022 | Sale | (5,249) | 138.54 |
| 3/31/2022 | Cover Purchase | 1,200 | 136.6364 |
| 3/31/2022 | Purchase | 2,957 | 134.56 |
| 3/31/2022 | Sale | (46,648) | 134.561 |
| 4/5/2022 | Purchase | 33 | 132.3 |
| 4/5/2022 | Sale | (100) | 132.3 |
| 4/6/2022 | Purchase | 34 | 128.36 |
| 4/6/2022 | Purchase | 100 | 128.36 |
| 4/7/2022 | Cover Purchase | 200 | 128.289 |
| 4/7/2022 | Purchase | 70 | 129.38 |
| 4/8/2022 | Sale | (32) | 128.15 |
| 4/12/2022 | Purchase | 5,300 | 125.04 |
| 4/14/2022 | Cover Purchase | 300 | 133.4524 |
| 4/14/2022 | Sale | (4,900) | 133.46 |
| 4/18/2022 | Sale | (15,200) | 131.63 |
| 4/21/2022 | Cover Purchase | 2,900 | 137.2492 |
| 4/21/2022 | Purchase | 15,200 | 135.46 |
| 4/25/2022 | Purchase | 15,800 | 127.94 |
| 4/27/2022 | Sale | (1,600) | 121.24 |
| 4/28/2022 | Purchase | 100 | 127.05 |
| 4/28/2022 | Sale | (6,982) | 124.3007 |
| 4/28/2022 | Sale | (442) | 124.300701 |
| 4/28/2022 | Short Sale | (1,000) | 124.8761 |
| 4/29/2022 | Sale | (100) | 124.7 |
| 5/2/2022 | Sale | (32,100) | 126.08 |
| 5/3/2022 | Purchase | 16,000 | 122.86 |
| 5/4/2022 | Purchase | 3,100 | 126.067 |
| 5/4/2022 | Purchase | 11,700 | 126.067 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 5/4/2022 | Purchase | 6,400 | 123.0184 |
| 5/4/2022 | Purchase | 24,400 | 123.0184 |
| 5/5/2022 | Purchase | 13,132 | 119.431699 |
| 5/5/2022 | Purchase | 50,075 | 119.4317 |
| 5/5/2022 | Sale | (100) | 118.63 |
| 5/5/2022 | Short Sale | (400) | 118.9629 |
| 5/6/2022 | Purchase | 32,200 | 114.49 |
| 5/9/2022 | Purchase | 26,500 | 111.21 |
| 5/10/2022 | Purchase | 7,800 | 109.49 |
| 5/12/2022 | Sale | (1,900) | 107.9 |
| 5/13/2022 | Purchase | 4,300 | 112.1038 |
| 5/13/2022 | Purchase | 16,500 | 112.1038 |
| 5/13/2022 | Sale | (100) | 113.01 |
| 5/16/2022 | Purchase | 6,900 | 112.1854 |
| 5/16/2022 | Purchase | 26,400 | 112.1854 |
| 5/16/2022 | Sale | (5,900) | 112.6 |
| 5/18/2022 | Purchase | 15,232 | 112.311699 |
| 5/18/2022 | Purchase | 57,758 | 112.3117 |
| 5/19/2022 | Sale | (1,900) | 106.44 |
| 5/19/2022 | Short Sale | (3,300) | 107.8633 |
| 5/23/2022 | Purchase | 7,280 | 107.058899 |
| 5/23/2022 | Purchase | 44,160 | 107.058899 |
| 5/26/2022 | Purchase | 100 | 112.94 |
| 5/26/2022 | Short Sale | (4,200) | 112.094 |
| 5/31/2022 | Sale | (1,296) | 118.85 |
| 5/31/2022 | Sale | (434) | 118.85 |
| 5/31/2022 | Sale | (9,027) | 118.851 |
| 5/31/2022 | Sale | (24,588) | 118.851 |
| 6/1/2022 | Sale | (11,500) | 118.68 |
| 6/2/2022 | Cover Purchase | 1,300 | 121.0632 |
| 6/6/2022 | Sale | (200) | 120.23 |
| 6/7/2022 | Purchase | 11,400 | 121.67 |
| 6/8/2022 | Purchase | 100 | 122.4 |
| 6/9/2022 | Cover Purchase | 700 | 120.4293 |
| 6/10/2022 | Purchase | 2,300 | 114.73 |
| 6/13/2022 | Sale | (382) | 110.44 |
| 6/14/2022 | Purchase | 300 | 110.72 |
| 6/14/2022 | Sale | (371) | 110.72 |
| 6/15/2022 | Purchase | 3,343 | 113.44 |
| 6/15/2022 | Sale | (360) | 113.44 |
| 6/16/2022 | Sale | (407) | 107.12 |
| 6/16/2022 | Short Sale | (3,100) | 106.9793 |
| 6/21/2022 | Purchase | 2,000 | 108.68 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 6/21/2022 | Sale | (337) | 108.68 |
| 6/22/2022 | Purchase | 8,500 | 104.92 |
| 6/22/2022 | Sale | (424) | 104.92 |
| 6/23/2022 | Cover Purchase | 4,400 | 106.4962 |
| 6/23/2022 | Purchase | 4,900 | 108 |
| 6/23/2022 | Sale | (377) | 108 |
| 6/24/2022 | Purchase | 54,400 | 112.91 |
| 6/24/2022 | Sale | (393) | 112.91 |
| 6/27/2022 | Purchase | 31,700 | 110.5 |
| 6/27/2022 | Sale | (291) | 110.5 |
| 6/28/2022 | Purchase | 11,300 | 102.78 |
| 6/28/2022 | Sale | (470) | 102.78 |
