Jennifer S. Wagner, OSB No. 024470
Keil M. Mueller, OSB No. 085535
**KELLER ROHRBACK L.L.P.**
601 SW Second Avenue, Suite 1900
Portland, OR 97204
jwagner@kellerrohrback.com
kmueller@kellerrohrback.com
Telephone: (971) 253-4600

Michael B. Eisenkraft (*pro hac vice* forthcoming)
Benjamin F. Jackson (*pro hac vice* forthcoming)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Tel.: (212) 838-7797
Fax: (212) 838-7745
meisenkraft@cohenmilstein.com
bjackson@cohenmilstein.com

*Attorneys for Movant*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| IN RE NIKE, INC. SECURITIES LITIGATION<br><br><br>This Document Relates to: All Actions | Case No.: 3:24-cv-00974-AN<br><br>**DECLARATION OF MICHAEL B. EISENKRAFT IN SUPPORT OF MOVANT STATE OF WISCONSIN INVESTMENT BOARD'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

Pursuant to 28 U.S.C. § 1746, I, Michael B. Eisenkraft, declare as follows:

1.      I am a member in good standing of the New York bar and partner at the law firm

Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"). I submit this declaration in further

DECL. IN SUPP. OF MOT. FOR APPOINTMENT AS LEAD PL. AND APPROVAL OF SELECTION OF
COUNSEL - 1

support of the State of Wisconsin Investment Board's Motion for Appointment as Lead Plaintiff

and Approval of Selection of Counsel.

2.    True and correct copies of the following are attached as exhibits hereto:

Exhibit A:    Certification of the State of Wisconsin Investment Board and chart of the State of Wisconsin Investment Board's transactions and losses.

Exhibit B-1:    Last in, first out (LIFO) loss chart.

Exhibit B-2:    First in, first out (FIFO) loss chart.

Exhibit C:    PSLRA notice.

Exhibit D:    Cohen Milstein's firm résumé.

Exhibit E:    Keller Rohrback firm résumé.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 19, 2024                        Respectfully submitted,

_____
Michael B. Eisenkraft

**COHEN MILSTEIN SELLERS**
**& TOLL PLLC**
88 Pine Street
14th Floor
New York, NY 10005
Tel.: (212) 838-7797
Fax: (212) 838-7745
meisenkraft@cohenmilstein.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/ Keil M. Mueller
Keil M. Mueller