Gregory P. Fry, OSB #052583
**WELSH, WALES & FRY, PLC**
650 NE Holladay Street, Suite 1600
Portland, OR 97232
Tel: 503-444-3355
gfry@wwf-law.com


*Local Counsel for the*
*Institutional Investor Funds*

[Additional counsel appear on signature page.]


## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| IN RE NIKE, INC. SECURITIES LITIGATION | Case No.: 3:24-cv-00974-AN |
| | THE INSTITUTIONAL INVESTOR FUNDS' RESPONSE TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF |
| This Document Relates to:  All Actions | Judge: Hon. Adrienne Nelson |
| | <u>Request for Oral Argument</u> |

THE INSTITUTIONAL INVESTOR FUNDS' RESPONSE TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF

Several motions for appointment as lead plaintiff are currently pending before the Court. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), district courts are to adopt a presumption that the applicant with the largest financial interest in the relief sought by the class that also satisfies the requirements of Fed. R. Civ. P. 23 is the "most adequate plaintiff." 15 U.S.C. §78u-4(a)(3)(B)(iii).

Here, while the Institutional Investor Funds suffered more than $22 million in losses on its Class Period purchase Nike Inc. securities and satisfies the Rule 23 requirements at this stage, the Institutional Investor Funds recognize that another movant claims to have suffered larger losses. If the Court determines that the competing movants do not satisfy the PSLRA's requirements for appointment as lead plaintiff for any reason, the Institutional Investor Funds are willing and able to fulfill that role on behalf of the class.

DATED:  September 3, 2024

*s/* Gregory P. Fry
GREGORY P. FRY

Gregory P. Fry, OSB #052583
Lindsey Moors, OSB #104207
**WELSH, WALES & FRY, PLC**
650 NE Holladay Street, Suite 1600
Portland, OR 97232
Tel: 503-444-3355
gfry@wwf-law.com
lmoors@wwf-law.com

*Local Counsel for the Institutional Investor Funds*

THE INSTITUTIONAL INVESTOR FUNDS' RESPONSE TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF 1

Henry Rosen (*pro hac vice* forthcoming)
Patrick W. Daniels (*pro hac vice* forthcoming)
Brian O. O'Mara (*pro hac vice* forthcoming)
Steven M. Jodlowski (*pro hac vice* forthcoming)
Caroline Robert (*pro hac vice* forthcoming)
Hani Y. Farah (*pro hac vice* forthcoming)
Ruben Peña (*pro hac vice* forthcoming)
**DiCELLO LEVITT LLP**
4747 Executive Drive, Suite 240
San Diego, California  92121
Tel.:  619-923-3939
hrosen@dicellolevitt.com
pwdaniels@dicellolevitt.com
briano@dicellolevitt.com
stevej@dicellolevitt.com

cmrobert@dicellolevitt.com
hfarah@dicellolevitt.com
rpena@dicellolevitt.com

Adam J. Levitt
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, IL  60602
Tel.:  312-214-7900
alevitt@dicellolevitt.com

Roxana Pierce
**DiCELLO LEVITT LLP**
1101 17th Street, NW, Suite 1000
Washington, DC  20036
Tel.:  202-975-2288
rpierce@dicellolevitt.com

*Counsel for Proposed Lead Plaintiff the
Institutional Investor Funds, and Proposed Lead
Counsel for Lead Plaintiff and the Class*

THE INSTITUTIONAL INVESTOR FUNDS' RESPONSE TO COMPETING MOTIONS FOR
APPOINTMENT AS LEAD PLAINTIFF 2

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 3, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

S/ Gregory P. Fry
GREGORY P. FRY

**WELSH, WALES & FRY, PLC**
650 NE Holladay Street, Suite. 1600
Portland, OR 97232
Tel: 503-444-3355
gfry@wwf-law.com

THE INSTITUTIONAL INVESTOR FUNDS' RESPONSE TO COMPETING MOTIONS FOR
APPOINTMENT AS LEAD PLAINTIFF 3