Keil M. Mueller, OSB No. 085535
Jennifer S. Wagner, OSB No. 024470
**KELLER ROHRBACK L.L.P.**
601 SW Second Avenue, Suite 1900
Portland, OR 97204
Tel.: (971) 253-4600
Fax: (206) 623-3384
kmueller@kellerrohrback.com
jwagner@kellerrohrback.com

Michael B. Eisenkraft (*pro hac vice* forthcoming)
Benjamin F. Jackson (*pro hac vice* forthcoming)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Tel.: (212) 838-7797
Fax: (212) 838-7745
meisenkraft@cohenmilstein.com
bjackson@cohenmilstein.com

*Attorneys for Movant*
[Additional Counsel listed on Signature Page]

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

|  |  |
|---|---|
| IN RE NIKE, INC. SECURITIES LITIGATION | Case No: 3:24-cv-00974-AN |
| | CLASS ACTION |
| | **NOTICE OF NON-OPPOSITION OF WISCONSIN INVESTMENT BOARD TO COMPETING MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL** |
| This Document Relates to: All Actions | |

Lead plaintiff movant the State of Wisconsin Investment Board ("SWIB") responds as follows to the competing motion filed on August 19, 2024, by Caisse de dépôt et placement du Québec and Deka Investment GmbH for appointment of lead plaintiff and lead counsel (ECF No. 18).

Having reviewed the competing motion and supporting papers filed therewith, it appears that SWIB does not possess the "largest financial interest in the relief sought by the class," as required by the Private Securities Litigation Reform Act of 1995 ("PSLRA").  *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii).  Accordingly, SWIB does not oppose the competing motion filed by Caisse de dépôt et placement du Québec and Deka Investment GmbH.  However, should the Court determine that the presumptive lead plaintiff is incapable or inadequate to represent the proposed class in this litigation, SWIB, as the movant with the second largest financial interest, should be appointed as lead plaintiff.  By this notice of non-opposition, SWIB also does not waive its rights to participate and recover as a class member in this litigation or pursue other permitted remedies, and to the extent it remains a class member in this litigation, will be willing and able to serve as lead plaintiff should the need ever arise.

Dated: September 3, 2024

**KELLER ROHRBACK L.L.P.**

By: */s/ Keil M. Mueller*
Keil M. Mueller, OSB No. 085535
Jennifer S. Wagner, OSB No. 024470
601 SW Second Avenue Suite #1900
Portland, OR 97204
Tel.: (971) 253-4600
Fax: (206) 623-3384
kmueller@kellerrohrback.com
jwagner@kellerrohrback.com

***Proposed Liaison Counsel for SWIB and the Class***

Michael B. Eisenkraft (*pro hac vice* forthcoming)
Benjamin F. Jackson (*pro hac vice* forthcoming)

**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Tel.: (212) 838-7797
Fax: (212) 838-7745
meisenkraft@cohenmilstein.com
bjackson@cohenmilstein.com

Steven J. Toll (*pro hac vice* forthcoming)
Brendan R. Schneiderman (*pro hac vice*
forthcoming)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. N.W., Suite 500
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
bschneiderman@cohenmilstein.com

***Attorneys for SWIB and Proposed Lead Counsel for the Class***