# Exhibit B

**LOSS ANALYSIS**

**Class Period: 3/19/2021 - 6/27/2024**

| NIKE, INC. | | TICKER | CUSIP | ISIN | SEDOL | Lookback Price |
|---|---|---|---|---|---|---|
| | | NKE | 654106103 | US6541061031 | 2640147 | $74.6025 [1] |

**Caisse de dépôt et placement du Québec**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/ Proceeds | Hold Value | LIFO |
|---|---|---|---|---|---|---|
| **Beginning Holdings** | **3/19/2021** | **448,640** | | | | |
| Sale | 3/26/2021 | (124,300) | $132.9900 | $16,530,657.00 | ($9,273,090.75) | |
| Purchase | 4/26/2021 | 82,000 | $131.6000 | ($10,791,200.00) | $6,117,405.00 | ($4,673,795.00) |
| Sale | 4/26/2021 | (82,000) | $131.6000 | $10,791,200.00 | ($6,117,405.00) | $4,673,795.00 |
| Sale | 4/26/2021 | (168,700) | $131.6000 | $22,200,920.00 | ($12,585,441.75) | |
| Purchase | 4/30/2021 | 26,245 | $132.6200 | ($3,480,611.90) | $1,957,942.61 | ($1,522,669.29) |
| Purchase | 5/19/2021 | 106,510 | $132.9600 | ($14,161,569.60) | $7,945,912.28 | ($6,215,657.33) |
| Purchase | 5/27/2021 | 106,126 | $136.5600 | ($14,492,566.56) | $7,917,264.92 | ($6,575,301.65) |
| Purchase | 6/8/2021 | 99,420 | $133.3500 | ($13,257,657.00) | $7,416,980.55 | ($5,840,676.45) |
| Sale | 6/10/2021 | (21,607) | $130.9800 | $2,830,084.86 | ($1,611,936.22) | $1,218,148.64 |
| Purchase | 6/17/2021 | 29,646 | $128.9266 | ($3,822,157.98) | $2,211,665.72 | ($1,610,492.27) |
| Purchase | 6/18/2021 | 51,433 | $128.4100 | ($6,604,511.53) | $3,837,030.38 | ($2,767,481.15) |
| Purchase | 6/18/2021 | 168,000 | $128.3816 | ($21,568,108.80) | $12,533,220.00 | ($9,034,888.80) |
| Purchase | 6/21/2021 | 217,700 | $130.0800 | ($28,318,416.00) | $16,240,964.25 | ($12,077,451.75) |
| Purchase | 6/24/2021 | 252,967 | $133.6000 | ($33,796,391.20) | $18,871,970.62 | ($14,924,420.58) |
| Sale | 6/25/2021 | (197,646) | $154.3500 | $30,506,660.10 | ($14,744,885.72) | $15,761,774.39 |
| Sale | 6/28/2021 | (45,000) | $152.3600 | $6,856,200.00 | ($3,357,112.50) | $3,499,087.50 |
| Purchase | 6/30/2021 | 15,200 | $154.4900 | ($2,348,248.00) | $1,133,958.00 | ($1,214,290.00) |
| Purchase | 7/13/2021 | 125,000 | $161.5900 | ($20,198,750.00) | $9,325,312.50 | ($10,873,437.50) |
| Purchase | 7/28/2021 | 113,295 | $165.2922 | ($18,726,779.80) | $8,452,090.24 | ($10,274,689.56) |
| Purchase | 7/30/2021 | 61,300 | $167.5100 | ($10,268,363.00) | $4,573,133.25 | ($5,695,229.75) |
| Purchase | 8/11/2021 | 31,000 | $171.2700 | ($5,309,370.00) | $2,312,677.50 | ($2,996,692.50) |
| Purchase | 8/18/2021 | 216,629 | $168.8100 | ($36,569,141.49) | $16,161,064.97 | ($20,408,076.52) |
| Sale | 8/20/2021 | (141,400) | $167.7900 | $23,725,506.00 | ($10,548,793.50) | $13,176,712.50 |
| Purchase | 8/31/2021 | 154,100 | $164.7400 | ($25,386,434.00) | $11,496,245.25 | ($13,890,188.75) |
| Sale | 9/13/2021 | (125,000) | $159.5200 | $19,940,000.00 | ($9,325,312.50) | $10,614,687.50 |
| Sale | 9/13/2021 | (76,300) | $159.5200 | $12,171,376.00 | ($5,692,170.75) | $6,479,205.25 |
| Sale | 9/13/2021 | (31,000) | $159.5200 | $4,945,120.00 | ($2,312,677.50) | $2,632,442.50 |
