**Exhibit C**

## CERTIFICATION

We, Étienne Bourgeois, Vice-President, Operations, and Lucas J. Gifuni, Director, Legal Affairs, Investment for Caisse de dépôt et placement du Québec ("CDPQ"), hereby certify as follows:

1.      We are fully authorized to enter into and execute this certification on behalf of CDPQ.  We have reviewed securities class action complaints filed against NIKE, Inc. ("NIKE") and others in *City Pension Fund for Firefighters and Police Officers in the City of Pembroke Pines v. Nike, Inc.*, No. 3:24-cv-00974-AN (D. Or.) and *Mehta v. Nike, Inc.*, No. 3:24-cv-01150-AN (D. Or.) alleging violations of the federal securities laws, and authorize the filing of this motion for lead plaintiff appointment;

2.      CDPQ did not transact in Class B common stock of NIKE at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      CDPQ is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  CDPQ fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      CDPQ's transactions in NIKE Class B common stock are reflected in Exhibit A attached hereto;

5.      In addition to the present matter, CDPQ sought to serve as a lead plaintiff in the following class action filed under the federal securities laws during the last three years:

*In re PayPal Holdings Inc. Securities Litigation*, No. 3:22-cv-5864 (D.N.J.)

6.    Beyond its pro rata share of any recovery, CDPQ will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

We declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 16th day of September, 2024.

_Étienne Bourgeois_

Étienne Bourgeois
*Vice-President, Operations*
*Caisse de dépôt et placement du Québec*


_Lucas Gifuni_

Lucas J. Gifuni
*Director, Legal Affairs, Investment*
*Caisse de dépôt et placement du Québec*

2

**EXHIBIT A**

**TRANSACTIONS IN NIKE, INC.**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Opening Balance | 03/19/21 | 448,640 | | |
| Sales | 03/26/21 | (124,300) | $132.99 | $16,530,657.00 |
| Purchases | 04/26/21 | 82,000 | $131.60 | ($10,791,200.00) |
| Sales | 04/26/21 | (250,700) | $131.60 | $32,992,120.00 |
| Purchases | 04/30/21 | 26,245 | $132.62 | ($3,480,611.90) |
| Purchases | 05/19/21 | 106,510 | $132.96 | ($14,161,569.60) |
| Purchases | 05/27/21 | 106,126 | $136.56 | ($14,492,566.56) |
| Purchases | 06/08/21 | 99,420 | $133.35 | ($13,257,657.00) |
| Sales | 06/10/21 | (21,607) | $130.98 | $2,830,084.86 |
| Purchases | 06/17/21 | 29,646 | $128.93 | ($3,822,157.98) |
| Purchases | 06/18/21 | 51,433 | $128.41 | ($6,604,511.53) |
| Purchases | 06/18/21 | 168,000 | $128.38 | ($21,568,108.80) |
| Purchases | 06/21/21 | 217,700 | $130.08 | ($28,318,416.00) |
| Purchases | 06/24/21 | 252,967 | $133.60 | ($33,796,391.20) |
| Sales | 06/25/21 | (197,646) | $154.35 | $30,506,660.10 |
| Sales | 06/28/21 | (45,000) | $152.36 | $6,856,200.00 |
| Purchases | 06/30/21 | 15,200 | $154.49 | ($2,348,248.00) |
| Purchases | 07/13/21 | 125,000 | $161.59 | ($20,198,750.00) |
| Purchases | 07/28/21 | 113,295 | $165.29 | ($18,726,779.80) |
| Purchases | 07/30/21 | 61,300 | $167.51 | ($10,268,363.00) |
| Purchases | 08/11/21 | 31,000 | $171.27 | ($5,309,370.00) |
| Purchases | 08/18/21 | 216,629 | $168.81 | ($36,569,141.49) |
| Sales | 08/20/21 | (141,400) | $167.79 | $23,725,506.00 |
| Purchases | 08/31/21 | 154,100 | $164.74 | ($25,386,434.00) |
| Sales | 09/13/21 | (76,300) | $159.52 | $12,171,376.00 |
| Sales | 09/13/21 | (125,000) | $159.52 | $19,940,000.00 |
| Sales | 09/13/21 | (31,000) | $159.52 | $4,945,120.00 |
| Purchases | 09/16/21 | 5,100 | $157.90 | ($805,300.20) |
| Purchases | 09/17/21 | 401 | $157.50 | ($63,156.50) |
| Purchases | 09/20/21 | 2,341 | $154.17 | ($360,922.97) |
| Purchases | 09/21/21 | 8,741 | $155.02 | ($1,355,029.82) |
| Purchases | 09/21/21 | 1,421 | $155.02 | ($220,283.42) |
| Purchases | 09/21/21 | 601 | $155.07 | ($93,196.17) |
| Purchases | 09/22/21 | 6,023 | $157.36 | ($947,790.12) |
| Purchases | 09/22/21 | 19,278 | $157.44 | ($3,035,195.79) |
| Purchases | 09/22/21 | 193 | $156.72 | ($30,246.96) |
| Purchases | 09/22/21 | 95,238 | $157.44 | ($14,994,270.72) |

