RANSOM, GILBERTSON, MARTIN &
RATLIFF, LLP
Jeffrey S. Ratliff
5441 S. Macadam Avenue, Suite 301
Portland, OR 97239
T: 503-226-3664

*Liaison Counsel for Meitav Provident and
Pension Funds Ltd., the Teachers Funds,
and the Menora Funds and Proposed
Liaison Counsel for the Class*

[Additional counsel on signature page.]

**UNITED STATES DISTRICT COURT
DISTRICT OF OREGON**

| | |
|---|---|
| IN RE NIKE, INC. SECURITIES LITIGATION | **CASE No.: 3:24-cv-00974-AN**<br><br>**CLASS ACTION**<br><br>**NOTICE OF ERRATA** |
| This Document Relates to: All Actions | |

On September 3, 2024, Lead Plaintiff Movants Meitav Provident and Pension Funds Ltd., the Teachers Funds, and the Menora Funds (together, the "Funds") filed a memorandum of law in further support of their motion and in opposition to competing motions (the "Opposition Brief"). Dkt. No. 32.  Due to a drafting error, the Opposition Brief incorrectly stated that "[b]oth SWIB and Deka submitted papers containing demonstrable errors, . . . ." *Id.* at 3.  This sentence was intended to state that "[b]oth ***CDPQ*** and Deka submitted papers containing demonstrable errors" (emphasis added).  A corrected version of the Funds' Opposition Brief is submitted herewith for the Court's consideration as Exhibit A.

1

Dated: September 18, 2024

Respectfully submitted,

**RANSOM, GILBERTSON, MARTIN & RATLIFF, LLP**

By: */s/ Jeffrey S. Ratliff*
Jeffrey S. Ratliff
5441 S. Macadam Avenue, Suite 301
Portland, OR 97239
T: 503-226-3664
Email: RGMR1500@gmail.com

*Liaison Counsel for Lead Plaintiff Movants Meitav Provident and Pension Funds Ltd., the Teachers Funds, and the Menora Funds and [Proposed] Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
(admitted *pro hac vice*)
J. Alexander Hood II
(admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Lead Plaintiff Movants Meitav Provident and Pension Funds Ltd., the Teachers Funds, and the Menora Funds and [Proposed] Lead Counsel for the Class*

2