# EXHIBIT A

## CERTIFICATION

We, Étienne Bourgeois, Vice-President, Operations, and Lucas J. Gifuni, Director, Legal Affairs, Investment for court-appointed Lead Plaintiff Caisse de dépôt et placement du Québec ("CDPQ"), make this Certification pursuant to 28 U.S.C. § 1746 and 15 U.S.C. § 78u-4, and hereby certify as follows:

1. We are fully authorized to enter into and execute this certification on behalf of CDPQ. We have reviewed the Amended Complaint against NIKE, Inc. ("NIKE") and certain of its current or former executives and/or Directors alleging violations of the federal securities laws and authorize the filing of this pleading;

2. CDPQ did not transact in Class B common stock of NIKE at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. CDPQ is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. CDPQ fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4. CDPQ's transactions in NIKE Class B common stock during Class Period (as defined in the Amended Complaint) are reflected in Schedule A attached hereto;

5. In addition to the present matter, CDPQ sought to serve and was appointed as a lead plaintiff in the following class action filed under the federal securities laws during the last three years:

*In re PayPal Holdings Inc. Securities Litigation*, No. 3:22-cv-5864 (D.N.J.)

6.	Beyond its pro rata share of any recovery, CDPQ will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

We declare under penalty of perjury pursuant to 28 U.S.C. § 1746 under the laws of the United States of America and to the best of our knowledge that the foregoing is true and correct.

