STOEL RIVES LLP
B. JOHN CASEY, Bar No. 120025
john.casey@stoel.com
ALEX VAN RYSSELBERGHE, Bar No. 174836
alex.vanrysselberghe@stoel.com
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ *(Pro Hac Vice)*
blutz@gibsondunn.com
One Embarcadero Center Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8379
Facsimile: 415.374.8474

JESSICA VALENZUELA *(Pro Hac Vice)*
jvalenzuela@gibsondunn.com
JEFF LOMBARD *(Pro Hac Vice)*
jlombard@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5340

*Attorneys for Defendants Nike, Inc., John J. Donahoe II, Matthew Friend, Mark G. Parker, Heidi L. O'Neill, and Andrew Campion*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| IN RE NIKE, INC. SECURITIES LITIGATION | Case No. 3:24-cv-00974-AN<br><br>DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY<br><br>Judge: Hon. Adrienne Nelson |
|---|---|

**RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Nike, Inc., John J. Donahoe II, Matthew Friend, Mark G. Parker, Heidi L. O'Neill, and Andrew Campion respectfully submit this response to Plaintiffs' Notice of Supplement Authority. It was inappropriate and against the Court's rules for Plaintiffs to provide commentary on the non-binding and inapposite cases submitted with their notice of supplemental authority. *See* LR 7-1(e)(3) ("Unless directed by the Court, no further briefing is allowed."); *see, e.g.*, *Marcelletti v. GEICO Gen. Ins. Co.*, 2025 WL 1811668, at *14 (W.D.N.Y. Jul. 1, 2025) ("[N]otices of supplemental authority are effectively sur-replies" and it is "generally improper … to include legal argument"). In any event, as Plaintiffs' improper case descriptions make clear, the cases included in Plaintiffs' notice involve facts and legal issues that have nothing to do with the allegations and legal issues relevant to the pending motion to dismiss in this case. Defendants will, however, provide additional briefing to respond to Plaintiffs' notice if the Court would find it helpful.

Respectfully submitted.

DATED: October 29, 2025

STOEL RIVES LLP

*/s/ John Casey*
B. John Casey, OSB No. 120025
john.casey@stoel.com
Alex Van Rysselberghe, OSB No. 174836
alex.vanrysselberghe@stoel.com
Telephone: (503) 224-3380

GIBSON, DUNN & CRUTCHER LLP
Brian M. Lutz *(Pro Hac Vice)*
blutz@gibsondunn.com
Jessica Valenzuela *(Pro Hac Vice)*
jvalenzuela@gibsondunn.com
Jeff Lombard *(Pro Hac Vice)*
JLombard@gibsondunn.com

*Attorneys for Defendants Nike, Inc., John J. Donahoe II, Matthew Friend, Mark G. Parker, Heidi L. O'Neill, and Andrew Campion*