**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
Timothy S. DeJong, OSB No. 940662
tdejong@stollberne.com
Keith A. Ketterling, OSB No. 913368
kketterling@stollberne.com
Cody Berne, OSB No. 142797
cberne@stollberne.com
209 Southwest Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

*Liaison Counsel for Lead Plaintiffs and the Proposed Class*

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| IN RE NIKE, INC. SECURITIES LITIGATION | Case No. 3:24-cv-00974-AN<br><br>Judge: Hon. Adrienne Nelson<br><br>**PLAINTIFFS' NOTICE OF MISSTATEMENTS CHART** |

Pursuant to the Court's request on January 7, 2026, and in advance of the upcoming February 3, 2026 hearing on Defendants' pending motion to dismiss (ECF No. 66), Lead Plaintiffs Caisse de dépôt et placement du Québec ("Caisse") and DEKA Investment GmbH ("Deka" and together with Caisse, "Plaintiffs" or "Lead Plaintiffs") hereby respectfully submit a chart (Exhibit A hereto) summarizing Plaintiffs' allegations in the Second Amended Complaint (ECF No. 65, "SAC"). Specifically, the chart is organized in the format directed by the Court and includes the following requested information, with specific citations to the SAC, clearly identifying which statements or omissions are attributable to which defendants and, for each such defendant, the facts alleged which give rise to a strong inference that the defendant acted with the required state of mind at the relevant time: (a) each statement alleged to have been false or misleading; (b) the speaker, date, and medium by which the statement was made; (c) the reason(s) the statement was false or misleading when made; and (d) the facts alleged to show that defendant(s) knew the statement false and/or misleading.

DATED: January 16, 2026                                        Respectfully submitted,

                                                               */s/ Irina Vasilchenko*
                                                               Irina Vasilchenko

                                                               **LABATON KELLER SUCHAROW LLP**
                                                               Carol C. Villegas (*pro hac vice*)
                                                               cvillegas@labaton.com
                                                               Irina Vasilchenko (*pro hac vice*)
                                                               ivasilchenko@labaton.com
                                                               Matthew J. Grier (*pro hac vice*)
                                                               mgrier@labaton.com
                                                               Nicolas Apter-Vidler (*pro hac vice*)
                                                               napter-vidler@labaton.com
                                                               140 Broadway
                                                               New York, NY 10005
                                                               Telephone: (212) 907-0700
                                                               Facsimile: (212) 818-0477

PLAINTIFFS' NOTICE OF MISSTATEMENTS CHART
Case No. 3:24-cv-00974-AN

**LABATON KELLER SUCHAROW LLP**
Mark Willis (*pro hac vice*)
mwillis@labaton.com
1050 Connecticut Avenue NW, Suite 500
Washington, D.C. 20036
Telephone: (202) 772-1880
Facsimile: (212) 818-0477

*Counsel for Lead Plaintiffs and Lead Counsel for the Proposed Class*

**DRRT**
Jonathan Cohen (*pro hac vice*)
jcohen@drrt.com
340 West Flagler Street, 2nd Floor
Miami, FL 33130
Telephone: (305) 760-8030
Facsimile: (305) 760-8031

*Additional Counsel for Deka*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll (*pro hac vice*)
stoll@cohenmilstein.com
Molly J. Bowen (*pro hac vice*)
mbowen@cohenmilstein.com
Margaret (Emmy) Wydman (*pro hac vice*)
ewydman@cohenmilstein.com
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Additional Counsel for the Proposed Class*

**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
Timothy S. DeJong, OSB No. 940662
tdejong@stollberne.com
Keith A. Ketterling, OSB No. 913368
kketterling@stollberne.com
Cody Berne, OSB No. 142797
cberne@stollberne.com
209 Southwest Oak Street, Suite 500

Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

*Liaison Counsel for Lead Plaintiffs and the Proposed Class*

PLAINTIFFS' NOTICE OF MISSTATEMENTS CHART
Case No. 3:24-cv-00974-AN