| 6/29/2022 | Purchase | 3,000 | 103.25 |
| 6/29/2022 | Sale | (384) | 103.25 |
| 6/30/2022 | Cover Purchase | 400 | 102.3878 |
| 6/30/2022 | Sale | (376) | 102.2 |
| 6/30/2022 | Sale | (25,050) | 102.2 |
| 7/1/2022 | Sale | (24,950) | 101.18 |
| 7/1/2022 | Sale | (253) | 101.18 |
| 7/5/2022 | Purchase | 1,790 | 102.84 |
| 7/5/2022 | Purchase | 10,850 | 102.84 |
| 7/5/2022 | Sale | (245) | 104.319959 |
| 7/5/2022 | Sale | (39,200) | 104.32 |
| 7/6/2022 | Sale | (396) | 104.23 |
| 7/6/2022 | Sale | (23,700) | 104.23 |
| 7/7/2022 | Cover Purchase | 200 | 106.9893 |
| 7/7/2022 | Sale | (376) | 108.13 |
| 7/7/2022 | Sale | (13,000) | 108.13 |
| 7/8/2022 | Sale | (379) | 107.93 |
| 7/8/2022 | Sale | (3,300) | 107.93 |
| 7/11/2022 | Sale | (391) | 105.11 |
| 7/12/2022 | Purchase | 16,300 | 103.76 |
| 7/12/2022 | Sale | (398) | 103.76 |
| 7/13/2022 | Purchase | 1,400 | 105.11 |
| 7/14/2022 | Cover Purchase | 3,800 | 102.8609 |
| 7/14/2022 | Sale | (378) | 103.22 |
| 7/15/2022 | Purchase | 1,000 | 104.7 |
| 7/15/2022 | Sale | (534) | 104.7 |
| 7/18/2022 | Purchase | 18,100 | 103.94 |
| 7/18/2022 | Sale | (577) | 103.94 |
| 7/19/2022 | Sale | (593) | 109.19 |
| 7/19/2022 | Sale | (20,300) | 109.19 |
| 7/20/2022 | Purchase | 31 | 111.11 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 7/20/2022 | Sale | (12,393) | 111.0246 |
| 7/20/2022 | Sale | (546) | 111.11 |
| 7/20/2022 | Sale | (75,007) | 111.024599 |
| 7/21/2022 | Cover Purchase | 9,500 | 111.2333 |
| 7/21/2022 | Purchase | 1,070 | 110.37 |
| 7/21/2022 | Purchase | 6,470 | 110.37 |
| 7/21/2022 | Sale | (6,278) | 111.113099 |
| 7/21/2022 | Sale | (30) | 111.62 |
| 7/21/2022 | Sale | (37,996) | 111.1131 |
| 7/21/2022 | Sale | (495) | 111.62 |
| 7/21/2022 | Sale | (200) | 111.62 |
| 7/25/2022 | Sale | (519) | 109.28 |
| 7/26/2022 | Sale | (2,076) | 105.2 |
| 7/27/2022 | Purchase | 11,260 | 106.607399 |
| 7/27/2022 | Purchase | 1,850 | 106.6074 |
| 7/27/2022 | Sale | (1,200) | 107.86 |
| 7/28/2022 | Purchase | 1,500 | 109.5718 |
| 7/28/2022 | Purchase | 1,096 | 112.115802 |
| 7/28/2022 | Purchase | 5,600 | 109.5718 |
| 7/28/2022 | Purchase | 4,372 | 112.1158 |
| 7/28/2022 | Purchase | 4,300 | 111.245 |
| 7/28/2022 | Purchase | 16,300 | 111.245 |
| 7/28/2022 | Purchase | 3,100 | 110.6151 |
| 7/28/2022 | Sale | (30,100) | 112.23 |
| 7/29/2022 | Purchase | 8,730 | 112.8459 |
| 7/29/2022 | Purchase | 1,440 | 112.845902 |
| 7/29/2022 | Sale | (17,765) | 114.921 |
| 8/1/2022 | Sale | (7,800) | 114.3 |
| 8/2/2022 | Purchase | 7,100 | 111.77 |
| 8/4/2022 | Purchase | 3,600 | 114.3483 |
| 8/4/2022 | Sale | (700) | 114.48 |
| 8/9/2022 | Purchase | 13,400 | 110.11 |
| 8/11/2022 | Purchase | 2,000 | 114.1 |
| 8/11/2022 | Sale | (200) | 114.4949 |
| 8/16/2022 | Purchase | 569 | 117.380298 |
| 8/16/2022 | Purchase | 6,862 | 117.3803 |
| 8/16/2022 | Sale | (15,400) | 118.06 |
| 8/17/2022 | Purchase | 43,120 | 117.2174 |
| 8/17/2022 | Purchase | 7,120 | 117.2174 |
| 8/18/2022 | Purchase | 100 | 116.2509 |
| 8/18/2022 | Purchase | 7,099 | 115.948399 |
| 8/18/2022 | Purchase | 43,028 | 115.9484 |
| 8/25/2022 | Purchase | 3,408 | 112.726798 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 8/25/2022 | Purchase | 12,984 | 112.726799 |
| 8/30/2022 | Purchase | 500 | 107.86 |
| 8/31/2022 | Sale | (3,518) | 106.451 |
| 8/31/2022 | Sale | (46,624) | 106.450999 |
| 8/31/2022 | Sale | (1,044) | 106.45 |
| 8/31/2022 | Sale | (403) | 106.45 |
| 9/1/2022 | Purchase | 100 | 104.6758 |
| 9/8/2022 | Purchase | 100 | 107.9867 |
| 9/8/2022 | Purchase | 1,200 | 108.73 |