| Purchase | 9/16/2021 | 5,100 | $157.9020 | ($805,300.20) | $380,472.75 | ($424,827.45) |
| Purchase | 9/17/2021 | 401 | $157.4975 | ($63,156.50) | $29,915.60 | ($33,240.90) |
| Purchase | 9/20/2021 | 2,341 | $154.1747 | ($360,922.97) | $174,644.45 | ($186,278.52) |
| Purchase | 9/21/2021 | 1,421 | $155.0200 | ($220,283.42) | $106,010.15 | ($114,273.27) |
| Purchase | 9/21/2021 | 601 | $155.0685 | ($93,196.17) | $44,836.10 | ($48,360.07) |
| Purchase | 9/21/2021 | 8,741 | $155.0200 | ($1,355,029.82) | $652,100.45 | ($702,929.37) |
| Purchase | 9/22/2021 | 95,238 | $157.4400 | ($14,994,270.72) | $7,104,992.90 | ($7,889,277.83) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/ Proceeds | Hold Value | LIFO |
|---|---|---|---|---|---|---|
| Purchase | 9/22/2021 | 2,870 | $157.4854 | ($451,983.10) | $214,109.18 | ($237,873.92) |
| Purchase | 9/22/2021 | 6,023 | $157.3618 | ($947,790.12) | $449,330.86 | ($498,459.26) |
| Purchase | 9/22/2021 | 19,278 | $157.4435 | ($3,035,195.79) | $1,438,187.00 | ($1,597,008.80) |
| Purchase | 9/22/2021 | 5,061 | $156.9279 | ($794,212.10) | $377,563.25 | ($416,648.85) |
| Purchase | 9/22/2021 | 193 | $156.7200 | ($30,246.96) | $14,398.28 | ($15,848.68) |
| Purchase | 9/23/2021 | 6,963 | $159.4859 | ($1,110,500.32) | $519,457.21 | ($591,043.11) |
| Purchase | 9/23/2021 | 734 | $159.4280 | ($117,020.15) | $54,758.24 | ($62,261.92) |
| Purchase | 9/23/2021 | 240 | $159.9964 | ($38,399.14) | $17,904.60 | ($20,494.54) |
| Purchase | 9/23/2021 | 38,314 | $159.2153 | ($6,100,175.00) | $2,858,320.19 | ($3,241,854.82) |
| Purchase | 9/24/2021 | 344 | $150.3671 | ($51,726.28) | $25,663.26 | ($26,063.02) |
| Purchase | 9/24/2021 | 5,791 | $149.5770 | ($866,200.41) | $432,023.08 | ($434,177.33) |
| Purchase | 9/27/2021 | 1,308 | $148.9229 | ($194,791.15) | $97,580.07 | ($97,211.08) |
| Purchase | 9/28/2021 | 204 | $147.1998 | ($30,028.76) | $15,218.91 | ($14,809.85) |
| Purchase | 9/30/2021 | 283 | $146.6286 | ($41,495.89) | $21,112.51 | ($20,383.39) |
| Purchase | 9/30/2021 | 59,238 | $145.2300 | ($8,603,134.74) | $4,419,302.90 | ($4,183,831.85) |
| Purchase | 10/4/2021 | 458 | $147.0714 | ($67,358.70) | $34,167.95 | ($33,190.76) |
| Purchase | 10/5/2021 | 383 | $149.1696 | ($57,131.96) | $28,572.76 | ($28,559.20) |
| Purchase | 10/6/2021 | 357 | $148.7716 | ($53,111.46) | $26,633.09 | ($26,478.37) |
| Sale | 10/6/2021 | (32,300) | $148.3284 | $4,791,007.32 | ($2,409,660.75) | $2,381,346.57 |
| Purchase | 10/7/2021 | 352 | $150.3000 | ($52,905.60) | $26,260.08 | ($26,645.52) |
| Purchase | 10/8/2021 | 249 | $151.6490 | ($37,760.60) | $18,576.02 | ($19,184.58) |
| Purchase | 10/11/2021 | 249 | $152.0740 | ($37,866.43) | $18,576.02 | ($19,290.40) |
| Purchase | 10/12/2021 | 176 | $151.7784 | ($26,713.00) | $13,130.04 | ($13,582.96) |
| Purchase | 10/14/2021 | 133 | $158.1800 | ($21,037.94) | $9,922.13 | ($11,115.81) |
| Purchase | 10/18/2021 | 173 | $158.1200 | ($27,354.76) | $12,906.23 | ($14,448.53) |
| Sale | 10/18/2021 | (216,629) | $159.4300 | $34,537,161.47 | ($16,161,064.97) | $18,376,096.50 |