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 09/22/21 | 2,870 | $157.49 | ($451,983.10) |
| Purchases | 09/22/21 | 5,061 | $156.93 | ($794,212.10) |
| Purchases | 09/23/21 | 6,963 | $159.49 | ($1,110,500.32) |
| Purchases | 09/23/21 | 734 | $159.43 | ($117,020.15) |
| Purchases | 09/23/21 | 240 | $160.00 | ($38,399.14) |
| Purchases | 09/23/21 | 38,314 | $159.22 | ($6,100,175.00) |
| Purchases | 09/24/21 | 5,791 | $149.58 | ($866,200.41) |
| Purchases | 09/24/21 | 344 | $150.37 | ($51,726.28) |
| Purchases | 09/27/21 | 1,308 | $148.92 | ($194,791.15) |
| Purchases | 09/28/21 | 204 | $147.20 | ($30,028.76) |
| Purchases | 09/30/21 | 283 | $146.63 | ($41,495.89) |
| Purchases | 09/30/21 | 59,238 | $145.23 | ($8,603,134.74) |
| Purchases | 10/04/21 | 458 | $147.07 | ($67,358.70) |
| Purchases | 10/05/21 | 383 | $149.17 | ($57,131.96) |
| Purchases | 10/06/21 | 357 | $148.77 | ($53,111.46) |
| Sales | 10/06/21 | (32,300) | $148.33 | $4,791,007.32 |
| Purchases | 10/07/21 | 352 | $150.30 | ($52,905.60) |
| Purchases | 10/08/21 | 249 | $151.65 | ($37,760.60) |
| Purchases | 10/11/21 | 249 | $152.07 | ($37,866.43) |
| Purchases | 10/12/21 | 176 | $151.78 | ($26,713.00) |
| Purchases | 10/14/21 | 133 | $158.18 | ($21,037.94) |
| Purchases | 10/18/21 | 173 | $158.12 | ($27,354.76) |
| Sales | 10/18/21 | (216,629) | $159.43 | $34,537,161.47 |
| Purchases | 10/19/21 | 129 | $158.83 | ($20,489.07) |
| Purchases | 10/21/21 | 107 | $159.56 | ($17,072.92) |
| Purchases | 10/25/21 | 485 | $164.05 | ($79,563.09) |
| Sales | 10/26/21 | (79,382) | $163.79 | $13,001,914.27 |
| Purchases | 10/27/21 | 14,244 | $162.36 | ($2,312,655.84) |
| Purchases | 10/28/21 | 6,193 | $164.18 | ($1,016,747.54) |
| Purchases | 10/29/21 | 117,136 | $166.34 | ($19,483,933.70) |
| Purchases | 11/01/21 | 6,384 | $167.21 | ($1,067,480.13) |
| Purchases | 11/02/21 | 6,645 | $167.13 | ($1,110,598.12) |
| Purchases | 11/09/21 | 40,600 | $173.37 | ($7,038,846.36) |
| Purchases | 11/11/21 | 1,225 | $166.97 | ($204,538.25) |
| Purchases | 11/12/21 | 1,212 | $169.09 | ($204,937.08) |
| Purchases | 11/15/21 | 79,382 | $168.85 | ($13,403,650.70) |
| Purchases | 11/15/21 | 1,231 | $168.85 | ($207,854.35) |
| Purchases | 11/16/21 | 1,232 | $171.83 | ($211,694.56) |
| Sales | 11/22/21 | (36,100) | $174.24 | $6,290,064.00 |
| Purchases | 11/24/21 | 140,248 | $171.92 | ($24,111,239.81) |