Executed this __10th__ day of February, 2025

_____
Étienne Bourgeois
*Vice-President, Operations*
*Caisse de dépôt et placement du Québec*


_____
Lucas J. Gifuni
*Director, Legal Affairs, Investment*
*Caisse de dépôt et placement du Québec*

## SCHEDULE A

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | Rolling Share Count |
|---|---|---|---|---|---|
| Opening Balance | 3/19/2021 | 448,640 | | | 448,640 |
| Sales | 3/26/2021 | -124,300 | $132.9900 | $16,530,657.00 | 324,340 |
| Purchases | 4/26/2021 | 82,000 | $131.6000 | ($10,791,200.00) | 406,340 |
| Sales | 4/26/2021 | -250,700 | $131.6000 | $32,992,120.00 | 155,640 |
| Purchases | 4/30/2021 | 26,245 | $132.6200 | ($3,480,611.90) | 181,885 |
| Purchases | 5/19/2021 | 106,510 | $132.9600 | ($14,161,569.60) | 288,395 |
| Purchases | 5/27/2021 | 106,126 | $136.5600 | ($14,492,566.56) | 394,521 |
| Purchases | 6/8/2021 | 99,420 | $133.3500 | ($13,257,657.00) | 493,941 |
| Sales | 6/10/2021 | -21,607 | $130.9800 | $2,830,084.86 | 472,334 |
| Purchases | 6/17/2021 | 29,646 | $128.9266 | ($3,822,157.98) | 501,980 |
| Purchases | 6/18/2021 | 51,433 | $128.4100 | ($6,604,511.53) | 553,413 |
| Purchases | 6/18/2021 | 168,000 | $128.3816 | ($21,568,108.80) | 721,413 |
| Purchases | 6/21/2021 | 217,700 | $130.0800 | ($28,318,416.00) | 939,113 |
| Purchases | 6/24/2021 | 252,967 | $133.6000 | ($33,796,391.20) | 1,192,080 |
| Sales | 6/25/2021 | -197,646 | $154.3500 | $30,506,660.10 | 994,434 |
| Sales | 6/28/2021 | -45,000 | $152.3600 | $6,856,200.00 | 949,434 |
| Purchases | 6/30/2021 | 15,200 | $154.4900 | ($2,348,248.00) | 964,634 |
| Purchases | 7/13/2021 | 125,000 | $161.5900 | ($20,198,750.00) | 1,089,634 |
| Purchases | 7/28/2021 | 113,295 | $165.2922 | ($18,726,779.80) | 1,202,929 |
| Purchases | 7/30/2021 | 61,300 | $167.5100 | ($10,268,363.00) | 1,264,229 |
| Purchases | 8/11/2021 | 31,000 | $171.2700 | ($5,309,370.00) | 1,295,229 |
| Purchases | 8/18/2021 | 216,629 | $168.8100 | ($36,569,141.49) | 1,511,858 |
| Sales | 8/20/2021 | -141,400 | $167.7900 | $23,725,506.00 | 1,370,458 |
| Purchases | 8/31/2021 | 154,100 | $164.7400 | ($25,386,434.00) | 1,524,558 |
| Sales | 9/13/2021 | -76,300 | $159.5200 | $12,171,376.00 | 1,448,258 |
| Sales | 9/13/2021 | -125,000 | $159.5200 | $19,940,000.00 | 1,323,258 |
| Sales | 9/13/2021 | -31,000 | $159.5200 | $4,945,120.00 | 1,292,258 |
| Purchases | 9/16/2021 | 5,100 | $157.9020 | ($805,300.20) | 1,297,358 |
| Purchases | 9/17/2021 | 401 | $157.4975 | ($63,156.50) | 1,297,759 |
| Purchases | 9/20/2021 | 2,341 | $154.1747 | ($360,922.97) | 1,300,100 |
| Purchases | 9/21/2021 | 8,741 | $155.0200 | ($1,355,029.82) | 1,308,841 |
| Purchases | 9/21/2021 | 1,421 | $155.0200 | ($220,283.42) | 1,310,262 |
| Purchases | 9/21/2021 | 601 | $155.0685 | ($93,196.17) | 1,310,863 |
| Purchases | 9/22/2021 | 6,023 | $157.3618 | ($947,790.12) | 1,316,886 |
| Purchases | 9/22/2021 | 19,278 | $157.4435 | ($3,035,195.79) | 1,336,164 |
| Purchases | 9/22/2021 | 193 | $156.7200 | ($30,246.96) | 1,336,357 |
| Purchases | 9/22/2021 | 95,238 | $157.4400 | ($14,994,270.72) | 1,431,595 |
| Purchases | 9/22/2021 | 2,870 | $157.4854 | ($451,983.10) | 1,434,465 |
| Purchases | 9/22/2021 | 5,061 | $156.9279 | ($794,212.10) | 1,439,526 |
| Purchases | 9/23/2021 | 6,963 | $159.4859 | ($1,110,500.32) | 1,446,489 |
| Purchases | 9/23/2021 | 734 | $159.4280 | ($117,020.15) | 1,447,223 |
| Purchases | 9/23/2021 | 240 | $159.9964 | ($38,399.14) | 1,447,463 |
| Purchases | 9/23/2021 | 38,314 | $159.2153 | ($6,100,175.00) | 1,485,777 |
| Purchases | 9/24/2021 | 5,791 | $149.5770 | ($866,200.41) | 1,491,568 |