| 9/15/2022 | Purchase | 19,200 | 105.5 |
| 9/15/2022 | Sale | (100) | 106.0275 |
| 9/16/2022 | Sale | (500) | 104.12 |
| 9/21/2022 | Purchase | 1,600 | 99.79 |
| 9/26/2022 | Sale | (57,109) | 96.061 |
| 9/27/2022 | Purchase | 800 | 96.29 |
| 9/28/2022 | Purchase | 56,100 | 98.7 |
| 9/29/2022 | Purchase | 200 | 95.2677 |
| 9/30/2022 | Sale | (3,376) | 83.121001 |
| 9/30/2022 | Sale | (39,755) | 83.121 |
| 10/3/2022 | Purchase | 38,230 | 85.5106 |
| 10/3/2022 | Purchase | 6,310 | 85.5106 |
| 10/3/2022 | Purchase | 16,800 | 85.4 |
| 10/3/2022 | Sale | (7,837) | 85.401 |
| 10/3/2022 | Sale | (1,983) | 85.811301 |
| 10/3/2022 | Sale | (577) | 85.811299 |
| 10/4/2022 | Purchase | 2,500 | 87.8884 |
| 10/4/2022 | Purchase | 15,180 | 87.888399 |
| 10/4/2022 | Sale | (28,050) | 88.64 |
| 10/5/2022 | Sale | (44,850) | 91.1 |
| 10/6/2022 | Sale | (100) | 90.17 |
| 10/7/2022 | Purchase | 100 | 87.16 |
| 10/13/2022 | Purchase | 100 | 88.8563 |
| 10/20/2022 | Sale | (100) | 88.322 |
| 10/21/2022 | Purchase | 2,000 | 88.5 |
| 10/21/2022 | Sale | (15,583) | 87.6414 |
| 10/21/2022 | Sale | (59,281) | 87.641399 |
| 10/24/2022 | Sale | (800) | 88.0166 |
| 10/24/2022 | Sale | (2,900) | 88.0166 |
| 10/24/2022 | Sale | (5,600) | 87.9035 |
| 10/24/2022 | Sale | (21,300) | 87.9035 |
| 10/25/2022 | Sale | (5,711) | 89.503899 |
| 10/25/2022 | Sale | (1,451) | 89.5039 |
| 10/27/2022 | Sale | (37,012) | 90.541999 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 10/27/2022 | Sale | (700) | 90.54 |
| 10/31/2022 | Sale | (1,200) | 92.68 |
| 10/31/2022 | Sale | (19,674) | 92.68 |
| 11/3/2022 | Sale | (200) | 90.9498 |
| 11/10/2022 | Sale | (800) | 98.2769 |
| 11/16/2022 | Purchase | 1,500 | 105.23 |
| 11/17/2022 | Purchase | 1,900 | 105.36 |
| 11/17/2022 | Sale | (300) | 103.8521 |
| 11/18/2022 | Purchase | 1,400 | 105.4307 |
| 11/23/2022 | Purchase | 700 | 106.65 |
| 11/28/2022 | Purchase | 1,200 | 104.96 |
| 11/30/2022 | Purchase | 1,100 | 109.69` |
| 11/30/2022 | Sale | (488) | 109.692704 |
| 11/30/2022 | Sale | (1,322) | 109.6927 |
| 12/1/2022 | Sale | (100) | 111.1118 |
| 12/7/2022 | Purchase | 1,100 | 108.33 |
| 12/8/2022 | Sale | (100) | 110.12 |
| 12/9/2022 | Purchase | 1,900 | 109.42 |
| 12/12/2022 | Sale | (106) | 112.07 |
| 12/15/2022 | Purchase | 100 | 108.2282 |
| 12/20/2022 | Purchase | 2,600 | 103.21 |
| 12/21/2022 | Sale | (16,800) | 115.78 |
| 12/28/2022 | Purchase | 11,200 | 114.98 |
| 12/29/2022 | Sale | (800) | 117.5025 |
| 12/30/2022 | Sale | (15,141) | 117.01 |
| 1/4/2023 | Purchase | 1,100 | 121.215 |
| 1/5/2023 | Sale | (4,700) | 121.378 |
| 1/9/2023 | Purchase | 6,500 | 124.85 |
| 1/19/2023 | Purchase | 100 | 124.1225 |
| 1/19/2023 | Purchase | 2,700 | 124.53 |
| 1/25/2023 | Sale | (6,700) | 126.82 |
| 1/26/2023 | Purchase | 2,200 | 127.53 |
| 1/27/2023 | Sale | (500) | 127.53 |
| 1/31/2023 | Purchase | 8,749 | 127.328999 |
| 1/31/2023 | Sale | (6,940) | 127.33 |
| 2/3/2023 | Purchase | 11,200 | 127.61 |
| 2/9/2023 | Sale | (100) | 123.2923 |
| 2/9/2023 | Sale | (1,300) | 122.18 |
| 2/9/2023 | Short Sale | (600) | 123.2996 |
| 2/13/2023 | Sale | (16,500) | 125.15 |
| 2/22/2023 | Purchase | 121,760 | 119.9 |
| 2/22/2023 | Short Sale | (121,760) | 119.9 |
| 2/23/2023 | Purchase | 2,200 | 119.96 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 2/28/2023 | Purchase | 5,904 | 118.7895 |
| 2/28/2023 | Sale | (140) | 118.79 |
| 3/1/2023 | Cover Purchase | 73,079 | 118.672299 |
| 3/2/2023 | Cover Purchase | 33,352 | 118.74 |
| 3/2/2023 | Cover Purchase | 15,329 | 118.889099 |