| Purchase | 10/19/2021 | 129 | $158.8300 | ($20,489.07) | $9,623.72 | ($10,865.35) |
| Purchase | 10/21/2021 | 107 | $159.5600 | ($17,072.92) | $7,982.47 | ($9,090.45) |
| Purchase | 10/25/2021 | 485 | $164.0476 | ($79,563.09) | $36,182.21 | ($43,380.87) |
| Sale | 10/26/2021 | (79,382) | $163.7892 | $13,001,914.27 | ($5,922,095.66) | $7,079,818.62 |
| Purchase | 10/27/2021 | 14,244 | $162.3600 | ($2,312,655.84) | $1,062,638.01 | ($1,250,017.83) |
| Purchase | 10/28/2021 | 6,193 | $164.1769 | ($1,016,747.54) | $462,013.28 | ($554,734.26) |
| Purchase | 10/29/2021 | 117,136 | $166.3360 | ($19,483,933.70) | $8,738,638.44 | ($10,745,295.26) |
| Purchase | 11/1/2021 | 6,384 | $167.2118 | ($1,067,480.13) | $476,262.36 | ($591,217.77) |
| Purchase | 11/2/2021 | 6,645 | $167.1329 | ($1,110,598.12) | $495,733.61 | ($614,864.51) |
| Purchase | 11/9/2021 | 40,600 | $173.3706 | ($7,038,846.36) | $3,028,861.50 | ($4,009,984.86) |
| Purchase | 11/11/2021 | 1,225 | $166.9700 | ($204,538.25) | $91,388.06 | ($113,150.19) |
| Purchase | 11/12/2021 | 1,212 | $169.0900 | ($204,937.08) | $90,418.23 | ($114,518.85) |
| Purchase | 11/15/2021 | 1,231 | $168.8500 | ($207,854.35) | $91,835.68 | ($116,018.67) |
| Purchase | 11/15/2021 | 79,382 | $168.8500 | ($13,403,650.70) | $5,922,095.66 | ($7,481,555.05) |
| Purchase | 11/16/2021 | 1,232 | $171.8300 | ($211,694.56) | $91,910.28 | ($119,784.28) |
| Sale | 11/22/2021 | (36,100) | $174.2400 | $6,290,064.00 | ($2,693,150.25) | $3,596,913.75 |
| Purchase | 11/24/2021 | 140,248 | $171.9186 | ($24,111,239.81) | $10,462,851.42 | ($13,648,388.39) |
| Purchase | 11/26/2021 | 10,674 | $169.1266 | ($1,805,257.33) | $796,307.09 | ($1,008,950.24) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/ Proceeds | Hold Value | LIFO |
|---|---|---|---|---|---|---|
| Purchase | 11/30/2021 | 220,357 | $169.2400 | ($37,293,218.68) | $16,439,183.09 | ($20,854,035.59) |
| Purchase | 12/8/2021 | 62,800 | $170.2500 | ($10,691,700.00) | $4,685,037.00 | ($6,006,663.00) |
| Sale | 1/7/2022 | (32,300) | $156.9700 | $5,070,131.00 | ($2,409,660.75) | $2,660,470.25 |
| Purchase | 1/24/2022 | 89,000 | $146.0000 | ($12,994,000.00) | $6,639,622.50 | ($6,354,377.50) |
| Sale | 1/26/2022 | (37,000) | $143.9900 | $5,327,630.00 | ($2,760,292.50) | $2,567,337.50 |
| Sale | 1/31/2022 | (45,900) | $148.0700 | $6,796,413.00 | ($3,424,254.75) | $3,372,158.25 |
| Purchase | 2/4/2022 | 8,400 | $144.4931 | ($1,213,742.04) | $626,661.00 | ($587,081.04) |
| Purchase | 2/18/2022 | 28,000 | $142.8926 | ($4,000,992.80) | $2,088,870.00 | ($1,912,122.80) |
| Sale | 2/22/2022 | (63,240) | $138.4079 | $8,752,915.60 | ($4,717,862.10) | $4,035,053.50 |
| Sale | 2/23/2022 | (42,160) | $138.1955 | $5,826,322.28 | ($3,145,241.40) | $2,681,080.88 |
| Sale | 2/23/2022 | (89,000) | $136.8300 | $12,177,870.00 | ($6,639,622.50) | $5,538,247.50 |
| Purchase | 2/28/2022 | 90,000 | $136.5500 | ($12,289,500.00) | $6,714,225.00 | ($5,575,275.00) |
| Sale | 2/28/2022 | (72,400) | $136.5500 | $9,886,220.00 | ($5,401,221.00) | $4,484,999.00 |