2

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 11/26/21 | 10,674 | $169.13 | ($1,805,257.33) |
| Purchases | 11/30/21 | 220,357 | $169.24 | ($37,293,218.68) |
| Purchases | 12/08/21 | 62,800 | $170.25 | ($10,691,700.00) |
| Sales | 01/07/22 | (32,300) | $156.97 | $5,070,131.00 |
| Purchases | 01/24/22 | 89,000 | $146.00 | ($12,994,000.00) |
| Sales | 01/26/22 | (37,000) | $143.99 | $5,327,630.00 |
| Sales | 01/31/22 | (45,900) | $148.07 | $6,796,413.00 |
| Purchases | 02/04/22 | 8,400 | $144.49 | ($1,213,742.04) |
| Purchases | 02/18/22 | 28,000 | $142.89 | ($4,000,992.80) |
| Sales | 02/22/22 | (63,240) | $138.41 | $8,752,915.60 |
| Sales | 02/23/22 | (42,160) | $138.20 | $5,826,322.28 |
| Sales | 02/23/22 | (89,000) | $136.83 | $12,177,870.00 |
| Purchases | 02/28/22 | 90,000 | $136.55 | ($12,289,500.00) |
| Sales | 02/28/22 | (72,400) | $136.55 | $9,886,220.00 |
| Sales | 03/03/22 | (184,300) | $133.97 | $24,690,671.00 |
| Sales | 03/15/22 | (27,500) | $119.40 | $3,283,500.00 |
| Purchases | 03/22/22 | 13,700 | $133.09 | ($1,823,333.00) |
| Sales | 03/28/22 | (90,000) | $134.81 | $12,132,900.00 |
| Sales | 03/28/22 | (65,400) | $133.53 | $8,732,927.40 |
| Sales | 03/31/22 | (87,400) | $134.56 | $11,760,544.00 |
| Purchases | 04/11/22 | 2,700 | $124.98 | ($337,446.00) |
| Purchases | 04/19/22 | 2,000 | $137.05 | ($274,100.00) |
| Sales | 04/21/22 | (13,700) | $135.46 | $1,855,802.00 |
| Sales | 04/29/22 | (51,400) | $124.70 | $6,409,580.00 |
| Purchases | 05/02/22 | 1,400 | $124.89 | ($174,850.62) |
| Sales | 05/19/22 | (186,451) | $106.57 | $19,869,691.52 |
| Sales | 05/31/22 | (173,800) | $118.85 | $20,656,130.00 |
| Sales | 06/08/22 | (25,000) | $122.40 | $3,060,000.00 |
| Sales | 06/21/22 | (17,800) | $108.95 | $1,939,358.06 |
| Purchases | 06/22/22 | 22,000 | $104.92 | ($2,308,240.00) |
| Purchases | 06/30/22 | 800 | $102.20 | ($81,760.00) |
| Purchases | 07/20/22 | 25,000 | $111.11 | ($2,777,750.00) |
| Purchases | 07/29/22 | 210,640 | $114.92 | ($24,206,748.80) |
| Sales | 08/05/22 | (18,929) | $113.59 | $2,150,228.40 |
| Sales | 08/05/22 | (1,737) | $113.90 | $197,850.90 |
| Sales | 08/05/22 | (1,373) | $113.88 | $156,361.22 |
| Sales | 08/05/22 | (5,558) | $113.80 | $632,498.18 |
| Sales | 08/08/22 | (31,069) | $114.31 | $3,551,450.79 |
| Sales | 08/08/22 | (4,754) | $114.92 | $546,343.47 |
| Sales | 08/08/22 | (11,585) | $113.78 | $1,318,187.64 |