| Purchases | 9/24/2021 | 344 | $150.3671 | ($51,726.28) | 1,491,912 |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | Rolling Share Count |
|---|---|---|---|---|---|
| Purchases | 9/27/2021 | 1,308 | $148.9229 | ($194,791.15) | 1,493,220 |
| Purchases | 9/28/2021 | 204 | $147.1998 | ($30,028.76) | 1,493,424 |
| Purchases | 9/30/2021 | 283 | $146.6286 | ($41,495.89) | 1,493,707 |
| Purchases | 9/30/2021 | 59,238 | $145.2300 | ($8,603,134.74) | 1,552,945 |
| Purchases | 10/4/2021 | 458 | $147.0714 | ($67,358.70) | 1,553,403 |
| Purchases | 10/5/2021 | 383 | $149.1696 | ($57,131.96) | 1,553,786 |
| Purchases | 10/6/2021 | 357 | $148.7716 | ($53,111.46) | 1,554,143 |
| Sales | 10/6/2021 | -32,300 | $148.3284 | $4,791,007.32 | 1,521,843 |
| Purchases | 10/7/2021 | 352 | $150.3000 | ($52,905.60) | 1,522,195 |
| Purchases | 10/8/2021 | 249 | $151.6490 | ($37,760.60) | 1,522,444 |
| Purchases | 10/11/2021 | 249 | $152.0740 | ($37,866.43) | 1,522,693 |
| Purchases | 10/12/2021 | 176 | $151.7784 | ($26,713.00) | 1,522,869 |
| Purchases | 10/14/2021 | 133 | $158.1800 | ($21,037.94) | 1,523,002 |
| Purchases | 10/18/2021 | 173 | $158.1200 | ($27,354.76) | 1,523,175 |
| Sales | 10/18/2021 | -216,629 | $159.4300 | $34,537,161.47 | 1,306,546 |
| Purchases | 10/19/2021 | 129 | $158.8300 | ($20,489.07) | 1,306,675 |
| Purchases | 10/21/2021 | 107 | $159.5600 | ($17,072.92) | 1,306,782 |
| Purchases | 10/25/2021 | 485 | $164.0476 | ($79,563.09) | 1,307,267 |
| Sales | 10/26/2021 | -79,382 | $163.7892 | $13,001,914.27 | 1,227,885 |
| Purchases | 10/27/2021 | 14,244 | $162.3600 | ($2,312,655.84) | 1,242,129 |
| Purchases | 10/28/2021 | 6,193 | $164.1769 | ($1,016,747.54) | 1,248,322 |
| Purchases | 10/29/2021 | 117,136 | $166.3360 | ($19,483,933.70) | 1,365,458 |
| Purchases | 11/1/2021 | 6,384 | $167.2118 | ($1,067,480.13) | 1,371,842 |
| Purchases | 11/2/2021 | 6,645 | $167.1329 | ($1,110,598.12) | 1,378,487 |
| Purchases | 11/9/2021 | 40,600 | $173.3706 | ($7,038,846.36) | 1,419,087 |
| Purchases | 11/11/2021 | 1,225 | $166.9700 | ($204,538.25) | 1,420,312 |
| Purchases | 11/12/2021 | 1,212 | $169.0900 | ($204,937.08) | 1,421,524 |
| Purchases | 11/15/2021 | 79,382 | $168.8500 | ($13,403,650.70) | 1,500,906 |
| Purchases | 11/15/2021 | 1,231 | $168.8500 | ($207,854.35) | 1,502,137 |
| Purchases | 11/16/2021 | 1,232 | $171.8300 | ($211,694.56) | 1,503,369 |
| Sales | 11/22/2021 | -36,100 | $174.2400 | $6,290,064.00 | 1,467,269 |
| Purchases | 11/24/2021 | 140,248 | $171.9186 | ($24,111,239.81) | 1,607,517 |
| Purchases | 11/26/2021 | 10,674 | $169.1266 | ($1,805,257.33) | 1,618,191 |
| Purchases | 11/30/2021 | 220,357 | $169.2400 | ($37,293,218.68) | 1,838,548 |
| Purchases | 12/8/2021 | 62,800 | $170.2500 | ($10,691,700.00) | 1,901,348 |
| Sales | 1/7/2022 | -32,300 | $156.9700 | $5,070,131.00 | 1,869,048 |
| Purchases | 1/24/2022 | 89,000 | $146.0000 | ($12,994,000.00) | 1,958,048 |
| Sales | 1/26/2022 | -37,000 | $143.9900 | $5,327,630.00 | 1,921,048 |
| Sales | 1/31/2022 | -45,900 | $148.0700 | $6,796,413.00 | 1,875,148 |
| Purchases | 2/4/2022 | 8,400 | $144.4931 | ($1,213,742.04) | 1,883,548 |
| Purchases | 2/18/2022 | 28,000 | $142.8926 | ($4,000,992.80) | 1,911,548 |
| Sales | 2/22/2022 | -63,240 | $138.4079 | $8,752,915.60 | 1,848,308 |
| Sales | 2/23/2022 | -42,160 | $138.1955 | $5,826,322.28 | 1,806,148 |
| Sales | 2/23/2022 | -89,000 | $136.8300 | $12,177,870.00 | 1,717,148 |
| Purchases | 2/28/2022 | 90,000 | $136.5500 | ($12,289,500.00) | 1,807,148 |
| Sales | 2/28/2022 | -72,400 | $136.5500 | $9,886,220.00 | 1,734,748 |
| Sales | 3/3/2022 | -184,300 | $133.9700 | $24,690,671.00 | 1,550,448 |