| 3/2/2023 | Short Sale | (12,600) | 118.8885 |
| 3/3/2023 | Purchase | 1,600 | 120.94 |
| 3/9/2023 | Short Sale | (800) | 120.2706 |
| 3/17/2023 | Sale | (400) | 120.39 |
| 3/20/2023 | Purchase | 23,684 | 120.514799 |
| 3/20/2023 | Purchase | 5,036 | 120.514799 |
| 3/23/2023 | Short Sale | (1,400) | 121.1727 |
| 3/28/2023 | Purchase | 7,700 | 117.87 |
| 3/30/2023 | Cover Purchase | 400 | 120.0818 |
| 3/30/2023 | Purchase | 1,400 | 120.1 |
| 3/31/2023 | Purchase | 10,615 | 122.64 |
| 3/31/2023 | Purchase | 9,700 | 122.64 |
| 4/4/2023 | Sale | (17,400) | 123.69 |
| 4/6/2023 | Cover Purchase | 900 | 119.7815 |
| 4/6/2023 | Purchase | 26,900 | 120.1682 |
| 4/6/2023 | Purchase | 5,700 | 120.1682 |
| 4/6/2023 | Purchase | 1,100 | 120.22 |
| 4/6/2023 | Purchase | 800 | 120.2505 |
| 4/6/2023 | Purchase | 3,700 | 120.2505 |
| 4/10/2023 | Purchase | 4,283 | 121.301498 |
| 4/10/2023 | Purchase | 20,112 | 121.3015 |
| 4/10/2023 | Purchase | 1,100 | 121.91 |
| 4/13/2023 | Cover Purchase | 800 | 125.6919 |
| 4/14/2023 | Sale | (17,300) | 125.95 |
| 4/18/2023 | Purchase | 17,300 | 126.21 |
| 4/19/2023 | Purchase | 2,604 | 125.770798 |
| 4/19/2023 | Purchase | 12,247 | 125.7708 |
| 4/20/2023 | Cover Purchase | 1,700 | 124.9588 |
| 4/20/2023 | Purchase | 100 | 124.45 |
| 4/21/2023 | Purchase | 15,900 | 125.53 |
| 4/25/2023 | Sale | (26,800) | 124.66 |
| 4/26/2023 | Sale | (900) | 123.84 |
| 4/27/2023 | Cover Purchase | 400 | 124.0865 |
| 4/28/2023 | Sale | (1,500) | 126.72 |
| 5/1/2023 | Sale | (900) | 127.92 |
| 5/3/2023 | Purchase | 9,900 | 126.74 |
| 5/4/2023 | Cover Purchase | 5,900 | 123.8296 |
| 5/10/2023 | Sale | (6,100) | 123.51 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 5/11/2023 | Purchase | 16,900 | 122.22 |
| 5/12/2023 | Sale | (1,500) | 120.21 |
| 5/15/2023 | Sale | (1,800) | 119.83 |
| 5/16/2023 | Sale | (800) | 116.4876 |
| 5/16/2023 | Sale | (2,000) | 116.9778 |
| 5/16/2023 | Sale | (1,200) | 116.924 |
| 5/16/2023 | Sale | (600) | 116.48 |
| 5/16/2023 | Sale | (3,900) | 116.4876 |
| 5/16/2023 | Sale | (9,700) | 116.9778 |
| 5/16/2023 | Sale | (5,800) | 116.924 |
| 5/17/2023 | Sale | (1,600) | 116.3198 |
| 5/17/2023 | Sale | (600) | 116.855 |
| 5/17/2023 | Sale | (7,200) | 116.3198 |
| 5/17/2023 | Sale | (11,500) | 116.6948 |
| 5/17/2023 | Sale | (2,500) | 116.6948 |
| 5/18/2023 | Sale | (700) | 118.9028 |
| 5/18/2023 | Sale | (500) | 117.0813 |
| 5/18/2023 | Sale | (3,000) | 118.9028 |
| 5/18/2023 | Sale | (1,700) | 117.9726 |
| 5/18/2023 | Sale | (7,900) | 117.9726 |
| 5/19/2023 | Sale | (722) | 114.497202 |
| 5/19/2023 | Sale | (3,083) | 114.4972 |
| 5/24/2023 | Purchase | 900 | 108.29 |
| 5/31/2023 | Sale | (2,916) | 105.262098 |
| 5/31/2023 | Sale | (12,250) | 105.2621 |
| 6/1/2023 | Sale | (3,178) | 104.005601 |
| 6/1/2023 | Sale | (14,954) | 104.005599 |
| 6/1/2023 | Sale | (3,000) | 103.589 |
| 6/1/2023 | Sale | (14,100) | 103.589 |
| 6/1/2023 | Short Sale | (100) | 104.1413 |
| 6/5/2023 | Sale | (500) | 105.2 |
| 6/8/2023 | Purchase | 900 | 106.2 |
| 6/12/2023 | Sale | (1,700) | 106.83 |
| 6/14/2023 | Sale | (19,000) | 112.86 |
| 6/15/2023 | Short Sale | (100) | 111.4127 |
| 6/16/2023 | Sale | (400) | 113.59 |
| 6/21/2023 | Purchase | 1,100 | 109.98 |
| 6/22/2023 | Purchase | 19,900 | 110.46 |
| 6/22/2023 | Short Sale | (1,000) | 110.635 |
| 6/26/2023 | Sale | (27,400) | 111.74 |
| 6/28/2023 | Purchase | 7,500 | 113.03 |
| 6/28/2023 | Sale | (14,311) | 113.030999 |
| 6/29/2023 | Short Sale | (3,000) | 113.1269 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 6/30/2023 | Purchase | 3,336 | 110.37 |