| Sale | 3/3/2022 | (184,300) | $133.9700 | $24,690,671.00 | ($13,749,240.75) | $10,941,430.25 |
| Sale | 3/15/2022 | (27,500) | $119.4000 | $3,283,500.00 | ($2,051,568.75) | $1,231,931.25 |
| Purchase | 3/22/2022 | 13,700 | $133.0900 | ($1,823,333.00) | $1,022,054.25 | ($801,278.75) |
| Sale | 3/28/2022 | (90,000) | $134.8100 | $12,132,900.00 | ($6,714,225.00) | $5,418,675.00 |
| Sale | 3/28/2022 | (65,400) | $133.5310 | $8,732,927.40 | ($4,879,003.50) | $3,853,923.90 |
| Sale | 3/31/2022 | (87,400) | $134.5600 | $11,760,544.00 | ($6,520,258.50) | $5,240,285.50 |
| Purchase | 4/11/2022 | 2,700 | $124.9800 | ($337,446.00) | $201,426.75 | ($136,019.25) |
| Purchase | 4/19/2022 | 2,000 | $137.0500 | ($274,100.00) | $149,205.00 | ($124,895.00) |
| Sale | 4/21/2022 | (13,700) | $135.4600 | $1,855,802.00 | ($1,022,054.25) | $833,747.75 |
| Sale | 4/29/2022 | (51,400) | $124.7000 | $6,409,580.00 | ($3,834,568.50) | $2,575,011.50 |
| Purchase | 5/2/2022 | 1,400 | $124.8933 | ($174,850.62) | $104,443.50 | ($70,407.12) |
| Sale | 5/19/2022 | (186,451) | $106.5679 | $19,869,691.52 | ($13,909,710.73) | $5,959,980.80 |
| Sale | 5/31/2022 | (173,800) | $118.8500 | $20,656,130.00 | ($12,965,914.50) | $7,690,215.50 |
| Sale | 6/8/2022 | (25,000) | $122.4000 | $3,060,000.00 | ($1,865,062.50) | $1,194,937.50 |
| Sale | 6/21/2022 | (17,800) | $108.9527 | $1,939,358.06 | ($1,327,924.50) | $611,433.56 |
| Purchase | 6/22/2022 | 22,000 | $104.9200 | ($2,308,240.00) | $1,641,255.00 | ($666,985.00) |
| Purchase | 6/30/2022 | 800 | $102.2000 | ($81,760.00) | $59,682.00 | ($22,078.00) |
| Purchase | 7/20/2022 | 25,000 | $111.1100 | ($2,777,750.00) | $1,865,062.50 | ($912,687.50) |
| Purchase | 7/29/2022 | 210,640 | $114.9200 | ($24,206,748.80) | $15,714,270.60 | ($8,492,478.20) |
| Sale | 8/5/2022 | (18,929) | $113.5944 | $2,150,228.40 | ($1,412,150.72) | $738,077.68 |
| Sale | 8/5/2022 | (1,737) | $113.9038 | $197,850.90 | ($129,584.54) | $68,266.36 |
| Sale | 8/5/2022 | (1,373) | $113.8829 | $156,361.22 | ($102,429.23) | $53,931.99 |
| Sale | 8/5/2022 | (5,558) | $113.7996 | $632,498.18 | ($414,640.70) | $217,857.48 |
| Sale | 8/8/2022 | (31,069) | $114.3085 | $3,551,450.79 | ($2,317,825.07) | $1,233,625.71 |
| Sale | 8/8/2022 | (4,754) | $114.9229 | $546,343.47 | ($354,660.29) | $191,683.18 |
| Sale | 8/8/2022 | (11,585) | $113.7840 | $1,318,187.64 | ($864,269.96) | $453,917.68 |
| Sale | 8/8/2022 | (1,576) | $115.0632 | $181,339.60 | ($117,573.54) | $63,766.06 |
| Sale | 8/9/2022 | (36,714) | $109.9570 | $4,036,961.30 | ($2,738,956.19) | $1,298,005.11 |
| Sale | 8/31/2022 | (38,428) | $106.4500 | $4,090,660.60 | ($2,866,824.87) | $1,223,835.73 |
| Purchase | 9/26/2022 | 21,100 | $96.0600 | ($2,026,866.00) | $1,574,112.75 | ($452,753.25) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/ Proceeds | Hold Value | LIFO |
|---|---|---|---|---|---|---|
| Purchase | 9/30/2022 | 78,654 | $83.1200 | ($6,537,720.48) | $5,867,785.04 | ($669,935.45) |
| Sale | 10/20/2022 | (10,600) | $86.8300 | $920,398.00 | ($790,786.50) | $129,611.50 |