3

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Sales | 08/08/22 | (1,576) | $115.06 | $181,339.60 |
| Sales | 08/09/22 | (36,714) | $109.96 | $4,036,961.30 |
| Sales | 08/31/22 | (38,428) | $106.45 | $4,090,660.60 |
| Purchases | 09/26/22 | 21,100 | $96.06 | ($2,026,866.00) |
| Purchases | 09/30/22 | 78,654 | $83.12 | ($6,537,720.48) |
| Sales | 10/20/22 | (10,600) | $86.83 | $920,398.00 |
| Sales | 10/31/22 | (9,592) | $92.79 | $890,020.58 |
| Purchases | 11/18/22 | 55,400 | $105.42 | ($5,840,268.00) |
| Purchases | 11/21/22 | 40,300 | $103.88 | ($4,186,287.43) |
| Sales | 11/30/22 | (438,176) | $109.69 | $48,063,525.44 |
| Sales | 12/09/22 | (300) | $109.42 | $32,826.00 |
| Purchases | 12/29/22 | 47,000 | $117.35 | ($5,515,450.00) |
| Purchases | 12/30/22 | 17,300 | $117.01 | ($2,024,273.00) |
| Sales | 01/11/23 | (55,400) | $127.94 | $7,087,876.00 |
| Purchases | 01/13/23 | 6,000 | $128.85 | ($773,100.00) |
| Purchases | 01/17/23 | 5,800 | $128.14 | ($743,212.00) |
| Sales | 01/30/23 | (47,000) | $126.37 | $5,939,390.00 |
| Purchases | 01/31/23 | 55,500 | $127.33 | ($7,066,815.00) |
| Purchases | 02/07/23 | 9,100 | $125.33 | ($1,140,503.00) |
| Sales | 02/21/23 | (6,686) | $121.85 | $814,707.82 |
| Purchases | 02/22/23 | 15,731 | $119.90 | ($1,886,146.90) |
| Sales | 02/28/23 | (39,734) | $118.79 | $4,720,001.86 |
| Sales | 03/01/23 | (12,500) | $118.58 | $1,482,250.00 |
| Purchases | 03/07/23 | 91,200 | $119.59 | ($10,906,608.00) |
| Purchases | 03/31/23 | 9,204 | $122.64 | ($1,128,778.56) |
| Sales | 04/04/23 | (4,600) | $123.69 | $568,974.00 |
| Purchases | 04/18/23 | 1,700 | $126.21 | ($214,557.00) |
| Purchases | 04/28/23 | 9,319 | $126.72 | ($1,180,903.68) |
| Purchases | 05/09/23 | 6,220 | $125.10 | ($778,122.00) |
| Purchases | 05/25/23 | 80,699 | $108.17 | ($8,729,557.84) |
| Purchases | 05/26/23 | 22,321 | $108.02 | ($2,411,179.15) |
| Purchases | 05/30/23 | 200,893 | $106.71 | ($21,436,729.53) |
| Purchases | 05/31/23 | 532,555 | $105.26 | ($56,056,739.30) |
| Sales | 06/07/23 | (38,467) | $107.09 | $4,119,431.03 |
| Purchases | 06/28/23 | 2,500 | $113.03 | ($282,575.00) |
| Purchases | 06/30/23 | 3,109 | $110.37 | ($343,140.33) |
| Sales | 07/06/23 | (21,000) | $105.10 | $2,207,100.00 |
| Sales | 07/13/23 | (13,031) | $107.84 | $1,405,263.04 |
| Sales | 07/20/23 | (12,052) | $107.80 | $1,299,216.45 |
| Sales | 07/31/23 | (159,300) | $110.39 | $17,585,127.00 |