2

Exhibit A
Page 4 of 8

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | Rolling Share Count |
|---|---|---|---|---|---|
| Sales | 3/15/2022 | -27,500 | $119.4000 | $3,283,500.00 | 1,522,948 |
| Purchases | 3/22/2022 | 13,700 | $133.0900 | ($1,823,333.00) | 1,536,648 |
| Sales | 3/28/2022 | -90,000 | $134.8100 | $12,132,900.00 | 1,446,648 |
| Sales | 3/28/2022 | -65,400 | $133.5310 | $8,732,927.40 | 1,381,248 |
| Sales | 3/31/2022 | -87,400 | $134.5600 | $11,760,544.00 | 1,293,848 |
| Purchases | 4/11/2022 | 2,700 | $124.9800 | ($337,446.00) | 1,296,548 |
| Purchases | 4/19/2022 | 2,000 | $137.0500 | ($274,100.00) | 1,298,548 |
| Sales | 4/21/2022 | -13,700 | $135.4600 | $1,855,802.00 | 1,284,848 |
| Sales | 4/29/2022 | -51,400 | $124.7000 | $6,409,580.00 | 1,233,448 |
| Purchases | 5/2/2022 | 1,400 | $124.8933 | ($174,850.62) | 1,234,848 |
| Sales | 5/19/2022 | -186,451 | $106.5679 | $19,869,691.52 | 1,048,397 |
| Sales | 5/31/2022 | -173,800 | $118.8500 | $20,656,130.00 | 874,597 |
| Sales | 6/8/2022 | -25,000 | $122.4000 | $3,060,000.00 | 849,597 |
| Sales | 6/21/2022 | -17,800 | $108.9527 | $1,939,358.06 | 831,797 |
| Purchases | 6/22/2022 | 22,000 | $104.9200 | ($2,308,240.00) | 853,797 |
| Purchases | 6/30/2022 | 800 | $102.2000 | ($81,760.00) | 854,597 |
| Purchases | 7/20/2022 | 25,000 | $111.1100 | ($2,777,750.00) | 879,597 |
| Purchases | 7/29/2022 | 210,640 | $114.9200 | ($24,206,748.80) | 1,090,237 |
| Sales | 8/5/2022 | -1,373 | $113.8829 | $156,361.22 | 1,088,864 |
| Sales | 8/5/2022 | -5,558 | $113.7996 | $632,498.18 | 1,083,306 |
| Sales | 8/5/2022 | -18,929 | $113.5944 | $2,150,228.40 | 1,064,377 |
| Sales | 8/5/2022 | -1,737 | $113.9038 | $197,850.90 | 1,062,640 |
| Sales | 8/8/2022 | -31,069 | $114.3085 | $3,551,450.79 | 1,031,571 |
| Sales | 8/8/2022 | -4,754 | $114.9229 | $546,343.47 | 1,026,817 |
| Sales | 8/8/2022 | -11,585 | $113.7840 | $1,318,187.64 | 1,015,232 |
| Sales | 8/8/2022 | -1,576 | $115.0632 | $181,339.60 | 1,013,656 |
| Sales | 8/9/2022 | -36,714 | $109.9570 | $4,036,961.30 | 976,942 |
| Sales | 8/31/2022 | -38,428 | $106.4500 | $4,090,660.60 | 938,514 |
| Purchases | 9/26/2022 | 21,100 | $96.0600 | ($2,026,866.00) | 959,614 |
| Purchases | 9/30/2022 | 78,654 | $83.1200 | ($6,537,720.48) | 1,038,268 |
| Sales | 10/20/2022 | -10,600 | $86.8300 | $920,398.00 | 1,027,668 |
| Sales | 10/31/2022 | -9,592 | $92.7878 | $890,020.58 | 1,018,076 |
| Purchases | 11/18/2022 | 55,400 | $105.4200 | ($5,840,268.00) | 1,073,476 |