| 7/5/2023 | Purchase | 24,420 | 108.475699 |
| 7/5/2023 | Purchase | 4,030 | 108.475699 |
| 7/5/2023 | Purchase | 17,700 | 107.1 |
| 7/6/2023 | Sale | (2,000) | 105.1 |
| 7/6/2023 | Short Sale | (100) | 104.2524 |
| 7/12/2023 | Sale | (3,300) | 107.76 |
| 7/13/2023 | Sale | (17,700) | 107.84 |
| 7/14/2023 | Sale | (1,000) | 107.95 |
| 7/19/2023 | Sale | (6,568) | 109.5398 |
| 7/19/2023 | Sale | (31,028) | 109.539799 |
| 7/20/2023 | Short Sale | (700) | 108.4411 |
| 7/24/2023 | Sale | (15,324) | 108.77 |
| 7/25/2023 | Sale | (5,900) | 108.0742 |
| 7/25/2023 | Sale | (10,900) | 107.6506 |
| 7/25/2023 | Sale | (28,000) | 108.0742 |
| 7/25/2023 | Sale | (2,400) | 107.6506 |
| 7/25/2023 | Sale | (900) | 107.6274 |
| 7/25/2023 | Sale | (512) | 107.6925 |
| 7/25/2023 | Sale | (2,367) | 107.692501 |
| 7/25/2023 | Sale | (4,400) | 107.6274 |
| 7/25/2023 | Sale | (1,900) | 108.3 |
| 7/26/2023 | Sale | (1,300) | 109.3 |
| 7/27/2023 | Cover Purchase | 100 | 109.347 |
| 7/27/2023 | Sale | (2,000) | 107.67 |
| 7/28/2023 | Sale | (13,737) | 108.438699 |
| 7/28/2023 | Sale | (64,608) | 108.4387 |
| 7/31/2023 | Sale | (25,200) | 110.39 |
| 8/3/2023 | Sale | (12,300) | 108.64 |
| 8/3/2023 | Short Sale | (7,000) | 108.7408 |
| 8/4/2023 | Sale | (6,000) | 108.81 |
| 8/8/2023 | Purchase | 18,300 | 109.69 |
| 8/9/2023 | Purchase | 1,000 | 109.69 |
| 8/10/2023 | Purchase | 5,400 | 109.03 |
| 8/10/2023 | Short Sale | (15,500) | 108.9486 |
| 8/11/2023 | Sale | (11,000) | 108.09 |
| 8/18/2023 | Purchase | 1,200 | 104.7767 |
| 8/23/2023 | Purchase | 23,800 | 98.75 |
| 8/24/2023 | Purchase | 25,200 | 97.6432 |
| 8/24/2023 | Short Sale | (10,400) | 98.3549 |
| 8/25/2023 | Purchase | 3,500 | 98.84 |
| 8/28/2023 | Sale | (11,200) | 99.63 |
| 8/29/2023 | Purchase | 24,260 | 101.016 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 8/29/2023 | Purchase | 4,000 | 101.016 |
| 8/29/2023 | Sale | (21,900) | 101.77 |
| 8/30/2023 | Purchase | 13,360 | 101.907899 |
| 8/30/2023 | Purchase | 2,210 | 101.9079 |
| 8/31/2023 | Cover Purchase | 4,100 | 102.0038 |
| 8/31/2023 | Purchase | 1,180 | 102.5205 |
| 8/31/2023 | Purchase | 140 | 102.17 |
| 8/31/2023 | Purchase | 7,158 | 102.5205 |
| 8/31/2023 | Purchase | 852 | 102.17 |
| 8/31/2023 | Purchase | 748 | 101.71 |
| 8/31/2023 | Purchase | 193 | 101.71 |
| 9/1/2023 | Purchase | 1,750 | 102.029502 |
| 9/1/2023 | Purchase | 10,640 | 102.0295 |
| 9/1/2023 | Sale | (1,000) | 102.36 |
| 9/5/2023 | Purchase | 1,760 | 100.952397 |
| 9/5/2023 | Purchase | 10,660 | 100.952399 |
| 9/5/2023 | Sale | (6,100) | 100.32 |
| 9/6/2023 | Purchase | 1,340 | 99.8095 |
| 9/6/2023 | Purchase | 17,100 | 100.18 |
| 9/6/2023 | Purchase | 8,080 | 99.8095 |
| 9/7/2023 | Purchase | 653 | 97.81 |
| 9/7/2023 | Purchase | 12,777 | 98.4319 |
| 9/7/2023 | Purchase | 2,103 | 98.431902 |
| 9/7/2023 | Purchase | 107 | 97.81 |
| 9/7/2023 | Short Sale | (500) | 97.9455 |
| 9/8/2023 | Short Sale | (2,900) | 97.5986 |
| 9/11/2023 | Purchase | 22,500 | 96.79 |
| 9/11/2023 | Short Sale | (2,848) | 97.630898 |
| 9/13/2023 | Purchase | 1,300 | 96.13 |
| 9/13/2023 | Purchase | 5,541 | 96.343199 |
| 9/13/2023 | Purchase | 33,564 | 96.343199 |
| 9/14/2023 | Cover Purchase | 800 | 96.9326 |
| 9/14/2023 | Purchase | 36,370 | 96.880899 |
| 9/14/2023 | Purchase | 6,000 | 96.8809 |
| 9/15/2023 | Sale | (22,800) | 96.26 |
| 9/21/2023 | Short Sale | (2,700) | 92.5218 |
| 9/22/2023 | Purchase | 8,900 | 90.85 |
| 9/25/2023 | Purchase | 100 | 90.6 |
| 9/28/2023 | Short Sale | (600) | 89.3733 |