| Sale | 10/31/2022 | (9,592) | $92.7878 | $890,020.58 | ($715,587.18) | $174,433.40 |
| Purchase | 11/18/2022 | 55,400 | $105.4200 | ($5,840,268.00) | $4,132,978.50 | ($1,707,289.50) |
| Purchase | 11/21/2022 | 40,300 | $103.8781 | ($4,186,287.43) | $3,006,480.75 | ($1,179,806.68) |
| Sale | 11/30/2022 | (438,176) | $109.6900 | $48,063,525.44 | ($32,689,025.04) | $15,374,500.40 |
| Sale | 12/9/2022 | (300) | $109.4200 | $32,826.00 | ($22,380.75) | $10,445.25 |
| Purchase | 12/29/2022 | 47,000 | $117.3500 | ($5,515,450.00) | $3,506,317.50 | ($2,009,132.50) |
| Purchase | 12/30/2022 | 17,300 | $117.0100 | ($2,024,273.00) | $1,290,623.25 | ($733,649.75) |
| Sale | 1/11/2023 | (55,400) | $127.9400 | $7,087,876.00 | ($4,132,978.50) | $2,954,897.50 |
| Purchase | 1/13/2023 | 6,000 | $128.8500 | ($773,100.00) | $447,615.00 | ($325,485.00) |
| Purchase | 1/17/2023 | 5,800 | $128.1400 | ($743,212.00) | $432,694.50 | ($310,517.50) |
| Sale | 1/30/2023 | (47,000) | $126.3700 | $5,939,390.00 | ($3,506,317.50) | $2,433,072.50 |
| Purchase | 1/31/2023 | 55,500 | $127.3300 | ($7,066,815.00) | $4,140,438.75 | ($2,926,376.25) |
| Purchase | 2/7/2023 | 9,100 | $125.3300 | ($1,140,503.00) | $678,882.75 | ($461,620.25) |
| Sale | 2/21/2023 | (6,686) | $121.8528 | $814,707.82 | ($498,792.32) | $315,915.51 |
| Purchase | 2/22/2023 | 15,731 | $119.9000 | ($1,886,146.90) | $1,173,571.93 | ($712,574.97) |
| Sale | 2/28/2023 | (39,734) | $118.7900 | $4,720,001.86 | ($2,964,255.74) | $1,755,746.13 |
| Sale | 3/1/2023 | (12,500) | $118.5800 | $1,482,250.00 | ($932,531.25) | $549,718.75 |
| Purchase | 3/7/2023 | 91,200 | $119.5900 | ($10,906,608.00) | $6,803,748.00 | ($4,102,860.00) |
| Purchase | 3/31/2023 | 9,204 | $122.6400 | ($1,128,778.56) | $686,641.41 | ($442,137.15) |
| Sale | 4/4/2023 | (4,600) | $123.6900 | $568,974.00 | ($343,171.50) | $225,802.50 |
| Purchase | 4/18/2023 | 1,700 | $126.2100 | ($214,557.00) | $126,824.25 | ($87,732.75) |
| Purchase | 4/28/2023 | 9,319 | $126.7200 | ($1,180,903.68) | $695,220.70 | ($485,682.98) |
| Purchase | 5/9/2023 | 6,220 | $125.1000 | ($778,122.00) | $464,027.55 | ($314,094.45) |
| Purchase | 5/25/2023 | 80,699 | $108.1743 | ($8,729,557.84) | $6,020,347.15 | ($2,709,210.69) |
| Purchase | 5/26/2023 | 22,321 | $108.0229 | ($2,411,179.15) | $1,665,202.40 | ($745,976.75) |
| Purchase | 5/30/2023 | 200,893 | $106.7072 | ($21,436,729.53) | $14,987,120.03 | ($6,449,609.50) |
| Purchase | 5/31/2023 | 532,555 | $105.2600 | ($56,056,739.30) | $39,729,934.39 | ($16,326,804.91) |
| Sale | 6/7/2023 | (38,467) | $107.0900 | $4,119,431.03 | ($2,869,734.37) | $1,249,696.66 |
| Purchase | 6/28/2023 | 2,500 | $113.0300 | ($282,575.00) | $186,506.25 | ($96,068.75) |
| Purchase | 6/30/2023 | 3,109 | $110.3700 | ($343,140.33) | $231,939.17 | ($111,201.16) |
| Sale | 7/6/2023 | (21,000) | $105.1000 | $2,207,100.00 | ($1,566,652.50) | $640,447.50 |
| Sale | 7/13/2023 | (13,031) | $107.8400 | $1,405,263.04 | ($972,145.18) | $433,117.86 |
| Sale | 7/20/2023 | (12,052) | $107.8009 | $1,299,216.45 | ($899,109.33) | $400,107.12 |