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 08/10/23 | 5,023 | $111.23 | ($558,687.19) |
| Purchases | 08/15/23 | 9,756 | $106.55 | ($1,039,501.80) |
| Sales | 08/21/23 | (20,600) | $102.86 | $2,118,916.00 |
| Sales | 08/29/23 | (22,200) | $101.77 | $2,259,294.00 |
| Sales | 08/29/23 | (18,170) | $101.15 | $1,837,937.29 |
| Sales | 08/31/23 | (69,950) | $101.71 | $7,114,614.50 |
| Sales | 09/07/23 | (23,200) | $97.93 | $2,271,976.00 |
| Purchases | 09/13/23 | 239,943 | $96.13 | ($23,065,720.59) |
| Sales | 09/14/23 | (25,500) | $97.19 | $2,478,345.00 |
| Sales | 09/19/23 | (17,400) | $94.62 | $1,646,388.00 |
| Sales | 09/19/23 | (137,034) | $94.75 | $12,984,492.23 |
| Sales | 09/19/23 | (7,433) | $94.76 | $704,351.82 |
| Sales | 09/26/23 | (12,300) | $90.35 | $1,111,293.93 |
| Sales | 09/27/23 | (22,800) | $89.42 | $2,038,776.00 |
| Purchases | 09/28/23 | 10,000 | $89.63 | ($896,300.00) |
| Sales | 09/29/23 | (80,800) | $95.62 | $7,726,096.00 |
| Purchases | 10/05/23 | 13,000 | $95.78 | ($1,245,140.00) |
| Sales | 10/13/23 | (22,500) | $99.91 | $2,247,975.00 |
| Sales | 10/13/23 | (9,756) | $99.91 | $974,721.96 |
| Sales | 10/19/23 | (8,800) | $103.05 | $906,840.00 |
| Purchases | 10/26/23 | 17,832 | $100.87 | ($1,798,646.08) |
| Sales | 10/31/23 | (64,300) | $102.77 | $6,608,111.00 |
| Purchases | 11/03/23 | 354 | $107.03 | ($37,888.27) |
| Purchases | 11/06/23 | 23,946 | $106.98 | ($2,561,656.87) |
| Sales | 11/09/23 | (172,000) | $107.00 | $18,404,000.00 |
| Sales | 11/09/23 | (11,100) | $107.00 | $1,187,700.00 |
| Purchases | 11/15/23 | 24,100 | $107.82 | ($2,598,462.00) |
| Sales | 11/16/23 | (17,600) | $107.61 | $1,893,936.00 |
| Sales | 11/29/23 | (58,280) | $110.89 | $6,462,540.98 |
| Sales | 11/30/23 | (314,300) | $110.12 | $34,611,941.77 |
| Purchases | 12/06/23 | 61,900 | $116.36 | ($7,202,417.83) |
| Sales | 12/07/23 | (3,800) | $114.95 | $436,828.24 |
| Purchases | 12/08/23 | 17,715 | $115.84 | ($2,052,162.29) |
| Purchases | 12/13/23 | 172,000 | $121.17 | ($20,841,240.00) |
| Purchases | 12/14/23 | 14,900 | $121.63 | ($1,812,215.48) |
| Sales | 12/20/23 | (9,049) | $121.43 | $1,098,820.07 |
| Purchases | 12/21/23 | 19,700 | $122.18 | ($2,407,001.16) |
| Sales | 12/28/23 | (18,200) | $108.85 | $1,981,068.18 |
| Purchases | 12/29/23 | 10,000 | $108.57 | ($1,085,700.00) |
| Purchases | 01/03/24 | 14,300 | $104.58 | ($1,495,508.30) |