| Purchases | 11/21/2022 | 40,300 | $103.8781 | ($4,186,287.43) | 1,113,776 |
| Sales | 11/30/2022 | -438,176 | $109.6900 | $48,063,525.44 | 675,600 |
| Sales | 12/9/2022 | -300 | $109.4200 | $32,826.00 | 675,300 |
| Purchases | 12/29/2022 | 47,000 | $117.3500 | ($5,515,450.00) | 722,300 |
| Purchases | 12/30/2022 | 17,300 | $117.0100 | ($2,024,273.00) | 739,600 |
| Sales | 1/11/2023 | -55,400 | $127.9400 | $7,087,876.00 | 684,200 |
| Purchases | 1/13/2023 | 6,000 | $128.8500 | ($773,100.00) | 690,200 |
| Purchases | 1/17/2023 | 5,800 | $128.1400 | ($743,212.00) | 696,000 |
| Sales | 1/30/2023 | -47,000 | $126.3700 | $5,939,390.00 | 649,000 |
| Purchases | 1/31/2023 | 55,500 | $127.3300 | ($7,066,815.00) | 704,500 |
| Purchases | 2/7/2023 | 9,100 | $125.3300 | ($1,140,503.00) | 713,600 |
| Sales | 2/21/2023 | -6,686 | $121.8528 | $814,707.82 | 706,914 |
| Purchases | 2/22/2023 | 15,731 | $119.9000 | ($1,886,146.90) | 722,645 |
| Sales | 2/28/2023 | -39,734 | $118.7900 | $4,720,001.86 | 682,911 |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | Rolling Share Count |
|---|---|---|---|---|---|
| Sales | 3/1/2023 | -12,500 | $118.5800 | $1,482,250.00 | 670,411 |
| Purchases | 3/7/2023 | 91,200 | $119.5900 | ($10,906,608.00) | 761,611 |
| Purchases | 3/31/2023 | 9,204 | $122.6400 | ($1,128,778.56) | 770,815 |
| Sales | 4/4/2023 | -4,600 | $123.6900 | $568,974.00 | 766,215 |
| Purchases | 4/18/2023 | 1,700 | $126.2100 | ($214,557.00) | 767,915 |
| Purchases | 4/28/2023 | 9,319 | $126.7200 | ($1,180,903.68) | 777,234 |
| Purchases | 5/9/2023 | 6,220 | $125.1000 | ($778,122.00) | 783,454 |
| Purchases | 5/25/2023 | 80,699 | $108.1743 | ($8,729,557.84) | 864,153 |
| Purchases | 5/26/2023 | 22,321 | $108.0229 | ($2,411,179.15) | 886,474 |
| Purchases | 5/30/2023 | 200,893 | $106.7072 | ($21,436,729.53) | 1,087,367 |
| Purchases | 5/31/2023 | 532,555 | $105.2600 | ($56,056,739.30) | 1,619,922 |
| Sales | 6/7/2023 | -38,467 | $107.0900 | $4,119,431.03 | 1,581,455 |
| Purchases | 6/28/2023 | 2,500 | $113.0300 | ($282,575.00) | 1,583,955 |
| Purchases | 6/30/2023 | 3,109 | $110.3700 | ($343,140.33) | 1,587,064 |
| Sales | 7/6/2023 | -21,000 | $105.1000 | $2,207,100.00 | 1,566,064 |
| Sales | 7/13/2023 | -13,031 | $107.8400 | $1,405,263.04 | 1,553,033 |
| Sales | 7/20/2023 | -12,052 | $107.8009 | $1,299,216.45 | 1,540,981 |
| Sales | 7/31/2023 | -159,300 | $110.3900 | $17,585,127.00 | 1,381,681 |
| Purchases | 8/10/2023 | 5,023 | $111.2258 | ($558,687.19) | 1,386,704 |
| Purchases | 8/15/2023 | 9,756 | $106.5500 | ($1,039,501.80) | 1,396,460 |