| 9/29/2023 | Purchase | 1,885 | 95.62 |
| 9/29/2023 | Purchase | 26,456 | 95.62 |
| 9/29/2023 | Sale | (22,300) | 95.62 |
| 9/29/2023 | Short Sale | (1,864) | 95.617698 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 10/2/2023 | Purchase | 2,230 | 95.569502 |
| 10/2/2023 | Purchase | 13,530 | 95.569499 |
| 10/2/2023 | Short Sale | (2,010) | 94.68 |
| 10/3/2023 | Purchase | 27,320 | 95.344 |
| 10/3/2023 | Purchase | 4,510 | 95.344 |
| 10/3/2023 | Short Sale | (2,009) | 94.935998 |
| 10/4/2023 | Purchase | 1,400 | 95.89 |
| 10/5/2023 | Cover Purchase | 14,500 | 95.6913 |
| 10/5/2023 | Purchase | 26,770 | 95.7017 |
| 10/5/2023 | Purchase | 4,420 | 95.701699 |
| 10/5/2023 | Sale | (14,400) | 95.79 |
| 10/6/2023 | Sale | (2,500) | 97.11 |
| 10/9/2023 | Purchase | 1,000 | 96.88 |
| 10/11/2023 | Purchase | 5,780 | 98.4516 |
| 10/11/2023 | Purchase | 35,070 | 98.451599 |
| 10/12/2023 | Purchase | 5,280 | 99.581399 |
| 10/12/2023 | Purchase | 32,000 | 99.5814 |
| 10/12/2023 | Sale | (900) | 99.25 |
| 10/12/2023 | Short Sale | (2,000) | 99.0881 |
| 10/16/2023 | Purchase | 2,100 | 102.04 |
| 10/19/2023 | Cover Purchase | 1,000 | 103.7425 |
| 10/23/2023 | Purchase | 1,300 | 102.81 |
| 10/24/2023 | Purchase | 5,300 | 105.18 |
| 10/25/2023 | Sale | (100) | 103.54 |
| 10/26/2023 | Purchase | 23,000 | 100.02 |
| 10/26/2023 | Short Sale | (1,700) | 100.9826 |
| 10/27/2023 | Purchase | 1,100 | 97.98 |
| 10/30/2023 | Purchase | 1,765 | 101.8 |
| 10/30/2023 | Purchase | 14,400 | 101.8 |
| 10/31/2023 | Purchase | 8,083 | 102.77 |
| 10/31/2023 | Sale | (11,072) | 102.77 |
| 10/31/2023 | Short Sale | (667) | 102.369895 |
| 11/1/2023 | Purchase | 1,501 | 100.88 |
| 11/1/2023 | Sale | (6,133) | 100.88 |
| 11/2/2023 | Cover Purchase | 400 | 104.3729 |
| 11/2/2023 | Purchase | 11,823 | 105.08 |
| 11/2/2023 | Sale | (1,400) | 105.08 |
| 11/3/2023 | Purchase | 2,649 | 107.06 |
| 11/6/2023 | Sale | (1,000) | 107.25 |
| 11/9/2023 | Short Sale | (4,100) | 107.8269 |
| 11/10/2023 | Purchase | 181 | 106.11 |
| 11/13/2023 | Purchase | 20,900 | 104.2 |
| 11/13/2023 | Short Sale | (871) | 104.5583 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 11/14/2023 | Purchase | 12,100 | 105.75 |
| 11/14/2023 | Short Sale | (989) | 106.287199 |
| 11/15/2023 | Sale | (145) | 107.82 |
| 11/15/2023 | Sale | (1,000) | 107.808 |
| 11/15/2023 | Short Sale | (1,383) | 107.951496 |
| 11/16/2023 | Sale | (1,008) | 107.61 |
| 11/16/2023 | Short Sale | (1,284) | 107.494003 |
| 11/16/2023 | Short Sale | (100) | 107.5314 |
| 11/17/2023 | Short Sale | (1,285) | 105.914498 |
| 11/21/2023 | Sale | (1,900) | 106.55 |
| 11/22/2023 | Cover Purchase | 200 | 107.3605 |
| 11/27/2023 | Sale | (20,900) | 107.9642 |
| 11/30/2023 | Sale | (1,817) | 110.27 |
| 11/30/2023 | Sale | (470) | 110.27 |
| 11/30/2023 | Short Sale | (1,400) | 109.6045 |
| 12/4/2023 | Sale | (800) | 115.15 |
| 12/4/2023 | Sale | (341) | 115.15 |
| 12/6/2023 | Sale | (800) | 116.11 |
| 12/7/2023 | Short Sale | (900) | 115.5284 |
| 12/11/2023 | Sale | (5,600) | 118.61 |
| 12/12/2023 | Sale | (3,000) | 119.64 |
| 12/13/2023 | Sale | (230) | 121.17 |
| 12/13/2023 | Sale | (800) | 121.17 |
| 12/14/2023 | Cover Purchase | 6,600 | 122.2581 |
| 12/14/2023 | Sale | (900) | 121.02 |
| 12/14/2023 | Short Sale | (1,356) | 121.102699 |
| 12/15/2023 | Sale | (461) | 121.55 |
| 12/20/2023 | Sale | (261) | 121.43 |
| 12/21/2023 | Cover Purchase | 1,000 | 121.945 |
| 12/21/2023 | Sale | (50,800) | 122.53 |
| 12/22/2023 | Purchase | 10,900 | 108.04 |
| 12/26/2023 | Purchase | 8,600 | 108.02 |