| Sale | 7/31/2023 | (159,300) | $110.3900 | $17,585,127.00 | ($11,884,178.25) | $5,700,948.75 |
| Purchase | 8/10/2023 | 5,023 | $111.2258 | ($558,687.19) | $374,728.36 | ($183,958.84) |
| Purchase | 8/15/2023 | 9,756 | $106.5500 | ($1,039,501.80) | $727,821.99 | ($311,679.81) |
| Sale | 8/21/2023 | (20,600) | $102.8600 | $2,118,916.00 | ($1,536,811.50) | $582,104.50 |
| Sale | 8/29/2023 | (22,200) | $101.7700 | $2,259,294.00 | ($1,656,175.50) | $603,118.50 |
| Sale | 8/29/2023 | (18,170) | $101.1523 | $1,837,937.29 | ($1,355,527.43) | $482,409.87 |
| Sale | 8/31/2023 | (69,950) | $101.7100 | $7,114,614.50 | ($5,218,444.88) | $1,896,169.63 |
| Sale | 9/7/2023 | (23,200) | $97.9300 | $2,271,976.00 | ($1,730,778.00) | $541,198.00 |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/ Proceeds | Hold Value | LIFO |
|---|---|---|---|---|---|---|
| Purchase | 9/13/2023 | 239,943 | $96.1300 | ($23,065,720.59) | $17,900,347.66 | ($5,165,372.93) |
| Sale | 9/14/2023 | (25,500) | $97.1900 | $2,478,345.00 | ($1,902,363.75) | $575,981.25 |
| Sale | 9/19/2023 | (17,400) | $94.6200 | $1,646,388.00 | ($1,298,083.50) | $348,304.50 |
| Sale | 9/19/2023 | (137,034) | $94.7538 | $12,984,492.23 | ($10,223,078.99) | $2,761,413.24 |
| Sale | 9/19/2023 | (7,433) | $94.7601 | $704,351.82 | ($554,520.38) | $149,831.44 |
| Sale | 9/26/2023 | (12,300) | $90.3491 | $1,111,293.93 | ($917,610.75) | $193,683.18 |
| Sale | 9/27/2023 | (22,800) | $89.4200 | $2,038,776.00 | ($1,700,937.00) | $337,839.00 |
| Purchase | 9/28/2023 | 10,000 | $89.6300 | ($896,300.00) | $746,025.00 | ($150,275.00) |
| Sale | 9/29/2023 | (80,800) | $95.6200 | $7,726,096.00 | ($6,027,882.00) | $1,698,214.00 |
| Purchase | 10/5/2023 | 13,000 | $95.7800 | ($1,245,140.00) | $969,832.50 | ($275,307.50) |
| Sale | 10/13/2023 | (22,500) | $99.9100 | $2,247,975.00 | ($1,678,556.25) | $569,418.75 |
| Sale | 10/13/2023 | (9,756) | $99.9100 | $974,721.96 | ($727,821.99) | $246,899.97 |
| Sale | 10/19/2023 | (8,800) | $103.0500 | $906,840.00 | ($656,502.00) | $250,338.00 |
| Purchase | 10/26/2023 | 17,832 | $100.8662 | ($1,798,646.08) | $1,330,311.78 | ($468,334.30) |
| Sale | 10/31/2023 | (64,300) | $102.7700 | $6,608,111.00 | ($4,796,940.75) | $1,811,170.25 |
| Purchase | 11/3/2023 | 354 | $107.0290 | ($37,888.27) | $26,409.29 | ($11,478.98) |
| Purchase | 11/6/2023 | 23,946 | $106.9764 | ($2,561,656.87) | $1,786,431.47 | ($775,225.41) |
| Sale | 11/9/2023 | (172,000) | $107.0000 | $18,404,000.00 | ($12,831,630.00) | $5,572,370.00 |
| Sale | 11/9/2023 | (11,100) | $107.0000 | $1,187,700.00 | ($828,087.75) | $359,612.25 |
| Purchase | 11/15/2023 | 24,100 | $107.8200 | ($2,598,462.00) | $1,797,920.25 | ($800,541.75) |
| Sale | 11/16/2023 | (17,600) | $107.6100 | $1,893,936.00 | ($1,313,004.00) | $580,932.00 |
| Sale | 11/29/2023 | (58,280) | $110.8878 | $6,462,540.98 | ($4,347,833.70) | $2,114,707.28 |
| Sale | 11/30/2023 | (314,300) | $110.1239 | $34,611,941.77 | ($23,447,565.75) | $11,164,376.02 |
| Purchase | 12/6/2023 | 61,900 | $116.3557 | ($7,202,417.83) | $4,617,894.75 | ($2,584,523.08) |