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 01/11/24 | 72,784 | $104.98 | ($7,641,017.17) |
| Purchases | 01/16/24 | 70,751 | $102.17 | ($7,228,275.92) |
| Sales | 01/17/24 | (18,400) | $100.44 | $1,848,009.52 |
| Sales | 01/24/24 | (9,500) | $100.96 | $959,122.85 |
| Sales | 01/24/24 | (61,881) | $101.20 | $6,262,258.19 |
| Sales | 01/25/24 | (6,600) | $100.58 | $663,830.64 |
| Purchases | 01/31/24 | 66,161 | $101.53 | ($6,717,326.33) |
| Sales | 02/01/24 | (22,200) | $101.46 | $2,252,478.60 |
| Purchases | 02/07/24 | 12,200 | $103.79 | ($1,266,234.34) |
| Sales | 02/08/24 | (800) | $103.90 | $83,123.20 |
| Purchases | 02/14/24 | 22,500 | $105.86 | ($2,381,856.75) |
| Purchases | 02/20/24 | 290,000 | $103.30 | ($29,957,000.00) |
| Purchases | 02/21/24 | 4,300 | $104.88 | ($451,004.64) |
| Sales | 02/27/24 | (2,800) | $104.67 | $293,081.60 |
| Purchases | 02/28/24 | 11,200 | $104.83 | ($1,174,075.84) |
| Sales | 02/29/24 | (70,500) | $103.97 | $7,329,567.75 |
| Purchases | 03/06/24 | 60,100 | $97.63 | ($5,867,563.00) |
| Purchases | 03/06/24 | 4,500 | $97.56 | ($438,998.85) |
| Sales | 03/12/24 | (10,350) | $100.44 | $1,039,547.79 |
| Purchases | 03/13/24 | 21,300 | $101.65 | ($2,165,183.34) |
| Sales | 03/13/24 | (10,350) | $101.31 | $1,048,570.92 |
| Sales | 03/22/24 | (6,222) | $93.47 | $581,557.90 |
| Sales | 03/25/24 | (6,549) | $93.61 | $613,055.16 |
| Sales | 03/26/24 | (10,041) | $92.93 | $933,107.12 |
| Sales | 03/27/24 | (10,040) | $93.47 | $938,438.80 |
| Sales | 03/28/24 | (17,600) | $93.98 | $1,654,048.00 |
| Sales | 04/03/24 | (23,600) | $90.81 | $2,143,219.84 |
| Sales | 04/12/24 | (10,961) | $92.03 | $1,008,770.42 |
| Sales | 04/18/24 | (290,000) | $95.74 | $27,764,600.00 |
| Sales | 04/23/24 | (126) | $94.02 | $11,846.51 |
| Sales | 04/30/24 | (53,471) | $92.26 | $4,933,234.46 |
| Purchases | 05/02/24 | 28,700 | $92.21 | ($2,646,421.26) |
| Sales | 05/03/24 | (60,100) | $92.15 | $5,538,215.00 |
| Purchases | 05/08/24 | 22,700 | $93.35 | ($2,119,119.91) |
| Purchases | 05/09/24 | 12,700 | $93.55 | ($1,188,068.49) |
| Purchases | 05/10/24 | 12,700 | $91.67 | ($1,164,146.77) |
| Purchases | 05/15/24 | 14,400 | $91.30 | ($1,314,724.32) |
| Purchases | 05/16/24 | 5,500 | $92.37 | ($508,059.75) |
| Purchases | 05/22/24 | 32,400 | $92.50 | ($2,996,841.24) |
| Purchases | 05/23/24 | 32,600 | $91.52 | ($2,983,532.44) |

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Sales | 05/28/24 | (4,650) | $91.99 | $427,737.69 |
| Purchases | 05/29/24 | 22,700 | $92.12 | ($2,091,046.82) |
| Sales | 05/29/24 | (4,603) | $92.02 | $423,551.03 |
| Sales | 05/30/24 | (4,673) | $93.19 | $435,470.80 |
| Sales | 05/31/24 | (113,690) | $95.05 | $10,806,234.50 |
| Purchases | 06/05/24 | 16,700 | $94.14 | ($1,572,056.17) |
| Purchases | 06/07/24 | 4,436 | $96.86 | ($429,677.61) |
| Purchases | 06/13/24 | 4,700 | $94.06 | ($442,099.86) |
| Closing Balance | 06/27/24 | 885,403 | | |