| Sales | 8/21/2023 | -20,600 | $102.8600 | $2,118,916.00 | 1,375,860 |
| Sales | 8/29/2023 | -22,200 | $101.7700 | $2,259,294.00 | 1,353,660 |
| Sales | 8/29/2023 | -18,170 | $101.1523 | $1,837,937.29 | 1,335,490 |
| Sales | 8/31/2023 | -69,950 | $101.7100 | $7,114,614.50 | 1,265,540 |
| Sales | 9/7/2023 | -23,200 | $97.9300 | $2,271,976.00 | 1,242,340 |
| Purchases | 9/13/2023 | 239,943 | $96.1300 | ($23,065,720.59) | 1,482,283 |
| Sales | 9/14/2023 | -25,500 | $97.1900 | $2,478,345.00 | 1,456,783 |
| Sales | 9/19/2023 | -17,400 | $94.6200 | $1,646,388.00 | 1,439,383 |
| Sales | 9/19/2023 | -137,034 | $94.7538 | $12,984,492.23 | 1,302,349 |
| Sales | 9/19/2023 | -7,433 | $94.7601 | $704,351.82 | 1,294,916 |
| Sales | 9/26/2023 | -12,300 | $90.3491 | $1,111,293.93 | 1,282,616 |
| Sales | 9/27/2023 | -22,800 | $89.4200 | $2,038,776.00 | 1,259,816 |
| Purchases | 9/28/2023 | 10,000 | $89.6300 | ($896,300.00) | 1,269,816 |
| Sales | 9/29/2023 | -80,800 | $95.6200 | $7,726,096.00 | 1,189,016 |
| Purchases | 10/5/2023 | 13,000 | $95.7800 | ($1,245,140.00) | 1,202,016 |
| Sales | 10/13/2023 | -22,500 | $99.9100 | $2,247,975.00 | 1,179,516 |
| Sales | 10/13/2023 | -9,756 | $99.9100 | $974,721.96 | 1,169,760 |
| Sales | 10/19/2023 | -8,800 | $103.0500 | $906,840.00 | 1,160,960 |
| Purchases | 10/26/2023 | 17,832 | $100.8662 | ($1,798,646.08) | 1,178,792 |
| Sales | 10/31/2023 | -64,300 | $102.7700 | $6,608,111.00 | 1,114,492 |
| Purchases | 11/3/2023 | 354 | $107.0290 | ($37,888.27) | 1,114,846 |
| Purchases | 11/6/2023 | 23,946 | $106.9764 | ($2,561,656.87) | 1,138,792 |
| Sales | 11/9/2023 | -172,000 | $107.0000 | $18,404,000.00 | 966,792 |
| Sales | 11/9/2023 | -11,100 | $107.0000 | $1,187,700.00 | 955,692 |
| Purchases | 11/15/2023 | 24,100 | $107.8200 | ($2,598,462.00) | 979,792 |
| Sales | 11/16/2023 | -17,600 | $107.6100 | $1,893,936.00 | 962,192 |
| Sales | 11/29/2023 | -58,280 | $110.8878 | $6,462,540.98 | 903,912 |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | Rolling Share Count |
|---|---|---|---|---|---|
| Sales | 11/30/2023 | -314,300 | $110.1239 | $34,611,941.77 | 589,612 |
| Purchases | 12/6/2023 | 61,900 | $116.3557 | ($7,202,417.83) | 651,512 |
| Sales | 12/7/2023 | -3,800 | $114.9548 | $436,828.24 | 647,712 |
| Purchases | 12/8/2023 | 17,715 | $115.8432 | ($2,052,162.29) | 665,427 |
| Purchases | 12/13/2023 | 172,000 | $121.1700 | ($20,841,240.00) | 837,427 |
| Purchases | 12/14/2023 | 14,900 | $121.6252 | ($1,812,215.48) | 852,327 |
| Sales | 12/20/2023 | -9,049 | $121.4300 | $1,098,820.07 | 843,278 |