| 12/27/2023 | Sale | (800) | 107.13 |
| 12/28/2023 | Cover Purchase | 15,200 | 108.5035 |
| 12/29/2023 | Sale | (4,367) | 108.571 |
| 12/29/2023 | Sale | (767) | 108.57 |
| 1/2/2024 | Purchase | 26,667 | 106.55 |
| 1/4/2024 | Cover Purchase | 10,200 | 103.1481 |
| 1/5/2024 | Purchase | 1,600 | 102.08 |
| 1/8/2024 | Purchase | 18,800 | 103.62 |
| 1/10/2024 | Sale | (60,300) | 103.77 |
| 1/12/2024 | Sale | (382) | 105.06 |
| 1/17/2024 | Purchase | 13,587 | 100.839199 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 1/17/2024 | Purchase | 82,369 | 100.839199 |
| 1/17/2024 | Purchase | 12,200 | 100.82 |
| 1/18/2024 | Sale | (1,600) | 100.94 |
| 1/22/2024 | Purchase | 4,680 | 100.6511 |
| 1/22/2024 | Purchase | 28,364 | 100.651099 |
| 1/22/2024 | Sale | (3,100) | 100.56 |
| 1/24/2024 | Sale | (583) | 100.76 |
| 1/25/2024 | Sale | (700) | 100.77 |
| 1/26/2024 | Sale | (9,100) | 102.75 |
| 1/26/2024 | Short Sale | (1,886) | 102.7843 |
| 1/30/2024 | Short Sale | (6,721) | 103.8089 |
| 1/31/2024 | Purchase | 15,831 | 101.53 |
| 2/2/2024 | Purchase | 22,000 | 100.71 |
| 2/2/2024 | Short Sale | (4,645) | 100.203498 |
| 2/5/2024 | Purchase | 1,424 | 99.68 |
| 2/5/2024 | Sale | (100) | 99.68 |
| 2/6/2024 | Purchase | 5,661 | 99.7096 |
| 2/6/2024 | Purchase | 14,337 | 101.6148 |
| 2/6/2024 | Purchase | 86,975 | 101.6148 |
| 2/6/2024 | Purchase | 933 | 99.709603 |
| 2/6/2024 | Purchase | 24,592 | 101.712399 |
| 2/6/2024 | Purchase | 4,054 | 101.7124 |
| 2/6/2024 | Sale | (422) | 102.61 |
| 2/6/2024 | Sale | (21,900) | 102.61 |
| 2/7/2024 | Purchase | 3,501 | 103.112899 |
| 2/7/2024 | Purchase | 21,223 | 103.1129 |
| 2/7/2024 | Purchase | 15,304 | 103.3871 |
| 2/7/2024 | Purchase | 92,762 | 103.387099 |
| 2/7/2024 | Sale | (16,100) | 103.79 |
| 2/8/2024 | Sale | (5,500) | 103.77 |
| 2/12/2024 | Sale | (332) | 107.18 |
| 2/12/2024 | Sale | (1,500) | 107.18 |
| 2/13/2024 | Purchase | 900 | 105 |
| 2/15/2024 | Short Sale | (2,600) | 106.5498 |
| 2/16/2024 | Purchase | 20,700 | 103.51 |
| 2/20/2024 | Purchase | 6,500 | 103.3 |
| 2/23/2024 | Sale | (6,500) | 105.63 |
| 2/26/2024 | Sale | (100) | 104.54 |
| 2/27/2024 | Purchase | 12,800 | 105.15 |
| 2/27/2024 | Sale | (720) | 105.15 |
| 2/28/2024 | Sale | (800) | 104.35 |
| 2/29/2024 | Sale | (29) | 103.931379 |
| 2/29/2024 | Sale | (800) | 103.93 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 3/4/2024 | Purchase | 800 | 99.54 |
| 3/5/2024 | Purchase | 7,600 | 98.31 |
| 3/6/2024 | Purchase | 6,300 | 97.63 |
| 3/7/2024 | Purchase | 1,218 | 98.188998 |
| 3/7/2024 | Purchase | 4,754 | 98.189 |
| 3/7/2024 | Purchase | 3,000 | 98.19 |
| 3/11/2024 | Purchase | 20,690 | 101.395 |
| 3/11/2024 | Purchase | 3,410 | 101.395 |
| 3/11/2024 | Sale | (43,600) | 101.08 |
| 3/12/2024 | Purchase | 12,370 | 100.871299 |
| 3/12/2024 | Purchase | 1,970 | 100.871299 |
| 3/12/2024 | Sale | (100) | 100.18 |
| 3/13/2024 | Purchase | 2,580 | 100.6725 |
| 3/13/2024 | Purchase | 15,210 | 100.6725 |
| 3/13/2024 | Purchase | 200 | 101.36 |
| 3/14/2024 | Purchase | 15,488 | 101.4945 |
| 3/14/2024 | Purchase | 426 | 100.36 |
| 3/14/2024 | Purchase | 2,554 | 101.494498 |
| 3/14/2024 | Purchase | 2,582 | 100.36 |
| 3/14/2024 | Sale | (11,300) | 100.26 |
| 3/15/2024 | Sale | (384) | 99.64 |
| 3/15/2024 | Sale | (200) | 99.64 |
| 3/18/2024 | Purchase | 21,900 | 98.74 |
| 3/20/2024 | Purchase | 18,900 | 100.27 |
| 3/20/2024 | Short Sale | (7,635) | 99.722399 |
| 3/20/2024 | Short Sale | (2,043) | 99.708697 |
| 3/21/2024 | Cover Purchase | 2,300 | 101.3441 |
| 3/21/2024 | Purchase | 900 | 100.82 |