| Sale | 12/7/2023 | (3,800) | $114.9548 | $436,828.24 | ($283,489.50) | $153,338.74 |
| Purchase | 12/8/2023 | 17,715 | $115.8432 | ($2,052,162.29) | $1,321,583.29 | ($730,579.00) |
| Purchase | 12/13/2023 | 172,000 | $121.1700 | ($20,841,240.00) | $12,831,630.00 | ($8,009,610.00) |
| Purchase | 12/14/2023 | 14,900 | $121.6252 | ($1,812,215.48) | $1,111,577.25 | ($700,638.23) |
| Sale | 12/20/2023 | (9,049) | $121.4300 | $1,098,820.07 | ($675,078.02) | $423,742.05 |
| Purchase | 12/21/2023 | 19,700 | $122.1828 | ($2,407,001.16) | $1,469,669.25 | ($937,331.91) |
| Sale | 12/28/2023 | (18,200) | $108.8499 | $1,981,068.18 | ($1,357,765.50) | $623,302.68 |
| Purchase | 12/29/2023 | 10,000 | $108.5700 | ($1,085,700.00) | $746,025.00 | ($339,675.00) |
| Purchase | 1/3/2024 | 14,300 | $104.5810 | ($1,495,508.30) | $1,066,815.75 | ($428,692.55) |
| Purchase | 1/11/2024 | 72,784 | $104.9821 | ($7,641,017.17) | $5,429,868.36 | ($2,211,148.81) |
| Purchase | 1/16/2024 | 70,751 | $102.1650 | ($7,228,275.92) | $5,278,201.48 | ($1,950,074.44) |
| Sale | 1/17/2024 | (18,400) | $100.4353 | $1,848,009.52 | ($1,372,686.00) | $475,323.52 |
| Sale | 1/24/2024 | (9,500) | $100.9603 | $959,122.85 | ($708,723.75) | $250,399.10 |
| Sale | 1/24/2024 | (61,881) | $101.1984 | $6,262,258.19 | ($4,616,477.30) | $1,645,780.89 |
| Sale | 1/25/2024 | (6,600) | $100.5804 | $663,830.64 | ($492,376.50) | $171,454.14 |
| Purchase | 1/31/2024 | 66,161 | $101.5300 | ($6,717,326.33) | $4,935,776.00 | ($1,781,550.33) |
| Sale | 2/1/2024 | (22,200) | $101.4630 | $2,252,478.60 | ($1,656,175.50) | $596,303.10 |
| Purchase | 2/7/2024 | 12,200 | $103.7897 | ($1,266,234.34) | $910,150.50 | ($356,083.84) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/ Proceeds | Hold Value | LIFO |
|---|---|---|---|---|---|---|
| Sale | 2/8/2024 | (800) | $103.9040 | $83,123.20 | ($59,682.00) | $23,441.20 |
| Purchase | 2/14/2024 | 22,500 | $105.8603 | ($2,381,856.75) | $1,678,556.25 | ($703,300.50) |
| Purchase | 2/20/2024 | 290,000 | $103.3000 | ($29,957,000.00) | $21,634,725.00 | ($8,322,275.00) |
| Purchase | 2/21/2024 | 4,300 | $104.8848 | ($451,004.64) | $320,790.75 | ($130,213.89) |
| Sale | 2/27/2024 | (2,800) | $104.6720 | $293,081.60 | ($208,887.00) | $84,194.60 |
| Purchase | 2/28/2024 | 11,200 | $104.8282 | ($1,174,075.84) | $835,548.00 | ($338,527.84) |
| Sale | 2/29/2024 | (70,500) | $103.9655 | $7,329,567.75 | ($5,259,476.25) | $2,070,091.50 |
| Purchase | 3/6/2024 | 60,100 | $97.6300 | ($5,867,563.00) | $4,483,610.25 | ($1,383,952.75) |
| Purchase | 3/6/2024 | 4,500 | $97.5553 | ($438,998.85) | $335,711.25 | ($103,287.60) |
| Sale | 3/12/2024 | (10,350) | $100.4394 | $1,039,547.79 | ($772,135.88) | $267,411.92 |
| Purchase | 3/13/2024 | 21,300 | $101.6518 | ($2,165,183.34) | $1,589,033.25 | ($576,150.09) |
| Sale | 3/13/2024 | (10,350) | $101.3112 | $1,048,570.92 | ($772,135.88) | $276,435.05 |
| Sale | 3/22/2024 | (6,222) | $93.4680 | $581,557.90 | ($464,176.76) | $117,381.14 |
| Sale | 3/25/2024 | (6,549) | $93.6105 | $613,055.16 | ($488,571.77) | $124,483.39 |