| Purchases | 12/21/2023 | 19,700 | $122.1828 | ($2,407,001.16) | 862,978 |
| Sales | 12/28/2023 | -18,200 | $108.8499 | $1,981,068.18 | 844,778 |
| Purchases | 12/29/2023 | 10,000 | $108.5700 | ($1,085,700.00) | 854,778 |
| Purchases | 1/3/2024 | 14,300 | $104.5810 | ($1,495,508.30) | 869,078 |
| Purchases | 1/11/2024 | 72,784 | $104.9821 | ($7,641,017.17) | 941,862 |
| Purchases | 1/16/2024 | 70,751 | $102.1650 | ($7,228,275.92) | 1,012,613 |
| Sales | 1/17/2024 | -18,400 | $100.4353 | $1,848,009.52 | 994,213 |
| Sales | 1/24/2024 | -9,500 | $100.9603 | $959,122.85 | 984,713 |
| Sales | 1/24/2024 | -61,881 | $101.1984 | $6,262,258.19 | 922,832 |
| Sales | 1/25/2024 | -6,600 | $100.5804 | $663,830.64 | 916,232 |
| Purchases | 1/31/2024 | 66,161 | $101.5300 | ($6,717,326.33) | 982,393 |
| Sales | 2/1/2024 | -22,200 | $101.4630 | $2,252,478.60 | 960,193 |
| Purchases | 2/7/2024 | 12,200 | $103.7897 | ($1,266,234.34) | 972,393 |
| Sales | 2/8/2024 | -800 | $103.9040 | $83,123.20 | 971,593 |
| Purchases | 2/14/2024 | 22,500 | $105.8603 | ($2,381,856.75) | 994,093 |
| Purchases | 2/20/2024 | 290,000 | $103.3000 | ($29,957,000.00) | 1,284,093 |
| Purchases | 2/21/2024 | 4,300 | $104.8848 | ($451,004.64) | 1,288,393 |
| Sales | 2/27/2024 | -2,800 | $104.6720 | $293,081.60 | 1,285,593 |
| Purchases | 2/28/2024 | 11,200 | $104.8282 | ($1,174,075.84) | 1,296,793 |
| Sales | 2/29/2024 | -70,500 | $103.9655 | $7,329,567.75 | 1,226,293 |
| Purchases | 3/6/2024 | 60,100 | $97.6300 | ($5,867,563.00) | 1,286,393 |
| Purchases | 3/6/2024 | 4,500 | $97.5553 | ($438,998.85) | 1,290,893 |
| Sales | 3/12/2024 | -10,350 | $100.4394 | $1,039,547.79 | 1,280,543 |
| Purchases | 3/13/2024 | 21,300 | $101.6518 | ($2,165,183.34) | 1,301,843 |
| Sales | 3/13/2024 | -10,350 | $101.3112 | $1,048,570.92 | 1,291,493 |
| Sales | 3/22/2024 | -6,222 | $93.4680 | $581,557.90 | 1,285,271 |
| Sales | 3/25/2024 | -6,549 | $93.6105 | $613,055.16 | 1,278,722 |
| Sales | 3/26/2024 | -10,041 | $92.9297 | $933,107.12 | 1,268,681 |
| Sales | 3/27/2024 | -10,040 | $93.4700 | $938,438.80 | 1,258,641 |
| Sales | 3/28/2024 | -17,600 | $93.9800 | $1,654,048.00 | 1,241,041 |
| Sales | 4/3/2024 | -23,600 | $90.8144 | $2,143,219.84 | 1,217,441 |
| Sales | 4/12/2024 | -10,961 | $92.0327 | $1,008,770.42 | 1,206,480 |
| Sales | 4/18/2024 | -290,000 | $95.7400 | $27,764,600.00 | 916,480 |
| Sales | 4/23/2024 | -126 | $94.0199 | $11,846.51 | 916,354 |
| Sales | 4/30/2024 | -53,471 | $92.2600 | $4,933,234.46 | 862,883 |