| 3/21/2024 | Sale | (552) | 100.82 |
| 3/22/2024 | Purchase | 98,750 | 94.4735 |
| 3/22/2024 | Purchase | 16,300 | 94.4735 |
| 3/22/2024 | Purchase | 20,200 | 93.86 |
| 3/25/2024 | Purchase | 16,400 | 94.2146 |
| 3/25/2024 | Purchase | 2,680 | 94.2146 |
| 3/25/2024 | Purchase | 5,300 | 93.75 |
| 3/26/2024 | Purchase | 20,830 | 93.2803 |
| 3/26/2024 | Purchase | 3,460 | 93.2803 |
| 3/26/2024 | Purchase | 1,100 | 92.58 |
| 3/28/2024 | Sale | (4,697) | 93.981 |
| 4/3/2024 | Purchase | 1,700 | 90.33 |
| 4/4/2024 | Sale | (28,300) | 89.07 |
| 4/4/2024 | Short Sale | (500) | 89.9963 |
| 4/5/2024 | Sale | (4,100) | 88.84 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 4/8/2024 | Purchase | 225 | 90 |
| 4/8/2024 | Sale | (1,700) | 90 |
| 4/9/2024 | Sale | (22,300) | 90.9955 |
| 4/10/2024 | Sale | (17,100) | 89 |
| 4/11/2024 | Cover Purchase | 100 | 91.6197 |
| 4/11/2024 | Sale | (7,807) | 92 |
| 4/11/2024 | Short Sale | (11,893) | 92 |
| 4/12/2024 | Short Sale | (1,400) | 92 |
| 4/15/2024 | Short Sale | (2,500) | 93.1 |
| 4/16/2024 | Short Sale | (4,700) | 93.39 |
| 4/17/2024 | Short Sale | (400) | 94.84 |
| 4/18/2024 | Purchase | 725 | 95.74 |
| 4/18/2024 | Short Sale | (4,600) | 95.151 |
| 4/18/2024 | Short Sale | (2,200) | 95.74 |
| 4/19/2024 | Purchase | 290 | 94.53 |
| 4/19/2024 | Short Sale | (1,600) | 94.53 |
| 4/22/2024 | Cover Purchase | 23,700 | 94.19 |
| 4/23/2024 | Cover Purchase | 993 | 94.02 |
| 4/23/2024 | Purchase | 22,307 | 94.02 |
| 4/24/2024 | Purchase | 900 | 94.64 |
| 4/25/2024 | Short Sale | (100) | 93.4176 |
| 4/29/2024 | Purchase | 1,000 | 94.06 |
| 4/30/2024 | Sale | (24,432) | 92.26 |
| 5/2/2024 | Short Sale | (7,600) | 91.8563 |
| 5/6/2024 | Sale | (16,500) | 93.36 |
| 5/7/2024 | Purchase | 4,822 | 93.78 |
| 5/7/2024 | Purchase | 6,297 | 93.78 |
| 5/8/2024 | Sale | (434) | 93.59 |
| 5/8/2024 | Sale | (100) | 93.59 |
| 5/9/2024 | Short Sale | (100) | 93.5187 |
| 5/10/2024 | Purchase | 100 | 90.94 |
| 5/13/2024 | Purchase | 18,500 | 92.7259 |
| 5/15/2024 | Sale | (330) | 91.67 |
| 5/15/2024 | Sale | (18,500) | 91.67 |
| 5/16/2024 | Cover Purchase | 100 | 92.4838 |
| 5/17/2024 | Cover Purchase | 3,525 | 92.071699 |
| 5/17/2024 | Sale | (1,200) | 92.18 |
| 5/20/2024 | Cover Purchase | 1,290 | 91.487201 |
| 5/20/2024 | Purchase | 10,104 | 91.772899 |
| 5/21/2024 | Sale | (669) | 92.82 |
| 5/23/2024 | Short Sale | (100) | 91.6591 |
| 5/30/2024 | Cover Purchase | 200 | 93.3782 |
| 5/30/2024 | Sale | (15,942) | 93.45 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 5/30/2024 | Short Sale | (7,858) | 93.45 |
| 5/31/2024 | Sale | (42,343) | 93.9818 |
| 5/31/2024 | Sale | (261,515) | 93.9818 |
| 5/31/2024 | Sale | (2,115) | 95.052401 |
| 5/31/2024 | Sale | (566) | 95.052402 |
| 6/4/2024 | Short Sale | (300) | 94.74 |
| 6/5/2024 | Short Sale | (5,532) | 94.120498 |
| 6/6/2024 | Cover Purchase | 8,158 | 95.72 |
| 6/6/2024 | Purchase | 14,542 | 95.72 |
| 6/6/2024 | Sale | (543) | 95.72 |
| 6/7/2024 | Sale | (6,500) | 96.55 |
| 6/10/2024 | Sale | (8,042) | 96 |
| 6/10/2024 | Short Sale | (9,058) | 96 |
| 6/12/2024 | Cover Purchase | 9,058 | 93.68 |
| 6/12/2024 | Purchase | 24,042 | 93.68 |
| 6/13/2024 | Cover Purchase | 100 | 94.0425 |
| 6/13/2024 | Purchase | 22,000 | 94.18 |
| 6/17/2024 | Sale | (23,100) | 95 |
| 6/20/2024 | Purchase | 5,000 | 95.57 |
| 6/21/2024 | Sale | (760) | 97.18 |
| 6/24/2024 | Sale | (22,600) | 97.17 |
| 6/26/2024 | Purchase | 22,600 | 94.06 |
| 6/26/2024 | Short Sale | (1,121) | 93.545798 |
| 6/27/2024 | Purchase | 13,600 | 94.19 |