| Sale | 3/26/2024 | (10,041) | $92.9297 | $933,107.12 | ($749,083.70) | $184,023.42 |
| Sale | 3/27/2024 | (10,040) | $93.4700 | $938,438.80 | ($749,009.10) | $189,429.70 |
| Sale | 3/28/2024 | (17,600) | $93.9800 | $1,654,048.00 | ($1,313,004.00) | $341,044.00 |
| Sale | 4/3/2024 | (23,600) | $90.8144 | $2,143,219.84 | ($1,760,619.00) | $382,600.84 |
| Sale | 4/12/2024 | (10,961) | $92.0327 | $1,008,770.42 | ($817,718.00) | $191,052.42 |
| Sale | 4/18/2024 | (290,000) | $95.7400 | $27,764,600.00 | ($21,634,725.00) | $6,129,875.00 |
| Sale | 4/23/2024 | (126) | $94.0199 | $11,846.51 | ($9,399.92) | $2,446.59 |
| Sale | 4/30/2024 | (53,471) | $92.2600 | $4,933,234.46 | ($3,989,070.28) | $944,164.18 |
| Purchase | 5/2/2024 | 28,700 | $92.2098 | ($2,646,421.26) | $2,141,091.75 | ($505,329.51) |
| Sale | 5/3/2024 | (60,100) | $92.1500 | $5,538,215.00 | ($4,483,610.25) | $1,054,604.75 |
| Purchase | 5/8/2024 | 22,700 | $93.3533 | ($2,119,119.91) | $1,693,476.75 | ($425,643.16) |
| Purchase | 5/9/2024 | 12,700 | $93.5487 | ($1,188,068.49) | $947,451.75 | ($240,616.74) |
| Purchase | 5/10/2024 | 12,700 | $91.6651 | ($1,164,146.77) | $947,451.75 | ($216,695.02) |
| Purchase | 5/15/2024 | 14,400 | $91.3003 | ($1,314,724.32) | $1,074,276.00 | ($240,448.32) |
| Purchase | 5/16/2024 | 5,500 | $92.3745 | ($508,059.75) | $410,313.75 | ($97,746.00) |
| Purchase | 5/22/2024 | 32,400 | $92.4951 | ($2,996,841.24) | $2,417,121.00 | ($579,720.24) |
| Purchase | 5/23/2024 | 32,600 | $91.5194 | ($2,983,532.44) | $2,432,041.50 | ($551,490.94) |
| Sale | 5/28/2024 | (4,650) | $91.9866 | $427,737.69 | ($346,901.63) | $80,836.07 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Purchase | 5/29/2024 | 22,700 | $92.1166 | ($2,091,046.82) | $1,693,476.75 | ($397,570.07) |
| Sale | 5/29/2024 | (4,603) | $92.0163 | $423,551.03 | ($343,395.31) | $80,155.72 |
| Sale | 5/30/2024 | (4,673) | $93.1887 | $435,470.80 | ($348,617.48) | $86,853.31 |
| Sale | 5/31/2024 | (113,690) | $95.0500 | $10,806,234.50 | ($8,481,558.23) | $2,324,676.28 |
| Purchase | 6/5/2024 | 16,700 | $94.1351 | ($1,572,056.17) | $1,245,861.75 | ($326,194.42) |
| Purchase | 6/7/2024 | 4,436 | $96.8615 | ($429,677.61) | $330,936.69 | ($98,740.92) |
| Purchase | 6/13/2024 | 4,700 | $94.0638 | ($442,099.86) | $350,631.75 | ($91,468.11) |
| **End Holdings** | **6/27/2024** | **885,403** | | **($96,758,520.24)** | | **($81,047,953.03)** |

| | |
|---|---|
| **LIFO (LOSS)/GAIN:** | **($81,047,953.03)** |
| Total Shares Bought: | 6,135,818 |
| Total Net Shares: | 436,763 |
| Total Net Expenditures: | ($96,758,520.24) |

**Deka Investment GmbH**

**LIFO**

| | |
|---|---|
| **LIFO (LOSS)/GAIN:** | **($15,619,835.50)** |
| Total Shares Bought: | 676,542 |
| Total Net Shares: | 302,276 |
| Total Net Expenditures: | ($37,705,646.75) |

| | |
|---|---|
| **Aggregate Total Shares Bought:** | **6,812,360** |
| **AGGREGATE (ALL FUNDS) TOTAL LIFO (LOSS):** | **($96,667,788.53)** |

[1] *Value of shares held is the mean trading price from 6/28/2024 - 8/19/2024.*