| Purchases | 5/2/2024 | 28,700 | $92.2098 | ($2,646,421.26) | 891,583 |
| Sales | 5/3/2024 | -60,100 | $92.1500 | $5,538,215.00 | 831,483 |
| Purchases | 5/8/2024 | 22,700 | $93.3533 | ($2,119,119.91) | 854,183 |
| Purchases | 5/9/2024 | 12,700 | $93.5487 | ($1,188,068.49) | 866,883 |
| Purchases | 5/10/2024 | 12,700 | $91.6651 | ($1,164,146.77) | 879,583 |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | Rolling Share Count |
|---|---|---|---|---|---|
| Purchases | 5/15/2024 | 14,400 | $91.3003 | ($1,314,724.32) | 893,983 |
| Purchases | 5/16/2024 | 5,500 | $92.3745 | ($508,059.75) | 899,483 |
| Purchases | 5/22/2024 | 32,400 | $92.4951 | ($2,996,841.24) | 931,883 |
| Purchases | 5/23/2024 | 32,600 | $91.5194 | ($2,983,532.44) | 964,483 |
| Sales | 5/28/2024 | -4,650 | $91.9866 | $427,737.69 | 959,833 |
| Purchases | 5/29/2024 | 22,700 | $92.1166 | ($2,091,046.82) | 982,533 |
| Sales | 5/29/2024 | -4,603 | $92.0163 | $423,551.03 | 977,930 |
| Sales | 5/30/2024 | -4,673 | $93.1887 | $435,470.80 | 973,257 |
| Sales | 5/31/2024 | -113,690 | $95.0500 | $10,806,234.50 | 859,567 |
| Purchases | 6/5/2024 | 16,700 | $94.1351 | ($1,572,056.17) | 876,267 |
| Purchases | 6/7/2024 | 4,436 | $96.8615 | ($429,677.61) | 880,703 |
| Purchases | 6/13/2024 | 4,700 | $94.0638 | ($442,099.86) | 885,403 |
| Sales | 6/28/2024 | -9,500 | $75.3726 | $716,039.70 | 875,903 |
| Sales | 6/28/2024 | -14,500 | $75.3700 | $1,092,865.00 | 861,403 |
| Sales | 7/2/2024 | -67,125 | $75.9569 | $5,098,606.91 | 794,278 |
| Sales | 7/3/2024 | -22,375 | $75.2856 | $1,684,515.30 | 771,903 |
| Sales | 7/24/2024 | -86,500 | $71.9297 | $6,221,919.05 | 685,403 |
| Purchases | 7/31/2024 | 100 | $74.8600 | ($7,486.00) | 685,503 |
| Sales | 8/30/2024 | -28,261 | $82.8878 | $2,342,492.12 | 657,242 |
| Purchases | 9/5/2024 | 180,000 | $80.6692 | ($14,520,456.00) | 837,242 |
| Sales | 9/5/2024 | -180,713 | $80.6800 | $14,579,924.84 | 656,529 |
| Sales | 9/10/2024 | -86,500 | $78.0954 | $6,755,252.10 | 570,029 |
| Purchases | 9/12/2024 | 115,000 | $78.4000 | ($9,016,000.00) | 685,029 |
| Purchases | 9/12/2024 | 11,200 | $78.2313 | ($876,190.56) | 696,229 |
| Sales | 9/19/2024 | -7,100 | $81.9865 | $582,104.15 | 689,129 |
| Sales | 9/19/2024 | -5,400 | $81.7546 | $441,474.84 | 683,729 |
| Sales | 9/20/2024 | -57,168 | $86.2858 | $4,932,786.61 | 626,561 |
| Purchases | 9/26/2024 | 8,000 | $89.5180 | ($716,144.00) | 634,561 |
| Sales | 9/30/2024 | -21,648 | $88.4000 | $1,913,683.20 | 612,913 |
| Closing Balance | 10/1/2024 | 612,913 | | | 612,913 |