## Exhibit A – Chart of Defendants' Misstatements Alleged in the Second Amended Complaint (ECF No. 65, "SAC")

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| 1 | <u>When</u>: March 18, 2021 <br> <u>Where</u>: Press Release, "NIKE, Inc. Reports Fiscal 2021 Third Quarter Results" <br> <u>Speaker</u>: Donahoe and NIKE[1] <br> Cite: ¶439[2] | "NIKE continues to deeply connect with consumers all over the world driven by our strong competitive advantages . . . . ***Our strategy is working, as we accelerate innovation*** and create the seamless, premium marketplace of the future. I've never been more confident in our leadership and teams to operate with agility in a dynamic environment."[3] <br><br> Cite: ¶439 | **Innovation/Pipeline:[4]** Statement misrepresented that NIKE was accelerating its pipeline of innovative products under CDA. ¶¶434, 440. In reality, per many Confidential Witnesses ("CWs"), Defendants' later admissions, and other sources alleged in the SAC, NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as the Company instead relied on flooding the market with its classic products. ¶¶279-312. For example, (i) it was clear internally, in 2020, after CDA's launch, that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline, given the loss of institutional knowledge (CW-16, ¶¶280-82); (ii) NIKE's "lack of innovation" "originated" with the CDA-based reorganization in 2020 (Massimo Giunco, former NIKE Senior Brand Director, and CW-1, ¶¶284-85); and (iii) NIKE admitted that, by early 2021, it began unsustainably flooding the market with its key classic products instead of innovating new products (¶¶304- | **CWs/Admissions:** <br> **Innovation/Pipeline**—CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as it instead relied on flooding the market with its classic products. For example, (i) it was clear internally after CDA's launch in 2020 that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline (CW-16, ¶¶280-82); and (ii) Donahoe later admitted that NIKE intentionally increased the supply of classic franchises, instead of new innovative products, by "early 2021" (¶305). <br><br> **CDA Strategy Success**—CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that CDA's components were failing (*see* scienter discussion of misstatements regarding these components above and below herein) and that NIKE's initial Class Period growth was not |

---

[1] The Individual Defendants' misstatements are attributable to NIKE, the corporate Defendant, as well. ¶429. Similarly, the scienter of the Individual Defendants and other senior executives named in the SAC and herein is imputable to NIKE under agency principles. ¶788.

[2] Citations to "¶__" refer to paragraphs in the SAC. Terms not defined herein are defined as in the Glossary of Defined Terms in Plaintiffs' MTD Opposition (ECF No. 69 at vii-ix).

[3] Plaintiffs allege that the statements highlighted in bold and italics within Section V of the SAC were materially false, misleading, and omitted to disclose material information. *See* ¶428 n.40. Other sections of the SAC included additional language in bold and italics for emphasis. *Id.*

[4] The SAC alleges seven categories of misstatements, which relate to the six key components of NIKE's Consumer Direct Acceleration ("CDA") strategy (DTC Supply Chain, DTC Technology, Corporate Reorganization, Innovation/Pipeline, Competition/Brand Strength, and Channel Mix Strategy) and the overall success of the CDA strategy (CDA Strategy Success). *See* ¶¶430-37. For the Court's convenience and because the parties address the falsity of the misstatements using these categories in their briefing on Defendants' motion to dismiss (ECF No. 66 at 9-25; ECF No. 69 at 6-24), this column lists each category of the misstatements using Plaintiffs' terminology in the MTD Opposition (ECF No. 69).

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | 05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295).<br><br>**CDA Strategy Success:** Statement that NIKE's CDA strategy was "working" misrepresented that CDA was succeeding, including in each of the key underlying components, and was propelling long-term sustainable growth. ¶¶437-38, 440. In reality, (i) NIKE's CDA components were failing (*see* ¶105 and falsity discussion of misstatements regarding these components above and below herein); and (ii) its initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors—i.e., such growth would not last (¶¶361-88). In addition to the component failures discussed in those misstatements, the following red flags indicated that CDA was not working and that NIKE's initial growth was unsustainable: (i) the COVID-19 pandemic led to a (CW-13, CW-17, and other sources, ¶¶362-65); (ii) in 2020-2021, NIKE still relied on selling products that were already in its pipeline before CDA (CW-16, ¶¶366-67); (iii) NIKE later admitted that, by early 2021, it began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295), which briefly boosted sales until NIKE cut the supply of these products in late 2023 (¶368); (iv) NIKE was "not even close" to hitting Digital revenue targets from 2021-June 2024 (CW-6, ¶377); and (v) All-Employee | driven by CDA's success, but by temporary, unrelated factors. For example, (i) Donahoe later admitted that, by early 2021, NIKE began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05); and (ii) Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative feedback about the CDA problems by spring/summer 2021 (CW-16, ¶¶371-73).<br><br>**Core Operations:** The CDA strategy, and its components, were critical to NIKE's financial success, thus supporting scienter as corporate officers like Defendants are presumed to know of issues impacting such core operations. ¶¶708-17. For example, DTC operations accounted for 44% of NIKE's revenue, and Defendants repeatedly touted the CDA strategy and its components as the fundamental driver of NIKE's "long-term growth and profitability"—including that NIKE's strong "brand" and DTC technology were "critical," product innovation was "key" and NIKE's "heart and soul," and its "digital first supply chain" was "[c]entral." ¶¶709-17; *see also* ¶¶100, 105-42.<br><br>**Close Monitoring:** Defendants' close monitoring of the CDA strategy's progress (including its components), as evidenced by CW accounts and Defendants' own public statements—e.g., by attending meetings and receiving reports on NIKE's DTC technology, supply chain, competition and brand strength, and CDA's impact on |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | Engagement Surveys were sent to Defendants describing CDA problems by spring/summer 2021 (CW-16, ¶¶371-73). | operations—shows their actual access to adverse facts about CDA and further supports scienter. ¶¶718-29.<br><br>**Donahoe's Departure:** The suspicious departure of Defendant Donahoe, CDA's architect—which was announced on September 19, 2024, after three consecutive quarters of NIKE's disappointing financial results and related disclosures about the failures of the CDA strategy, and just two weeks before the final corrective disclosure—supports his scienter. ¶¶762-64. Both NIKE and the media tied this departure to the core of the alleged fraud—CDA's failure—noting, e.g., that the new CEO would reverse course on CDA's major initiatives as "the strategy backfired." ¶¶365, 763-64.<br><br>**Donahoe's Insider Sales:** Defendant Donahoe's suspicious stock sales during the Class Period—by which he reaped $13 million in proceeds (23% of holdings)—which included selling more than twice as many shares for more than three times the proceeds as compared to the Control Period—supports scienter. ¶782.<br><br>**Donahoe's Compensation:** Starting in June 2020, Defendant Donahoe's compensation was tied to the performance of NIKE's stock price relative to the market, thus incentivizing him to artificially inflate or maintain the stock price. ¶¶771-74. Donahoe's compensation was also tied, in part, to a metric called |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | | Adjusted Digital Revenue for most of the Class Period, which motivated him to increase Digital sales and keep a close eye on such DTC business. ¶¶775-80. |
| 2 | <u>When</u>: March 18, 2021 <br> <u>Where</u>: FY 2021 Q3 Earnings Call <br> <u>Speaker</u>: Donahoe and NIKE <br><br> Cite: ¶441 | In response to an Evercore ISI analyst's question about NIKE's CDA strategy, Defendant Donahoe stated: "The second area that plays an important role is – one part of the consumer experience was getting the right product in the right place at the right time, and so this is where our Celect acquisition has allowed us to ***fairly impressively pivot to a more direct-to-consumer supply chain.*** And I again give our supply chain team enormous credit for what they've done over the last year as we've pivoted toward digital. But what that's all about is knowing what inventory do have resident in local, regional warehouses so that you can get it delivered more rapidly and often through ground transportation." <br><br> Cite: ¶441 | **DTC Supply Chain:** Statement misrepresented NIKE's success in developing effective "direct-to-consumer supply chain" capabilities necessary for the CDA strategy to succeed. ¶¶431, 442. In reality, NIKE faced severe supply chain problems inhibiting DTC operations and failed to develop an effective DTC supply chain during the Class Period. ¶¶145-69. For example, (i) NIKE refused to invest in a separate distribution system for its DTC stores and instead used its wholesale system, and never established planning and allocation teams for its DTC stores, which resulted in operational problems that negatively impacted sales—e.g., that store managers could not control inventory flow, causing frequent movement of product between warehouses, stores, and storage units, which led to product losses and "hazardous" storerooms that violated OSHA (CW-1, ¶¶146-51, 157-59); (ii) NIKE Live stores could not allocate and evenly distribute products due to supply chain issues, which adversely affected performance (e.g., lower foot traffic) in NIKE stores (CW-2, ¶¶161-63); (iii) NIKE had not developed supply chain capabilities to plan for DTC demand—e.g., forecasting how much DTC merchandise would sell before placing orders (CW-5, ¶165); and (iv) internal quarterly audit reports describing "supply chain problems" as a "huge issue that needs to be fixed" were | **CWs/Admissions:** CW allegations show that Defendant Donahoe knew or recklessly disregarded that NIKE faced severe supply chain problems inhibiting DTC operations and failed to develop an effective DTC supply chain during the Class Period. For example, internal quarterly audit reports describing "supply chain problems" as a "huge issue that needs to be fixed" were sent to Defendants Donahoe, Friend, O'Neill, and the Board throughout the Class Period into at least 2024 (CW-1, ¶¶146, 154-55). <br><br> **Core Operations:** *See* above. <br><br> **Close Monitoring:** *See* above. <br><br> **Donahoe's Departure:** *See* above. <br><br> **Donahoe's Insider Sales:** *See* above. <br><br> **Donahoe's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | sent to Donahoe, Friend, O'Neill, and the Board throughout the Class Period into at least 2024 (CW-1, ¶¶146, 154-55). | |
| 3 | <u>When</u>: March 18, 2021 <u>Where</u>: FY 2021 Q3 Earnings Call <u>Speaker</u>: Donahoe and NIKE<br><br>Cite: ¶443 | "As always, our brand is propelled by our ***unmatched innovation investment and pipeline.*** Innovation is at our core, reflecting not just our foundational values, but the values we share with consumers. We don't just innovate for the elite athlete, we use innovation and design to solve problems for all consumers, no matter their sport or style of play, and we consistently bring fresh, new product to market supported by compelling storytelling that helps drive consumer demand."<br><br>Cite: ¶443 | **Innovation/Pipeline:** Statement misrepresented that NIKE had maintained a strong pipeline of innovative products under CDA. ¶¶434, 444. In reality, NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as the Company instead relied on flooding the market with its classic products. ¶¶279-312. For example, (i) it was clear internally, in 2020, after CDA's launch, that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline, given the loss of institutional knowledge (CW-16, ¶¶280-82); (ii) NIKE's "lack of innovation" "originated" with the CDA-based reorganization in 2020 (Giunco and CW-1, ¶¶284-85); and (iii) NIKE admitted that, by early 2021, it began unsustainably flooding the market with its key classic products instead of innovating new products (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295). | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as it instead relied on flooding the market with its classic products. For example, (i) it was clear internally after CDA's launch in 2020 that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline (CW-16, ¶¶280-82); and (ii) Donahoe later admitted that NIKE intentionally increased the supply of classic franchises, instead of new innovative products, by "early 2021" (¶305).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above. |
| 4 | <u>When</u>: April 26, 2021 <u>Where</u>: UC Berkeley Speech | "[P]roduct innovation and product and storytelling is what makes NIKE special. We could have the best mobile app. We | **Innovation/Pipeline:** Statement misrepresented that, under CDA, NIKE was presently "investing maniacally behind product innovation." ¶¶434, 447. In reality, NIKE's innovation and product pipeline stagnated after | **CWs/Admissions:** **Innovation/Pipeline**—CW allegations and Defendants' admissions show that Defendant Friend knew or recklessly disregarded that NIKE's innovation and |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | <u>Speaker</u>: Friend and NIKE<br><br>Cite: ¶446 | could have the best digital commerce relationship. But if we didn't have great products that consumers wanted, it wouldn't matter, right? And so, because we're not just building a platform to sell multiple products, we're building a tighter and more intentional relationship with consumers. And so, what we've done through the pandemic and even beyond—what I've been focused on in my role—is ensuring that *we're investing maniacally behind product innovation*, sustainability, and then ultimately creating these digital, a digital, platform that enables us to have those one-to-one connections with consumers at scale. *Personalization, leveraging data analytics, um, machine learning so that we can read patterns and consumer behavior, we're employing data and analytics capabilities in our supply chain, so we know how to more smartly flow our product, where to put our product, um,* | CDA launched in June 2020, as the Company instead relied on flooding the market with its classic products. ¶¶279-312. For example, (i) it was clear internally, in 2020, after CDA's launch, that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline, given the loss of institutional knowledge (CW-16, ¶¶280-82); (ii) NIKE's "lack of innovation" "originated" with the CDA-based reorganization in 2020 (Giunco and CW-1, ¶¶284-85); and (iii) NIKE admitted that, by early 2021, it began unsustainably flooding the market with its key classic products instead of innovating new products (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295).<br><br>**DTC Supply Chain:** Statement touting NIKE's "data and analytics capabilities in our supply chain" misrepresented NIKE's success in developing an effective DTC supply chain under CDA permitting NIKE to "know how to more smartly flow our product, where to put our product . . . and where the product sits around the world." ¶¶431, 447. In reality, NIKE faced severe supply chain problems inhibiting DTC operations and failed to develop an effective DTC supply chain during the Class Period. ¶¶145-69. For example, (i) NIKE refused to invest in a separate distribution system for its DTC stores and instead used its wholesale system, and never established planning and allocation teams for its DTC stores, which resulted | product pipeline stagnated after CDA launched in June 2020, as it instead relied on flooding the market with its classic products. For example, (i) it was clear internally after CDA's launch in 2020 that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline; and (ii) Donahoe later admitted that NIKE intentionally increased the supply of classic franchises, instead of new innovative products, by "early 2021" (¶305).<br><br>**DTC Supply Chain**—CW allegations show that Defendant Friend knew or recklessly disregarded that NIKE faced severe supply chain problems inhibiting DTC operations and failed to develop an effective DTC supply chain during the Class Period. For example, internal quarterly audit reports describing "supply chain problems" as a "huge issue that needs to be fixed" were sent to Defendants Donahoe, Friend, O'Neill, and the Board throughout the Class Period into at least 2024 (CW-1, ¶¶146, 154-55).<br><br>**DTC Technology**—CW allegations show that Defendant Friend knew or recklessly disregarded NIKE's failure to develop adequate DTC technological capabilities during the Class Period, given Defendants and other top executives were repeatedly apprised of problems plaguing this technology buildout, including the Adobe partnership and the Lavu "shadow organization" that compounded such issues. ¶¶672-84. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | *the net benefit of that is higher margins because we have less waste, less mark-downs, less inefficiency, and where product sits around the world.*"<br><br>Cite: ¶446 | in operational problems that negatively impacted sales—e.g., that store managers could not control inventory flow, causing frequent movement of product between warehouses, stores, and storage units, which led to product losses and "hazardous" storerooms that violated OSHA (CW-1, ¶¶146-51, 157-59); (ii) NIKE Live stores could not allocate and evenly distribute products due to supply chain issues, which adversely affected performance (e.g., lower foot traffic) in NIKE stores (CW-2, ¶¶161-63); (iii) NIKE had not developed supply chain capabilities to plan for DTC demand—e.g., forecasting how much DTC merchandise would sell before placing orders (CW-5, ¶165); and (iv) internal quarterly audit reports describing "supply chain problems" as a "huge issue that needs to be fixed" were sent to Donahoe, Friend, O'Neill, and the Board throughout the Class Period into at least 2024 (CW-1, ¶¶146, 154-55).<br><br>**DTC Technology:** Statement touting NIKE's DTC technology capabilities under CDA, including "[p]ersonalization, leveraging data analytics, machine learning so that we can read patterns and consumer behavior," misrepresented NIKE's success in developing such capabilities. ¶¶432, 447. In reality, during the Class Period, NIKE failed to develop these DTC technological capabilities, including such consumer personalization technology, and its technology organization was plagued by dysfunction | For example, (i) CW-3, who from April 2020 to June 2023 reported to Daniel Heaf (Global VP of NIKE Direct who reported to O'Neil (¶175))—and who said there was "little to no progress" in NIKE's buildout of its digital capabilities throughout the Class Period (¶¶178-80)—had monthly and quarterly meetings with Heaf regarding the DTC strategy, including the technology issues and progress, and then Heaf would meet with Defendants Donahoe, Friend, O'Neil, and other senior leaders to discuss such DTC business strategy (¶¶184, 200, 682, 684); (ii) per CW-3, Defendant Donahoe had full visibility into the technology issues with Adobe, which became apparent almost immediately after the Adobe contract was signed in 2021, as Donahoe had a direct hand in signing the agreement (¶¶196-97); and (iii) per other CWs, NIKE's failing DTC strategy, including due to technology issues with the NIKE app, were "well-known" internally and such issues were regularly raised to management, including in 2021 (CW-17, ¶747; *see also* ¶¶743-44 (CW-15, similar); ¶¶738-40 (CW-11: "by the end of 2021, it was clear to everyone at the leadership level" the problems with Lavu's technology team; CW-12: "complaints about Lavu were coming from all sides," prompting NIKE to engage consultants).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | that compounded such issues—key, undisclosed problems that were inconsistent with Defendants' positive public portrayal of such capabilities. ¶¶170-258. For example, (i) NIKE's DTC technology was "antiquated" and there was "little to no progress" in NIKE's buildout of such digital capabilities throughout the Class Period (CW-3, ¶¶178-201)—including, e.g., a lack of working technology to deliver personalized digital marketing to consumers, such as email or SMS blasts or push notifications on NIKE's App; these gaps led to declines in consumer engagement, e.g., a 38% drop year-over-year in consumer email responses (CW-3, ¶¶179, 193-94); *see also* ¶¶211-12 (CW-12: a new "content management system" from Adobe to provide personalized marketing emails was only in a pilot phase in 2022; ¶¶224-32, 244-53 (other CWs—CW-10, CW-11, CW-15 and CW-19—corroborating these consumer personalization and other DTC technology failures, which contributed to problems like NIKE website outages and issues with the NIKE App and hurt Digital sales); (ii) in particular, NIKE's partnership with Adobe, which began in 2021, failed to deliver such digital capabilities during the Class Period—Adobe's tools were ineffective, the project stagnated for three years, and the promised personalization technology did not work; thus, the Adobe project ultimately brought in "zero dollars" versus the projected $1.5 billion or more in revenue (CW-3, ¶¶196-98); *see also* ¶¶211-12, 224-27, 235-37 (CW-12, CW-11, and CW-14 detailing | **Lavu's Departure:** The February 2023 departure of CDIO Lavu—who led NIKE's technology organization and was responsible for NIKE's development of the DTC technological capabilities needed for CDA to succeed—supports Defendants' scienter for the DTC Technology misstatements given its suspicious circumstances after employees internally raised concerns about Lavu to Defendants. ¶¶758-60. For example, per multiple CWs and other sources, Lavu failed to deliver these DTC technological capabilities, and instead engaged in corruption and created dysfunction with his "shadow organization," compounding NIKE's technology problems and prompting an internal audit and SEC investigation. ¶760.<br><br>**Friend's Insider Sales:** Defendant Friend's suspicious stock sales during the Class Period support scienter. ¶¶783-85. For example, Friend (i) reaped over $19 million in proceeds from such sales, which represented a disposition of 81% of his beneficial ownership, and included over $14 million in open market sales (almost 56% of his total holdings), selling 40% more shares for 60% higher proceeds compared to his Control Period sales (¶¶783-84); and (ii) made an outsized open market trade resulting in over $7 million in proceeds less than five months into the Class Period, after he artificially |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | similar Adobe partnership delays and problems, e.g., that various Adobe-based DTC platforms were still a "mess" through June 2022); and (iii) dysfunction and corruption in NIKE's technology group under CDIO Ratnakar Lavu further hampered this group's development of DTC technological capabilities, as Lavu lied to management, understated costs, and created an inefficient "shadow organization" that duplicated roles, led to attrition of key talent, and impeded progress on DTC technology projects (CW-3, ¶¶186-90, 192, 199); *see also* ¶¶207-09 (CW-12); ¶¶215-32 (CW-11); ¶¶238-43 (CW-1, CW-8, CW-14); ¶¶255-58 (later news articles and public lawsuits corroborating same). | inflated NIKE's stock price with multiple misstatements (¶785).  **Friend's Compensation:** Starting in June 2020, Defendant Friend's compensation was tied to the performance of NIKE's stock price, relative to the market, thus incentivizing him to artificially inflate or maintain the stock price. ¶¶771-74. Friend's compensation was also tied, in part, to a metric called Adjusted Digital Revenue for most of the Class Period, which motivated him to increase Digital sales and keep a close eye on such DTC business. ¶¶775-80. |
| 5 | <u>When</u>: June 24, 2021 <br> <u>Where</u>: Press Release, "Q4 NIKE, Reports Fiscal 2021 Fourth Quarter Results" <br> <u>Speaker</u>: Donahoe and NIKE <br><br> Cite: ¶448 | "NIKE's strong results this quarter and full fiscal year demonstrate NIKE's unique competitive advantage and deep connection with consumers all over the world . . . . FY21 was a pivotal year for NIKE as we brought our Consumer Direct Acceleration strategy to life across the marketplace. Fueled by our momentum, ***we continue to invest in innovation*** and our digital leadership to set the foundation for NIKE's long-term growth." | **Innovation/Pipeline:** Statement misrepresented that NIKE had maintained a strong pipeline of innovative products under CDA. ¶¶434, 449. In reality, NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as the Company instead relied on flooding the market with its classic products. ¶¶279-312. For example, (i) it was clear internally, in 2020, after CDA's launch, that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline, given the loss of institutional knowledge (CW-16, ¶¶280-82); (ii) NIKE's "lack of innovation" "originated" with the CDA-based reorganization in 2020 (Giunco and CW-1, ¶¶284-85); and (iii) NIKE admitted that, by early 2021, it began unsustainably flooding the market with its key classic | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as it instead relied on flooding the market with its classic products. For example, (i) it was clear internally after CDA's launch in 2020 that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline (CW-16, ¶¶280-82); and (ii) Donahoe later admitted that NIKE intentionally increased the supply of classic franchises, instead of new innovative products, by "early 2021" (¶305).  **Core Operations:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | Cite: ¶448 | products instead of innovating new products (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295). | **Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above. |
| 6 | When: June 24, 2021<br>Where: FY 2021 Q4 Earnings Call<br>Speaker: Donahoe and NIKE<br><br>Cite: ¶450 | "*[O]ur relentless pipeline of innovative product continues to create separation between us and our competition.* Our product is fueled by sharp consumer insight, supported by marketing data and analytics as we continue to invest in our digital transformation. And through our new operating model, we are bringing more precision to the art of product creation as we blend the art and science of innovation.<br><br>Cite: ¶450 | **Innovation/Pipeline:** Statement misrepresented that NIKE had maintained a "relentless pipeline of innovative product" under CDA. ¶¶434, 451. In reality, NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as the Company instead relied on flooding the market with its classic products. ¶¶279-312. For example, (i) it was clear internally, in 2020, after CDA's launch, that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline, given the loss of institutional knowledge (CW-16, ¶¶280-82); (ii) NIKE's "lack of innovation" "originated" with the CDA-based reorganization in 2020 (Giunco and CW-1, ¶¶284-85); and (iii) NIKE admitted that, by early 2021, it began unsustainably flooding the market with its key classic products instead of innovating new products (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295).<br><br>**Competition/Brand Strength:** Statement that NIKE's innovative product pipeline "create[d] separation" between NIKE and competitors misrepresented that | **CWs/Admissions:**<br>**Innovation/Pipeline**—CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as it instead relied on flooding the market with its classic products. For example, (i) it was clear internally after CDA's launch in 2020 that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline (CW-16, ¶¶280-82); and (ii) Donahoe later admitted that NIKE intentionally increased the supply of classic franchises, instead of new innovative products, by "early 2021" (¶305).<br><br>**Competition/Brand Strength**— CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. For example, (i) numerous CWs described NIKE losing market share to competitors, including in the key running category, by 2021, thus evidencing |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | NIKE had maintained its leading competitive position and brand strength under CDA. ¶¶435, 451. In reality, NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. ¶¶289-328. For example, (i) NIKE lost significant market share to competitors as a direct result of its DTC strategy (CW-7, ¶317); (ii) by early 2021, data tracked by NIKE showed it was losing market share to competitors due to CDA-driven withdrawal from specialty retailers (CW-5, ¶315); (iii) in summer 2021, NIKE began losing accounts and market share in the running shoe category to new competitors, On and Hoka (CW-10, ¶316); (iv) NIKE was losing customers to HOKA and On during CW-15's tenure (May 2021-May 2024) because they were more innovative, while NIKE relied on its legacy products (CW-15, ¶289); (v) NIKE was losing women sportswear customers (a key revenue generator) to Lululemon Athletica during CW-2's tenure in her final role (fall 2020 to fall 2022) (CW-2, ¶¶288, 318); *see also* ¶320 (CW-19, similar); and (vi) Defendants admitted at the end of the Class Period, e.g., that NIKE was "repositioning . . . to be more competitive" and was "focused on taking back market share" (¶324), as well as that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport | widespread internal knowledge of such problems (CW-7, ¶317; CW-5, ¶315; CW-10, ¶316; CW-15, ¶289); and (ii) Defendants later admitted that NIKE was "focused on taking back market share" (¶324) and that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶664). **Core Operations:** *See* above. **Close Monitoring:** *See* above. **Donahoe's Departure:** *See* above. **Donahoe's Insider Sales:** *See* above. **Donahoe's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | category under CDA (¶¶326, 420, 664); *see also* ¶¶327-28, 666-67 (corroboratory news and analyst reports). | |
| 7 | <u>When</u>: July 20, 2021 <u>Where</u>: Annual Report on Form 10-K for year ended May 31, 2021 <u>Speaker</u>: Donahoe, Friend, and NIKE (10-K signed by Donahoe and Friend) Cite: ¶453 | Defendants stated that NIKE's potential inability to "adjust[] the mix of existing product offerings" and "develop[] new products, styles and categories" to meet consumer demand were hypothetical risks that "***could have a material adverse effect on our sales and profitability.***" Cite: ¶453 | **Innovation/Pipeline:** Statement misrepresented that NIKE's potential inability to "adjust[] . . . product offerings" and "develop[] new products" to meet consumer demand under CDA were merely hypothetical risks that "could have a material adverse effect." ¶¶434, 454. In reality, such risks had already materialized, as NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as the Company instead relied on flooding the market with its classic products. ¶¶279-312. For example, (i) it was clear internally, in 2020, after CDA's launch, that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline, given the loss of institutional knowledge (CW-16, ¶¶280-82); (ii) NIKE's "lack of innovation" "originated" with the CDA-based reorganization in 2020 (Giunco and CW-1, ¶¶284-85); and (iii) NIKE admitted that, by early 2021, it began unsustainably flooding the market with its key classic products instead of innovating new products (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295). | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendants Donahoe and Friend knew or recklessly disregarded that NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as it instead relied on flooding the market with its classic products. For example, (i) it was clear internally after CDA's launch in 2020 that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline (CW-16, ¶¶280-82); and (ii) Donahoe later admitted that NIKE intentionally increased the supply of classic franchises, instead of new innovative products, by "early 2021" (¶305). **Core Operations:** *See* above. **Close Monitoring:** *See* above. **Donahoe's Departure:** *See* above. **Donahoe's Insider Sales:** *See* above. **Friend's Insider Sales:** *See* above. **Donahoe's Compensation:** *See* above. **Friend's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| 8 | <u>When</u>: July 20, 2021 <u>Where</u>: Annual Report on Form 10-K for year ended May 31, 2021 <u>Speaker</u>: Donahoe, Friend, and NIKE (10-K signed by Donahoe and Friend) Cite: ¶391 | "***If we do not adequately and timely anticipate and respond to our competitors, our costs <u>may</u> increase, demand for our products <u>may</u> decline, possibly significantly, or we <u>may</u> need to reduce wholesale or suggested retail prices for our products.***" Cite: ¶455 | **Competition/Brand Strength:** Statement that NIKE's potential failure to adequately "respond to our competitors" "may" cause "demand for [its] products [to] decline" and negatively impact NIKE's business misrepresented such issues as merely hypothetical risks. ¶¶435, 456. In reality, such risks had already materialized, as NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. ¶¶289-328. For example, (i) NIKE lost significant market share to competitors as a direct result of its DTC strategy (CW-7, ¶317); (ii) by early 2021, data tracked by NIKE showed it was losing market share to competitors due to CDA-driven withdrawal from specialty retailers (CW-5, ¶315); (iii) in summer 2021, NIKE began losing accounts and market share in the running shoe category to new competitors, On and Hoka (CW-10, ¶316); (iv) NIKE was losing customers to HOKA and On during CW-15's tenure (May 2021-May 2024) because they were more innovative, while NIKE relied on its legacy products (CW-15, ¶289); (v) NIKE was losing women sportswear customers (a key revenue generator) to Lululemon Athletica during CW-2's tenure in her final role (fall 2020 to fall 2022) (CW-2, ¶¶288, 318); *see also* ¶320 (CW-19, similar); and (vi) Defendants admitted at the end of the Class Period, e.g., that NIKE was "repositioning . . . to be more competitive" and was "focused on taking back market share" (¶324), as well as that "we've lost market share | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendants Donahoe and Friend knew or recklessly disregarded that NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. For example, (i) numerous CWs described NIKE losing market share to competitors, including in the key running category, by 2021, thus evidencing widespread internal knowledge of such problems (CW-7, ¶317; CW-5, ¶315; CW-10, ¶316; CW-15, ¶289); and (ii) Defendants later admitted that NIKE was "focused on taking back market share" (¶324) and that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶664). **Core Operations:** *See above.* **Close Monitoring:** *See above.* **Donahoe's Departure:** *See above.* **Donahoe's Insider Sales:** *See above.* **Friend's Insider Sales:** *See above.* **Donahoe's Compensation:** *See above.* |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶¶326, 420, 664); *see also* ¶¶327-28, 666-67 (corroboratory news and analyst reports). | **Friend's Compensation:** *See above.* |
| 9 | <u>When</u>: July 20, 2021 <u>Where</u>: Annual Report on Form 10-K for year ended May 31, 2021 <u>Speaker</u>: Donahoe, Friend, and NIKE (10-K signed by Donahoe and Friend) Cite: ¶457 | Defendants stated that a potential "***[f]ailure to maintain our reputation, brand image, and culture <u>could</u> negatively impact our business.***" Cite: ¶457 | **Competition/Brand Strength:** Statement that NIKE's potential "[f]ailure to maintain our reputation, brand image, and culture <u>could</u> negatively impact our business" misrepresented such issues as merely hypothetical risks. ¶¶435, 458. In reality, such risks had already materialized, as NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. ¶¶289-328. For example, (i) NIKE lost significant market share to competitors as a direct result of its DTC strategy (CW-7, ¶317); (ii) by early 2021, data tracked by NIKE showed it was losing market share to competitors due to CDA-driven withdrawal from specialty retailers (CW-5, ¶315); (iii) in summer 2021, NIKE began losing accounts and market share in the running shoe category to new competitors, On and Hoka (CW-10, ¶316); (iv) NIKE was losing customers to HOKA and On during CW-15's tenure (May 2021-May 2024) because they were more innovative, while NIKE relied on its legacy products (CW-15, ¶289); (v) NIKE was losing women sportswear customers (a key revenue generator) to Lululemon Athletica during CW-2's tenure in her final role (fall 2020 to fall 2022) (CW-2, ¶¶288, 318); *see also* ¶320 (CW-19, similar); and | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendants Donahoe and Friend knew or recklessly disregarded that NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. For example, (i) numerous CWs described NIKE losing market share to competitors, including in the key running category, by 2021, thus evidencing widespread internal knowledge of such problems (CW-7, ¶317; CW-5, ¶315; CW-10, ¶316; CW-15, ¶289); and (ii) Defendants later admitted that NIKE was "focused on taking back market share" (¶324) and that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶664). **Core Operations:** *See* above. **Close Monitoring:** *See* above. **Donahoe's Departure:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | (vi) Defendants admitted at the end of the Class Period, e.g., that NIKE was "repositioning . . . to be more competitive" and was "focused on taking back market share" (¶324), as well as that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶¶326, 420, 664); *see also* ¶¶327-28, 666-67 (corroboratory news and analyst reports). | **Donahoe's Insider Sales:** *See* above.<br><br>**Friend's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above.<br><br>**Friend's Compensation**: *See* above. |
| 10 | <u>When</u>: July 20, 2021<br><u>Where</u>: Annual Report on Form 10-K for year ended May 31, 2021<br><u>Speaker</u>: Donahoe, Friend, and NIKE (10-K signed by Donahoe and Friend)<br><br>Cite: ¶459 | "In addition, we have made significant investments in digital technologies and information systems for the digital aspect of our NIKE Direct operations, and our digital offerings will require continued investment in the development and upgrading of our technology platforms. In order to deliver high-quality digital experiences, our digital platforms must be designed effectively and work well with a range of other technologies, systems, networks, and standards that we do not control. ***We may not be successful in developing platforms that operate effectively with these technologies, systems, networks or standards.***" | **DTC Technology:** Statement that NIKE has "made significant investments in [DTC] digital technologies" and that it "<u>may</u> not be successful in developing platforms that operate effectively with these technologies" misrepresented NIKE's inability to develop such DTC technological capabilities as merely hypothetical risks. ¶¶432, 460. In reality, such risks had already materialized as, during the Class Period, NIKE failed to develop these DTC technological capabilities, including crucial consumer personalization technology, and its technology organization was plagued by dysfunction that compounded such issues—significant, existing problems that Defendants failed to disclose. ¶¶170-258. For example, (i) NIKE's DTC technology was "antiquated" and there was "little to no progress" in NIKE's buildout of such digital capabilities throughout the Class Period (CW-3, ¶¶178-201)—including, e.g., a lack of working technology to deliver personalized digital marketing to consumers, such as email or SMS blasts or push notifications on | **CWs/Admissions:** CW allegations show that Defendants Donahoe and Friend knew or recklessly disregarded NIKE's failure to develop adequate DTC technological capabilities during the Class Period, given Defendants and other top executives were repeatedly apprised of problems plaguing this technology buildout, including the Adobe partnership and the Lavu "shadow organization" that compounded such issues. ¶¶672-84. For example, (i) CW-3, who from April 2020 to June 2023 reported to Daniel Heaf (Global VP of NIKE Direct who reported to O'Neil (¶175))—and who said there was "little to no progress" in NIKE's buildout of its digital capabilities throughout the Class Period (¶¶178-80)—had monthly and quarterly meetings with Heaf regarding the DTC strategy, including the technology issues and progress, and then Heaf would meet with Defendants Donahoe, Friend, O'Neil, and other senior leaders to discuss such DTC business strategy (¶¶184, 200, 682, 684); (ii) per CW-3, Defendant Donahoe had full visibility into the |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | Cite: ¶459 | NIKE's App; these gaps led to declines in consumer engagement, e.g., a 38% drop year-over-year in consumer email responses (CW-3, ¶¶179, 193-94); *see also* ¶¶211-12 (CW-12: a new "content management system" from Adobe to provide personalized marketing emails was only in a pilot phase in 2022); ¶¶224-32, 244-53 (other CWs—CW-10, CW-11, CW-15 and CW-19—corroborating these consumer personalization and other DTC technology failures, which contributed to problems like NIKE website outages and issues with the NIKE App and hurt Digital sales); (ii) in particular, NIKE's partnership with Adobe, which began in 2021, failed to deliver such digital capabilities during the Class Period—Adobe's tools were ineffective, the project stagnated for three years, and the promised personalization technology did not work; thus, the Adobe project ultimately brought in "zero dollars" versus the projected $1.5 billion or more in revenue (CW-3, ¶¶196-98); *see also* ¶¶211-12, 224-27, 235-37 (CW-12, CW-11, and CW-14 detailing similar Adobe partnership delays and problems, e.g., that various Adobe-based DTC platforms were still a "mess" through June 2022); and (iii) dysfunction and corruption in NIKE's technology group under CDIO Lavu further hampered this group's development of DTC technological capabilities, as Lavu lied to management, understated costs, and created an inefficient "shadow organization" that duplicated roles, led to attrition of key talent, and impeded progress on | technology issues with Adobe, which became apparent almost immediately after the Adobe contract was signed in 2021, as Donahoe had a direct hand in signing the agreement (¶¶196-97); and (iii) per other CWs, NIKE's failing DTC strategy, including due to technology issues with the NIKE app, were "well-known" internally and such issues were regularly raised to management, including in 2021 (CW-17, ¶747; *see also* ¶743-44 (CW-15, similar); ¶¶738-40 (CW-11: "by the end of 2021, it was clear to everyone at the leadership level" the problems with Lavu's technology team; CW-12: "complaints about Lavu were coming from all sides," prompting NIKE to engage consultants). <br><br> **Core Operations:** *See* above. <br><br> **Close Monitoring:** *See* above. <br><br> **Donahoe's Departure:** *See* above. <br><br> **Lavu's Departure:** *See* above. <br><br> **Donahoe's Insider Sales:** *See* above. <br><br> **Friend's Insider Sales:** *See* above. <br><br> **Donahoe's Compensation:** *See* above. <br><br> **Friend's Compensation:** *See* above |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | DTC technology projects (CW-3, ¶¶186-90, 192, 199); *see also* ¶¶207-09 (CW-12); ¶¶215-32 (CW-11); ¶¶238-43 (CW-1, CW-8, CW-14); ¶¶255-58 (later news articles and public lawsuits corroborating same). | |
| 11 | <u>When</u>: September 23, 2021 <br> <u>Where</u>: FY 2022 Q1 Earnings Call <br> <u>Speaker</u>: Donahoe and NIKE <br><br> Cite: ¶461 | "Today, ***we're in a stronger position relative to our competition than we were prior to the pandemic.*** Why? Because the changes happening in the market worked in our favor. Consumers' shift to digital that might have taken five years will now only take two years. That plays to NIKE's advantage. And our Consumer Direct Acceleration strategy is capitalizing on this marketplace transformation." <br><br> Cite: ¶461 | **Competition/Brand Strength:** Statement misrepresented that NIKE had strengthened its leading competitive position and brand strength under CDA. ¶¶435, 462. In reality, NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. ¶¶289-328. For example, (i) NIKE lost significant market share to competitors as a direct result of its DTC strategy (CW-7, ¶317); (ii) by early 2021, data tracked by NIKE showed it was losing market share to competitors due to CDA-driven withdrawal from specialty retailers (CW-5, ¶315); (iii) in summer 2021, NIKE began losing accounts and market share in the running shoe category to new competitors, On and Hoka (CW-10, ¶316); (iv) NIKE was losing customers to HOKA and On during CW-15's tenure (May 2021-May 2024) because they were more innovative, while NIKE relied on its legacy products (CW-15, ¶289); (v) NIKE was losing women sportswear customers (a key revenue generator) to Lululemon Athletica during CW-2's tenure in her final role (fall 2020 in fall 2022) (CW-2, ¶¶288, 318); *see also* ¶320 (CW-19, similar); and (vi) Defendants admitted at the end of the Class Period, e.g., that NIKE was "repositioning . . . to be more competitive" and was "focused on taking back market | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. For example, (i) numerous CWs described NIKE losing market share to competitors, including in the key running category, by 2021, thus evidencing widespread internal knowledge of such problems (CW-7, ¶317; CW-5, ¶315; CW-10, ¶316; CW-15, ¶289); and (ii) Defendants later admitted that NIKE was "focused on taking back market share" (¶324) and that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶664). <br><br> **Core Operations:** *See* above. <br><br> **Close Monitoring:** *See* above. <br><br> **Donahoe's Departure:** *See* above. <br><br> **Donahoe's Insider Sales:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | share" (¶324), as well as that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶¶326, 420, 664); see also ¶¶327-28, 666-67 (corroboratory news and analyst reports). | **Donahoe's Compensation:** *See* above. |
| 12 | <u>When</u>: September 23, 2021 <u>Where</u>: FY 2022 Q1 Earnings Call <u>Speaker</u>: Friend and NIKE<br><br>Cite: ¶463 | In response to a Guggenheim analyst's question regarding NIKE's supply chain capabilities, Defendant Friend stated: "[A] couple of quarters ago I talked about, as we were starting to see the strength in consumer connections and the acceleration of our business, that we were going to begin accelerating investment to drive our digital transformation. ***And in particular, where we were investing was against technology, creating a digital-first supply chain in the marketplace.*** And we created a multiyear investment plan against our outlook to drive that growth."<br><br>Cite: ¶463 | **DTC Supply Chain:** Statement misrepresented NIKE's success in developing an effective DTC supply chain under CDA because it stated that NIKE had previously invested in "creating a digital-first supply chain," enabling NIKE to serve consumer demand in the DTC marketplace. ¶¶431, 464. In reality, NIKE faced severe supply chain problems inhibiting DTC operations and failed to develop an effective DTC supply chain during the Class Period. ¶¶145-69. For example, (i) NIKE refused to invest in a separate distribution system for its DTC stores and instead used its wholesale system, and never established planning and allocation teams for its DTC stores, which resulted in operational problems that negatively impacted sales—e.g., that store managers could not control inventory flow, causing frequent movement of product between warehouses, stores, and storage units, which led to product losses and "hazardous" storerooms that violated OSHA (CW-1, ¶¶146-51, 157-59); (ii) NIKE Live stores could not allocate and evenly distribute products due to supply chain issues, which adversely affected performance (e.g., lower foot traffic) in NIKE stores (CW-2, ¶¶161-63); (iii) NIKE had not developed | **CWs/Admissions:** CW allegations show that Defendant Friend knew or recklessly disregarded that NIKE faced severe supply chain problems inhibiting DTC operations and failed to develop an effective DTC supply chain during the Class Period. For example, internal quarterly audit reports describing "supply chain problems" as a "huge issue that needs to be fixed" were sent to Defendants Donahoe, Friend, O'Neill, and the Board throughout the Class Period into at least 2024 (CW-1, ¶¶146, 154-55).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Friend's Insider Sales:** *See* above.<br><br>**Friend's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | supply chain capabilities to plan for DTC demand—e.g., forecasting how much DTC merchandise would sell before placing orders (CW-5, ¶165); and (iv) internal quarterly audit reports describing "supply chain problems" as a "huge issue that needs to be fixed" were sent to Donahoe, Friend, O'Neill, and the Board throughout the Class Period into at least 2024 (CW-1, ¶¶146, 154-55). | |
| 13 | <u>When</u>: September 23, 2021<br><u>Where</u>: Form 8-K<br><u>Speaker</u>: Friend and NIKE (8-K signed by Friend)<br>Cite: ¶465 | "NIKE is a growth company with a market opportunity as large as it's ever been . . . ***Our Q1 results illustrate how NIKE's Consumer Direct Acceleration strategy continues to fuel growth and transform our long-term financial model.***"<br><br>Cite: ¶465 | **CDA Strategy Success:** Statement misrepresented that NIKE's CDA strategy was succeeding, including in each of the key underlying components, and was propelling long-term sustainable growth—specifically, that NIKE's "Q1 results" were caused by the purported success of CDA. ¶¶437-38, 466. In reality, (i) NIKE's CDA components were failing (*see* ¶105 and falsity discussion of misstatements regarding these components above and below herein); and (ii) its initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors—i.e., such growth would not last (¶¶361-88). In addition to the component failures discussed in those misstatements, the following red flags indicated that CDA was not working and that NIKE's initial growth was unsustainable: (i) the COVID-19 pandemic led to a temporary surge in NIKE's Digital sales beginning in early 2020 (CW-13, CW-17, and other sources, ¶¶362-65); (ii) in 2020-2021, NIKE still relied on selling products that were already in its pipeline before CDA (CW-16, ¶¶366-67); (iii) NIKE later admitted that, by early 2021, it began | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant Friend knew or recklessly disregarded that CDA's components were failing (*see* scienter discussion of misstatements regarding these components above and below herein) and that NIKE's initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors. For example, (i) Donahoe later admitted that, by early 2021, NIKE began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05); and (ii) Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative feedback about the CDA problems by spring/summer 2021 (CW-16, ¶¶371-73).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Friend's Insider Sales:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295), which briefly boosted sales until NIKE cut the supply of these products in late 2023 (¶368); (iv) NIKE was "not even close" to hitting Digital revenue targets from 2021-June 2024 (CW-6, ¶377); and (v) All-Employee Engagement Surveys were sent to Defendants describing CDA problems by spring/summer 2021 (CW-16, ¶¶371-73). | **Friend's Compensation:** *See* above. |
| 14 | <u>When</u>: October 5, 2021<br><u>Where</u>: Quarterly Report on Form 10-Q for period ended August 31, 2021<br><u>Speaker</u>: Donahoe, Friend, and NIKE (10-Q signed by Donahoe and Friend)<br><br>Cite: ¶469 | "Through the Consumer Direct Acceleration we are focusing on creating the marketplace of the future through more premium, consistent and seamless consumer experiences, leading with NIKE Digital and our owned stores, as well as select strategic partners who share our marketplace vision. We have aligned our product creation and category organizations around a new consumer construct focused on Men's, Women's, Kids' and the Jordan Brand and ***continue to invest in data and analytics, demand sensing, insight gathering, inventory management and other areas to*** | **DTC Supply Chain:** Statement that NIKE "continue[s] to invest in data and analytics, demand sensing, insight gathering, inventory management and other areas to create an end-to-end technology foundation which will further accelerate our digital transformation" misrepresented NIKE's success in developing an effective DTC supply chain under CDA because it claimed to have invested heavily in the capabilities needed to establish such a supply chain. ¶¶431, 470. In reality, NIKE faced severe supply chain problems inhibiting DTC operations and failed to develop an effective DTC supply chain during the Class Period. ¶¶145-69. For example, (i) NIKE refused to invest in a separate distribution system for its DTC stores and instead used its wholesale system, and never established planning and allocation teams for its DTC stores, which resulted in operational problems that negatively impacted sales—e.g., that store managers could not control inventory flow, causing frequent | **CWs/Admissions:** CW allegations show that Defendants Donahoe and Friend knew or recklessly disregarded that NIKE faced severe supply chain problems inhibiting DTC operations and failed to develop an effective DTC supply chain during the Class Period. For example, internal quarterly audit reports describing "supply chain problems" as a "huge issue that needs to be fixed" were sent to Defendants Donahoe, Friend, O'Neill, and the Board throughout the Class Period into at least 2024 (CW-1, ¶¶146, 154-55).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | ***create an end-to-end technology foundation which will further accelerate our digital transformation.***" <br><br> Cite: ¶469 | movement of product between warehouses, stores, and storage units, which led to product losses and "hazardous" storerooms that violated OSHA (CW-1, ¶¶146-51, 157-59); (ii) NIKE Live stores could not allocate and evenly distribute products due to supply chain issues, which adversely affected performance (e.g., lower foot traffic) in NIKE stores (CW-2, ¶¶161-63); (iii) NIKE had not developed supply chain capabilities to plan for DTC demand—e.g., forecasting how much DTC merchandise would sell before placing orders (CW-5, ¶165); and (iv) internal quarterly audit reports describing "supply chain problems" as a "huge issue that needs to be fixed" were sent to Donahoe, Friend, O'Neill, and the Board throughout the Class Period into at least 2024 (CW-1, ¶¶146, 154-55). | **Friend's Insider Sales**: *See* above. <br><br> **Donahoe's Compensation:** *See* above. <br><br> **Friend's Compensation:** *See* above. |
| 15 | <u>When</u>: October 6, 2021 <br> <u>Where</u>: Annual General Meeting <br> <u>Speaker</u>: Donahoe and NIKE <br><br> Cite: ¶471 | ". . . So today, we're the clear leaders in digital in our industry. Our owned Digital revenue is now over 20% of our business, a mark we've hit three years ahead of plan. And looking ahead, we see even greater competitive acceleration. In fact, by fiscal 2025, we expect our business to be 40% owned Digital. This shift is having a profound transformation on our operating model; and thanks to our playbook, we are creating greater | **CDA Strategy Success:** Statement misrepresented that NIKE's CDA strategy was succeeding, including in each of the key underlying components, and was propelling long-term sustainable growth. ¶¶437-38, 472. In reality, (i) NIKE's CDA components were failing (*see* ¶105 and falsity discussion of misstatements regarding these components above and below herein); and (ii) its initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors—i.e., such growth would not last (¶¶361-88). In addition to the component failures discussed in those misstatements, the following red flags indicated that CDA was not working and that NIKE's initial growth was unsustainable: (i) the | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that CDA's components were failing (*see* scienter discussion of misstatements regarding these components above and below herein) and that NIKE's initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors. For example, (i) Donahoe later admitted that, by early 2021, NIKE began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05); and (ii) Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative feedback about the CDA problems by spring/summer 2021 (CW-16, ¶¶371-73). |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | value for both consumers and shareholders. And so, in our fourth quarter earnings call in June, we outlined new fiscal 2025 financial goals. This new financial model is clear proof of the confidence we have in NIKE's future.<br><br>And as I look ahead to fiscal 2022, I'm excited. ***We are clearly seeing our strategy work.*** The team at NIKE is energized by our incredible potential and I hope you're energized as well. Fueled by our competitive advantages, we will continue to drive our vision to create the future of sport. Thank you."<br>Cite: ¶471 | COVID-19 pandemic led to a temporary surge in NIKE's Digital sales beginning in early 2020 (CW-13, CW-17, and other sources, ¶¶362-65); (ii) in 2020-2021, NIKE still relied on selling products that were already in its pipeline before CDA (CW-16, ¶¶366-67); (iii) NIKE later admitted that, by early 2021, it began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295), which briefly boosted sales until NIKE cut the supply of these products in late 2023 (¶368); (iv) NIKE was "not even close" to hitting Digital revenue targets from 2021-June 2024 (CW-6, ¶377); and (v) All-Employee Engagement Surveys were sent to Defendants describing CDA problems by spring/summer 2021 (CW-16, ¶¶371-73). | **Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above. |
| 16 | <u>When</u>: October 6, 2021<br><u>Where</u>: Annual General Meeting<br><u>Speaker</u>: Donahoe and NIKE<br><br>Cite: ¶473 | In response to a shareholder question relayed by Defendant Parker about the CDA strategy ("[Y]ou're about a year into your new Consumer Direct Acceleration strategy, how is that going?"), Defendant Donahoe stated: "As I said in my remarks, ***NIKE's strategy is working,*** and | **CDA Strategy Success:** Statement misrepresented that NIKE's CDA strategy was succeeding, including in each of the key underlying components, and was propelling long-term sustainable growth. ¶¶437-38, 474. In reality, (i) NIKE's CDA components were failing (*see* ¶105 and falsity discussion of misstatements regarding these components above and below herein); and (ii) its initial Class Period growth was not driven by CDA's success, but by temporary, | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that CDA's components were failing (*see* scienter discussion of misstatements regarding these components above and below herein) and that NIKE's initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors. For example, (i) Donahoe later admitted that, by early 2021, NIKE began unsustainably flooding the |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | we're very encouraged and excited by the progress we've seen thus far. The Consumer Direct Acceleration is transforming NIKE with direct impacts that we can already see on our ability to serve consumers end-to-end with a premium and seamless experience, and on our business." <br><br> Cite: ¶473 | unrelated factors—i.e., such growth would not last (¶¶361-88). In addition to the component failures discussed in those misstatements, the following red flags indicated that CDA was not working and that NIKE's initial growth was unsustainable: (i) the COVID-19 pandemic led to a temporary surge in NIKE's Digital sales beginning in early 2020 (CW-13, CW-17, and other sources, ¶¶362-65); (ii) in 2020-2021, NIKE still relied on selling products that were already in its pipeline before CDA (CW-16, ¶¶366-67); (iii) NIKE later admitted that, by early 2021, it began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295), which briefly boosted sales until NIKE cut the supply of these products in late 2023 (¶368); (iv) NIKE was "not even close" to hitting Digital revenue targets from 2021-June 2024 (CW-6, ¶377); and (v) All-Employee Engagement Surveys were sent to Defendants describing CDA problems by spring/summer 2021 (CW-16, ¶¶371-73). | market with its key classic products, instead of innovating new ones (¶¶304-05); and (ii) Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative feedback about the CDA problems by spring/summer 2021 (CW-16, ¶¶371-73). <br><br> **Core Operations:** *See* above. <br><br> **Close Monitoring:** *See* above. <br><br> **Donahoe's Departure:** *See* above. <br><br> **Donahoe's Insider Sales:** *See* above. <br><br> **Donahoe's Compensation:** *See* above. |
| 17 | <u>When</u>: October 6, 2021 <br> <u>Where</u>: Annual General Meeting <br> <u>Speaker</u>: O'Neill and NIKE <br><br> Cite: ¶475 | In response to a shareholder question relayed by Defendant Parker about the CDA strategy ("[Y]ou're about a year into your new Consumer Direct Acceleration strategy, how is that going?"), Defendant O'Neill stated: "***[w]ith the CDA, we*** | **Corporate Reorganization:** Statement misrepresented that NIKE's corporate reorganization under CDA had successfully streamlined NIKE's business around the new gender- and age-based consumer constructs (Men's, Women's, and Kids') instead of sports-based categories. ¶¶433, 475. In reality, the reorganization was a failure on multiple fronts, as NIKE later admitted by reversing its pivot to these consumer constructs, | **CWs/Admissions:** CW allegations show that Defendant O'Neill knew or recklessly disregarded that the reorganization was a failure on multiple fronts. For example, (i) CW-17—who left NIKE in October 2021—described how NIKE laid off many long-time employees under CDA, and it was "well known" within NIKE that the DTC strategy was not going well (¶262); (ii) other former NIKE employees recounted the loss of |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | ***successfully realigned our organization to further invest against our highest growth areas.***" <br><br> Cite: ¶¶473,475 | which had "added complexity and inefficiency," necessitating a $2 billion restructuring announced in December 2023, and reverting to its pre-CDA sport-based categorization model no later than summer 2023 by Defendants' own admission. ¶¶259-78. For example, (i) by 2021, "hundreds of colleagues were fired" in this reorganization, and NIKE "lost a solid process and thousands of years of experience and expertise" in sports-based products, which "originated" NIKE's "lack of innovation" (Giunco, ¶261); and (ii) early in Donahoe's tenure, which began in January 2020, many senior and long-tenured management personnel were terminated, resulting in the loss of "thousands of years of NIKE experience" (CW-16, ¶280); *see also* ¶262 (similar, CW-17). | significant institutional knowledge due to CDA's reorganization—evidencing widespread knowledge (Giunco, ¶261; CW-16, ¶¶280-81); and (iii) Defendants Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative internal feedback about the CDA strategy beginning with the first survey after the first round of mass terminations, which occurred in early/mid-2020 (CW-16, ¶¶371-73). <br><br> **Core Operations:** *See* above. <br><br> **Close Monitoring:** *See* above. |
| 18 | <u>When</u>: October 6, 2021 <br> <u>Where</u>: Annual General Meeting <br> <u>Speaker</u>: Friend and NIKE <br><br> Cite: ¶476 | In response to a shareholder question relayed by Defendant Parker about the CDA strategy ("[Y]ou're about a year into your new Consumer Direct Acceleration strategy, how is that going?"), Defendant Friend stated: "I'd just add that the Consumer Direct Acceleration is having a profound effect also on our operating model. Our relentless focus on serving consumers is resulting in healthy profitable growth. And the shift | **DTC Technology:** Statement touting NIKE's "investments" in DTC technology capabilities under CDA, which were purportedly making the Company "more agile," and that it was "building the capabilities that are required for NIKE to operate a digitally led omni-channel, direct-to-consumer business at scale" misrepresented NIKE's success in developing such capabilities. ¶¶432, 477. In reality, during the Class Period, NIKE failed to develop these DTC technological capabilities, including consumer personalization technology, and its technology organization was plagued by dysfunction that compounded such issues—key, undisclosed problems that were inconsistent with Defendants' positive public | **CWs/Admissions:** CW allegations show that Defendant Friend knew or recklessly disregarded NIKE's failure to develop adequate DTC technological capabilities during the Class Period, given Defendants and other top executives were repeatedly apprised of problems plaguing this technology buildout, including the Adobe partnership and the Lavu "shadow organization" that compounded such issues. ¶¶672-84. For example, (i) CW-3, who from April 2020 to June 2023 reported to Daniel Heaf (Global VP of NIKE Direct who reported to O'Neil (¶175))—and who said there was "little to no progress" in NIKE's buildout of its digital capabilities throughout the Class Period (¶¶178-80)—had monthly and quarterly meetings with Heaf regarding the DTC |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | to a more direct model has resulted in Nike's highest EBIT margin in recent history. ***The investments we've made against our end-to-end digital transformation are making us more agile, and we're building the capabilities that are required for NIKE to operate a digitally led omni-channel, direct-to-consumer business at scale.***"<br><br>Cite: ¶¶473, 476 | portrayal of such capabilities. ¶¶170-258. For example, (i) NIKE's DTC technology was "antiquated" and there was "little to no progress" in NIKE's buildout of such digital capabilities throughout the Class Period (CW-3, ¶¶178-201)—including, e.g., a lack of working technology to deliver personalized digital marketing to consumers, such as email or SMS blasts or push notifications on NIKE's App; these gaps led to declines in consumer engagement, e.g., a 38% drop year-over-year in consumer email responses (CW-3, ¶¶179, 193-94); *see also* ¶¶211-12 (CW-12: a new "content management system" from Adobe to provide personalized marketing emails was only in a pilot phase in 2022); ¶¶224-32, 244-53 (other CWs—CW-10, CW-11, CW-15 and CW-19—corroborating these consumer personalization and other DTC technology failures, which contributed to problems like NIKE website outages and issues with the NIKE App and hurt Digital sales); (ii) in particular, NIKE's partnership with Adobe, which began in 2021, failed to deliver such digital capabilities during the Class Period—Adobe's tools were ineffective, the project stagnated for three years, and the promised personalization technology did not work; thus, the Adobe project ultimately brought in "zero dollars" versus the projected $1.5 billion or more in revenue (CW-3, ¶¶196-98); *see also* ¶¶211-12, 224-27, 235-37 (CW-12, CW-11, and CW-14 detailing similar Adobe partnership delays and problems, e.g., that various Adobe-based DTC platforms were still a | strategy, including the technology issues and progress, and then Heaf would meet with Defendants Donahoe, Friend, O'Neil, and other senior leaders to discuss such DTC business strategy (¶¶184, 200, 682, 684); (ii) per CW-3, Defendant Donahoe had full visibility into the technology issues with Adobe, which became apparent almost immediately after the Adobe contract was signed in 2021, as Donahoe had a direct hand in signing the agreement (¶¶196-97); and (iii) per other CWs, NIKE's failing DTC strategy, including due to technology issues with the NIKE app, were "well-known" internally and such issues were regularly raised to management, including in 2021 (CW-17, ¶747; *see also* ¶743-44 (CW-15, similar); ¶¶738-40 (CW-11: "by the end of 2021, it was clear to everyone at the leadership level" the problems with Lavu's technology team; CW-12: "complaints about Lavu were coming from all sides," prompting NIKE to engage consultants).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Lavu's Departure:** *See* above.<br><br>**Friend's Insider Sales:** *See* above.<br><br>**Friend's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | "mess" through June 2022); and (iii) dysfunction and corruption in NIKE's technology group under CDIO Lavu further hampered this group's development of DTC technological capabilities, as Lavu lied to management, understated costs, and created an inefficient "shadow organization" that duplicated roles, led to attrition of key talent, and impeded progress on DTC technology projects (CW-3, ¶¶186-90, 192, 199); *see also* ¶¶207-09 (CW-12); ¶¶215-32 (CW-11): ¶¶238-43 (CW-1, CW-8, CW-14); ¶¶255-58 (later news articles and public lawsuits corroborating same). | |
| 19 | <u>When</u>: October 6, 2021 <br> <u>Where</u>: Annual General Meeting <br> <u>Speaker</u>: Parker and NIKE <br><br> Cite: ¶478 | In response to a shareholder question about the innovation pipeline, Defendant Parker stated: "***The pace of innovation has not slowed down at all.***" <br><br> Cite: ¶478 | **Innovation/Pipeline:** Statement misrepresented that NIKE had maintained a strong pipeline of innovative products under CDA. ¶¶434, 479. In reality, NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as the Company instead relied on flooding the market with its classic products. ¶¶279-312. For example, (i) it was clear internally, in 2020, after CDA's launch, that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline, given the loss of institutional knowledge (CW-16, ¶¶280-82); (ii) NIKE's "lack of innovation" "originated" with the CDA-based reorganization in 2020 (Giunco and CW-1, ¶¶284-85); and (iii) NIKE admitted that, by early 2021, it began unsustainably flooding the market with its key classic products instead of innovating new products (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295). | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant Parker knew or recklessly disregarded that NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as it instead relied on flooding the market with its classic products. For example, (i) it was clear internally after CDA's launch in 2020 that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline (CW-16, ¶¶280-82); and (ii) Donahoe later admitted that NIKE intentionally increased the supply of classic franchises, instead of new innovative products, by "early 2021" (¶305). <br><br> **Core Operations:** *See* above. <br><br> **Close Monitoring:** *See* above. For example, Parker was CEO before Donahoe took over in 2020, and during the Class Period, Parker, as Executive Chairman |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | | "continue[d] to lead the Board of Directors and work closely with Donahoe and the senior management team." ¶¶49, 88, 727; *see also* ¶724 (Parker: Board "oversaw" CDA). Thus, Parker knew or recklessly disregarded NIKE's innovation problems under CDA given his "close[]" supervision of Donahoe and senior management, who knew about such failures as discussed above. ¶¶724, 727.<br><br>**Parker's Insider Sales:** Defendant Parker's suspicious stock sales during the Class Period support scienter. ¶¶786-87.  For example, Parker (i) reaped over $212 million in proceeds from such sales (¶786); (ii) engaged in his largest single-day sale since 2015 in July 2021, less than six months into the Class Period ($22 million), on the same day he entered into a 10b5-1 trading plan allowing him to sell even more shares (¶787); and (iii) pursuant to that plan, made his largest two-day sale since 2015 (over $27 million) on November 2-3, 2021, just weeks after he had artificially inflated NIKE's stock price with this misstatement (*id.*).<br><br>**Parker's Compensation:** Starting in June 2020, Defendant Parker's compensation was tied to the performance of NIKE's stock price relative to the market, thus incentivizing him to artificially inflate or maintain the price. ¶¶771-74. |
| 20 | When: October 6, 2021 | In response to a shareholder question as relayed by Defendant | **CDA Strategy Success:** Statement misrepresented that NIKE's CDA strategy was succeeding, including in | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant O'Neill knew or |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | <u>Where</u>: Annual General Meeting<br><u>Speaker</u>: O'Neill and NIKE<br><br>Cite: ¶480 | Parker about the status of NIKE's "digital ecosystem" and the role of brick-and-mortar stores, Defendant O'Neill stated: "I'll start by reiterating what we've mentioned before, ***our strategy is definitely working***. We're being very intentional in our plans to shape the marketplace of the future and how we intend to lead it."<br><br>Cite: ¶480 | each of the key underlying components, and was propelling long-term sustainable growth. ¶¶437-38, 481. In reality, (i) NIKE's CDA components were failing (*see* ¶105 and falsity discussion of misstatements regarding these components above and below herein); and (ii) its initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors—i.e., such growth would not last (¶¶361-88). In addition to the component failures discussed in those misstatements, the following red flags indicated that CDA was not working and that NIKE's initial growth was unsustainable: (i) the COVID-19 pandemic led to a temporary surge in NIKE's Digital sales beginning in early 2020 (CW-13, CW-17, and other sources, ¶¶362-65); (ii) in 2020-2021, NIKE still relied on selling products that were already in its pipeline before CDA (CW-16, ¶¶366-67); (iii) NIKE later admitted that, by early 2021, it began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295), which briefly boosted sales until NIKE cut the supply of these products in late 2023 (¶368); (iv) NIKE was "not even close" to hitting Digital revenue targets from 2021-June 2024 (CW-6, ¶377); and (v) All-Employee Engagement Surveys were sent to Defendants describing CDA problems by spring/summer 2021 (CW-16, ¶¶371-73). | recklessly disregarded that CDA's components were failing (*see* scienter discussion of misstatements regarding these components above and below herein, which show that O'Neill knew at least of the DTC supply chain, technology, and competition problems from Class Period start) and that NIKE's initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors. For example, (i) Donahoe later admitted that, by early 2021, NIKE began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05); and (ii) Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative feedback about the CDA problems by spring/summer 2021 (CW-16, ¶¶371-73).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| 21 | <u>When</u>: October 6, 2021 <br> <u>Where</u>: Annual General Meeting <br> <u>Speaker</u>: Friend and NIKE <br><br> Cite: ¶482 | In response to a shareholder question relayed by Defendant Parker about NIKE's supply chain capabilities, Defendant Friend stated: "We've also been investing to build capabilities that are transforming our operating model; and Heidi mentioned a number of them in the marketplace question earlier, like online to offline services for consumers, we're leveraging the Express Lane, and *we're building a digital-first supply chain to meet the strong and growing digital demand that we see.* <br><br> "And all of these things are helping us to operate with more agility than we've ever operated before. So we're optimistic that inventory supply availability will improve as we approach fiscal year 2023, and our vision for Nike's long-term future remains unchanged." <br><br> Cite: ¶482 | **DTC Supply Chain:** Statement misrepresented NIKE's success in developing an effective DTC supply chain under CDA. ¶¶431, 483. In reality, NIKE faced severe supply chain problems inhibiting DTC operations and failed to develop an effective DTC supply chain during the Class Period. ¶¶145-69. For example, (i) NIKE refused to invest in a separate distribution system for its DTC stores and instead used its wholesale system, and never established planning and allocation teams for its DTC stores, which resulted in operational problems that negatively impacted sales—e.g., that store managers could not control inventory flow, causing frequent movement of product between warehouses, stores, and storage units, which led to product losses and "hazardous" storerooms that violated OSHA (CW-1, ¶¶146-51, 157-59); (ii) NIKE Live stores could not allocate and evenly distribute products due to supply chain issues, which adversely affected performance (e.g., lower foot traffic) in NIKE stores (CW-2, ¶¶161-63); (iii) NIKE had not developed supply chain capabilities to plan for DTC demand—e.g., forecasting how much DTC merchandise would sell before placing orders (CW-5, ¶165); and (iv) internal quarterly audit reports describing "supply chain problems" as a "huge issue that needs to be fixed" were sent to Donahoe, Friend, O'Neill, and the Board throughout the Class Period into at least 2024 (CW-1, ¶¶146, 154-55). | **CWs/Admissions:** CW allegations show that Defendant Friend knew or recklessly disregarded that NIKE faced severe supply chain problems inhibiting DTC operations and failed to develop an effective DTC supply chain during the Class Period. For example, internal quarterly audit reports describing "supply chain problems" as a "huge issue that needs to be fixed" were sent to Defendants Donahoe, Friend, O'Neill, and the Board throughout the Class Period into at least 2024 (CW-1, ¶¶146, 154-55). <br><br> **Core Operations:** *See* above. <br><br> **Close Monitoring:** *See* above. <br><br> **Friend's Insider Sales:** *See* above. <br><br> **Friend's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| 22 | <u>When</u>: October 6, 2021<br><u>Where</u>: Annual General Meeting<br><u>Speaker</u>: Donahoe and NIKE<br><br>Cite: ¶484 | "And this was also a year where we brought to life our new Consumer Direct Acceleration strategy. ***As part of CDA, we successfully realigned our organization*** and began investing in our highest-growth areas. Part of that investment is our consumer construct of men's, women's, and kids, and Jordan, which aligns us against the biggest opportunities we see ahead of us. We're putting resources behind our end-to-end digital transformation across the value chain, as we unlock more growth and efficiency for the business."<br><br>Cite: ¶484 | **Corporate Reorganization:** Statement misrepresented that NIKE's corporate reorganization under CDA had successfully streamlined NIKE's business around the new gender- and age-based consumer constructs (Men's, Women's, and Kids') instead of sports-based categories. ¶¶433, 485. In reality, the reorganization was a failure on multiple fronts, as NIKE later admitted by reversing its pivot to these consumer constructs, which had "added complexity and inefficiency," necessitating a $2 billion restructuring announced in December 2023, and reverting to its pre-CDA sport-based categorization model no later than summer 2023 by Defendants' own admission. ¶¶259-78. For example, (i) by 2021, "hundreds of colleagues were fired" in this reorganization, and NIKE "lost a solid process and thousands of years of experience and expertise" in sports-based products, which "originated" NIKE's "lack of innovation" (Giunco, ¶261); and (ii) early in Donahoe's tenure, which began in January 2020, many senior and long-tenured management personnel were terminated, resulting in the loss of "thousands of years of NIKE experience" (CW-16, ¶280); *see also* ¶262 (similar, CW-17). | **CWs/Admissions:** CW allegations show that Defendant Donahoe knew or recklessly disregarded that the reorganization was a failure on multiple fronts. For example, (i) CW-17—who left NIKE in October 2021—described how NIKE laid off many long-time employees under CDA, and it was "well known" within NIKE that the DTC strategy was not going well (¶262); (ii) other former NIKE employees recounted the loss of significant institutional knowledge due to CDA's reorganization—evidencing widespread knowledge (Giunco, ¶261; CW-16, ¶¶280-81); and (iii) Defendants Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative internal feedback about the CDA strategy beginning with the first survey after the first round of mass terminations, which occurred in early/mid-2020 (CW-16, ¶¶371-73).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above. |
| 23 | <u>When</u>: November 18, 2021 | "***NIKE continues to fuel growth through our Consumer Direct Acceleration strategy***, while | **CDA Strategy Success:** Statement misrepresented that NIKE's CDA strategy was succeeding, including in each of the key underlying components, and was | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that CDA's components were |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
|  | <u>Where</u>: Press Release, "NIKE, Inc. Announces 11 Percent Increase in Quarterly Dividend" <u>Speaker</u>: Donahoe and NIKE<br><br>Cite: ¶487 | generating strong cash flow and increasing returns to shareholders . . . This is now our 20th consecutive year of increasing dividend payouts, and reflects our strong track record and confidence in our ability to deliver sustainable, profitable, capital-efficient growth over the long-term."<br><br>Cite: ¶487 | propelling long-term sustainable growth. ¶¶437-38, 488. In reality, (i) NIKE's CDA components were failing (*see* ¶105 and falsity discussion of misstatements regarding these components above and below herein); and (ii) its initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors—i.e., such growth would not last (¶¶361-88). In addition to the component failures discussed in those misstatements, the following red flags indicated that CDA was not working and that NIKE's initial growth was unsustainable: (i) the COVID-19 pandemic led to a temporary surge in NIKE's Digital sales beginning in early 2020 (CW-13, CW-17, and other sources, ¶¶362-65); (ii) in 2020-2021, NIKE still relied on selling products that were already in its pipeline before CDA (CW-16, ¶¶366-67); (iii) NIKE later admitted that, by early 2021, it began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295), which briefly boosted sales until NIKE cut the supply of these products in late 2023 (¶368); (iv) NIKE was "not even close" to hitting Digital revenue targets from 2021-June 2024 (CW-6, ¶377); and (v) All-Employee Engagement Surveys were sent to Defendants describing CDA problems by spring/summer 2021 (CW-16, ¶¶371-73). | failing (*see* scienter discussion of misstatements regarding these components above and below herein) and that NIKE's initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors. For example, (i) Donahoe later admitted that, by early 2021, NIKE began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05); and (ii) Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative feedback about the CDA problems by spring/summer 2021 (CW-16, ¶¶371-73).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above. |
| 24 | <u>When</u>: December 20, 2021 | "***NIKE's strong results this quarter provide further proof*** | **Competition/Brand Strength:** Statement touting NIKE's "stronger competitive position" compared to | **CWs/Admissions:** |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | <u>Where</u>: Press Release, "NIKE, Inc. Reports Fiscal 2022 Second Quarter Results" <u>Speaker</u>: Donahoe and NIKE<br><br>Cite: ¶489 | ***that our strategy is working***, as we execute through a dynamic environment . . . ***We are now in a much stronger competitive position today than we were 18 months ago***. And I want to thank our roughly 75,000 global teammates for all their work to provide consumers with the compelling new product, innovation and experiences that only NIKE can deliver."<br><br>Cite: ¶489 | "18 months ago" misrepresented that NIKE had strengthened its leading competitive position and brand strength under CDA. ¶¶435, 490. In reality, NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. ¶¶289-328. For example, (i) NIKE lost significant market share to competitors as a direct result of its DTC strategy (CW-7, ¶317); (ii) by early 2021, data tracked by NIKE showed it was losing market share to competitors due to CDA-driven withdrawal from specialty retailers (CW-5, ¶315); (iii) in summer 2021, NIKE began losing accounts and market share in the running shoe category to new competitors, On and Hoka (CW-10, ¶316); (iv) NIKE was losing customers to HOKA and On during CW-15's tenure (May 2021-May 2024) because they were more innovative, while NIKE relied on its legacy products (CW-15, ¶289); (v) NIKE was losing women sportswear customers (a key revenue generator) to Lululemon Athletica during CW-2's tenure in her final role (fall 2020 to fall 2022) (CW-2, ¶¶288, 318); *see also* ¶320 (CW-19, similar); and (vi) Defendants admitted at the end of the Class Period, e.g., that NIKE was "repositioning . . . to be more competitive" and was "focused on taking back market share" (¶324), as well as that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA | **Competition/Brand Strength**—CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. For example, (i) numerous CWs described NIKE losing market share to competitors, including in the key running category, by 2021, thus evidencing widespread internal knowledge of such problems (CW-7, ¶317; CW-5, ¶315; CW-10, ¶316; CW-15, ¶289); and (ii) Defendants later admitted that NIKE was "focused on taking back market share" (¶324) and that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶664).<br><br>**CDA Strategy Success**—CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that CDA's components were failing (*see* scienter discussion of misstatements regarding these components above and below herein) and that NIKE's initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors. For example, (i) Donahoe later admitted that, by early 2021, NIKE began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05); and (ii) Donahoe, Friend, and O'Neill received All-Employee Engagement |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | (¶¶326, 420, 664); *see also* ¶¶327-28, 666-67 (corroboratory news and analyst reports).<br><br>**CDA Strategy Success:** Statement that NIKE's "strong results this quarter provide proof that our strategy is working" misrepresented that NIKE's CDA strategy was succeeding, including in each of the key underlying components, and was propelling long-term sustainable growth—specifically, that NIKE's financial results for fiscal fear ("FY") 2022 quarter 2 ("Q2") were caused by the purported success of CDA. ¶¶437-38, 490. In reality, (i) NIKE's CDA components were failing (*see* ¶105 and falsity discussion of misstatements regarding these components above and below herein); and (ii) its initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors—i.e., such growth would not last (¶¶361-88). In addition to the component failures discussed in those misstatements, the following red flags indicated that CDA was not working and that NIKE's initial growth was unsustainable: (i) the COVID-19 pandemic led to a temporary surge in NIKE's Digital sales beginning in early 2020 (CW-13, CW-17, and other sources, ¶¶362-65); (ii) in 2020-2021, NIKE still relied on selling products that were already in its pipeline before CDA (CW-16, ¶¶366-67); (iii) NIKE later admitted that, by early 2021, it began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05), as | Survey data with negative feedback about the CDA problems by spring/summer 2021 (CW-16, ¶¶371-73).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | was corroborated by CWs (e.g., CW-2, ¶¶286, 295), which briefly boosted sales until NIKE cut the supply of these products in late 2023 (¶368); (iv) NIKE was "not even close" to hitting Digital revenue targets from 2021-June 2024 (CW-6, ¶377); and (v) All-Employee Engagement Surveys were sent to Defendants describing CDA problems by spring/summer 2021 (CW-16, ¶¶371-73). | |
| 25 | <u>When</u>: December 20, 2021<br><u>Where</u>: FY 2022 Q2 Earnings Call<br><u>Speaker</u>: Donahoe and NIKE<br><br>Cite: ¶491 | "As we look at Q2, the creativity and resilience of our entire NIKE, Inc. team helped deliver another strong quarter. ***The results we delivered offer continued proof that our strategy is working***, even as we execute through global macroeconomic constraints."<br><br>Cite: ¶491 | **CDA Strategy Success:** Statement misrepresented that NIKE's CDA strategy was succeeding, including in each of the key underlying components, and was propelling long-term sustainable growth—specifically, that NIKE's financial results for FY 2022 Q2 were caused by the purported success of CDA. ¶¶437-38, 493. In reality, (i) NIKE's CDA components were failing (*see* ¶105 and falsity discussion of misstatements regarding these components above and below herein); and (ii) its initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors—i.e., such growth would not last (¶¶361-88). In addition to the component failures discussed in those misstatements, the following red flags indicated that CDA was not working and that NIKE's initial growth was unsustainable: (i) the COVID-19 pandemic led to a temporary surge in NIKE's Digital sales beginning in early 2020 (CW-13, CW-17, and other sources, ¶¶362-65); (ii) in 2020-2021, NIKE still relied on selling products that were already in its pipeline before CDA (CW-16, ¶¶366-67); | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that CDA's components were failing (*see* scienter discussion of misstatements regarding these components above and below herein) and that NIKE's initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors. For example, (i) Donahoe later admitted that, by early 2021, NIKE began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05); and (ii) Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative feedback about the CDA problems by spring/summer 2021 (CW-16, ¶¶371-73).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | (iii) NIKE later admitted that, by early 2021, it began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295), which briefly boosted sales until NIKE cut the supply of these products in late 2023 (¶368); (iv) NIKE was "not even close" to hitting Digital revenue targets from 2021-June 2024 (CW-6, ¶377); and (v) All-Employee Engagement Surveys were sent to Defendants describing CDA problems by spring/summer 2021 (CW-16, ¶¶371-73). | **Donahoe's Insider Sales:** *See* above.  **Donahoe's Compensation:** *See* above. |
| 26 | <u>When</u>: December 20, 2021 <u>Where</u>: FY 2022 Q2 Earnings Call <u>Speaker</u>: Donahoe and NIKE  Cite: ¶492 | "[T]oday, we're stronger than we were before the pandemic, and I couldn't be more excited by the opportunity ahead of us. ***Our results this quarter are evidence that our strategy is working.***"  Cite: ¶492 | **CDA Strategy Success:** Statement misrepresented that NIKE's CDA strategy was succeeding, including in each of the key underlying components, and was propelling long-term sustainable growth— specifically, that NIKE's financial results for FY 2022 Q2 were caused by the purported success of CDA. ¶¶437-38, 493. In reality, (i) NIKE's CDA components were failing (*see* ¶105 and falsity discussion of misstatements regarding these components above and below herein); and (ii) its initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors—i.e., such growth would not last (¶¶361-88). In addition to the component failures discussed in those misstatements, the following red flags indicated that CDA was not working and that NIKE's initial growth was unsustainable: (i) the COVID-19 pandemic led to a temporary surge in NIKE's Digital sales beginning in early 2020 (CW-13, | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that CDA's components were failing (*see* scienter discussion of misstatements regarding these components above and below herein) and that NIKE's initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors. For example, (i) Donahoe later admitted that, by early 2021, NIKE began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05); and (ii) Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative feedback about the CDA problems by spring/summer 2021 (CW-16, ¶¶371-73).  **Core Operations:** *See* above.  **Close Monitoring:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | CW-17, and other sources, ¶¶362-65); (ii) in 2020-2021, NIKE still relied on selling products that were already in its pipeline before CDA (CW-16, ¶¶366-67); (iii) NIKE later admitted that, by early 2021, it began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295), which briefly boosted sales until NIKE cut the supply of these products in late 2023 (¶368); (iv) NIKE was "not even close" to hitting Digital revenue targets from 2021-June 2024 (CW-6, ¶377); and (v) All-Employee Engagement Surveys were sent to Defendants describing CDA problems by spring/summer 2021 (CW-16, ¶¶371-73). | **Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above. |
| 27 | <u>When</u>: December 20, 2021<br><u>Where</u>: FY 2022 Q2 Earnings Call<br><u>Speaker</u>: Donahoe and NIKE<br><br>Cite: ¶494 | "***Consumer Direct Acceleration is driving our business forward***, and it is transforming our financial model. We continue to prove that we can manage through the uncertainty and volatility in the current operating environment, but we are doing more than just managing through. We are building NIKE for the future with deeper consumer connections, a pipeline of product innovation to serve the needs of the modern athlete, and new operational capabilities required | **CDA Strategy Success:** Statement misrepresented that NIKE's CDA strategy was succeeding, including in each of the key underlying components, and was propelling long-term sustainable growth. ¶¶437-38, 495. In reality, (i) NIKE's CDA components were failing (*see* ¶105 and falsity discussion of misstatements regarding these components above and below herein); and (ii) its initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors—i.e., such growth would not last (¶¶361-88). In addition to the component failures discussed in those misstatements, the following red flags indicated that CDA was not working and that NIKE's initial growth was unsustainable: (i) the COVID-19 pandemic led to a temporary surge in | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that CDA's components were failing (*see* scienter discussion of misstatements regarding these components above and below herein) and that NIKE's initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors. For example, (i) Donahoe later admitted that, by early 2021, NIKE began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05); and (ii) Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative feedback about the CDA problems by spring/summer 2021 (CW-16, ¶¶371-73). |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | to serve consumers directly and digitally at scale." Cite: ¶494 | NIKE's Digital sales beginning in early 2020 (CW-13, CW-17, and other sources, ¶¶362-65); (ii) in 2020-2021, NIKE still relied on selling products that were already in its pipeline before CDA (CW-16, ¶¶366-67); (iii) NIKE later admitted that, by early 2021, it began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295), which briefly boosted sales until NIKE cut the supply of these products in late 2023 (¶368); (iv) NIKE was "not even close" to hitting Digital revenue targets from 2021-June 2024 (CW-6, ¶377); and (v) All-Employee Engagement Surveys were sent to Defendants describing CDA problems by spring/summer 2021 (CW-16, ¶¶371-73). | **Core Operations:** *See* above. **Close Monitoring:** *See* above. **Donahoe's Departure:** *See* above. **Donahoe's Insider Sales:** *See* above. **Donahoe's Compensation:** *See* above. |
| 28 | <u>When</u>: January 6, 2022 <u>Where</u>: Quarterly Report on Form 10-Q for period ended November 30, 2021 <u>Speaker</u>: Donahoe, Friend, and NIKE (10-Q signed by Donahoe and Friend) Cite: ¶497 | "Through the Consumer Direct Acceleration we are focusing on creating the marketplace of the future through more premium, consistent and seamless consumer experiences, leading with NIKE Digital and our owned stores, as well as select strategic partners who share our marketplace vision. We have aligned our product creation and category organizations around a new consumer construct focused on Men's, Women's, Kids' and the | **DTC Supply Chain:** Statement that NIKE "continue[s] to invest in data and analytics, demand sensing, insight gathering, inventory management and other areas to create an end-to-end technology foundation which will further accelerate our digital transformation" misrepresented NIKE's success in developing an effective DTC supply chain under CDA because it claimed to have invested heavily in the capabilities needed to establish such a supply chain. ¶¶431, 498. In reality, NIKE faced severe supply chain problems inhibiting DTC operations and failed to develop an effective DTC supply chain during the Class Period. ¶¶145-69. For example, (i) NIKE refused to invest in a separate distribution system for its DTC stores and | **CWs/Admissions:** CW allegations show that Defendants Donahoe and Friend knew or recklessly disregarded that NIKE faced severe supply chain problems inhibiting DTC operations and failed to develop an effective DTC supply chain during the Class Period. For example, internal quarterly audit reports describing "supply chain problems" as a "huge issue that needs to be fixed" were sent to Defendants Donahoe, Friend, O'Neill, and the Board throughout the Class Period into at least 2024 (CW-1, ¶¶146, 154-55). **Core Operations:** *See* above. **Close Monitoring:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | Jordan Brand and *continue to invest in data and analytics, demand sensing, insight gathering, inventory management and other areas to create an end-to-end technology foundation which will further accelerate our digital transformation.*" Cite: ¶497 | instead used its wholesale system, and never established planning and allocation teams for its DTC stores, which resulted in operational problems that negatively impacted sales—e.g., that store managers could not control inventory flow, causing frequent movement of product between warehouses, stores, and storage units, which led to product losses and "hazardous" storerooms that violated OSHA (CW-1, ¶¶146-51, 157-59); (ii) NIKE Live stores could not allocate and evenly distribute products due to supply chain issues, which adversely affected performance (e.g., lower foot traffic) in NIKE stores (CW-2, ¶¶161-63); (iii) NIKE had not developed supply chain capabilities to plan for DTC demand—e.g., forecasting how much DTC merchandise would sell before placing orders (CW-5, ¶165); and (iv) internal quarterly audit reports describing "supply chain problems" as a "huge issue that needs to be fixed" were sent to Donahoe, Friend, O'Neill, and the Board throughout the Class Period into at least 2024 (CW-1, ¶¶146, 154-55). | **Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Friend's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above.<br><br>**Friend's Compensation:** *See* above. |
| 29 | **When:** March 21, 2022<br>**Where:** FY 2022 Q3 Earnings Call<br>**Speaker:** Friend and NIKE<br><br>Cite: ¶499 | In response to a UBS analyst's question concerning the "contours" of Fiscal Year 2023, Defendant Friend stated: "We're looking at fiscal '23 and believe the foundation is set for another year of strong growth. And that's because *our* | **CDA Strategy Success:** Statement misrepresented that NIKE's CDA strategy was succeeding, including in each of the key underlying components, and was propelling long-term sustainable growth. ¶¶437-38, 500. In reality, (i) NIKE's CDA components were failing (*see* ¶105 and falsity discussion of misstatements regarding these components above and below herein); and (ii) its initial Class Period growth was not driven by CDA's success, but by temporary, | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant Friend knew or recklessly disregarded that CDA's components were failing (*see* scienter discussion of misstatements regarding these components above and below herein) and that NIKE's initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors. For example, (i) Donahoe later admitted that, by early 2021, NIKE began unsustainably flooding the |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | ***Consumer Direct Acceleration strategy is working.***"<br><br>Cite: ¶499 | unrelated factors—i.e., such growth would not last (¶¶361-88). In addition to the component failures discussed in those misstatements, the following red flags indicated that CDA was not working and that NIKE's initial growth was unsustainable: (i) the COVID-19 pandemic led to a temporary surge in NIKE's Digital sales beginning in early 2020 (CW-13, CW-17, and other sources, ¶¶362-65); (ii) in 2020-2021, NIKE still relied on selling products that were already in its pipeline before CDA (CW-16, ¶¶366-67); (iii) NIKE later admitted that, by early 2021, it began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295), which briefly boosted sales until NIKE cut the supply of these products in late 2023 (¶368); (iv) NIKE was "not even close" to hitting Digital revenue targets from 2021-June 2024 (CW-6, ¶377); (v) All-Employee Engagement Surveys were sent to Defendants describing CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (vi) beginning in February 2022, employees began pushing back against the CDA strategy in the chat function of quarterly all-hands calls hosted by Donahoe, causing NIKE to temporarily disable the chat and punish employees who spoke up (CW-16, ¶¶378-80); *see also* ¶381 (*Wall Street Journal*: all-hands call where "dozens of people" staged "an online protest" against CDA); and (vii) CW-4 attended monthly finance meetings during her tenure | market with its key classic products, instead of innovating new ones (¶¶304-05); (ii) Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative feedback about the CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (iii) Donahoe received significant push-back on CDA in all-hands calls (also attended by O'Neill) beginning in February 2022, triggering retaliation against employees who spoke up (CW-16, ¶¶688-91); *see also* ¶692 (*Wall Street Journal* coverage); and (iv) from March 2022-April 2023, CW-4 attended monthly finance meetings discussing that NIKE was struggling with the DTC strategy and not hitting its topline revenue projections—information that was escalated to Donahoe (¶¶706-07).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Friend's Insider Sales:** *See* above.<br><br>**Friend's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | (March 2022-April 2023) discussing NIKE's failure to hit topline revenue targets due to DTC struggles (¶¶385-88). | |
| 30 | <u>When</u>: March 21, 2022 <u>Where</u>: Press Release attached to Form 8-K <u>Speaker</u>: Donahoe, Friend, and NIKE (quote in press release attributed to Donahoe; 8-K signed by Friend) Cite: ¶501 | "NIKE's strong results this quarter show that our ***Consumer Direct Acceleration strategy is working***, as we invest to achieve our growth opportunities . . . Fueled by deep consumer connections, compelling product innovation and an expanding digital advantage, we have the right playbook to navigate volatility and create value through our relentless drive to serve the future of sport." Cite: ¶501 | **CDA Strategy Success:** Statement misrepresented that NIKE's CDA strategy was succeeding, including in each of the key underlying components, and was propelling long-term sustainable growth—specifically, that NIKE's "strong [financial] results this quarter" were caused by the purported success of CDA. ¶¶437-38, 502. In reality, (i) NIKE's CDA components were failing (*see* ¶105 and falsity discussion of misstatements regarding these components above and below herein); and (ii) its initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors—i.e., such growth would not last (¶¶361-88). In addition to the component failures discussed in those misstatements, the following red flags indicated that CDA was not working and that NIKE's initial growth was unsustainable: (i) the COVID-19 pandemic led to a temporary surge in NIKE's Digital sales beginning in early 2020 (CW-13, CW-17, and other sources, ¶¶362-65); (ii) in 2020-2021, NIKE still relied on selling products that were already in its pipeline before CDA (CW-16, ¶¶366-67); (iii) NIKE later admitted that, by early 2021, it began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295), which briefly boosted sales until NIKE cut the supply | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant Donahoe and Friend knew or recklessly disregarded that CDA's components were failing (*see* scienter discussion of misstatements regarding these components above and below herein) and that NIKE's initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors. For example, (i) Donahoe later admitted that, by early 2021, NIKE began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05); (ii) Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative feedback about the CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (iii) Donahoe received significant push-back on CDA in all-hands calls (also attended by O'Neill) beginning in February 2022, triggering retaliation against employees who spoke up (CW-16, ¶¶688-91); *see also* ¶692 (*Wall Street Journal* coverage); and (iv) from March 2022-April 2023), CW-4 attended monthly finance meetings discussing that NIKE was struggling with the DTC strategy and not hitting its topline revenue projections—information that was escalated to Donahoe (¶¶706-07). **Core Operations:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | of these products in late 2023 (¶368); (iv) NIKE was "not even close" to hitting Digital revenue targets from 2021-June 2024 (CW-6, ¶377); (v) All-Employee Engagement Surveys were sent to Defendants describing CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (vi) beginning in February 2022, employees began pushing back against the CDA strategy in the chat function of quarterly all-hands calls hosted by Donahoe, causing NIKE to temporarily disable the chat and punish employees who spoke up (CW-16, ¶¶378-80); *see also* ¶381 (*Wall Street Journal*: all-hands call where "dozens of people" staged "an online protest" against CDA); and (vii) CW-4 attended monthly finance meetings during her tenure (March 2022-April 2023) discussing NIKE's failure to hit topline revenue targets due to DTC struggles (¶¶385-88). | **Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Friend's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above.<br><br>**Friend's Compensation:** *See* above. |
| 31 | When: March 30, 2022<br>Where: Facebook post by Adobe Experience Cloud<br>Speaker: Donahoe and NIKE<br><br>Cite: ¶504 | "***The Adobe platform has played such an important role of delivering a more personalized experience for our consumers.***"<br><br>Cite: ¶504 | **DTC Technology:** Statement touting the Adobe partnership as enhancing NIKE's DTC technology capabilities under CDA, including "delivering a more personalized experience for our consumers," misrepresented NIKE's success in developing such capabilities. ¶¶432, 505. In reality, during the Class Period, NIKE and its Adobe partnership failed to develop these DTC technological capabilities, including such consumer personalization technology, and the Company's technology organization was plagued by dysfunction that compounded such issues—key, undisclosed problems that were inconsistent with | **CWs/Admissions:** CW allegations show that Defendant Donahoe knew or recklessly disregarded NIKE's failure to develop adequate DTC technological capabilities during the Class Period, given Defendants and other top executives were repeatedly apprised of problems plaguing this technology buildout, including the Adobe partnership and the Lavu "shadow organization" that compounded such issues. ¶¶672-84. For example, (i) CW-3, who from April 2020 to June 2023 reported to Daniel Heaf (Global VP of NIKE Direct who reported to O'Neil (¶175))—and who said there was "little to no progress" in NIKE's buildout of its digital capabilities |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | Defendants' positive public portrayal of such capabilities and the Adobe partnership. ¶¶170-258. For example, (i) NIKE's DTC technology was "antiquated" and there was "little to no progress" in NIKE's buildout of such digital capabilities throughout the Class Period (CW-3, ¶¶178-201)—including, e.g., a lack of working technology to deliver personalized digital marketing to consumers, such as email or SMS blasts or push notifications on NIKE's App; these gaps led to declines in consumer engagement, e.g., a 38% drop year-over-year in consumer email responses (CW-3, ¶¶179, 193-94); *see also* ¶¶211-12 (CW-12: a new "content management system" from Adobe to provide personalized marketing emails was only in a pilot phase in 2022); ¶¶224-32, 244-53 (other CWs—CW-10, CW-11, CW-15 and CW-19—corroborating these consumer personalization and other DTC technology failures, which contributed to problems like NIKE website outages and issues with the NIKE App and hurt Digital sales); (ii) in particular, NIKE's partnership with Adobe, which began in 2021, failed to deliver such digital capabilities during the Class Period—Adobe's tools were ineffective, the project stagnated for three years, and the promised personalization technology did not work; thus, the Adobe project ultimately brought in "zero dollars" versus the projected $1.5 billion or more in revenue (CW-3, ¶¶196-98); *see also* ¶¶211-12, 224-27, 235-37 (CW-12, CW-11, and CW-14 detailing similar Adobe partnership delays and problems, e.g., | throughout the Class Period (¶¶178-80)—had monthly and quarterly meetings with Heaf regarding the DTC strategy, including the technology issues and progress, and then Heaf would meet with Defendants Donahoe, Friend, O'Neil, and other senior leaders to discuss such DTC business strategy (¶¶184, 200, 682, 684); (ii) per CW-3, Defendant Donahoe had full visibility into the technology issues with Adobe, which became apparent almost immediately after the Adobe contract was signed in 2021, as Donahoe had a direct hand in signing the agreement (¶¶196-97); (iii) per other CWs, NIKE's failing DTC strategy, including due to technology issues with the NIKE app, were "well-known" internally and such issues were regularly raised to management, including in 2021 (CW-17, ¶747; *see also* ¶743-44 (CW-15, similar); ¶¶738-40 (CW-11: "by the end of 2021, it was clear to everyone at the leadership level" the problems with Lavu's technology team; CW-12: "complaints about Lavu were coming from all sides," prompting NIKE to engage consultants); (iv) in December 2021, CW-8 raised concerns about Lavu's shadow organization in an email to Defendants Donahoe and O'Neil (¶¶240-41, 680); and (v) CW-3, had many one-on-one ad hoc meetings with Donahoe, CW-3's "life mentor," about NIKE's DTC technology problems, including concerns about Lavu's "shadow organization," starting in January or February 2022 (¶¶173, 679). |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | that various Adobe-based DTC platforms were still a "mess" through June 2022); (iii) dysfunction and corruption in NIKE's technology group under CDIO Lavu further hampered this group's development of DTC technological capabilities, as Lavu lied to management, understated costs, and created an inefficient "shadow organization" that duplicated roles, led to attrition of key talent, and impeded progress on DTC technology projects (CW-3, ¶¶186-90, 192, 199); *see also* ¶¶207-09 (CW-12); ¶¶215-32 (CW-11); ¶¶238-43 (CW-1, CW-8, CW-14); ¶¶255-58 (later news articles and public lawsuits corroborating same); and (iv) these DTC technological problems were so severe that employees directly raised them to Defendants—notably, CW-8 emailed Defendants Donahoe and O'Neill in December 2021 regarding concerns about Lavu's shadow organization and inability to deliver DTC digital capabilities (¶¶240-41), and, starting in February 2022, during many one-on-one ad hoc meetings with Defendant Donahoe, CW-3 also began discussing such concerns with him (¶¶191, 193). | **Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Lavu's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above. |
| 32 | <u>When</u>: April 5, 2022 <u>Where</u>: Quarterly Report on Form 10-Q for period ending February 28, 2022 <u>Speaker</u>: Donahoe, Friend, and NIKE | "Through the Consumer Direct Acceleration we are focusing on creating the marketplace of the future through more premium, consistent and seamless consumer experiences, leading with digital and our owned stores, as well as | **DTC Supply Chain:** Statement that NIKE "continue[s] to invest in data and analytics, demand sensing, insight gathering, inventory management and other areas to create an end-to-end technology foundation which will further accelerate our digital transformation" misrepresented NIKE's success in developing an effective DTC supply chain under CDA because it | **CWs/Admissions:** CW allegations show that Defendants Donahoe and Friend knew or recklessly disregarded that NIKE faced severe supply chain problems inhibiting DTC operations and failed to develop an effective DTC supply chain during the Class Period. For example, internal quarterly audit reports describing "supply chain problems" as a "huge issue |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | (10-Q signed by Donahoe and Friend)<br><br>Cite: ¶506 | select wholesale partners that share our marketplace vision. Over the last several years, as we have executed against the Consumer Direct Acceleration we have grown our NIKE Direct business to be approximately 43% of total NIKE Brand revenues for the first nine months of fiscal 2022, and we have reduced the number of wholesale accounts globally. Additionally, we have aligned our product creation and category organizations around a new consumer construct focused on Men's, Women's, Kids' and the Jordan Brand and ***continue to invest in data and analytics, demand sensing, insight gathering, inventory management and other areas to create an end-to-end technology foundation which we expect will further accelerate our digital transformation.***"<br><br>Cite: ¶506 | claimed to have invested heavily in the capabilities needed to establish such a supply chain. ¶¶431, 507. In reality, NIKE faced severe supply chain problems inhibiting DTC operations and failed to develop an effective DTC supply chain during the Class Period. ¶¶145-69. For example, (i) NIKE refused to invest in a separate distribution system for its DTC stores and instead used its wholesale system, and never established planning and allocation teams for its DTC stores, which resulted in operational problems that negatively impacted sales—e.g., that store managers could not control inventory flow, causing frequent movement of product between warehouses, stores, and storage units, which led to product losses and "hazardous" storerooms that violated OSHA (CW-1, ¶¶146-51, 157-59); (ii) NIKE Live stores could not allocate and evenly distribute products due to supply chain issues, which adversely affected performance (e.g., lower foot traffic) in NIKE stores (CW-2, ¶¶161-63); (iii) NIKE had not developed supply chain capabilities to plan for DTC demand—e.g., forecasting how much DTC merchandise would sell before placing orders (CW-5, ¶165); and (iv) internal quarterly audit reports describing "supply chain problems" as a "huge issue that needs to be fixed" were sent to Donahoe, Friend, O'Neill, and the Board throughout the Class Period into at least 2024 (CW-1, ¶¶146, 154-55). | that needs to be fixed" were sent to Defendants Donahoe, Friend, O'Neill, and the Board throughout the Class Period into at least 2024 (CW-1, ¶¶146, 154-55).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See above.*<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Friend's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above.<br><br>**Friend's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| 33 | **When:** May 16, 2022 <br> **Where:** *Women's Wear Daily* Article, "Heidi O'Neill on Creating a Seamless Digital/Retail Experience" <br> **Speaker:** O'Neill and NIKE <br><br> Cite: ¶508 | "We've been driving this Consumer Direct offense for over five years now. And you know, ***we can look at our results and know it's working.***" <br><br> Cite: ¶508 | **CDA Strategy Success:** Misrepresented that NIKE's CDA strategy was succeeding, including in each of the key underlying components, and was propelling long-term sustainable growth—specifically, that NIKE's "results" were proof of the purported success of CDA. ¶¶437-38, 509. In reality, (i) NIKE's CDA components were failing (*see* ¶105 and falsity discussion of misstatements regarding these components above and below herein); and (ii) its initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors—i.e., such growth would not last (¶¶361-88). In addition to the component failures discussed in those misstatements, the following red flags indicated that CDA was not working and that NIKE's initial growth was unsustainable: (i) the COVID-19 pandemic led to a temporary surge in NIKE's Digital sales beginning in early 2020 (CW-13, CW-17, and other sources, ¶¶362-65); (ii) in 2020-2021, NIKE still relied on selling products that were already in its pipeline before CDA (CW-16, ¶¶366-67); (iii) NIKE later admitted that, by early 2021, it began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295), which briefly boosted sales until NIKE cut the supply of these products in late 2023 (¶368); (iv) NIKE was "not even close" to hitting Digital revenue targets from 2021-June 2024 (CW-6, ¶377); (v) All-Employee Engagement Surveys were sent to Defendants | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant O'Neill knew or recklessly disregarded that CDA's components were failing (*see* scienter discussion of misstatements regarding these components above and below herein, which show that O'Neill knew at least of the DTC supply chain, technology, and competition problems from Class Period start) and that NIKE's initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors. For example, (i) Donahoe later admitted that, by early 2021, NIKE began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05); (ii) Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative feedback about the CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (iii) Donahoe received significant push-back on CDA in all-hands calls (also attended by O'Neill) beginning in February 2022, triggering retaliation against employees who spoke up (CW-16, ¶¶688-91); *see also* ¶692 (*Wall Street Journal* coverage); and (iv) from March 2022-April 2023, CW-4 attended monthly finance meetings discussing that NIKE was struggling with the DTC strategy and not hitting its topline revenue projections—information that was escalated to Donahoe (¶¶706-07). <br><br> **Core Operations:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | describing CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (vi) beginning in February 2022, employees began pushing back against the CDA strategy in the chat function of quarterly all-hands calls hosted by Donahoe, causing NIKE to temporarily disable the chat and punish employees who spoke up (CW-16, ¶¶378-80); see also ¶381 (Wall Street Journal: all-hands call where "dozens of people" staged "an online protest" against CDA); and (vii) CW-4 attended monthly finance meetings during her tenure (March 2022-April 2023) discussing NIKE's failure to hit topline revenue targets due to DTC struggles (¶¶385-88). | **Close Monitoring:** *See* above. |
| 34 | <u>When</u>: May 16, 2022<br><u>Where</u>: *Women's Wear Daily* Article, "Supply Chain Guru Andy Campion Offers a Peek Behind the Curtain"<br><u>Speaker</u>: Campion and NIKE<br><br>Cite: ¶510 | "On the one hand, the supply chain is more productive than ever in the amount of goods being produced — I think it was up 8 percent last year and that's not in price, that's in units. Demand is incredibly strong and *we've got three to four times greater digital commerce distribution capability than we had two years ago*."<br><br>Cite: ¶510 | **DTC Supply Chain:** Statement that NIKE had greatly enhanced its "digital commerce distribution capability" in the prior two years misrepresented NIKE's success in developing an effective DTC supply chain under CDA (because enabling "distribution" of "digital commerce" is a key component of a DTC supply chain). ¶¶431, 511. In reality, NIKE faced severe supply chain problems inhibiting DTC operations and failed to develop an effective DTC supply chain during the Class Period. ¶¶145-69. For example, (i) NIKE refused to invest in a separate distribution system for its DTC stores and instead used its wholesale system, and never established planning and allocation teams for its DTC stores, which resulted in operational problems that negatively impacted sales—e.g., that store managers could not control inventory flow, causing | **CWs/Admissions:** CW allegations show that Defendant Campion knew or recklessly disregarded that NIKE faced severe supply chain problems inhibiting DTC operations and failed to develop an effective DTC supply chain during the Class Period. For example, internal quarterly audit reports describing "supply chain problems" as a "huge issue that needs to be fixed" were sent to Defendants Donahoe, Friend, O'Neill, and the Board throughout the Class Period into at least 2024 (CW-1, ¶¶146, 154-55)—thus indicating executive-level knowledge of NIKE's supply chain problems, including Defendant Campion, who was publicly described as NIKE's "Supply Chain Guru" (¶510) and reported to Defendant Donahoe (¶187) throughout the Class Period.<br><br>**Core Operations:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | frequent movement of product between warehouses, stores, and storage units, which led to product losses and "hazardous" storerooms that violated OSHA (CW-1, ¶¶146-51, 157-59); (ii) NIKE Live stores could not allocate and evenly distribute products due to supply chain issues, which adversely affected performance (e.g., lower foot traffic) in NIKE stores (CW-2, ¶¶161-63); (iii) NIKE had not developed supply chain capabilities to plan for DTC demand—e.g., forecasting how much DTC merchandise would sell before placing orders (CW-5, ¶165); and (iv) internal quarterly audit reports describing "supply chain problems" as a "huge issue that needs to be fixed" were sent to Donahoe, Friend, O'Neill, and the Board throughout the Class Period into at least 2024 (CW-1, ¶¶146, 154-55). | **Close Monitoring:** *See* above.<br><br>**Campion's Departure:** The suspicious departure of Defendant Campion, NIKE's "Supply Chain Guru" (¶510) who led, *inter alia*, its "global technology and digital transformation, . . . demand and supply management, [and] distribution and logistics" under CDA—which was announced on January 5, 2024, just over two weeks after the first partial corrective disclosure—supports his scienter for his DTC supply chain misstatement (¶761).<br><br>**Campion's Compensation:** Starting in June 2020, Defendant Campion's compensation was tied to the performance of NIKE's stock price relative to the market, thus incentivizing him to artificially inflate or maintain the stock price. ¶¶771-74. |
| 35 | **When:** June 27, 2022<br>**Where:** Press Release, "Q4 NIKE, Reports Fiscal 2022 Fourth Quarter Results"<br>**Speaker:** Donahoe and NIKE<br><br>Cite: ¶512 | "NIKE's results this fiscal year are a testament to the unmatched strength of our brands and our deep connection with consumers . . . . ***Our competitive advantages, including our pipeline of innovative product and expanding digital leadership, prove that our strategy is working*** as we create value | **Innovation/Pipeline:** Statement misrepresented that NIKE had maintained a strong "pipeline of innovative product" under CDA. ¶¶434, 513. In reality, NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as the Company instead relied on flooding the market with its classic products. ¶¶279-312. For example, (i) it was clear internally, in 2020, after CDA's launch, that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline, given the loss of institutional knowledge (CW-16, ¶¶280-82); (ii) NIKE's "lack of | **CWs/Admissions:**<br>**Innovation/Pipeline**—CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as it instead relied on flooding the market with its classic products. For example, (i) it was clear internally after CDA's launch in 2020 that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline (CW-16, ¶¶280-82); (ii) Donahoe later admitted that NIKE intentionally |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | through our relentless drive to serve the future of sport." <br><br> Cite: ¶512 | innovation" "originated" with the CDA-based reorganization in 2020 (Giunco and CW-1, ¶¶284-85); (iii) NIKE admitted that, by early 2021, it began unsustainably flooding the market with its key classic products instead of innovating new products (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295); (iv) Defendants admitted that this strategy caused "a gap in innovation in [NIKE's] pipeline" by summer 2022 (¶301); (v) by mid-2022, NIKE saw negative effects on new products in the pipeline (CW-16, ¶282); and (vi) such pipeline problems were a "major contributor[]" to NIKE's decision to lower its NIKE Live store opening goals beginning in summer 2022 (CW-2, ¶288). <br><br> **Competition/Brand Strength:** Statement touting NIKE's "competitive advantages," including its "pipeline of innovative product" and "expanding digital leadership," misrepresented that NIKE had maintained its leading competitive position and brand strength under CDA. ¶¶435, 513. In reality, NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. ¶¶289-328. For example, (i) NIKE lost significant market share to competitors as a direct result of its DTC strategy (CW-7, ¶317); (ii) by early 2021, data tracked by NIKE showed it was losing market share to competitors due to CDA-driven withdrawal from specialty retailers (CW-5, ¶315); (iii) in summer | increased the supply of classic franchises, instead of new innovative products, by "early 2021" (¶305); (iii) Donahoe admitted that NIKE had an innovation "gap" by summer 2022 (¶301); and (iv) per CW-16, by mid-2022, "there was no way" senior leadership did not know of NIKE's innovation/pipeline problems (¶736). <br><br> **Competition/Brand Strength—** CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that NIKE's brand equity and competitive position deteriorated under CDA, including due to NIKE's stagnating product innovation. For example, (i) numerous CWs described NIKE losing market share to competitors, including in the key running category, by 2021, thus evidencing widespread internal knowledge of such problems (CW-7, ¶317; CW-5, ¶315; CW-10, ¶316; CW-15, ¶289); (ii) Defendants later admitted that NIKE was "focused on taking back market share" (¶324) and that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶664); and (iii) CW-2 described quarterly Brand meetings—led by the Chief Marketing Officer and the VP of North America Marketing—where "cool" factor metrics were discussed, showing that by May 2022, NIKE was no longer the top brand and was losing ground to competitors, and these results along with details of how |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | 2021, NIKE began losing accounts and market share in the running shoe category to new competitors, On and Hoka (CW-10, ¶316); (iv) NIKE was losing customers to HOKA and On during CW-15's tenure (May 2021-May 2024) because they were more innovative, while NIKE relied on its legacy products (CW-15, ¶289); (v) NIKE was losing women sportswear customers (a key revenue generator) to Lululemon Athletica during CW-2's tenure in her final role (fall 2020 to fall 2022) (CW-2, ¶¶288, 318); *see also* ¶320 (CW-19, similar); (vi) Defendants admitted at the end of the Class Period, e.g., that NIKE was "repositioning . . . to be more competitive" and was "focused on taking back market share" (¶324), as well as that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶¶326, 420, 664); *see also* ¶¶327-28, 666-67 (corroboratory news and analyst reports); and (vii) by May 2022, consumer survey data showed that NIKE was no longer the number one "cool" brand among North American consumers aged 18-24—a key metric in a key demographic—and was losing ground to competitors, specifically Adidas and Lululemon (CW-2, ¶321).<br><br>**CDA Strategy Success:** Statement that NIKE's strategy was "working"—as purportedly "prove[n]" by the Company's "competitive advantages," including its | each business unit was performing, were documented in reports sent to O'Neill (who reported to Donahoe) (¶¶321, 701-04).<br><br>**CDA Strategy Success**—CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that CDA's components were failing (*see* scienter discussion of misstatements regarding these components above and below herein) and that NIKE's initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors. For example, (i) Donahoe later admitted that, by early 2021, NIKE began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05); (ii) Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative feedback about the CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (iii) Donahoe received significant push-back on CDA in all-hands calls (also attended by O'Neill) beginning in February 2022, triggering retaliation against employees who spoke up (CW-16, ¶¶688-91); *see also* ¶692 (*Wall Street Journal* coverage); (iv) from March 2022-April 2023, CW-4 attended monthly finance meetings discussing that NIKE was struggling with the DTC strategy and not hitting its topline revenue projections—information that was escalated to Donahoe (¶¶706-07); and (v) in summer 2022, Donahoe and Friend advised the sales |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | pipeline of innovative product— misrepresented that NIKE's CDA strategy was succeeding, including in each of the key underlying components, and was propelling long-term sustainable growth. ¶¶437-38, 513. In reality, (i) NIKE's CDA components were failing (*see* ¶105 and falsity discussion of misstatements regarding these components above and below herein); and (ii) its initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors—i.e., such growth would not last (¶¶361-88). In addition to the component failures discussed in those misstatements, the following red flags indicated that CDA was not working and that NIKE's initial growth was unsustainable: (i) the COVID-19 pandemic led to a temporary surge in NIKE's Digital sales beginning in early 2020 (CW-13, CW-17, and other sources, ¶¶362-65); (ii) in 2020-2021, NIKE still relied on selling products that were already in its pipeline before CDA (CW-16, ¶¶366-67); (iii) NIKE later admitted that, by early 2021, it began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295), which briefly boosted sales until NIKE cut the supply of these products in late 2023 (¶368); (iv) NIKE was "not even close" to hitting Digital revenue targets from 2021-June 2024 (CW-6, ¶377); (v) All-Employee Engagement Surveys were sent to Defendants describing CDA problems by spring/summer 2021 | team that NIKE was not hitting its revenue goals (CW-9, ¶693).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | (CW-16, ¶¶371-73); (vi) beginning in February 2022, employees began pushing back against the CDA strategy in the chat function of quarterly all-hands calls hosted by Donahoe, causing NIKE to temporarily disable the chat and punish employees who spoke up (CW-16, ¶¶378-80); *see also* ¶381 (*Wall Street Journal*: all-hands call where "dozens of people" staged "an online protest" against CDA); (vii) CW-4 attended monthly finance meetings during her tenure (March 2022-April 2023) discussing NIKE's failure to hit topline revenue targets due to DTC struggles (¶¶385-88); and (viii) Donahoe and Friend admitted, at a summer 2022 sales meeting, that NIKE was not hitting revenue goals (CW-9, ¶382). | |
| 36 | When: June 27, 2022<br>Where: FY 2022 Q4 Earnings Call<br>Speaker: Donahoe and NIKE<br><br>Cite: ¶514 | "My second point today is our ***relentless pipeline of innovative products, which continues to drive separation between us and our competition.*** No other brand has our ability to resource, solve and scale in response to a consumer opportunity. In Q4, we again introduced new performance innovations to the market, including new footwear technology from both NIKE Women's and the Jordan brand."<br><br>Cite: ¶514 | **Innovation/Pipeline:** Statement misrepresented that NIKE had maintained a "relentless pipeline of innovative products" under CDA. ¶¶434, 515. In reality, NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as the Company instead relied on flooding the market with its classic products. ¶¶279-312. For example, (i) it was clear internally, in 2020, after CDA's launch, that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline, given the loss of institutional knowledge (CW-16, ¶¶280-82); (ii) NIKE's "lack of innovation" "originated" with the CDA-based reorganization in 2020 (Giunco and CW-1, ¶¶284-85); (iii) NIKE admitted that, by early 2021, it began unsustainably | **CWs/Admissions:**<br>**Innovation/Pipeline—** CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as it instead relied on flooding the market with its classic products. For example, (i) it was clear internally after CDA's launch in 2020 that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline (CW-16, ¶¶280-82); (ii) Donahoe later admitted that NIKE intentionally increased the supply of classic franchises, instead of new innovative products, by "early 2021" (¶305); (iii) Donahoe admitted that NIKE had an innovation "gap" by summer 2022 (¶301); and (iv) per CW-16, by mid- |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | flooding the market with its key classic products instead of innovating new products (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295); (iv) Defendants admitted that this strategy caused "a gap in innovation in [NIKE's] pipeline" by summer 2022 (¶301); (v) by mid-2022, NIKE saw negative effects on new products in the pipeline (CW-16, ¶282); and (vi) such pipeline problems were a "major contributor[]" to NIKE's decision to lower its NIKE Live store opening goals beginning in summer 2022 (CW-2, ¶288).<br><br>**Competition/Brand Strength:** Statement that NIKE's innovative product pipeline "continues to drive separation between us and our competition" misrepresented that NIKE had maintained its leading competitive position and brand strength under CDA. ¶¶435, 515. In reality, NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. ¶¶289-328. For example, (i) NIKE lost significant market share to competitors as a direct result of its DTC strategy (CW-7, ¶317); (ii) by early 2021, data tracked by NIKE showed it was losing market share to competitors due to CDA-driven withdrawal from specialty retailers (CW-5, ¶315); (iii) in summer 2021, NIKE began losing accounts and market share in the running shoe category to new competitors, On and Hoka (CW-10, ¶316); (iv) NIKE was losing customers to HOKA and On during CW-15's tenure (May 2021- | 2022, "there was no way" senior leadership did not know of NIKE's innovation/pipeline problems (¶736).<br><br>**Competition/Brand Strength—** CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. For example, (i) numerous CWs described NIKE losing market share to competitors, including in the key running category, by 2021, thus evidencing widespread internal knowledge of such problems (CW-7, ¶317; CW-5, ¶315; CW-10, ¶316; CW-15, ¶289); (ii) Defendants later admitted that NIKE was "focused on taking back market share" (¶324) and that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶664); and (iii) CW-2 described quarterly Brand meetings—led by the Chief Marketing Officer and the VP of North America Marketing—where "cool" factor metrics were discussed, showing that by May 2022, NIKE was no longer the top brand and was losing ground to competitors, and these results along with details of how each business unit was performing, were documented in reports sent to O'Neill (who reported to Donahoe) (¶¶321, 701-04). |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | May 2024) because they were more innovative, while NIKE relied on its legacy products (CW-15, ¶289); (v) NIKE was losing women sportswear customers (a key revenue generator) to Lululemon Athletica during CW-2's tenure in her final role (fall 2020 to fall 2022) (CW-2, ¶¶288, 318); *see also* ¶320 (CW-19, similar); (vi) Defendants admitted at the end of the Class Period, e.g., that NIKE was "repositioning . . . to be more competitive" and was "focused on taking back market share" (¶324), as well as that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶¶326, 420, 664); *see also* ¶¶327-28, 666-67 (corroboratory news and analyst reports); and (vii) by May 2022, consumer survey data showed that NIKE was no longer the number one "cool" brand among North American consumers aged 18-24—a key metric in a key demographic—and was losing ground to competitors, specifically Adidas and Lululemon (CW-2, ¶321). | **Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above. |
| 37 | <u>When</u>: June 27, 2022<br><u>Where</u>: FY 2022 Q4 Earnings Call<br><u>Speaker</u>: Friend and NIKE<br><br>Cite: ¶516 | "As we set the foundation for another year of strong growth, I'd like to provide some broader context around our strategic transformation. Two years ago, we introduced a bold new phase of our strategy, our Consumer Direct Acceleration. In the early | **CDA Strategy Success:** Statement misrepresented that NIKE's CDA strategy was succeeding, including in each of the key underlying components, and was propelling long-term sustainable growth—specifically, that NIKE's "continued momentum" was caused by the purported success of CDA. ¶¶437-38, 517. In reality, (i) NIKE's CDA components were failing (*see* ¶105 and falsity discussion of misstatements regarding these | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant Friend knew or recklessly disregarded that CDA's components were failing (*see* scienter discussion of misstatements regarding these components above and below herein) and that NIKE's initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors. For example, (i) Donahoe later admitted that, by |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | months of the pandemic, we set our sights beyond simply navigating through short-term volatility. Instead, we outlined a clear vision to pursue even further competitive separation by expanding our digital advantage, reshaping the marketplace of the future, and creating deeper, more direct consumer relationships. ***Today, NIKE's continued momentum shows that our strategy is working***. As we look forward let me briefly highlight three of NIKE's foundational elements for long-term value creation: our global portfolio; our consumer-led digital transformation; and our expanding direct-to-consumer operational capabilities."<br><br>Cite: ¶516 | components above and below herein); and (ii) its initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors—i.e., such growth would not last (¶¶361-88). In addition to the component failures discussed in those misstatements, the following red flags indicated that CDA was not working and that NIKE's initial growth was unsustainable: (i) the COVID-19 pandemic led to a temporary surge in NIKE's Digital sales beginning in early 2020 (CW-13, CW-17, and other sources, ¶¶362-65); (ii) in 2020-2021, NIKE still relied on selling products that were already in its pipeline before CDA (CW-16, ¶¶366-67); (iii) NIKE later admitted that, by early 2021, it began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295), which briefly boosted sales until NIKE cut the supply of these products in late 2023 (¶368); (iv) NIKE was "not even close" to hitting Digital revenue targets from 2021-June 2024 (CW-6, ¶377); (v) All-Employee Engagement Surveys were sent to Defendants describing CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (vi) beginning in February 2022, employees began pushing back against the CDA strategy in the chat function of quarterly all-hands calls hosted by Donahoe, causing NIKE to temporarily disable the chat and punish employees who spoke up (CW-16, ¶¶378-80); see also ¶381 (Wall Street Journal: all-hands call where "dozens of people" staged "an | early 2021, NIKE began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05); (ii) Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative feedback about the CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (iii) Donahoe received significant push-back on CDA in all-hands calls (also attended by O'Neill) beginning in February 2022, triggering retaliation against employees who spoke up (CW-16, ¶¶688-91); *see also* ¶692 (*Wall Street Journal* coverage); (iv) from March 2022-April 2023), CW-4 attended monthly finance meetings discussing that NIKE was struggling with the DTC strategy and not hitting its topline revenue projections—information that was escalated to Donahoe (¶¶706-07); and (v) in summer 2022, Donahoe and Friend advised the sales team that NIKE was not hitting its revenue goals (CW-9, ¶693).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Friend's Insider Sales:** *See* above.<br><br>**Friend's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | online protest" against CDA); (vii) CW-4 attended monthly finance meetings during her tenure (March 2022-April 2023) discussing NIKE's failure to hit topline revenue targets due to DTC struggles (¶¶385-88); and (viii) Donahoe and Friend admitted, at a summer 2022 sales meeting, that NIKE was not hitting revenue goals (CW-9, ¶382). | |
| 38 | <u>When</u>: June 27, 2022<br><u>Where</u>: FY 2022 Q4 Earnings Call<br><u>Speaker</u>: Friend and NIKE<br><br>Cite: ¶518 | "We will also see a new consumer marketing offense in action in fiscal 2023. ***Through new capabilities activated in partnership with Adobe, we will unlock additional productivity and demand creation and member retention across our NIKE ecosystem.*** We have started testing audience segmentation in North America, with real-time data and personalized journeys on the Nike App, with plans for further expansion in the coming months. In Greater China, we're also accelerating our digital capabilities, building on our 40-year history."<br><br>Cite: ¶518 | **DTC Technology:**  Statement touting the Adobe partnership as having "activated" NIKE's "new" DTC technology "capabilities" under CDA misrepresented NIKE's success in developing such capabilities. ¶¶432, 519. In reality, during the Class Period, NIKE and its Adobe partnership failed to develop these DTC technological capabilities, including such consumer personalization technology, and the Company's technology organization was plagued by dysfunction that compounded such issues—key, undisclosed problems that were inconsistent with Defendants' positive public portrayal of such capabilities and the Adobe partnership. ¶¶170-258. For example, (i) NIKE's DTC technology was "antiquated" and there was "little to no progress" in NIKE's buildout of such digital capabilities throughout the Class Period (CW-3, ¶¶178-201)—including, e.g., a lack of working digital capability to deliver personalized digital marketing to consumers, such as email or SMS blasts or push notifications on NIKE's App; these gaps led to declines in consumer engagement, e.g., a 38% drop year-over-year in consumer email responses (CW-3, ¶¶179, 193- | **CWs/Admissions:** CW allegations show that Defendant Friend knew or recklessly disregarded NIKE's failure to develop adequate DTC technological capabilities during the Class Period, given Defendants and other top executives were repeatedly apprised of problems plaguing this technology buildout, including the Adobe partnership and the Lavu "shadow organization" that compounded such issues. ¶¶672-84. For example, (i) CW-3, who from April 2020 to June 2023 reported to Daniel Heaf (Global VP of NIKE Direct who reported to O'Neil (¶175))—and who said there was "little to no progress" in NIKE's buildout of its digital capabilities throughout the Class Period (¶¶178-80)—had monthly and quarterly meetings with Heaf regarding the DTC strategy, including the technology issues and progress, and then Heaf would meet with Defendants Donahoe, Friend, O'Neil, and other senior leaders to discuss such DTC business strategy (¶¶184, 200, 682, 684); (ii) per CW-3, Defendant Donahoe had full visibility into the technology issues with Adobe, which became apparent almost immediately after the Adobe contract was signed in 2021, as Donahoe had a direct hand in signing the |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | 94); *see also* ¶¶211-12 (CW-12: a new "content management system" from Adobe to provide personalized marketing emails was only in a pilot phase in 2022); ¶¶224-32, 244-53 (other CWs—CW-10, CW-11, CW-15 and CW-19—corroborating these consumer personalization and other DTC technology failures, which contributed to problems like NIKE website outages and issues with the NIKE App and hurt Digital sales); (ii) in particular, NIKE's partnership with Adobe, which began in 2021, failed to deliver such digital capabilities during the Class Period—Adobe's tools were ineffective, the project stagnated for three years, and the promised personalization technology did not work; thus, the Adobe project ultimately brought in "zero dollars" versus the projected $1.5 billion or more in revenue (CW-3, ¶¶196-98); *see also* ¶¶211-12, 224-27, 235-37 (CW-12, CW-11, and CW-14 detailing similar Adobe partnership delays and problems, e.g., that various Adobe-based DTC platforms were still a "mess" through June 2022); (iii) dysfunction and corruption in NIKE's technology group under CDIO Lavu further hampered this group's development of DTC technological capabilities, as Lavu lied to management, understated costs, and created an inefficient "shadow organization" that duplicated roles, led to attrition of key talent, and impeded progress on DTC technology projects (CW-3, ¶¶186-90, 192, 199); *see also* ¶¶207-09 (CW-12); ¶¶215-32 (CW-11): ¶¶238-43 (CW-1, CW-8, CW-14); ¶¶255-58 (later | agreement (¶¶196-97); (iii) per other CWs, NIKE's failing DTC strategy, including due to technology issues with the NIKE app, were "well-known" internally and such issues were regularly raised to management, including in 2021 (CW-17, ¶747; *see also* ¶743-44 (CW-15, similar);  ¶¶738-40 (CW-11: "by the end of 2021, it was clear to everyone at the leadership level" the problems with Lavu's technology team; CW-12: "complaints about Lavu were coming from all sides," prompting NIKE to engage consultants); (iv) in December 2021, CW-8 raised concerns about Lavu's shadow organization in an email to Defendants Donahoe and O'Neil (¶¶240-41, 680); (v) CW-3, had many one-on-one ad hoc meetings with Donahoe, CW-3's "life mentor," about NIKE's DTC technology problems, including concerns about Lavu's "shadow organization," starting in January or February 2022 (¶¶173, 679); and (vi) in an April 2022 Paris meeting, CW-3 presented a "roadmap" on NIKE's "dire" DTC technology problems to top executives, including Heaf, and then had many monthly meetings regarding such issues, including the Adobe partnership failures, with Defendants Donahoe, Friend, O'Neil, and Lavu beginning no later than May-July 2022—meetings that were instituted because CW-3 raised concerns about the technology group's inability to support the DTC strategy (¶¶182-84, 188-90, 673-79); *see also* ¶678 (CW-12 corroborating that Donahoe, Lavu, and CW-3 regularly met to discuss NIKE's DTC technology issues). |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | news articles and public lawsuits corroborating same); (iv) these DTC technological problems were so severe that employees directly raised them to Defendants—notably, CW-8 emailed Defendants Donahoe and O'Neill in December 2021 regarding concerns about Lavu's shadow organization and inability to deliver DTC digital capabilities (¶¶240-41), and, starting in February 2022, during many one-on-one ad hoc meetings with Defendant Donahoe, CW-3 also began discussing such concerns with him (¶¶191, 193); and (v) in an April 2022 Paris meeting, CW-3 presented a "roadmap" on NIKE's "dire" DTC technology problems to top executives, and then had many monthly meetings regarding such issues with Defendants Donahoe, Friend, O'Neill, and others beginning no later than May-July 2022 (¶¶182-84, 188-90). | **Core Operations:** *See* above.  **Close Monitoring:** *See* above.  **Lavu's Departure:** *See* above.  **Friend's Insider Sales:** *See* above.  **Friend's Compensation:** *See* above. |
| 39 | <u>When</u>: June 27, 2022  <u>Where</u>: FY 2022 Q4 Earnings Call  <u>Speaker</u>: Friend and NIKE  Cite: ¶520 | "As we move forward, we will stay focused on what we can control and continue managing the business for the long-term. This includes leveraging our scale and financial strength, optimizing supply and demand, and most importantly, creating value for our consumer from the products we design, to the stories we tell, to the experiences that we | **CDA Strategy Success:** Statement misrepresented that NIKE's CDA strategy was succeeding, including in each of the key underlying components, and was propelling long-term sustainable growth. ¶¶437-38, 521. In reality, (i) NIKE's CDA components were failing (*see* ¶105 and falsity discussion of misstatements regarding these components above and below herein); and (ii) its initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors—i.e., such growth would not last (¶¶361-88). In addition to the component failures discussed in those misstatements, the following red | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant Friend knew or recklessly disregarded that CDA's components were failing (*see* scienter discussion of misstatements regarding these components above and below herein) and that NIKE's initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors. For example, (i) Donahoe later admitted that, by early 2021, NIKE began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05); (ii) Donahoe, Friend, and O'Neill received All-Employee Engagement Survey |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | deliver. ***Our Consumer Direct Acceleration is working.***"<br><br>Cite: ¶520 | flags indicated that CDA was not working and that NIKE's initial growth was unsustainable: (i) the COVID-19 pandemic led to a temporary surge in NIKE's Digital sales beginning in early 2020 (CW-13, CW-17, and other sources, ¶¶362-65); (ii) in 2020-2021, NIKE still relied on selling products that were already in its pipeline before CDA (CW-16, ¶¶366-67); (iii) NIKE later admitted that, by early 2021, it began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295), which briefly boosted sales until NIKE cut the supply of these products in late 2023 (¶368); (iv) NIKE was "not even close" to hitting Digital revenue targets from 2021-June 2024 (CW-6, ¶377); (v) All-Employee Engagement Surveys were sent to Defendants describing CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (vi) beginning in February 2022, employees began pushing back against the CDA strategy in the chat function of quarterly all-hands calls hosted by Donahoe, causing NIKE to temporarily disable the chat and punish employees who spoke up (CW-16, ¶¶378-80); *see also* ¶381 (*Wall Street Journal*: all-hands call where "dozens of people" staged "an online protest" against CDA); (vii) CW-4 attended monthly finance meetings during her tenure (March 2022-April 2023) discussing NIKE's failure to hit topline revenue targets due to DTC struggles (¶¶385-88); and (viii) Donahoe and Friend admitted, at a | data with negative feedback about the CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (iii) Donahoe received significant push-back on CDA in all-hands calls (also attended by O'Neill) beginning in February 2022, triggering retaliation against employees who spoke up (CW-16, ¶¶688-91); *see also* ¶692 (*Wall Street Journal* coverage); (iv) from March 2022-April 2023, CW-4 attended monthly finance meetings discussing that NIKE was struggling with the DTC strategy and not hitting its topline revenue projections—information that was escalated to Donahoe (¶¶706-07); and (v) in summer 2022, Donahoe and Friend advised the sales team that NIKE was not hitting its revenue goals (CW-9, ¶693).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Friend's Insider Sales:** *See* above.<br><br>**Friend's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | summer 2022 sales meeting, that NIKE was not hitting revenue goals (CW-9, ¶382). | |
| 40 | <u>When</u>: June 27, 2022<br><u>Where</u>: FY 2022 Q4 Earnings Call<br><u>Speaker</u>: Friend and NIKE<br><br>Cite: ¶522 | "Two years ago, we introduced a bold new phase of our strategy, our Consumer Direct Acceleration. In the early months of the pandemic, we set our sights beyond simply navigating through short-term volatility. Instead, we outlined a clear vision to pursue even further competitive separation by expanding our digital advantage, reshaping the marketplace of the future, and creating deeper, more direct consumer relationships.<br><br>Today, **NIKE's continued momentum shows that our strategy is working**."<br><br>Cite: ¶522 | **CDA Strategy Success:** Statement misrepresented that NIKE's CDA strategy was succeeding, including in each of the key underlying components, and was propelling long-term sustainable growth— specifically, that NIKE's "continued momentum" was caused by the purported success of CDA. ¶¶437-38, 523. In reality, (i) NIKE's CDA components were failing (*see* ¶105 and falsity discussion of misstatements regarding these components above and below herein); and (ii) its initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors—i.e., such growth would not last (¶¶361-88). In addition to the component failures discussed in those misstatements, the following red flags indicated that CDA was not working and that NIKE's initial growth was unsustainable: (i) the COVID-19 pandemic led to a temporary surge in NIKE's Digital sales beginning in early 2020 (CW-13, CW-17, and other sources, ¶¶362-65); (ii) in 2020-2021, NIKE still relied on selling products that were already in its pipeline before CDA (CW-16, ¶¶366-67); (iii) NIKE later admitted that, by early 2021, it began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295), which briefly boosted sales until NIKE cut the supply of these products in late 2023 (¶368); (iv) NIKE was "not even close" to hitting Digital revenue targets from | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant Friend knew or recklessly disregarded that CDA's components were failing (*see* scienter discussion of misstatements regarding these components above and below herein) and that NIKE's initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors. For example, (i) Donahoe later admitted that, by early 2021, NIKE began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05); (ii) Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative feedback about the CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (iii) Donahoe received significant push-back on CDA in all-hands calls (also attended by O'Neill) beginning in February 2022, triggering retaliation against employees who spoke up (CW-16, ¶¶688-91); *see also* ¶692 (*Wall Street Journal* coverage); (iv) from March 2022-April 2023, CW-4 attended monthly finance meetings discussing that NIKE was struggling with the DTC strategy and not hitting its topline revenue projections—information that was escalated to Donahoe (¶¶706-07); and (v) in summer 2022, Donahoe and Friend advised the sales team that NIKE was not hitting its revenue goals (CW-9, ¶693). |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | 2021-June 2024 (CW-6, ¶377); (v) All-Employee Engagement Surveys were sent to Defendants describing CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (vi) beginning in February 2022, employees began pushing back against the CDA strategy in the chat function of quarterly all-hands calls hosted by Donahoe, causing NIKE to temporarily disable the chat and punish employees who spoke up (CW-16, ¶¶378-80); *see also* ¶381 (*Wall Street Journal*: all-hands call where "dozens of people" staged "an online protest" against CDA); (vii) CW-4 attended monthly finance meetings during her tenure (March 2022-April 2023) discussing NIKE's failure to hit topline revenue targets due to DTC struggles (¶¶385-88); and (viii) Donahoe and Friend admitted, at a summer 2022 sales meeting, that NIKE was not hitting revenue goals (CW-9, ¶382). | **Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Friend's Insider Sales:** *See* above.<br><br>**Friend's Compensation:** *See* above. |
| 41 | <u>When</u>: July 21, 2022 <u>Where</u>: Annual Report on Form 10-K for year ended May 31, 2022 <u>Speaker</u>: Donahoe, Friend, and NIKE (10-K signed by Donahoe and Friend)<br><br>Cite: ¶525 | Defendants stated that NIKE's potential inability to "adjust[] the mix of existing product offerings" and "develop[] new products, styles and categories" to meet consumer demand were hypothetical risks that "***could have a material adverse effect on our sales and profitability***."<br><br>Cite: ¶525 | **Innovation/Pipeline:** Statement misrepresented that NIKE's potential inability to "adjust[] . . . product offerings" and "develop[] new products" to meet consumer demand under CDA were merely hypothetical risks that "<u>could have a material adverse effect</u>." ¶¶434, 526. In reality, such risks had already materialized, as NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as the Company instead relied on flooding the market with its classic products. ¶¶279-312. For example, (i) it was clear internally, in 2020, after CDA's launch, that NIKE was not focused on innovation and that CDA- | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendants Donahoe and Friend knew or recklessly disregarded that NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as it instead relied on flooding the market with its classic products. For example, (i) it was clear internally after CDA's launch in 2020 that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline (CW-16, ¶¶280-82); (ii) Donahoe later admitted that NIKE intentionally increased the supply of classic franchises, instead of new innovative products, by "early 2021" (¶305); (iii) |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | driven layoffs would hurt NIKE's product pipeline, given the loss of institutional knowledge (CW-16, ¶¶280-82); (ii) NIKE's "lack of innovation" "originated" with the CDA-based reorganization in 2020 (Giunco and CW-1, ¶¶284-85); (iii) NIKE admitted that, by early 2021, it began unsustainably flooding the market with its key classic products instead of innovating new products (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295); (iv) Defendants admitted that this strategy caused "a gap in innovation in [NIKE's] pipeline" by summer 2022 (¶301); (v) by mid-2022, NIKE saw negative effects on new products in the pipeline (CW-16, ¶282); and (vi) such pipeline problems were a "major contributor[]" to NIKE's decision to lower its NIKE Live store opening goals beginning in summer 2022 (CW-2, ¶288). | Donahoe admitted that NIKE had an innovation "gap" by summer 2022 (¶301); (iv) per CW-16, by mid-2022, "there was no way" senior leadership did not know of NIKE's innovation/pipeline problems (¶736); and (v) product pipeline problems contributed to the decision to lower store-opening goals beginning in July 2022 (CW-2, ¶¶160-61)—a major corporate decision likely made with knowledge of top executives like Defendants Donahoe and Friend (¶¶730-33).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Friend's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above.<br><br>**Friend's Compensation:** *See* above. |
| 42 | <u>When</u>: July 21, 2022<br><u>Where</u>: Annual Report on Form 10-K for year ended May 31, 2022 | "*__If we do not adequately and timely anticipate and respond to our competitors__, our costs __may__ increase, demand for our products __may__ decline, possibly significantly, or we __may__ need to*" | **Competition/Brand Strength:** Statement that NIKE's potential failure to adequately "respond to our competitors" "may" cause "demand for [its] products [to] decline" and negatively impact NIKE's business misrepresented such issues as merely hypothetical risks. ¶¶435, 528. In reality, such risks had already | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendants Donahoe and Friend knew or recklessly disregarded that NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. For example, (i) numerous CWs described |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | Speaker: Donahoe, Friend, and NIKE (10-K signed by Donahoe and Friend)<br><br>Cite: ¶527 | *reduce wholesale or suggested retail prices for our products."*<br><br>Cite: ¶527 | materialized, as NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. ¶¶289-328. For example, (i) NIKE lost significant market share to competitors as a direct result of its DTC strategy (CW-7, ¶317); (ii) by early 2021, data tracked by NIKE showed it was losing market share to competitors due to CDA-driven withdrawal from specialty retailers (CW-5, ¶315); (iii) in summer 2021, NIKE began losing accounts and market share in the running shoe category to new competitors, On and Hoka (CW-10, ¶316); (iv) NIKE was losing customers to HOKA and On during CW-15's tenure (May 2021-May 2024) because they were more innovative, while NIKE relied on its legacy products (CW-15, ¶289); (v) NIKE was losing women sportswear customers (a key revenue generator) to Lululemon Athletica during CW-2's tenure in her final role (fall 2020 to fall 2022) (CW-2, ¶¶288, 318; *see also* ¶320 (CW-19, similar); (vi) Defendants admitted at the end of the Class Period, e.g., that NIKE was "repositioning . . . to be more competitive" and was "focused on taking back market share" (¶324), as well as that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶¶326, 420, 664); *see also* ¶¶327-28, 666-67 (corroboratory news and analyst reports); and (vii) by May 2022, consumer survey data showed | NIKE losing market share to competitors, including in the key running category, by 2021, thus evidencing widespread internal knowledge of such problems (CW-7, ¶317; CW-5, ¶315; CW-10, ¶316; CW-15, ¶289); (ii) Defendants later admitted that NIKE was "focused on taking back market share" (¶324) and that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶664); and (iii) CW-2 described quarterly Brand meetings—led by the Chief Marketing Officer and the VP of North America Marketing—where "cool" factor metrics were discussed, showing that by May 2022, NIKE was no longer the top brand and was losing ground to competitors, and these results along with details of how each business unit was performing, were documented in reports sent to O'Neill (who reported to Donahoe) (¶¶321, 701-04).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Friend's Insider Sales:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | that NIKE was no longer the number one "cool" brand among North American consumers aged 18-24—a key metric in a key demographic—and was losing ground to competitors, specifically Adidas and Lululemon (CW-2, ¶321). | **Donahoe's Compensation:** *See above.*<br><br>**Friend's Compensation:** *See above.* |
| 43 | <u>When</u>: July 21, 2022<br><u>Where</u>: Annual Report on Form 10-K for year ended May 31, 2022<br><u>Speaker</u>: Donahoe, Friend, and NIKE (10-K signed by Donahoe and Friend)<br><br>Cite: ¶529 | Defendants stated that a potential "***[f]ailure to maintain our reputation, brand image, and culture <u>could</u> negatively impact our business.***"<br><br>Cite: ¶529 | **Competition/Brand Strength:** Statement that NIKE's potential "[f]ailure to maintain our reputation, brand image, and culture <u>could</u> negatively impact our business" misrepresented such issues as merely hypothetical risks. ¶¶435, 530. In reality, such risks had already materialized, as NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. ¶¶289-328. For example, (i) NIKE lost significant market share to competitors as a direct result of its DTC strategy (CW-7, ¶317); (ii) by early 2021, data tracked by NIKE showed it was losing market share to competitors due to CDA-driven withdrawal from specialty retailers (CW-5, ¶315); (iii) in summer 2021, NIKE began losing accounts and market share in the running shoe category to new competitors, On and Hoka (CW-10, ¶316); (iv) NIKE was losing customers to HOKA and On during CW-15's tenure (May 2021-May 2024) because they were more innovative, while NIKE relied on its legacy products (CW-15, ¶289); (v) NIKE was losing women sportswear customers (a key revenue generator) to Lululemon Athletica during CW-2's tenure in her final role (fall 2020 to fall 2022) (CW-2, ¶¶288, 318); *see also* ¶320 (CW-19, similar); (vi) | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendants Donahoe and Friend knew or recklessly disregarded that NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. For example, (i) numerous CWs described NIKE losing market share to competitors, including in the key running category, by 2021, thus evidencing widespread internal knowledge of such problems (CW-7, ¶317; CW-5, ¶315; CW-10, ¶316; CW-15, ¶289); (ii) Defendants later admitted that NIKE was "focused on taking back market share" (¶324) and that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶664); and (iii) CW-2 described quarterly Brand meetings—led by the Chief Marketing Officer and the VP of North America Marketing—where "cool" factor metrics were discussed, showing that by May 2022, NIKE was no longer the top brand and was losing ground to competitors, and these results along with details of how each business unit was performing, were documented in |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | Defendants admitted at the end of the Class Period, e.g., that NIKE was "repositioning . . . to be more competitive" and was "focused on taking back market share" (¶324), as well as that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶¶326, 420, 664); *see also* ¶¶327-28, 666-67 (corroboratory news and analyst reports); and (vii) by May 2022, consumer survey data showed that NIKE was no longer the number one "cool" brand among North American consumers aged 18-24—a key metric in a key demographic—and was losing ground to competitors, specifically Adidas and Lululemon (CW-2, ¶321). | reports sent to O'Neill (who reported to Donahoe) (¶¶321, 701-04).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Friend's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above.<br><br>**Friend's Compensation:** *See* above. |
| 44 | <u>When</u>: July 21, 2022<br><u>Where</u>: Annual Report on Form 10-K for year ended May 31, 2022<br><u>Speaker</u>: Donahoe, Friend, and NIKE (10-K signed by Donahoe and Friend)<br><br>Cite: ¶531 | "In addition, we have made significant investments in digital technologies and information systems for the digital aspect of our NIKE Direct operations, and our digital offerings will require continued investment in the development and upgrading of our technology platforms. In order to deliver high-quality digital experiences, our digital platforms must be designed effectively and work well with a | **DTC Technology:** Statement that NIKE has "made significant investments in [DTC] digital technologies" and that it "<u>may</u> not be successful in developing platforms that operate effectively with these technologies" misrepresented NIKE's inability to develop such DTC technological capabilities as merely hypothetical risks. ¶¶432, 532. In reality, such risks had already materialized as, during the Class Period, NIKE failed to develop these DTC technological capabilities, including crucial consumer personalization technology, and its technology organization was plagued by dysfunction that compounded such issues— significant, existing problems that Defendants failed to | **CWs/Admissions:** CW allegations show that Defendants Donahoe and Friend knew or recklessly disregarded NIKE's failure to develop adequate DTC technological capabilities during the Class Period, given Defendants and other top executives were repeatedly apprised of problems plaguing this technology buildout, including the Adobe partnership and the Lavu "shadow organization" that compounded such issues. ¶¶672-84. For example, (i) CW-3, who from April 2020 to June 2023 reported to Daniel Heaf (Global VP of NIKE Direct who reported to O'Neil (¶175))—and who said there was "little to no progress" in NIKE's buildout of its digital capabilities throughout the Class Period |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | range of other technologies, systems, networks, and standards that we do not control. ***We may not be successful in developing platforms that operate effectively with these technologies, systems, networks or standards.***<br><br>Cite: ¶531 | disclose. ¶¶170-258. For example, (i) NIKE's DTC technology was "antiquated" and there was "little to no progress" in NIKE's buildout of such digital capabilities throughout the Class Period (CW-3, ¶¶178-201)—including, e.g., a lack of working technology to deliver personalized digital marketing to consumers, such as email or SMS blasts or push notifications on NIKE's App; these gaps led to declines in consumer engagement, e.g., a 38% drop year-over-year in consumer email responses (CW-3, ¶¶179, 193-94); *see also* ¶¶211-12 (CW-12: a new "content management system" from Adobe to provide personalized marketing emails was only in a pilot phase in 2022); ¶¶224-32, 244-53 (other CWs—CW-10, CW-11, CW-15 and CW-19—corroborating these consumer personalization and other DTC technology failures, which contributed to problems like NIKE website outages and issues with the NIKE App and hurt Digital sales); (ii) in particular, NIKE's partnership with Adobe, which began in 2021, failed to deliver such digital capabilities during the Class Period—Adobe's tools were ineffective, the project stagnated for three years, and the promised personalization technology did not work; thus, the Adobe project ultimately brought in "zero dollars" versus the projected $1.5 billion or more in revenue (CW-3, ¶¶196-98); *see also* ¶¶211-12, 224-27, 235-37 (CW-12, CW-11, and CW-14 detailing similar Adobe partnership delays and problems, e.g., that various Adobe-based DTC platforms were still a "mess" | (¶¶178-80)—had monthly and quarterly meetings with Heaf regarding the DTC strategy, including the technology issues and progress, and then Heaf would meet with Defendants Donahoe, Friend, O'Neil, and other senior leaders to discuss such DTC business strategy (¶¶184, 200, 682, 684); (ii) per CW-3, Defendant Donahoe had full visibility into the technology issues with Adobe, which became apparent almost immediately after the Adobe contract was signed in 2021, as Donahoe had a direct hand in signing the agreement (¶¶196-97); (iii) per other CWs, NIKE's failing DTC strategy, including due to technology issues with the NIKE app, were "well-known" internally and such issues were regularly raised to management, including in 2021 (CW-17, ¶747; *see also* ¶743-44 (CW-15, similar); ¶¶738-40 (CW-11: "by the end of 2021, it was clear to everyone at the leadership level" the problems with Lavu's technology team; CW-12: "complaints about Lavu were coming from all sides," prompting NIKE to engage consultants); (iv) in December 2021, CW-8 raised concerns about Lavu's shadow organization in an email to Defendants Donahoe and O'Neil (¶¶240-41, 680); (v) CW-3, had many one-on-one ad hoc meetings with Donahoe, CW-3's "life mentor," about NIKE's DTC technology problems, including concerns about Lavu's "shadow organization," starting in January or February 2022 (¶¶173, 679); and (vi) in an April 2022 Paris meeting, CW-3 presented a "roadmap" on NIKE's "dire" DTC |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | through June 2022); (iii) dysfunction and corruption in NIKE's technology group under CDIO Lavu further hampered this group's development of DTC technological capabilities, as Lavu lied to management, understated costs, and created an inefficient "shadow organization" that duplicated roles, led to attrition of key talent, and impeded progress on DTC technology projects (CW-3, ¶¶186-90, 192, 199); *see also* ¶¶207-09 (CW-12); ¶¶215-32 (CW-11): ¶¶238-43 (CW-1, CW-8, CW-14); ¶¶255-58 (later news articles and public lawsuits corroborating same); (iv) these DTC technological problems were so severe that employees directly raised them to Defendants—notably, CW-8 emailed Defendants Donahoe and O'Neil in December 2021 regarding concerns about Lavu's shadow organization and inability to deliver DTC digital capabilities (¶¶240-41), and, starting in February 2022, during many one-on-one ad hoc meetings with Defendant Donahoe, CW-3 also began discussing such concerns with him (¶¶191, 193); and (v) in an April 2022 Paris meeting, CW-3 presented a "roadmap" on NIKE's "dire" DTC technology problems to top executives, and then had many monthly meetings regarding such issues with Defendants Donahoe, Friend, O'Neill, and others beginning no later than May-July 2022 (¶¶182-84, 188-90). | technology problems to top executives, including Heaf, and then had many monthly meetings regarding such issues, including the Adobe partnership failures, with Defendants Donahoe, Friend, O'Neil, and Lavu beginning no later than May-July 2022—meetings that were instituted because CW-3 raised concerns about the technology group's inability to support the DTC strategy (¶¶182-84, 188-90, 673-79); *see also* ¶678 (CW-12 corroborating that Donahoe, Lavu, and CW-3 regularly met to discuss NIKE's DTC technology issues).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Lavu's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Friend's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above.<br><br>**Friend's Compensation:** *See* above. |
| 45 | <u>When</u>: September 9, 2022 | In response to a shareholder question relayed by Defendant Parker, concerning the CDA | **Competition/Brand Strength:** Statement that NIKE's "capabilities and efficiencies are allowing" the Company "to drive continued competitive separation in | **CWs/Admissions:**<br>**Competition/Brand Strength--** CW allegations and Defendants' admissions show that Defendant Donahoe |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | <u>Where</u>: Annual General Meeting <u>Speaker</u>: Donahoe and NIKE <br><br> Cite: ¶533 | strategy ("What's working, and how has it evolved since the beginning?"), Defendant Donahoe stated: "I just kick off by reiterating that ***the progress you're seeing on CDA tells us that NIKE's strategy is working. We continue to see structural tailwinds*** as I mentioned in my remarks, ***around . . . a consumer-led shift toward digital*** that drives competence in our direction, in our strategy. And our operational transformation is giving us the agility we need to serve consumers more directly as we create a digital-led marketplace for the future. <br><br> "And over the past couple of years, as we've said repeatedly in our quarterly calls and other settings, we've accelerated our digital transformation in order to capture higher engagement with consumers and market share. And we've seen this in our fiscal 2022 results. So, ***our capabilities and efficiencies are allowing us to*** | the market" misrepresented that NIKE had maintained its leading competitive position and brand strength under CDA. ¶¶435, 534. In reality, NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. ¶¶289-328. For example, (i) NIKE lost significant market share to competitors as a direct result of its DTC strategy (CW-7, ¶317); (ii) by early 2021, data tracked by NIKE showed it was losing market share to competitors due to CDA-driven withdrawal from specialty retailers (CW-5, ¶315); (iii) in summer 2021, NIKE began losing accounts and market share in the running shoe category to new competitors, On and Hoka (CW-10, ¶316); (iv) NIKE was losing customers to HOKA and On during CW-15's tenure (May 2021-May 2024) because they were more innovative, while NIKE relied on its legacy products (CW-15, ¶289); (v) NIKE was losing women sportswear customers (a key revenue generator) to Lululemon Athletica during CW-2's tenure in her final role (fall 2020 to fall 2022) (CW-2, ¶¶288, 318); *see also* ¶320 (CW-19, similar); (vi) Defendants admitted at the end of the Class Period, e.g., that NIKE was "repositioning . . . to be more competitive" and was "focused on taking back market share" (¶324), as well as that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶¶326, 420, 664); *see also* ¶¶327- | knew or recklessly disregarded that NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. For example, (i) numerous CWs described NIKE losing market share to competitors, including in the key running category, by 2021, thus evidencing widespread internal knowledge of such problems (CW-7, ¶317; CW-5, ¶315; CW-10, ¶316; CW-15, ¶289); (ii) Defendants later admitted that NIKE was "focused on taking back market share" (¶324) and that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶664); and (iii) CW-2 described quarterly Brand meetings—led by the Chief Marketing Officer and the VP of North America Marketing—where "cool" factor metrics were discussed, showing that by May 2022, NIKE was no longer the top brand and was losing ground to competitors, and these results along with details of how each business unit was performing, were documented in reports sent to O'Neill (who reported to Donahoe) (¶¶321, 701-04). <br><br> **CDA Strategy Success**--CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that CDA's components were failing (*see* scienter discussion of misstatements regarding these components above and below herein) |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | ***move at the speed of the consumer and to drive continued competitive separation in the market.***"<br><br>Cite: ¶533 | 28, 666-67 (corroboratory news and analyst reports); (vii) by May 2022, consumer survey data showed that NIKE was no longer the number one "cool" brand among North American consumers aged 18-24—a key metric in a key demographic—and was losing ground to competitors, specifically Adidas and Lululemon (CW-2, ¶321); and (viii) CW-1, who joined NIKE in August 2022, described that competitors, like Lululemon and Hoka, took market share because NIKE had no new attractive products, and that toward the end of 2022 and continuing all through 2023, NIKE's market share kept eroding (CW-1, ¶¶293-94).<br><br>**CDA Strategy Success:** Statement that NIKE's strategy was "working," as evidenced by the purported "progress you're seeing on CDA," and that NIKE was seeing "structural tailwinds" based on a "consumer-led shift toward digital," misrepresented that NIKE's CDA strategy was succeeding, including in each of the key underlying components, and was propelling long-term sustainable growth. ¶¶437-38, 534. In reality, (i) NIKE's CDA components were failing (*see* ¶105 and falsity discussion of misstatements regarding these components above and below herein); and (ii) its initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors—i.e., such growth would not last (¶¶361-88). In addition to the component failures discussed in those misstatements, the following red flags indicated that CDA was not working and that | and that NIKE's initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors. For example, (i) Donahoe later admitted that, by early 2021, NIKE began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05); (ii) Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative feedback about the CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (iii) Donahoe received significant push-back on CDA in all-hands calls (also attended by O'Neill) beginning in February 2022, triggering retaliation against employees who spoke up (CW-16, ¶¶688-91); *see also* ¶692 (*Wall Street Journal* coverage); (iv) from March 2022-April 2023), CW-4 attended monthly finance meetings discussing that NIKE was struggling with the DTC strategy and not hitting its topline revenue projections—information that was escalated to Donahoe (¶¶706-07); and (v) in summer 2022, Donahoe and Friend advised the sales team that NIKE was not hitting its revenue goals (CW-9, ¶693).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | NIKE's initial growth was unsustainable: (i) the COVID-19 pandemic led to a temporary surge in NIKE's Digital sales beginning in early 2020 (CW-13, CW-17, and other sources, ¶¶362-65); (ii) in 2020-2021, NIKE still relied on selling products that were already in its pipeline before CDA (CW-16, ¶¶366-67); (iii) NIKE later admitted that, by early 2021, it began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295), which briefly boosted sales until NIKE cut the supply of these products in late 2023 (¶368); (iv) NIKE was "not even close" to hitting Digital revenue targets from 2021-June 2024 (CW-6, ¶377); (v) All-Employee Engagement Surveys were sent to Defendants describing CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (vi) beginning in February 2022, employees began pushing back against the CDA strategy in the chat function of quarterly all-hands calls hosted by Donahoe, causing NIKE to temporarily disable the chat and punish employees who spoke up (CW-16, ¶¶378-80); *see also* ¶381 (*Wall Street Journal*: all-hands call where "dozens of people" staged "an online protest" against CDA); (vii) CW-4 attended monthly finance meetings during her tenure (March 2022-April 2023) discussing NIKE's failure to hit topline revenue targets due to DTC struggles (¶¶385-88); and (viii) Donahoe and Friend admitted, at a | **Donahoe's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | summer 2022 sales meeting, that NIKE was not hitting revenue goals (CW-9, ¶382). | |
| 46 | <u>When</u>: September 9, 2022<br><u>Where</u>: Annual General Meeting<br><u>Speaker</u>: Donahoe and NIKE<br><br>Cite: ¶535 | In response to a shareholder question relayed by Defendant Parker concerning innovation, Defendant Donahoe stated: "Well, Mark, as you know, innovation is deeply, deeply woven into every dimension of NIKE's culture. And ***innovation continues to be our greatest competitive advantage***."<br><br>Cite: ¶535 | **Competition/Brand Strength:** Statement misrepresented that NIKE had maintained its leading competitive position and brand strength under CDA due to NIKE's continued strong "innovation." ¶¶435, 536. In reality, NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. ¶¶289-328. For example, (i) NIKE lost significant market share to competitors as a direct result of its DTC strategy (CW-7, ¶317); (ii) by early 2021, data tracked by NIKE showed it was losing market share to competitors due to CDA-driven withdrawal from specialty retailers (CW-5, ¶315); (iii) in summer 2021, NIKE began losing accounts and market share in the running shoe category to new competitors, On and Hoka (CW-10, ¶316); (iv) NIKE was losing customers to HOKA and On during CW-15's tenure (May 2021-May 2024) because they were more innovative, while NIKE relied on its legacy products (CW-15, ¶289); (v) NIKE was losing women sportswear customers (a key revenue generator) to Lululemon Athletica during CW-2's tenure in her final role (fall 2020 to fall 2022) (CW-2, ¶¶288, 318; *see also* ¶320 (CW-19, similar); (vi) Defendants admitted at the end of the Class Period, e.g., that NIKE was "repositioning . . . to be more competitive" and was "focused on taking back market share" (¶324), as well as that "we've lost market share | **CWs/Defendants' Admissions:** CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. For example, (i) numerous CWs described NIKE losing market share to competitors, including in the key running category, by 2021, thus evidencing widespread internal knowledge of such problems (CW-7, ¶317; CW-5, ¶315; CW-10, ¶316; CW-15, ¶289); (ii) Defendants later admitted that NIKE was "focused on taking back market share" (¶324) and that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that category under CDA (¶664); and (iii) CW-2 described quarterly Brand meetings—led by the Chief Marketing Officer and the VP of North America Marketing—where "cool" factor metrics were discussed, showing that by May 2022, NIKE was no longer the top brand and was losing ground to competitors, and these results along with details of how each business unit was performing, were documented in reports sent to O'Neill (who reported to Donahoe) (¶¶321, 701-04).<br><br>**Core Operations:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶¶326, 420, 664); *see also* ¶¶327-28, 666-67 (corroboratory news and analyst reports); (vii) by May 2022, consumer survey data showed that NIKE was no longer the number one "cool" brand among North American consumers aged 18-24—a key metric in a key demographic—and was losing ground to competitors, specifically Adidas and Lululemon (CW-2, ¶321); and (viii) CW-1, who joined NIKE in August 2022, described that competitors, like Lululemon and Hoka, took market share because NIKE had no new attractive products, and that toward the end of 2022 and continuing all through 2023, NIKE's market share kept eroding (CW-1, ¶¶293-94). | **Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above. |
| 47 | <u>When</u>: September 9, 2022<br><u>Where</u>: Annual General Meeting<br><u>Speaker</u>: Friend and NIKE<br><br>Cite: ¶537 | In response to a shareholder question relayed by Defendant Parker concerning the evolution of the CDA strategy, Defendant Friend stated: "***Fundamentally, the Consumer Direct Acceleration strategy is changing our financial and operating model, resulting in healthy, profitable growth for NIKE.***"<br><br>Cite: ¶537 | **CDA Strategy Success:** Statement misrepresented that NIKE's CDA strategy was succeeding, including in each of the key underlying components, and was propelling long-term sustainable growth (i.e., "healthy, profitable growth"). ¶¶437-38, 538. In reality, (i) NIKE's CDA components were failing (*see* ¶105 and falsity discussion of misstatements regarding these components above and below herein); and (ii) its initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors—i.e., such growth would not last (¶¶361-88). In addition to the component failures discussed in those misstatements, the following red flags indicated that CDA was not working and that | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant Friend knew or recklessly disregarded that CDA's components were failing (*see* scienter discussion of misstatements regarding these components above and below herein) and that NIKE's initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors. For example, (i) Donahoe later admitted that, by early 2021, NIKE began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05); (ii) Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative feedback about the CDA problems by |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | NIKE's initial growth was unsustainable: (i) the COVID-19 pandemic led to a temporary surge in NIKE's Digital sales beginning in early 2020 (CW-13, CW-17, and other sources, ¶¶362-65); (ii) in 2020-2021, NIKE still relied on selling products that were already in its pipeline before CDA (CW-16, ¶¶366-67); (iii) NIKE later admitted that, by early 2021, it began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295), which briefly boosted sales until NIKE cut the supply of these products in late 2023 (¶368); (iv) NIKE was "not even close" to hitting Digital revenue targets from 2021-June 2024 (CW-6, ¶377); (v) All-Employee Engagement Surveys were sent to Defendants describing CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (vi) beginning in February 2022, employees began pushing back against the CDA strategy in the chat function of quarterly all-hands calls hosted by Donahoe, causing NIKE to temporarily disable the chat and punish employees who spoke up (CW-16, ¶¶378-80); *see also* ¶381 (*Wall Street Journal*: all-hands call where "dozens of people" staged "an online protest" against CDA); (vii) CW-4 attended monthly finance meetings during her tenure (March 2022-April 2023) discussing NIKE's failure to hit topline revenue targets due to DTC struggles (¶¶385-88); and (viii) Donahoe and Friend admitted, at a | spring/summer 2021 (CW-16, ¶¶371-73); (iii) Donahoe received significant push-back on CDA in all-hands calls (also attended by O'Neill) beginning in February 2022, triggering retaliation against employees who spoke up (CW-16, ¶¶688-91); *see also* ¶692 (*Wall Street Journal* coverage); (iv) from March 2022-April 2023, CW-4 attended monthly finance meetings discussing that NIKE was struggling with the DTC strategy and not hitting its topline revenue projections—information that was escalated to Donahoe (¶¶706-07); and (v) in summer 2022, Donahoe and Friend advised the sales team that NIKE was not hitting its revenue goals (CW-9, ¶693). **Core Operations:** *See* above. **Close Monitoring:** *See* above. **Friend's Insider Sales:** *See* above. **Friend's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | summer 2022 sales meeting, that NIKE was not hitting revenue goals (CW-9, ¶382). | |
| 48 | **When:** September 29, 2022<br>**Where:** Press Release, "NIKE, Inc. Reports Fiscal 2023 First Quarter Results"<br>**Speaker:** Donahoe and NIKE<br><br>Cite: ¶540 | "Our strong start to FY23 highlights the depth and breadth of NIKE's global portfolio, as we continue to manage through volatility . . . . ***Our competitive advantages, including the strength of our brand, deep consumer connections and pipeline of innovative product, continue to prove that our strategy is working.*** We expect our unrelenting focus on better serving the consumer to continue to fuel growth and create value like only NIKE can."<br><br>Cite: ¶540 | **Innovation/Pipeline:** Statement misrepresented that NIKE had maintained a strong "pipeline of innovative product" under CDA. ¶¶434, 541. In reality, NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as the Company instead relied on flooding the market with its classic products. ¶¶279-312. For example, (i) it was clear internally, in 2020, after CDA's launch, that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline, given the loss of institutional knowledge (CW-16, ¶¶280-82); (ii) NIKE's "lack of innovation" "originated" with the CDA-based reorganization in 2020 (Giunco and CW-1, ¶¶284-85); (iii) NIKE admitted that, by early 2021, it began unsustainably flooding the market with its key classic products instead of innovating new products (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295); (iv) Defendants admitted that this strategy caused "a gap in innovation in [NIKE's] pipeline" by summer 2022 (¶301); (v) by mid-2022, NIKE saw negative effects on new products in the pipeline (CW-16, ¶282); and (vi) such pipeline problems were a "major contributor[]" to NIKE's decision to lower its NIKE Live store opening goals beginning in summer 2022 (CW-2, ¶288). | **CWs/Admissions:**<br>**Innovation/Pipeline—**CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as it instead relied on flooding the market with its classic products. For example, (i) it was clear internally after CDA's launch in 2020 that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline (CW-16, ¶¶280-82); (ii) Donahoe later admitted that NIKE intentionally increased the supply of classic franchises, instead of new innovative products, by "early 2021" (¶305); (iii) Donahoe admitted that NIKE had an innovation "gap" by summer 2022 (¶301); (iv) per CW-16, by mid-2022, "there was no way" senior leadership did not know of NIKE's innovation/pipeline problems (¶736); (v) product pipeline problems contributed to the decision to lower store-opening goals beginning in July 2022 (CW-2, ¶¶160-61)—a major corporate decision likely made with knowledge of top executives like Defendant Donahoe (¶¶730-33); and (vi) per CW-1—who joined NIKE in August 2022 (¶54)—NIKE's oversaturation of the market with its classic products was a "dirty secret" that "everyone saw" internally (¶292). |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | **Competition/Brand Strength:** Statement touting NIKE's "competitive advantages, including the strength of our brand," misrepresented that NIKE had successfully maintained its brand strength and competitive standing. ¶¶435, 541. In reality, NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. ¶¶289-328. For example, (i) NIKE lost significant market share to competitors as a direct result of its DTC strategy (CW-7, ¶317); (ii) by early 2021, data tracked by NIKE showed it was losing market share to competitors due to CDA-driven withdrawal from specialty retailers (CW-5, ¶315); (iii) in summer 2021, NIKE began losing accounts and market share in the running shoe category to new competitors, On and Hoka (CW-10, ¶316); (iv) NIKE was losing customers to HOKA and On during CW-15's tenure (May 2021-May 2024) because they were more innovative, while NIKE relied on its legacy products (CW-15, ¶289); (v) NIKE was losing women sportswear customers (a key revenue generator) to Lululemon Athletica during CW-2's tenure in her final role (fall 2020 to fall 2022) (CW-2, ¶¶288, 318); *see also* ¶320 (CW-19, similar); (vi) Defendants admitted at the end of the Class Period, e.g., that NIKE was "repositioning . . . to be more competitive" and was "focused on taking back market share" (¶324), as well as that "we've lost market share in the running specialty channel," attributing this to decisions made | **Competition/Brand Strength**—CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. For example, (i) numerous CWs described NIKE losing market share to competitors, including in the key running category, by 2021, thus evidencing widespread internal knowledge of such problems (CW-7, ¶317; CW-5, ¶315; CW-10, ¶316; CW-15, ¶289); (ii) Defendants later admitted that NIKE was "focused on taking back market share" (¶324) and that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶664); and (iii) CW-2 described quarterly Brand meetings—led by the Chief Marketing Officer and the VP of North America Marketing—where "cool" factor metrics were discussed, showing that by May 2022, NIKE was no longer the top brand and was losing ground to competitors, and these results along with details of how each business unit was performing, were documented in reports sent to O'Neill (who reported to Donahoe) (¶¶321, 701-04). **CDA Strategy Success**—CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that CDA's components |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶¶326, 420, 664); *see also* ¶¶327-28, 666-67 (corroboratory news and analyst reports); (vii) by May 2022, consumer survey data showed that NIKE was no longer the number one "cool" brand among North American consumers aged 18-24—a key metric in a key demographic—and was losing ground to competitors, specifically Adidas and Lululemon (CW-2, ¶321); and (viii) CW-1, who joined NIKE in August 2022, described that competitors, like Lululemon and Hoka, took market share because NIKE had no new attractive products, and that toward the end of 2022 and continuing all through 2023, NIKE's market share kept eroding (CW-1, ¶¶293-94).<br><br>**CDA Strategy Success:** Statement that NIKE's "strategy is working" misrepresented that NIKE's CDA strategy was succeeding, including in each of the key underlying components, and was propelling long-term sustainable growth. ¶¶437-38, 541. In reality, (i) NIKE's CDA components were failing (*see* ¶105 and falsity discussion of misstatements regarding these components above and below herein); and (ii) its initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors—i.e., such growth would not last (¶¶361-88). In addition to the component failures discussed in those misstatements, the following red flags indicated that CDA was not working and that | were failing (*see* scienter discussion of misstatements regarding these components above and below herein) and that NIKE's initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors. For example, (i) Donahoe later admitted that, by early 2021, NIKE began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05); (ii) Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative feedback about the CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (iii) Donahoe received significant push-back on CDA in all-hands calls (also attended by O'Neill) beginning in February 2022, triggering retaliation against employees who spoke up (CW-16, ¶¶688-91); *see also* ¶692 (*Wall Street Journal* coverage); (iv) from March 2022-April 2023, CW-4 attended monthly finance meetings discussing that NIKE was struggling with the DTC strategy and not hitting its topline revenue projections—information that was escalated to Donahoe (¶¶706-07); and (v) in summer 2022, Donahoe and Friend advised the sales team that NIKE was not hitting its revenue goals (CW-9, ¶693).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | NIKE's initial growth was unsustainable: (i) the COVID-19 pandemic led to a temporary surge in NIKE's Digital sales beginning in early 2020 (CW-13, CW-17, and other sources, ¶¶362-65); (ii) in 2020-2021, NIKE still relied on selling products that were already in its pipeline before CDA (CW-16, ¶¶366-67); (iii) NIKE later admitted that, by early 2021, it began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295), which briefly boosted sales until NIKE cut the supply of these products in late 2023 (¶368); (iv) NIKE was "not even close" to hitting Digital revenue targets from 2021-June 2024 (CW-6, ¶377); (v) All-Employee Engagement Surveys were sent to Defendants describing CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (vi) beginning in February 2022, employees began pushing back against the CDA strategy in the chat function of quarterly all-hands calls hosted by Donahoe, causing NIKE to temporarily disable the chat and punish employees who spoke up (CW-16, ¶¶378-80); *see also* ¶381 (*Wall Street Journal*: all-hands call where "dozens of people" staged "an online protest" against CDA); (vii) CW-4 attended monthly finance meetings during her tenure (March 2022-April 2023) discussing NIKE's failure to hit topline revenue targets due to DTC struggles (¶¶385-88); and (viii) Donahoe and Friend admitted, at a | **Donahoe's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | summer 2022 sales meeting, that NIKE was not hitting revenue goals (CW-9, ¶382). | |
| 49 | <u>When</u>: September 29, 2022 <br> <u>Where</u>: FY 2023 Q1 Earnings Call <br> <u>Speaker</u>: Donahoe and NIKE <br><br> Cite: ¶542 | "Now, if you look at this quarter's strong results, we can see our brand momentum and global portfolio come to life. This is true across the three areas I'd like to walk through today: a brand that deeply connects with consumers fueled by authenticity in sport; a culture of innovation that drives a continuous pipeline of new products; and our competitive advantage across the marketplace as one of the few brands that can connect with and serve consumers at scale. <br><br> "So, let's start with NIKE's strong brand and our connection to sport which differentiates us all over the globe. ***Consumers continue to rate us their number one cool and number one favorite brand as we connect directly and deeply with consumers worldwide***." <br><br> Cite: ¶542 | **Competition/Brand Strength:** Statement misrepresented that NIKE had maintained its leading competitive position and brand strength under CDA—specifically touting NIKE's continued position as the "number one cool" brand, a critical metric by which NIKE measured its brand strength relative to competitors and other brands. ¶¶435, 543. In reality, NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. ¶¶289-328. For example, (i) NIKE lost significant market share to competitors as a direct result of its DTC strategy (CW-7, ¶317); (ii) by early 2021, data tracked by NIKE showed it was losing market share to competitors due to CDA-driven withdrawal from specialty retailers (CW-5, ¶315); (iii) in summer 2021, NIKE began losing accounts and market share in the running shoe category to new competitors, On and Hoka (CW-10, ¶316); (iv) NIKE was losing customers to HOKA and On during CW-15's tenure (May 2021-May 2024) because they were more innovative, while NIKE relied on its legacy products (CW-15, ¶289); (v) NIKE was losing women sportswear customers (a key revenue generator) to Lululemon Athletica during CW-2's tenure in her final role (fall 2020 to fall 2022) (CW-2, ¶¶288, 318); *see also* ¶320 (CW-19, similar); (vi) Defendants admitted at the end of the Class Period, | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. For example, (i) numerous CWs described NIKE losing market share to competitors, including in the key running category, by 2021, thus evidencing widespread internal knowledge of such problems (CW-7, ¶317; CW-5, ¶315; CW-10, ¶316; CW-15, ¶289); (ii) Defendants later admitted that NIKE was "focused on taking back market share" (¶324) and that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶664); and (iii) CW-2 described quarterly Brand meetings—led by the Chief Marketing Officer and the VP of North America Marketing—where "cool" factor metrics were discussed, showing that by May 2022, NIKE was no longer the top brand and was losing ground to competitors, and these results along with details of how each business unit was performing, were documented in reports sent to O'Neill (who reported to Donahoe) (¶¶321, 701-04). <br><br> **Core Operations:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | e.g., that NIKE was "repositioning . . . to be more competitive" and was "focused on taking back market share" (¶324), as well as that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶¶326, 420, 664); *see also* ¶¶327-28, 666-67 (corroboratory news and analyst reports); (vii) by May 2022, consumer survey data showed that NIKE was no longer the number one "cool" brand among North American consumers aged 18-24—a key metric in a key demographic—and was losing ground to competitors, specifically Adidas and Lululemon (CW-2, ¶321); and (viii) CW-1, who joined NIKE in August 2022, described that competitors, like Lululemon and Hoka, took market share because NIKE had no new attractive products, and that toward the end of 2022 and continuing all through 2023, NIKE's market share kept eroding (CW-1, ¶¶293-94). | **Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above. |
| 50 | <u>When</u>: September 29, 2022<br><u>Where</u>: FY 2023 Q1 Earnings Call<br><u>Speaker</u>: Donahoe and NIKE<br><br>Cite: ¶544 | "As we said before, **NIKE's relentless pipeline of innovative product continues to create separation between us and our competition.** Today, we have incredible momentum in key products and franchises across the spectrum of lifestyle and performance. And what excites us even more is the energy and | **Innovation/Pipeline:** Statement misrepresented that NIKE had maintained a "relentless pipeline of innovative product" under CDA.  ¶¶434, 545. In reality, NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as the Company instead relied on flooding the market with its classic products. ¶¶279-312. For example, (i) it was clear internally, in 2020, after CDA's launch, that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline, given the loss of institutional | **CWs/Admissions:**<br>**Innovation/Pipeline—** CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as the Company instead relied on flooding the market with its classic products. For example, (i) it was clear internally after CDA's launch in 2020 that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline (CW-16, ¶¶280-82); (ii) |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | anticipation we're feeling for the innovative product that's next in the pipeline. We're now starting to see the product that reflects our shift two years ago to our new consumer construct of men's, women's and kids. And the impact it's had is remarkable."<br><br>Cite: ¶544 | knowledge (CW-16, ¶¶280-82); (ii) NIKE's "lack of innovation" "originated" with the CDA-based reorganization in 2020 (Giunco and CW-1, ¶¶284-85); (iii) NIKE admitted that, by early 2021, it began unsustainably flooding the market with its key classic products instead of innovating new products (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295); (iv) Defendants admitted that this strategy caused "a gap in innovation in [NIKE's] pipeline" by summer 2022 (¶301); (v) by mid-2022, NIKE saw negative effects on new products in the pipeline (CW-16, ¶282); and (vi) such pipeline problems were a "major contributor[]" to NIKE's decision to lower its NIKE Live store opening goals beginning in summer 2022 (CW-2, ¶288).<br><br>**Competition/Brand Strength:** Statement that NIKE's strong "pipeline of innovative products" continued to drive competitive "separation" misrepresented that NIKE had maintained its leading competitive position and brand strength under CDA. ¶¶435, 545. In reality, NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. ¶¶289-328. For example, (i) NIKE lost significant market share to competitors as a direct result of its DTC strategy (CW-7, ¶317); (ii) by early 2021, data tracked by NIKE showed it was losing market share to competitors due to CDA-driven withdrawal from specialty retailers | Donahoe later admitted that NIKE intentionally increased the supply of classic franchises, instead of new innovative products, by "early 2021" (¶305); (iii) Donahoe admitted that NIKE had an innovation "gap" by summer 2022 (¶301); (iv) per CW-16, by mid-2022, "there was no way" senior leadership did not know of NIKE's innovation/pipeline problems (¶736); (v) product pipeline problems contributed to the decision to lower store-opening goals beginning in July 2022 (CW-2, ¶¶160-61)—a major corporate decision likely made with knowledge of top executives like Defendant Donahoe (¶¶730-33); and (vi) per CW-1—who joined NIKE in August 2022 (¶54)—NIKE's oversaturation of the market with its classic products was a "dirty secret" that "everyone saw" internally (¶292).<br><br>**Competition/Brand Strength—** CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. For example, (i) numerous CWs described NIKE losing market share to competitors, including in the key running category, by 2021, thus evidencing widespread internal knowledge of such problems (CW-7, ¶317; CW-5, ¶315; CW-10, ¶316; CW-15, ¶289); (ii) Defendants later admitted that NIKE was "focused on taking back market share" (¶324) and that "we've lost market share in the running specialty channel," |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | (CW-5, ¶315); (iii) in summer 2021, NIKE began losing accounts and market share in the running shoe category to new competitors, On and Hoka (CW-10, ¶316); (iv) NIKE was losing customers to HOKA and On during CW-15's tenure (May 2021-May 2024) because they were more innovative, while NIKE relied on its legacy products (CW-15, ¶289); (v) NIKE was losing women sportswear customers (a key revenue generator) to Lululemon Athletica during CW-2's tenure in her final role (fall 2020 to fall 2022) (CW-2, ¶¶288, 318); *see also* ¶320 (CW-19, similar); (vi) Defendants admitted at the end of the Class Period, e.g., that NIKE was "repositioning . . . to be more competitive" and was "focused on taking back market share" (¶324), as well as that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶¶326, 420, 664); *see also* ¶¶327-28, 666-67 (corroboratory news and analyst reports); (vii) by May 2022, consumer survey data showed that NIKE was no longer the number one "cool" brand among North American consumers aged 18-24—a key metric in a key demographic—and was losing ground to competitors, specifically Adidas and Lululemon (CW-2, ¶321); and (viii) CW-1, who joined NIKE in August 2022, described that competitors, like Lululemon and Hoka, took market share because NIKE had no new attractive products, and that toward the end | attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶664); and (iii) CW-2 described quarterly Brand meetings—led by the Chief Marketing Officer and the VP of North America Marketing—where "cool" factor metrics were discussed, showing that by May 2022, NIKE was no longer the top brand and was losing ground to competitors, and these results along with details of how each business unit was performing, were documented in reports sent to O'Neill (who reported to Donahoe) (¶¶321, 701-04).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | of 2022 and continuing all through 2023, NIKE's market share kept eroding (CW-1, ¶¶293-94). | |
| 51 | **When:** September 29, 2022 <br> **Where:** FY 2023 Q1 Earnings Call <br> **Speaker:** Friend and NIKE <br><br> Cite: ¶546 | "***NIKE continues to lead as the number one cool and number one favorite brand in North America.***" <br><br> Cite: ¶546 | **Competition/Brand Strength:** Statement misrepresented that NIKE had maintained its leading competitive position and brand strength under CDA—specifically touting NIKE's continued position as the "number one cool" brand in North America, a critical metric by which NIKE measured its brand strength relative to competitors and other brands. ¶¶435, 547. In reality, NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. ¶¶289-328. For example, (i) NIKE lost significant market share to competitors as a direct result of its DTC strategy (CW-7, ¶317); (ii) by early 2021, data tracked by NIKE showed it was losing market share to competitors due to CDA-driven withdrawal from specialty retailers (CW-5, ¶315); (iii) in summer 2021, NIKE began losing accounts and market share in the running shoe category to new competitors, On and Hoka (CW-10, ¶316); (iv) NIKE was losing customers to HOKA and On during CW-15's tenure (May 2021-May 2024) because they were more innovative, while NIKE relied on its legacy products (CW-15, ¶289); (v) NIKE was losing women sportswear customers (a key revenue generator) to Lululemon Athletica during CW-2's tenure in her final role (fall 2020 to fall 2022) (CW-2, ¶¶288, 318; *see also* ¶320 (CW-19, similar); (vi) Defendants admitted at the end of the Class Period, | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant Friend knew or recklessly disregarded that NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. For example, (i) numerous CWs described NIKE losing market share to competitors, including in the key running category, by 2021, thus evidencing widespread internal knowledge of such problems (CW-7, ¶317; CW-5, ¶315; CW-10, ¶316; CW-15, ¶289); (ii) Defendants later admitted that NIKE was "focused on taking back market share" (¶324) and that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶664); and (iii) CW-2 described quarterly Brand meetings—led by the Chief Marketing Officer and the VP of North America Marketing—where "cool" factor metrics were discussed, showing that by May 2022, NIKE was no longer the top brand and was losing ground to competitors, and these results along with details of how each business unit was performing, were documented in reports sent to O'Neill (who reported to Donahoe) (¶¶321, 701-04). <br><br> **Core Operations:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | e.g., that NIKE was "repositioning . . . to be more competitive" and was "focused on taking back market share" (¶324), as well as that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶¶326, 420, 664); *see also* ¶¶327-28, 666-67 (corroboratory news and analyst reports); (vii) by May 2022, consumer survey data showed that NIKE was no longer the number one "cool" brand among North American consumers aged 18-24—a key metric in a key demographic—and was losing ground to competitors, specifically Adidas and Lululemon (CW-2, ¶321); and (viii) CW-1, who joined NIKE in August 2022, described that competitors, like Lululemon and Hoka, took market share because NIKE had no new attractive products, and that toward the end of 2022 and continuing all through 2023, NIKE's market share kept eroding (CW-1, ¶¶293-94). | **Close Monitoring:** *See* above.<br><br>**Friend's Insider Sales:** *See* above.<br><br>**Friend's Compensation:** *See* above. |
| 52 | <u>When</u>: September 29, 2022<br><u>Where</u>: FY 2023 Q1 Earnings Call<br><u>Speaker</u>: Donahoe and NIKE<br><br>Cite: ¶548 | In response to a J.P.Morgan analyst's question regarding demand for NIKE products in North America, Defendant Donahoe stated: "*[W]e see strong consumer demand in North America currently. Right? There's no signs of any softness,* that was relatively promotional in August, but strong into the first | **Channel Mix Strategy:** Statement misrepresented that demand for NIKE's products remained strong under CDA—i.e., that NIKE had effectively driven business to its DTC channels without relying on its wholesale partners. ¶¶436, 549. In reality, demand had softened by this time and NIKE had turned back to multi-brand partners to drive demand as NIKE's DTC mono-brand stores underperformed. ¶¶329-60. For example, (i) by early 2021, sell-through rates showed that consumers were not buying new DTC products to the level NIKE | **CWs/Admissions:**<br>**Channel Mix Strategy**—Defendant Donahoe had seen signs that NIKE's consumer demand had softened by this time, as in summer 2022, he and Friend told the North America sales team that NIKE was not hitting its revenue goals. ¶693 (CW-9); *see also* ¶¶706-07 (CW-4: NIKE was not hitting its topline revenue projections, as Donahoe was apprised through financial reports CW-4 helped prepare and in quarterly earnings briefings). Further, NIKE's pivot back to multi-brand partners prior |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | couple of weeks of this quarter. And so, we again talk in terms of transitional and structural. On a transitional basis, as Matt said, we're going to work through the excess inventory." <br><br> Cite: ¶548 | expected—a key red flag indicating that the Company's demand was waning as it pivoted away from its wholesale partners, which had been an "anchor" for NIKE (CW-5, ¶330); (ii) in fall 2021, NIKE had conducted diligence on wholesalers Sam's Club and Costco, so it could partner with them to "push products" through those channels, as the DTC strategy was "not working" (CW-10, ¶332); (iii) by late 2021 or early 2022, NIKE asked wholesalers to take more products and later sold in bulk to City Specialty, Foot Locker, and Finish Line to reduce NIKE's piling-up inventory (CW-7, ¶333); (iv) by early 2022, NIKE Live stores were failing to hit sales, foot traffic, and conversion KPI goals (CW-2, ¶¶338-42); (v) beginning in July 2022, NIKE cut its internal goal for NIKE Live store openings in half from 200 to 100 (and later cut it down to 75) (CW-2, *id.*, ¶160); (vi) NIKE kept reducing its target for DTC store openings after summer 2022 (CW-1, ¶347); (vii) approximately in fall 2022, NIKE internally discussed reengaging Macy's as a partner (CW-7, ¶334); and (viii) by the end of 2022, NIKE had a "massive backlog" of products that were not selling, so it "strong-armed" Foot Locker into taking "dead" inventory (CW-1, ¶336). <br><br> **Competition/Brand Strength:** Statement misrepresented that NIKE had maintained its leading competitive position and brand strength under CDA, given there were purportedly "no signs of any softness" | to this misstatement (CW-10, ¶332; CW-7, ¶333-34) and its lowered internal targets for the number of DTC store NIKE planned to open beginning in July 2022 (CW-2, ¶¶160, 338-42; CW-1, ¶347) represented key shifts in corporate strategy that would have been known to and approved by NIKE's senior executives, including Donahoe. ¶¶731-32. Donahoe also "strong-armed" Foot Locker into taking NIKE's "dead" inventory to avoid a stock drop in late 2022 (CW-1, ¶336). <br><br> **Competition/Brand Strength—**CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. For example, (i) numerous CWs described NIKE losing market share to competitors, including in the key running category, by 2021, thus evidencing widespread internal knowledge of such problems (CW-7, ¶317; CW-5, ¶315; CW-10, ¶316; CW-15, ¶289); (ii) Defendants later admitted that NIKE was "focused on taking back market share" (¶324) and that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶664); and (iii) CW-2 described quarterly Brand meetings—led by the Chief Marketing Officer and the VP of North America Marketing—where "cool" factor metrics were |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | in consumer demand for NIKE products—i.e., competitors were not adversely affecting NIKE's business. ¶¶435, 549. In reality, NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. ¶¶289-328. For example, (i) NIKE lost significant market share to competitors as a direct result of its DTC strategy (CW-7, ¶317); (ii) by early 2021, data tracked by NIKE showed it was losing market share to competitors due to CDA-driven withdrawal from specialty retailers (CW-5, ¶315); (iii) in summer 2021, NIKE began losing accounts and market share in the running shoe category to new competitors, On and Hoka (CW-10, ¶316); (iv) NIKE was losing customers to HOKA and On during CW-15's tenure (May 2021-May 2024) because they were more innovative, while NIKE relied on its legacy products (CW-15, ¶289); (v) NIKE was losing women sportswear customers (a key revenue generator) to Lululemon Athletica during CW-2's tenure in her final role (fall 2020 to fall 2022) (CW-2, ¶¶288, 318); *see also* ¶320 (CW-19, similar); (vi) Defendants admitted at the end of the Class Period, e.g., that NIKE was "repositioning . . . to be more competitive" and was "focused on taking back market share" (¶324), as well as that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶¶326, 420, 664); *see also* ¶¶327- | discussed, showing that by May 2022, NIKE was no longer the top brand and was losing ground to competitors, and these results along with details of how each business unit was performing, were documented in reports sent to O'Neill (who reported to Donahoe) (¶¶321, 701-04).<br><br>**CDA Strategy Success**—CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that CDA's components were failing (*see* scienter discussion of misstatements regarding these components above and below herein) and that NIKE's initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors. For example, (i) Donahoe later admitted that, by early 2021, NIKE began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05); (ii) Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative feedback about the CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (iii) Donahoe received significant push-back on CDA in all-hands calls (also attended by O'Neill) beginning in February 2022, triggering retaliation against employees who spoke up (CW-16, ¶¶688-91); *see also* ¶692 (*Wall Street Journal* coverage); (iv) from March 2022-April 2023, CW-4 attended monthly finance meetings discussing that NIKE was struggling with the DTC strategy and not hitting its topline revenue projections—information that |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | 28, 666-67 (corroboratory news and analyst reports); (vii) by May 2022, consumer survey data showed that NIKE was no longer the number one "cool" brand among North American consumers aged 18-24—a key metric in a key demographic—and was losing ground to competitors, specifically Adidas and Lululemon (CW-2, ¶321); and (viii) CW-1, who joined NIKE in August 2022, described that competitors, like Lululemon and Hoka, took market share because NIKE had no new attractive products, and that toward the end of 2022 and continuing all through 2023, NIKE's market share kept eroding (CW-1, ¶¶293-94).<br><br>**CDA Strategy Success:** Statement touting continued "strong consumer demand" under CDA, "with no signs of any softness," misrepresented that NIKE's CDA strategy was succeeding, including in each of the key underlying components, and was propelling long-term sustainable growth. ¶¶437-38, 549.  In reality, (i) NIKE's CDA components were failing (*see* ¶105 and falsity discussion of misstatements regarding these components above and below herein); and (ii) its initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors—i.e., such growth would not last (¶¶361-88). In addition to the component failures discussed in those misstatements, the following red flags indicated that CDA was not working and that NIKE's initial growth was unsustainable: (i) the COVID-19 pandemic led to a temporary surge in | was escalated to Donahoe (¶¶706-07); and (v) in summer 2022, Donahoe and Friend advised the sales team that NIKE was not hitting its revenue goals (CW-9, ¶693).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | NIKE's Digital sales beginning in early 2020 (CW-13, CW-17, and other sources, ¶¶362-65); (ii) in 2020-2021, NIKE still relied on selling products that were already in its pipeline before CDA (CW-16, ¶¶366-67); (iii) NIKE later admitted that, by early 2021, it began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295), which briefly boosted sales until NIKE cut the supply of these products in late 2023 (¶368); (iv) NIKE was "not even close" to hitting Digital revenue targets from 2021-June 2024 (CW-6, ¶377); (v) All-Employee Engagement Surveys were sent to Defendants describing CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (vi) beginning in February 2022, employees began pushing back against the CDA strategy in the chat function of quarterly all-hands calls hosted by Donahoe, causing NIKE to temporarily disable the chat and punish employees who spoke up (CW-16, ¶¶378-80); see also ¶381 (Wall Street Journal: all-hands call where "dozens of people" staged "an online protest" against CDA); (vii) CW-4 attended monthly finance meetings during her tenure (March 2022-April 2023) discussing NIKE's failure to hit topline revenue targets due to DTC struggles (¶¶385-88); and (viii) Donahoe and Friend admitted, at a summer 2022 sales meeting, that NIKE was not hitting revenue goals (CW-9, ¶382). | |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| 53 | <u>When</u>: September 29, 2022 <br> <u>Where</u>: FY 2023 Q1 Earnings Call <br> <u>Speaker</u>: Donahoe and NIKE <br><br> Cite: ¶550 | In response to a Guggenheim analyst's question regarding inventory and the "supply-demand for NIKE," Defendant Donahoe stated:"[W]e will be aggressive as Matt said on liquidating excess inventory, but also coming hard with our key popular franchises to bring heat and energy to them just like we did in Q1 like the Travis Scott AJ1 and that had a very strong full price realization and *we got a very strong innovation pipeline* that will still be coming hard and hot in Q2, Q3 and Q4. You saw in Q1, we had the Air Zoom Mercurial, we had the Air Max Scorpion, the NIKE Forward. *We've got a really strong innovation pipeline.*" <br><br> Cite: ¶550 | **Innovation/Pipeline:** Statement misrepresented that NIKE had maintained a "strong innovation pipeline" under CDA. ¶¶434, 551. In reality, NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as the Company instead relied on flooding the market with its classic products. ¶¶279-312. For example, (i) it was clear internally, in 2020, after CDA's launch, that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline given, the loss of institutional knowledge (CW-16, ¶¶280-82); (ii) NIKE's "lack of innovation" "originated" with the CDA-based reorganization in 2020 (Giunco and CW-1, ¶¶284-85); (iii) NIKE admitted that, by early 2021, it began unsustainably flooding the market with its key classic products instead of innovating new products (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295); (iv) Defendants admitted that this strategy caused "a gap in innovation in [NIKE's] pipeline" by summer 2022 (¶301); (v) by mid-2022, NIKE saw negative effects on new products in the pipeline (CW-16, ¶282); and (vi) such pipeline problems were a "major contributor[]" to NIKE's decision to lower its NIKE Live store opening goals beginning in summer 2022 (CW-2, ¶288). | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as it instead relied on flooding the market with its classic products. For example, (i) it was clear internally after CDA's launch in 2020 that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline (CW-16, ¶¶280-82); (ii) Donahoe later admitted that NIKE intentionally increased the supply of classic franchises, instead of new innovative products, by "early 2021" (¶305); (iii) Donahoe admitted that NIKE had an innovation "gap" by summer 2022 (¶301); (iv) per CW-16, by mid-2022, "there was no way" senior leadership did not know of NIKE's innovation/pipeline problems (¶736); (v) product pipeline problems contributed to the decision to lower store-opening goals beginning in July 2022 (CW-2, ¶¶160-61)—a major corporate decision likely made with knowledge of top executives like Defendant Donahoe (¶¶730-33); and (vi) per CW-1—who joined NIKE in August 2022 (¶54)—NIKE's oversaturation of the market with its classic products was a "dirty secret" that "everyone saw" internally (¶292). <br><br> **Core Operations:** *See* above. <br><br> **Close Monitoring:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | | **Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above. |
| 54 | <u>When</u>: October 6, 2022<br><u>Where</u>: Quarterly Report on Form 10-Q for period ended August 31, 2022<br><u>Speaker</u>: Donahoe, Friend, and NIKE (10-Q signed by Donahoe and Friend)<br><br>Cite: ¶553 | "Additionally*, we have aligned our product creation and category organizations around a new consumer construct focused on Men's, Women's and Kids'* and *continue to invest in data and analytics, demand sensing, insight gathering, inventory management and other areas to create an end-to-end technology foundation, which we expect will further accelerate our digital transformation.*"<br><br>Cite: ¶553 | **Corporate Reorganization:** The portion of the statement regarding NIKE's "align[ment]" of its "product creation and category organizations around a new consumer construct" misrepresented that NIKE's corporate reorganization under CDA had successfully streamlined NIKE's business around the new gender- and age-based consumer constructs (Men's, Women's, and Kids') instead of sports-based categories. ¶¶433, 554. In reality, the reorganization was a failure on multiple fronts, as NIKE later admitted by reversing its pivot to these consumer constructs, which had "added complexity and inefficiency," necessitating a $2 billion restructuring announced in December 2023, and reverting to its pre-CDA sport-based categorization model no later than summer 2023 by Defendants' own admission. ¶¶259-78. For example, (i) by 2021, "hundreds of colleagues were fired" in this reorganization, and NIKE "lost a solid process and thousands of years of experience and expertise" in sports-based products, which "originated" NIKE's "lack of innovation" (Giunco, ¶261); (ii) early in Donahoe's tenure, which began in January 2020, many senior and long-tenured management personnel were terminated, resulting in the loss of "thousands of years | **CWs/Admissions:**<br>**Corporate Reorganization—**CW allegations show that Defendants Donahoe and Friend knew or recklessly disregarded that the reorganization was a failure on multiple fronts. For example, (i) CW-17—who left NIKE in October 2021—described how NIKE laid off many long-time employees under CDA, and it was "well known" within NIKE that the DTC strategy was not going well (¶262); (ii) other former NIKE employees recounted the loss of significant institutional knowledge due to CDA's reorganization—evidencing widespread knowledge (Giunco, ¶261; CW-16, ¶¶280-81); (iii) Defendants Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative internal feedback about the CDA strategy beginning with the first survey after the first round of mass terminations, which occurred in early/mid-2020 (CW-16, ¶¶371-73); and (iv) in summer 2022, NIKE began its pivot back to the pre-CDA sports categorization model (CW-18, ¶264)—a massive strategic shift by the Company that would have been known to and approved by NIKE's senior executives, including the Individual Defendants (¶733). |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | of NIKE experience" (CW-16, ¶280) (*see also* ¶262 (similar, CW-17))—which negatively impacted NIKE's new product pipeline by mid-2022 (CW-16, ¶¶280-82); and (iii) by the time of this misstatement, in mid-2022, NIKE had already begun to covertly revert to its pre-CDA sports categorization model, undergoing an organizational shift—to address concerns about the Company's performance under CDA—that created General Managers for sports categories within the gender constructs in an attempt to recreate the pre-CDA sports categories within the gender and age structure (CW-18, ¶264).<br><br>**DTC Supply Chain:** The portion of the statement regarding NIKE's continued "invest[ment] in data and analytics, demand sensing, insight gathering, inventory management and other areas to create an end-to-end technology foundation" misrepresented NIKE's success in developing an effective DTC supply chain under CDA because it claimed to have invested heavily in the capabilities needed to establish such a supply chain. ¶¶431, 554. In reality, NIKE faced severe supply chain problems inhibiting DTC operations and failed to develop an effective DTC supply chain during the Class Period. ¶¶145-69. For example, (i) NIKE refused to invest in a separate distribution system for its DTC stores and instead used its wholesale system, and never established planning and allocation teams for its DTC stores, which resulted in operational problems that | **DTC Supply Chain**—CW allegations show that Defendants Donahoe and Friend knew or recklessly disregarded that NIKE faced severe supply chain problems inhibiting DTC operations and failed to develop an effective DTC supply chain during the Class Period. For example, (i) internal quarterly audit reports describing "supply chain problems" as a "huge issue that needs to be fixed" were sent to Defendants Donahoe, Friend, O'Neill, and the Board throughout the Class Period into at least 2024 (CW-1, ¶¶146, 154-55); (ii) NIKE Global VP of Stores "informed the entire leadership team" of NIKE's DTC supply chain problems, and advised CW-1 of these problems in 2022 (CW-1, ¶153); (iii) NIKE began cutting its NIKE Live store opening goals in summer 2022 due to the DTC supply chain issues (CW-2, ¶¶160-61)—a major strategic shift for the Company that necessitated Defendants' knowledge (¶732); and (iv) beginning in fall 2022, CW-1 began attending quarterly audit meetings that discussed DTC supply chain problems and were attended by Defendant O'Neill and top executive Craig Williams (¶¶154-55)—both of whom reported to Donahoe during the Class Period (¶¶175, 704).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | negatively impacted sales—e.g., that store managers could not control inventory flow, causing frequent movement of product between warehouses, stores, and storage units, which led to product losses and "hazardous" storerooms that violated OSHA (CW-1, ¶¶146-51, 157-59); (ii) NIKE Live stores could not allocate and evenly distribute products due to supply chain issues, which adversely affected performance (e.g., lower foot traffic) in NIKE stores, and which contributed to NIKE cutting its target for store openings (from 200 to 100, and then to 75) beginning in summer 2022 (CW-2, ¶¶161-63); (iii) NIKE had not developed supply chain capabilities to plan for DTC demand—e.g., forecasting how much DTC merchandise would sell before placing orders (CW-5, ¶165); and (iv) internal quarterly audit reports describing "supply chain problems" as a "huge issue that needs to be fixed" were sent to Donahoe, Friend, O'Neill, and the Board throughout the Class Period into at least 2024 (CW-1, ¶¶146, 154-55). | **Donahoe's Insider Sales:** *See* above.<br><br>**Friend's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above.<br><br>**Friend's Compensation:** *See* above. |
| 55 | When: December 20, 2022<br>Where: FY 2023 Q2 Earnings Call<br>Speaker: Donahoe and NIKE<br><br>Cite: ¶555 | "As I mentioned earlier, *our Q2 results speak to the continued success of our strategy.* Consumer Direct Acceleration is fueling our marketplace approach in which we directly connect with the consumer no matter where they shopped. Today our marketplace strategy is driving | **CDA Strategy Success:** Statement misrepresented that NIKE's CDA strategy was succeeding, including in each of the key underlying components, and was propelling long-term sustainable growth—specifically, that NIKE's FY 2023 "Q2 results" were caused by the purported success of CDA. ¶¶437-38, 556. In reality, (i) NIKE's CDA components were failing (*see* ¶105 and falsity discussion of misstatements regarding these components above and | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that CDA's components were failing (*see* scienter discussion of misstatements regarding these components above and below herein) and that NIKE's initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors. For example, (i) Donahoe later admitted that, by early 2021, NIKE began unsustainably flooding the |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | distinction in this current promotional environment. Our work to directly connect with consumers is founded on a simple consumer insight." <br><br> Cite: ¶555 | below herein); and (ii) its initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors—i.e., such growth would not last (¶¶361-88). In addition to the component failures discussed in those misstatements, the following red flags indicated that CDA was not working and that NIKE's initial growth was unsustainable: (i) the COVID-19 pandemic led to a temporary surge in NIKE's Digital sales beginning in early 2020 (CW-13, CW-17, and other sources, ¶¶362-65); (ii) in 2020-2021, NIKE still relied on selling products that were already in its pipeline before CDA (CW-16, ¶¶366-67); (iii) NIKE later admitted that, by early 2021, it began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295), which briefly boosted sales until NIKE cut the supply of these products in late 2023 (¶368); (iv) NIKE was "not even close" to hitting Digital revenue targets from 2021-June 2024 (CW-6, ¶377); (v) All-Employee Engagement Surveys were sent to Defendants describing CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (vi) beginning in February 2022, employees began pushing back against the CDA strategy in the chat function of quarterly all-hands calls hosted by Donahoe, causing NIKE to temporarily disable the chat and punish employees who spoke up (CW-16, ¶¶378-80); *see also* ¶381 (*Wall Street Journal*: all-hands call where "dozens of people" staged | market with its key classic products, instead of innovating new ones (¶¶304-05); (ii) Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative feedback about the CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (iii) Donahoe received significant push-back on CDA in all-hands calls (also attended by O'Neill) beginning in February 2022, triggering retaliation against employees who spoke up (CW-16, ¶¶688-91); *see also* ¶692 (*Wall Street Journal* coverage); (iv) from March 2022-April 2023, CW-4 attended monthly finance meetings discussing that NIKE was struggling with the DTC strategy and not hitting its topline revenue projections—information that was escalated to Donahoe (¶¶706-07); and (v) in summer 2022, Donahoe and Friend advised the sales team that NIKE was not hitting its revenue goals (CW-9, ¶693). <br><br> **Core Operations:** *See above.* <br><br> **Close Monitoring:** *See above.* <br><br> **Donahoe's Departure:** *See above.* <br><br> **Donahoe's Insider Sales:** *See above.* <br><br> **Donahoe's Compensation:** *See above.* |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | "an online protest" against CDA); (vii) CW-4 attended monthly finance meetings during her tenure (March 2022-April 2023) discussing NIKE's failure to hit topline revenue targets due to DTC struggles (¶¶385-88); (viii) Donahoe and Friend admitted, at a summer 2022 sales meeting, that NIKE was not hitting revenue goals (CW-9, ¶382); and (ix) in October 2022, CW-16 received an email that NIKE was "doing a massive budget scrub [i.e., cuts] in order to address [CDA-related] headwinds facing the company" (¶383). | |
| 56 | <u>When</u>: December 20, 2022<br><u>Where</u>: FY 2023 Q2 Earnings Call<br><u>Speaker</u>: Donahoe and NIKE<br><br>Cite: ¶557 | "*[O]ur results speak to how we've leveraged our competitive advantages, which include a relentless innovation pipeline, unmatched brands, and deep consumer connections to build relative strength and stay ahead of competition.*"<br><br>Cite: ¶557 | **Competition/Brand Strength:** Statement touting NIKE's "competitive advantages," including its "relentless innovation pipeline" and strong "brands," that enabled it to "stay ahead of competition" misrepresented that NIKE had maintained its leading competitive position and brand strength under CDA. ¶¶435, 558. In reality, NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. ¶¶289-328. For example, (i) NIKE lost significant market share to competitors as a direct result of its DTC strategy (CW-7, ¶317); (ii) by early 2021, data tracked by NIKE showed it was losing market share to competitors due to CDA-driven withdrawal from specialty retailers (CW-5, ¶315); (iii) in summer 2021, NIKE began losing accounts and market share in the running shoe category to new competitors, On and Hoka (CW-10, ¶316); (iv) NIKE was losing customers to HOKA and On during CW-15's tenure (May 2021- | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. For example, (i) numerous CWs described NIKE losing market share to competitors, including in the key running category, by 2021, thus evidencing widespread internal knowledge of such problems (CW-7, ¶317; CW-5, ¶315; CW-10, ¶316; CW-15, ¶289); (ii) Defendants later admitted that NIKE was "focused on taking back market share" (¶324) and that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶664); and (iii) CW-2 described quarterly Brand meetings—led by the Chief Marketing Officer and the VP of North America Marketing—where "cool" factor metrics were |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | May 2024) because they were more innovative, while NIKE relied on its legacy products (CW-15, ¶289); (v) NIKE was losing women sportswear customers (a key revenue generator) to Lululemon Athletica during CW-2's tenure in her final role (fall 2020 to fall 2022) (CW-2, ¶¶288, 318); *see also* ¶320 (CW-19, similar); (vi) Defendants admitted at the end of the Class Period, e.g., that NIKE was "repositioning . . . to be more competitive" and was "focused on taking back market share" (¶324), as well as that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶¶326, 420, 664); *see also* ¶¶327-28, 666-67 (corroboratory news and analyst reports); (vii) by May 2022, consumer survey data showed that NIKE was no longer the number one "cool" brand among North American consumers aged 18-24—a key metric in a key demographic—and was losing ground to competitors, specifically Adidas and Lululemon (CW-2, ¶321); and (viii) CW-1, who joined NIKE in August 2022, described that competitors, like Lululemon and Hoka, took market share because NIKE had no new attractive products, and that toward the end of 2022 and continuing all through 2023, NIKE's market share kept eroding (CW-1, ¶¶293-94). | discussed, showing that by May 2022, NIKE was no longer the top brand and was losing ground to competitors, and these results along with details of how each business unit was performing, were documented in reports sent to O'Neill (who reported to Donahoe) (¶¶321, 701-04).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above. |
| 57 | <u>When:</u> January 5, 2023 | "Additionally, ***we have aligned our product creation and category organizations around a*** | **Corporate Reorganization:** The portion of the statement regarding NIKE's "align[ment]" of its "product creation and category organizations around a | **CWs/Admissions:**<br>**Corporate Reorganization**—CW allegations show that Defendants Donahoe and Friend knew or recklessly |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | <u>Where</u>: Quarterly Report on Form 10-Q for period ended November 30, 2022<br><br><u>Speaker</u>: Donahoe, Friend, and NIKE (10-Q signed by Donahoe and Friend)<br><br>Cite: ¶560 | ***new consumer construct focused on Men's, Women's and Kids'*** and ***continue to invest in data and analytics, demand sensing, insight gathering, inventory management and other areas to create an end-to-end technology foundation, which we expect will further accelerate our digital transformation***."<br><br>Cite: ¶560 | new consumer construct" misrepresented that NIKE's corporate reorganization under CDA had successfully streamlined NIKE's business around the new gender- and age-based consumer constructs (Men's, Women's, and Kids') instead of sports-based categories. ¶¶433, 561. In reality, the reorganization was a failure on multiple fronts, as NIKE later admitted by reversing its pivot to these consumer constructs, which had "added complexity and inefficiency," necessitating a $2 billion restructuring announced in December 2023, and reverting to its pre-CDA sport-based categorization model no later than summer 2023 by Defendants' own admission. ¶¶259-78. For example, (i) by 2021, "hundreds of colleagues were fired" in this reorganization, and NIKE "lost a solid process and thousands of years of experience and expertise" in sports-based products, which "originated" NIKE's "lack of innovation" (Giunco, ¶261); (ii) early in Donahoe's tenure, which began in January 2020, many senior and long-tenured management personnel were terminated, resulting in the loss of "thousands of years of NIKE experience" (CW-16, ¶280) (*see also* ¶262 (similar, CW-17))—which negatively impacted NIKE's new product pipeline by mid-2022 (CW-16, ¶¶280-82); and (iii) by the time of this misstatement, in mid-2022, NIKE had already begun to covertly revert to its pre-CDA sports categorization model, undergoing an organizational shift—to address concerns about the Company's performance under CDA—that created | disregarded that the reorganization was a failure on multiple fronts. For example, (i) CW-17—who left NIKE in October 2021—described how NIKE laid off many long-time employees under CDA, and it was "well known" within NIKE that the DTC strategy was not going well (¶262); (ii) other former NIKE employees recounted the loss of significant institutional knowledge due to CDA's reorganization—evidencing widespread knowledge (Giunco, ¶261; CW-16, ¶¶280-81); (iii) Defendants Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative internal feedback about the CDA strategy beginning with the first survey after the first round of mass terminations, which occurred in early/mid-2020 (CW-16, ¶¶371-73); and (iv) in summer 2022, NIKE began its pivot back to the pre-CDA sports categorization model (CW-18, ¶264)—a massive strategic shift by the Company that would have been known to and approved by NIKE's senior executives, including the Individual Defendants (¶733).<br><br>**DTC Supply Chain**—CW allegations show that Defendants Donahoe and Friend knew or recklessly disregarded that NIKE faced severe supply chain problems inhibiting DTC operations and failed to develop an effective DTC supply chain during the Class Period. For example, (i) internal quarterly audit reports describing "supply chain problems" as a "huge issue that needs to be fixed" were sent to Defendants |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | General Managers for sports categories within the gender constructs in an attempt to recreate the pre-CDA sports categories within the gender and age structure (CW-18, ¶264).<br><br>**DTC Supply Chain:**  The portion of the statement regarding NIKE's continued "invest[ment] in data and analytics, demand sensing, insight gathering, inventory management and other areas to create an end-to-end technology foundation" misrepresented NIKE's success in developing an effective DTC supply chain under CDA because it claimed to have invested heavily in the capabilities needed to establish such a supply chain. ¶¶431, 561. In reality, NIKE faced severe supply chain problems inhibiting DTC operations and failed to develop an effective DTC supply chain during the Class Period. ¶¶145-69. For example, (i) NIKE refused to invest in a separate distribution system for its DTC stores and instead used its wholesale system, and never established planning and allocation teams for its DTC stores, which resulted in operational problems that negatively impacted sales—e.g., that store managers could not control inventory flow, causing frequent movement of product between warehouses, stores, and storage units, which led to product losses and "hazardous" storerooms that violated OSHA (CW-1, ¶¶146-51, 157-59); (ii) NIKE Live stores could not allocate and evenly distribute products due to supply chain issues, which adversely affected performance | Donahoe, Friend, O'Neill, and the Board throughout the Class Period into at least 2024 (CW-1, ¶¶146, 154-55); (ii) NIKE Global VP of Stores "informed the entire leadership team" of NIKE's DTC supply chain problems, and advised CW-1 of these problems in 2022 (CW-1, ¶153); (iii) NIKE began cutting its NIKE Live store opening goals in summer 2022 due to the DTC supply chain issues (CW-2, ¶¶160-61)—a major strategic shift for the Company that necessitated Defendants' knowledge (¶732); and (iv) beginning in fall 2022, CW-1 began attending quarterly audit meetings that discussed DTC supply chain problems and were attended by Defendant O'Neill and top executive Craig Williams (¶¶154-55)—both of whom reported to Donahoe during the Class Period (¶¶175, 704).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Friend's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above.<br><br>**Friend's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | (e.g., lower foot traffic) in NIKE stores, and which contributed to NIKE cutting its target for store openings (from 200 to 100, and then to 75) beginning in summer 2022 (CW-2, ¶¶161-63); (iii) NIKE had not developed supply chain capabilities to plan for DTC demand—e.g., forecasting how much DTC merchandise would sell before placing orders (CW-5, ¶165); and (iv) internal quarterly audit reports describing "supply chain problems" as a "huge issue that needs to be fixed" were sent to Donahoe, Friend, O'Neill, and the Board throughout the Class Period into at least 2024 (CW-1, ¶¶146, 154-55). | |
| 58 | <u>When</u>: March 21, 2023 <u>Where</u>: Press Release, "NIKE, Inc. Reports Fiscal 2023 Third Quarter Results" <u>Speaker</u>: Donahoe and NIKE <br><br>Cite: ¶562 | "***NIKE's strong results in the third quarter offer continued proof of the success of our Consumer Direct Acceleration strategy.***" <br><br>Cite: ¶562 | **CDA Strategy Success:** Statement misrepresented that NIKE's CDA strategy was succeeding, including in each of the key underlying components, and was propelling long-term sustainable growth— specifically, that NIKE's "strong [financial] results in the third quarter" of FY 2023 were caused by the purported success of CDA. ¶¶437-38, 563. In reality, (i) NIKE's CDA components were failing (*see* ¶105 and falsity discussion of misstatements regarding these components above and below herein); and (ii) its initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors—i.e., such growth would not last (¶¶361-88). In addition to the component failures discussed in those misstatements, the following red flags indicated that CDA was not working and that NIKE's initial growth was unsustainable: (i) the COVID-19 pandemic led to a temporary surge in | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that CDA's components were failing (*see* scienter discussion of misstatements regarding these components above and below herein) and that NIKE's initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors. For example, (i) Donahoe later admitted that, by early 2021, NIKE began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05); (ii) Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative feedback about the CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (iii) Donahoe received significant push-back on CDA in all-hands calls (also attended by O'Neill) beginning in February 2022, triggering retaliation against employees who |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | NIKE's Digital sales beginning in early 2020 (CW-13, CW-17, and other sources, ¶¶362-65); (ii) in 2020-2021, NIKE still relied on selling products that were already in its pipeline before CDA (CW-16, ¶¶366-67); (iii) NIKE later admitted that, by early 2021, it began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295), which briefly boosted sales until NIKE cut the supply of these products in late 2023 (¶368); (iv) NIKE was "not even close" to hitting Digital revenue targets from 2021-June 2024 (CW-6, ¶377); (v) All-Employee Engagement Surveys were sent to Defendants describing CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (vi) beginning in February 2022, employees began pushing back against the CDA strategy in the chat function of quarterly all-hands calls hosted by Donahoe, causing NIKE to temporarily disable the chat and punish employees who spoke up (CW-16, ¶¶378-80); see also ¶381 (Wall Street Journal: all-hands call where "dozens of people" staged "an online protest" against CDA); (vii) CW-4 attended monthly finance meetings during her tenure (March 2022-April 2023) discussing NIKE's failure to hit topline revenue targets due to DTC struggles (¶¶385-88); (viii) Donahoe and Friend admitted, at a summer 2022 sales meeting, that NIKE was not hitting revenue goals (CW-9, ¶382); and (ix) in October 2022, CW-16 received an email that NIKE was "doing a massive | spoke up (CW-16, ¶¶688-91); *see also* ¶692 (*Wall Street Journal* coverage); (iv) from March 2022-April 2023), CW-4 attended monthly finance meetings discussing that NIKE was struggling with the DTC strategy and not hitting its topline revenue projections—information that was escalated to Donahoe (¶¶706-07); and (v) in summer 2022, Donahoe and Friend advised the sales team that NIKE was not hitting its revenue goals (CW-9, ¶693).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | budget scrub [i.e., cuts] in order to address [CDA-related] headwinds facing the company" (¶383). | |
| 59 | When: March 21, 2023 Where: FY 2023 Q3 Earnings Call Speaker: Donahoe and NIKE Cite: ¶564 | In response to a J.P. Morgan analyst's question regarding "market share acceleration opportunities" and "the forward-looking product pipeline," Defendant Donahoe stated: "*[T]he breadth and depth of the innovation pipeline is really strong* and what's clear is as we've returned to the office, as our teams are now back together in person that NIKE magic of consumer insight driving product innovation combined with storytelling, combined with marketplace, is really picking up steam." Cite: ¶564 | **Innovation/Pipeline:** Statement misrepresented that NIKE had maintained a "really strong" pipeline of innovative products under CDA. ¶¶434, 565. In reality, NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as the Company instead relied on flooding the market with its classic products. ¶¶279-312. For example, (i) it was clear internally, in 2020, after CDA's launch, that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline, given the loss of institutional knowledge (CW-16, ¶¶280-82); (ii) NIKE's "lack of innovation" "originated" with the CDA-based reorganization in 2020 (Giunco and CW-1, ¶¶284-85); (iii) NIKE admitted that, by early 2021, it began unsustainably flooding the market with its key classic products instead of innovating new products (¶¶304-05), as was corroborated by CWs (*e.g.*, CW-2, ¶¶286, 295); (iv) Defendants admitted that this strategy caused "a gap in innovation in [NIKE's] pipeline" by summer 2022 (¶301); (v) by mid-2022, NIKE saw negative effects on new products in the pipeline (CW-16, ¶282); (vi) such pipeline problems were a "major contributor[]" to NIKE's decision to lower its NIKE Live store opening goals beginning in summer 2022 (CW-2, ¶288); and (vii) Defendants admitted that NIKE had begun "rebuilding [its] disruptive innovation pipeline" by early 2023 (¶298)—an effort that they | **CW/Admissions:** CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as it instead relied on flooding the market with its classic products. For example, (i) it was clear internally after CDA's launch in 2020 that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline (CW-16, ¶¶280-82); (ii) Donahoe later admitted that NIKE intentionally increased the supply of classic franchises, instead of new innovative products, by "early 2021" (¶305); (iii) Donahoe admitted that NIKE had an innovation "gap" by summer 2022 (¶301); (iv) per CW-16, by mid-2022, "there was no way" senior leadership did not know of NIKE's innovation/pipeline problems (¶736); (v) product pipeline problems contributed to the decision to lower store-opening goals beginning in July 2022 (CW-2, ¶¶160-61)—a major corporate decision likely made with knowledge of top executives like Defendant Donahoe (¶¶730-33); (vi) per CW-1—who joined NIKE in August 2022 (¶54)—NIKE's oversaturation of the market with its classic products was a "dirty secret" that "everyone saw" internally (¶292); and (vii) Donahoe admitted that NIKE tried to "rebuild[]" its "innovation pipeline" by early 2023 (¶298). |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | admitted was unsuccessful, as NIKE still had not "reestablish[ed] [its] innovation edge" by June 2024 (¶301). | **Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above. |
| 60 | <u>When</u>: May 24, 2023<br><u>Where</u>: Press Release, "NIKE Announces Senior Leadership Changes to Deepen Consumer-Led Growth and Marketplace Advantage"<br><u>Speaker</u>: Donahoe and NIKE<br><br>Cite: ¶566 | "***Our brand momentum is strong, our innovation pipeline is unmatched, and our strategy is working.***"<br><br>Cite: ¶566 | **Innovation/Pipeline:** Statement misrepresented that NIKE had maintained a strong pipeline of innovative products under CDA. ¶¶434, 567. In reality, NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as the Company instead relied on flooding the market with its classic products. ¶¶279-312. For example, (i) it was clear internally, in 2020, after CDA's launch, that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline, given the loss of institutional knowledge (CW-16, ¶¶280-82); (ii) NIKE's "lack of innovation" "originated" with the CDA-based reorganization in 2020 (Giunco and CW-1, ¶¶284-85); (iii) NIKE admitted that, by early 2021, it began unsustainably flooding the market with its key classic products instead of innovating new products (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295); (iv) Defendants admitted that this strategy caused "a gap in innovation in [NIKE's] pipeline" by summer 2022 (¶301); (v) by mid-2022, NIKE saw negative | **CWs/Admissions:**<br>**Innovation/Pipeline**— CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as it instead relied on flooding the market with its classic products. For example, (i) it was clear internally after CDA's launch in 2020 that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline (CW-16, ¶¶280-82); (ii) Donahoe later admitted that NIKE intentionally increased the supply of classic franchises, instead of new innovative products, by "early 2021" (¶305); (iii) Donahoe admitted that NIKE had an innovation "gap" by summer 2022 (¶301); (iv) per CW-16, by mid-2022, "there was no way" senior leadership did not know of NIKE's innovation/pipeline problems (¶736); (v) product pipeline problems contributed to the decision to lower store-opening goals beginning in July 2022 (CW-2, ¶¶160-61)—a major corporate decision likely made |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | effects on new products in the pipeline (CW-16, ¶282); (vi) such pipeline problems were a "major contributor[]" to NIKE's decision to lower its NIKE Live store opening goals beginning in summer 2022 (CW-2, ¶288); and (vii) Defendants admitted that NIKE had begun "rebuilding [its] disruptive innovation pipeline" by early 2023 (¶298)—an effort that they admitted was unsuccessful, as NIKE still had not "reestablish[ed] [its] innovation edge" by June 2024 (¶301).<br><br>**Competition/Brand Strength:** Statement that NIKE's "brand momentum is strong" misrepresented that NIKE had maintained its leading competitive position and brand strength under CDA. ¶¶435, 567. In reality, NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. ¶¶289-328. For example, (i) NIKE lost significant market share to competitors as a direct result of its DTC strategy (CW-7, ¶317); (ii) by early 2021, data tracked by NIKE showed it was losing market share to competitors due to CDA-driven withdrawal from specialty retailers (CW-5, ¶315); (iii) in summer 2021, NIKE began losing accounts and market share in the running shoe category to new competitors, On and Hoka (CW-10, ¶316); (iv) NIKE was losing customers to HOKA and On during CW-15's tenure (May 2021-May 2024) because they were more innovative, while NIKE relied | with knowledge of top executives like Defendant Donahoe (¶¶730-33); (vi) per CW-1—who joined NIKE in August 2022 (¶54)—NIKE's oversaturation of the market with its classic products was a "dirty secret" that "everyone saw" internally (¶292); and (vii) Donahoe admitted that NIKE tried to "rebuild[]" its "innovation pipeline" by early 2023 (¶298).<br><br>**Competition/Brand Strength—** CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. For example, (i) numerous CWs described NIKE losing market share to competitors, including in the key running category, by 2021, thus evidencing widespread internal knowledge of such problems (CW-7, ¶317; CW-5, ¶315; CW-10, ¶316; CW-15, ¶289); (ii) Defendants later admitted that NIKE was "focused on taking back market share" (¶324) and that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶664); and (iii) CW-2 described quarterly Brand meetings—led by the Chief Marketing Officer and the VP of North America Marketing—where "cool" factor metrics were discussed, showing that by May 2022, NIKE was no longer the top brand and was losing ground to |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | on its legacy products (CW-15, ¶289); (v) NIKE was losing women sportswear customers (a key revenue generator) to Lululemon Athletica during CW-2's tenure in her final role (fall 2020 to fall 2022) (CW-2, ¶¶288, 318); *see also* ¶320 (CW-19, similar); (vi) Defendants admitted at the end of the Class Period, e.g., that NIKE was "repositioning . . . to be more competitive" and was "focused on taking back market share" (¶324), as well as that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶¶326, 420, 664); *see also* ¶¶327-28, 666-67 (corroboratory news and analyst reports); (vii) by May 2022, consumer survey data showed that NIKE was no longer the number one "cool" brand among North American consumers aged 18-24—a key metric in a key demographic—and was losing ground to competitors, specifically Adidas and Lululemon (CW-2, ¶321); and (viii) CW-1, who joined NIKE in August 2022, described that competitors, like Lululemon and Hoka, took market share because NIKE had no new attractive products, and that toward the end of 2022 and continuing all through 2023, NIKE's market share kept eroding (CW-1, ¶¶293-94). <br><br>**CDA Strategy Success:** Statement that "our strategy is working" misrepresented that NIKE's CDA strategy was succeeding, including in each of the key | competitors, and these results along with details of how each business unit was performing, were documented in reports sent to O'Neill (who reported to Donahoe) (¶¶321, 701-04). <br><br>**CDA Strategy Success**—CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that CDA's components were failing (*see* scienter discussion of misstatements regarding these components above and below herein) and that NIKE's initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors. For example, (i) Donahoe later admitted that, by early 2021, NIKE began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05); (ii) Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative feedback about the CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (iii) Donahoe received significant push-back on CDA in all-hands calls (also attended by O'Neill) beginning in February 2022, triggering retaliation against employees who spoke up (CW-16, ¶¶688-91); *see also* ¶692 (*Wall Street Journal* coverage); (iv) from March 2022-April 2023, CW-4 attended monthly finance meetings discussing that NIKE was struggling with the DTC strategy and not hitting its topline revenue projections—information that was escalated to Donahoe (¶¶706-07); and (v) in summer 2022, Donahoe and Friend advised the sales |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | underlying components, and was propelling long-term sustainable growth. ¶¶437-38, 567. In reality, (i) NIKE's CDA components were failing (*see* ¶105 and falsity discussion of misstatements regarding these components above and below herein); and (ii) its initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors—i.e., such growth would not last (¶¶361-88). In addition to the component failures discussed in those misstatements, the following red flags indicated that CDA was not working and that NIKE's initial growth was unsustainable: (i) the COVID-19 pandemic led to a temporary surge in NIKE's Digital sales beginning in early 2020 (CW-13, CW-17, and other sources, ¶¶362-65); (ii) in 2020-2021, NIKE still relied on selling products that were already in its pipeline before CDA (CW-16, ¶¶366-67); (iii) NIKE later admitted that, by early 2021, it began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295), which briefly boosted sales until NIKE cut the supply of these products in late 2023 (¶368); (iv) NIKE was "not even close" to hitting Digital revenue targets from 2021-June 2024 (CW-6, ¶377); (v) All-Employee Engagement Surveys were sent to Defendants describing CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (vi) beginning in February 2022, employees began pushing back against the CDA strategy in the chat function of quarterly all-hands calls | team that NIKE was not hitting its revenue goals (CW-9, ¶693).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | hosted by Donahoe, causing NIKE to temporarily disable the chat and punish employees who spoke up (CW-16, ¶¶378-80); *see also* ¶381 (*Wall Street Journal*: all-hands call where "dozens of people" staged "an online protest" against CDA); (vii) CW-4 attended monthly finance meetings during her tenure (March 2022-April 2023) discussing NIKE's failure to hit topline revenue targets due to DTC struggles (¶¶385-88); (viii) Donahoe and Friend admitted, at a summer 2022 sales meeting, that NIKE was not hitting revenue goals (CW-9, ¶382); and (ix) in October 2022, CW-16 received an email that NIKE was "doing a massive budget scrub [i.e., cuts] in order to address [CDA-related] headwinds facing the company" (¶383). | |
| 61 | When: April 6, 2023 Where: Quarterly Report on Form 10-Q for period ended February 28, 2023 Speaker: Donahoe, Friend, and NIKE (10-Q signed by Donahoe and Friend) Cite: ¶569 | "Additionally, *we have aligned our product creation and category organizations around a new consumer construct focused on Men's, Women's and Kids' and continue to invest in data and analytics, demand sensing, insight gathering, inventory management and other areas to create an end-to-end technology foundation, which we expect will further accelerate our digital transformation.*" Cite: ¶569 | **Corporate Reorganization:** The portion of the statement regarding NIKE's "align[ment]" of its "product creation and category organizations around a new consumer construct" misrepresented that NIKE's corporate reorganization under CDA had successfully streamlined NIKE's business around the new gender- and age-based consumer constructs (Men's, Women's, and Kids') instead of sports-based categories. ¶¶433, 570. In reality, the reorganization was a failure on multiple fronts, as NIKE later admitted by reversing its pivot to these consumer constructs, which had "added complexity and inefficiency," necessitating a $2 billion restructuring announced in December 2023, and reverting to its pre-CDA sport-based categorization model no later than summer 2023 by Defendants' own | **CWs/Admissions:** **Corporate Reorganization**—CW allegations show that Defendants Donahoe and Friend knew or recklessly disregarded that the reorganization was a failure on multiple fronts. For example, (i) CW-17—who left NIKE in October 2021—described how NIKE laid off many long-time employees under CDA, and it was "well known" within NIKE that the DTC strategy was not going well (¶262); (ii) other former NIKE employees recounted the loss of significant institutional knowledge due to CDA's reorganization—evidencing widespread knowledge (Giunco, ¶261; CW-16, ¶¶280-81); (iii) Defendants Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative internal feedback about the CDA strategy beginning |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | admission. ¶¶259-78. For example, (i) by 2021, "hundreds of colleagues were fired" in this reorganization, and NIKE "lost a solid process and thousands of years of experience and expertise" in sports-based products, which "originated" NIKE's "lack of innovation" (Giunco, ¶261); (ii) early in Donahoe's tenure, which began in January 2020, many senior and long-tenured management personnel were terminated, resulting in the loss of "thousands of years of NIKE experience" (CW-16, ¶280) (*see also* ¶262 (similar, CW-17))—which negatively impacted NIKE's new product pipeline by mid-2022 (CW-16, ¶¶280-82; and (iii) by the time of this misstatement, in mid-2022, NIKE had already begun to covertly revert to its pre-CDA sports categorization model, undergoing an organizational shift—to address concerns about the Company's performance under CDA—that created General Managers for sports categories within the gender constructs in an attempt to recreate the pre-CDA sports categories within the gender and age structure (CW-18, ¶264).<br><br>**DTC Supply Chain:** The portion of the statement regarding NIKE's continued "invest[ment] in data and analytics, demand sensing, insight gathering, inventory management and other areas to create an end-to-end technology foundation" misrepresented NIKE's success in developing an effective DTC supply chain under CDA because it claimed to have invested heavily in the | with the first survey after the first round of mass terminations, which occurred in early/mid-2020 (CW-16, ¶¶371-73); and (iv) in summer 2022, NIKE began its pivot back to the pre-CDA sports categorization model (CW-18, ¶264)—a massive strategic shift by the Company that would have been known to and approved by NIKE's senior executives, including the Individual Defendants (¶733).<br><br>**DTC Supply Chain**—CW allegations show that Defendants Donahoe and Friend knew or recklessly disregarded that NIKE faced severe supply chain problems inhibiting DTC operations and failed to develop an effective DTC supply chain during the Class Period. For example, (i) internal quarterly audit reports describing "supply chain problems" as a "huge issue that needs to be fixed" were sent to Defendants Donahoe, Friend, O'Neill, and the Board throughout the Class Period into at least 2024 (CW-1, ¶¶146, 154-55); (ii) NIKE Global VP of Stores "informed the entire leadership team" of NIKE's DTC supply chain problems, and advised CW-1 of these problems in 2022 (CW-1, ¶153); (iii) NIKE began cutting its NIKE Live store opening goals in summer 2022 due to the DTC supply chain issues (CW-2, ¶¶160-61)—a major strategic shift for the Company that necessitated Defendants' knowledge (¶732); and (iv) beginning in fall 2022, CW-1 began attending quarterly audit meetings that discussed DTC supply chain problems and |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | capabilities needed to establish such a supply chain. ¶¶431, 570. In reality, NIKE faced severe supply chain problems inhibiting DTC operations and failed to develop an effective DTC supply chain during the Class Period. ¶¶145-69. For example, (i) NIKE refused to invest in a separate distribution system for its DTC stores and instead used its wholesale system, and never established planning and allocation teams for its DTC stores, which resulted in operational problems that negatively impacted sales—e.g., that store managers could not control inventory flow, causing frequent movement of product between warehouses, stores, and storage units, which led to product losses and "hazardous" storerooms that violated OSHA (CW-1, ¶¶146-51, 157-59); (ii) NIKE Live stores could not allocate and evenly distribute products due to supply chain issues, which adversely affected performance (e.g., lower foot traffic) in NIKE stores, and which contributed to NIKE cutting its target for store openings (from 200 to 100, and then to 75) beginning in summer 2022 (CW-2, ¶¶161-63); (iii) NIKE had not developed supply chain capabilities to plan for DTC demand—e.g., forecasting how much DTC merchandise would sell before placing orders (CW-5, ¶165); and (iv) internal quarterly audit reports describing "supply chain problems" as a "huge issue that needs to be fixed" were sent to Donahoe, Friend, O'Neill, and the Board throughout the Class Period into at least 2024 (CW-1, ¶¶146, 154-55). | were attended by Defendant O'Neill and top executive Craig Williams (¶¶154-55)—both of whom reported to Donahoe during the Class Period (¶¶175, 704).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Friend's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above.<br><br>**Friend's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| 62 | **When**: June 29, 2023 <br> **Where**: Press Release, "NIKE, Inc. Reports Fiscal 2023 Fourth Quarter and Full Year Results" <br> **Speaker**: Donahoe and NIKE <br><br> Cite: ¶571 | "***NIKE's strong results make clear that our strategy is working*** . . . FY23 was a milestone year for NIKE *as our unique advantages continue to drive competitive separation. Our investment in innovation and our digital leadership are fueling broad-based growth* across our portfolio of brands, as we create value by serving the future of sport." <br><br> Cite: ¶571 | **Innovation/Pipeline:** Statement misrepresented that NIKE had maintained a strong pipeline of innovative products under CDA by claiming that NIKE was investing in "innovation" that was contributing to "broad based growth." ¶¶434, 572. In reality, NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as the Company instead relied on flooding the market with its classic products. ¶¶279-312. For example, (i) it was clear internally, in 2020, after CDA's launch, that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline, given the loss of institutional knowledge (CW-16, ¶¶280-82); (ii) NIKE's "lack of innovation" "originated" with the CDA-based reorganization in 2020 (Giunco and CW-1, ¶¶284-85); (iii) NIKE admitted that, by early 2021, it began unsustainably flooding the market with its key classic products instead of innovating new products (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295); (iv) Defendants admitted that this strategy caused "a gap in innovation in [NIKE's] pipeline" by summer 2022 (¶301); (v) by mid-2022, NIKE saw negative effects on new products in the pipeline (CW-16, ¶282; (vi) such pipeline problems were a "major contributor[]" to NIKE's decision to lower its NIKE Live store opening goals beginning in summer 2022 (CW-2, ¶288); and (vii) Defendants admitted that NIKE had begun "rebuilding [its] disruptive innovation pipeline" by early 2023 (¶298)—an effort that they | **CWs/Admissions:** <br> **Innovation/Pipeline—** CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as it instead relied on flooding the market with its classic products. For example, (i) it was clear internally after CDA's launch in 2020 that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline (CW-16, ¶¶280-82); (ii) Donahoe later admitted that NIKE intentionally increased the supply of classic franchises, instead of new innovative products, by "early 2021" (¶305); (iii) Donahoe admitted that NIKE had an innovation "gap" by summer 2022 (¶301); (iv) per CW-16, by mid-2022, "there was no way" senior leadership did not know of NIKE's innovation/pipeline problems (¶736); (v) product pipeline problems contributed to the decision to lower store-opening goals beginning in July 2022 (CW-2, ¶¶160-61)—a major corporate decision likely made with knowledge of top executives like Defendant Donahoe (¶¶730-33); (vi) per CW-1—who joined NIKE in August 2022 (¶54)—NIKE's oversaturation of the market with its classic products was a "dirty secret" that "everyone saw" internally (¶292); and (vii) Donahoe admitted that NIKE tried to "rebuild[]" its "innovation pipeline" by early 2023 (¶298). |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | admitted was unsuccessful, as NIKE still had not "reestablish[ed] [its] innovation edge" by June 2024 (¶301).<br><br>**Competition/Brand Strength:** Statement that NIKE's "unique advantages," including its continued "investment in innovation," were presently driving "competitive separation" misrepresented that NIKE had maintained its leading competitive position and brand strength under CDA. ¶¶435, 572. In reality, NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. ¶¶289-328. For example, (i) NIKE lost significant market share to competitors as a direct result of its DTC strategy (CW-7, ¶317); (ii) by early 2021, data tracked by NIKE showed it was losing market share to competitors due to CDA-driven withdrawal from specialty retailers (CW-5, ¶315); (iii) in summer 2021, NIKE began losing accounts and market share in the running shoe category to new competitors, On and Hoka (CW-10, ¶316); (iv) NIKE was losing customers to HOKA and On during CW-15's tenure (May 2021-May 2024) because they were more innovative, while NIKE relied on its legacy products (CW-15, ¶289); (v) NIKE was losing women sportswear customers (a key revenue generator) to Lululemon Athletica during CW-2's tenure in her final role (fall 2020 to fall 2022) (CW-2, ¶¶288, 318); *see also* ¶320 (CW-19, similar); (vi) Defendants admitted | **Competition/Brand Strength**—CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. For example, (i) numerous CWs described NIKE losing market share to competitors, including in the key running category, by 2021, thus evidencing widespread internal knowledge of such problems (CW-7, ¶317; CW-5, ¶315; CW-10, ¶316; CW-15, ¶289); (ii) Defendants later admitted that NIKE was "focused on taking back market share" (¶324) and that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶664); and (iii) CW-2 described quarterly Brand meetings—led by the Chief Marketing Officer and the VP of North America Marketing—where "cool" factor metrics were discussed, showing that by May 2022, NIKE was no longer the top brand and was losing ground to competitors, and these results along with details of how each business unit was performing, were documented in reports sent to O'Neill (who reported to Donahoe) (¶¶321, 701-04).<br><br>**CDA Strategy Success**—CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that CDA's components |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | at the end of the Class Period, e.g., that NIKE was "repositioning . . . to be more competitive" and was "focused on taking back market share" (¶324), as well as that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶¶326, 420, 664); *see also* ¶¶327-28, 666-67 (corroboratory news and analyst reports); (vii) by May 2022, consumer survey data showed that NIKE was no longer the number one "cool" brand among North American consumers aged 18-24—a key metric in a key demographic—and was losing ground to competitors, specifically Adidas and Lululemon (CW-2, ¶321); and (viii) CW-1, who joined NIKE in August 2022, described that competitors, like Lululemon and Hoka, took market share because NIKE had no new attractive products, and that toward the end of 2022 and continuing all through 2023, NIKE's market share kept eroding (CW-1, ¶¶293-94).<br><br>**CDA Strategy Success:** Statement that "NIKE's strong results make clear that our strategy is working" misrepresented that NIKE's CDA strategy was succeeding, including in each of the key underlying components, and was propelling long-term sustainable growth—specifically, that NIKE's "strong [financial] results" that fiscal year and quarter were caused by the purported success of CDA. ¶¶437-38, 572. In reality, (i) | were failing (*see* scienter discussion of misstatements regarding these components above and below herein) and that NIKE's initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors. For example, (i) Donahoe later admitted that, by early 2021, NIKE began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05); (ii) Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative feedback about the CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (iii) Donahoe received significant push-back on CDA in all-hands calls (also attended by O'Neill) beginning in February 2022, triggering retaliation against employees who spoke up (CW-16, ¶¶688-91); *see also* ¶692 (*Wall Street Journal* coverage); (iv) from March 2022-April 2023, CW-4 attended monthly finance meetings discussing that NIKE was struggling with the DTC strategy and not hitting its topline revenue projections—information that was escalated to Donahoe (¶¶706-07); and (v) in summer 2022, Donahoe and Friend advised the sales team that NIKE was not hitting its revenue goals (CW-9, ¶693).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | NIKE's CDA components were failing (*see* ¶105 and falsity discussion of misstatements regarding these components above and below herein); and (ii) its initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors—i.e., such growth would not last (¶¶361-88). In addition to the component failures discussed in those misstatements, the following red flags indicated that CDA was not working and that NIKE's initial growth was unsustainable: (i) the COVID-19 pandemic led to a temporary surge in NIKE's Digital sales beginning in early 2020 (CW-13, CW-17, and other sources, ¶¶362-65); (ii) in 2020-2021, NIKE still relied on selling products that were already in its pipeline before CDA (CW-16, ¶¶366-67); (iii) NIKE later admitted that, by early 2021, it began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295), which briefly boosted sales until NIKE cut the supply of these products in late 2023 (¶368); (iv) NIKE was "not even close" to hitting Digital revenue targets from 2021-June 2024 (CW-6, ¶377); (v) All-Employee Engagement Surveys were sent to Defendants describing CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (vi) beginning in February 2022, employees began pushing back against the CDA strategy in the chat function of quarterly all-hands calls hosted by Donahoe, causing NIKE to temporarily disable the chat and punish employees who spoke up | **Donahoe's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | (CW-16, ¶¶378-80); *see also* ¶381 (*Wall Street Journal*: all-hands call where "dozens of people" staged "an online protest" against CDA); (vii) CW-4 attended monthly finance meetings during her tenure (March 2022-April 2023) discussing NIKE's failure to hit topline revenue targets due to DTC struggles (¶¶385-88); (viii) Donahoe and Friend admitted, at a summer 2022 sales meeting, that NIKE was not hitting revenue goals (CW-9, ¶382); and (ix) in October 2022, CW-16 received an email that NIKE was "doing a massive budget scrub [i.e., cuts] in order to address [CDA-related] headwinds facing the company" (¶383). | |
| 63 | <u>When</u>: June 29, 2023 <br> <u>Where</u>: FY 2023 Q4 Earnings Call <br> <u>Speaker</u>: Donahoe and NIKE <br><br> Cite: ¶573 | "Fiscal '23 was a milestone year for NIKE, as we set new records while delivering on our operational and financial goals. ***It's clear that our strategy is working, and that NIKE's unique advantages continue to drive competitive separation.***" <br><br> Cite: ¶573 | **Competition/Brand Strength:** Statement that NIKE's "unique advantages" were presently driving "competitive separation" misrepresented that NIKE had maintained its leading competitive position and brand strength under CDA. ¶¶435, 574. In reality, NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. ¶¶289-328. For example, (i) NIKE lost significant market share to competitors as a direct result of its DTC strategy (CW-7, ¶317); (ii) by early 2021, data tracked by NIKE showed it was losing market share to competitors due to CDA-driven withdrawal from specialty retailers (CW-5, ¶315); (iii) in summer 2021, NIKE began losing accounts and market share in the running shoe category to new competitors, On and Hoka (CW-10, ¶316); (iv) NIKE was losing customers to HOKA and On during CW- | **CWs/Admissions:** <br> **Competition/Brand Strength**—CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. For example, (i) numerous CWs described NIKE losing market share to competitors, including in the key running category, by 2021, thus evidencing widespread internal knowledge of such problems (CW-7, ¶317; CW-5, ¶315; CW-10, ¶316; CW-15, ¶289); (ii) Defendants later admitted that NIKE was "focused on taking back market share" (¶324) and that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶664); and (iii) CW-2 |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | 15's tenure (May 2021-May 2024) because they were more innovative, while NIKE relied on its legacy products (CW-15, ¶289); (v) NIKE was losing women sportswear customers (a key revenue generator) to Lululemon Athletica during CW-2's tenure in her final role (fall 2020 to fall 2022) (CW-2, ¶¶288, 318); *see also* ¶320 (CW-19, similar); (vi) Defendants admitted at the end of the Class Period, e.g., that NIKE was "repositioning . . . to be more competitive" and was "focused on taking back market share" (¶324), as well as that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶¶326, 420, 664); *see also* ¶¶327-28, 666-67 (corroboratory news and analyst reports); (vii) by May 2022, consumer survey data showed that NIKE was no longer the number one "cool" brand among North American consumers aged 18-24—a key metric in a key demographic—and was losing ground to competitors, specifically Adidas and Lululemon (CW-2, ¶321); and (viii) CW-1, who joined NIKE in August 2022, described that competitors, like Lululemon and Hoka, took market share because NIKE had no new attractive products, and that toward the end of 2022 and continuing all through 2023, NIKE's market share kept eroding (CW-1, ¶¶293-94). | described quarterly Brand meetings—led by the Chief Marketing Officer and the VP of North America Marketing—where "cool" factor metrics were discussed, showing that by May 2022, NIKE was no longer the top brand and was losing ground to competitors, and these results along with details of how each business unit was performing, were documented in reports sent to O'Neill (who reported to Donahoe) (¶¶321, 701-04).<br><br>**CDA Strategy Success**—CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that CDA's components were failing (*see* scienter discussion of misstatements regarding these components above and below herein) and that NIKE's initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors. For example, (i) Donahoe later admitted that, by early 2021, NIKE began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05); (ii) Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative feedback about the CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (iii) Donahoe received significant push-back on CDA in all-hands calls (also attended by O'Neill) beginning in February 2022, triggering retaliation against employees who spoke up (CW-16, ¶¶688-91); *see also* ¶692 (*Wall Street Journal* coverage); (iv) from March 2022-April 2023, |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | **CDA Strategy Success:** Statement that NIKE's "strategy is working" misrepresented that NIKE's CDA strategy was succeeding, including in each of the key underlying components, and was propelling long-term sustainable growth. ¶¶437-38, 574. In reality, (i) NIKE's CDA components were failing (*see* ¶105 and falsity discussion of misstatements regarding these components above and below herein); and (ii) its initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors—i.e., such growth would not last (¶¶361-88). In addition to the component failures discussed in those misstatements, the following red flags indicated that CDA was not working and that NIKE's initial growth was unsustainable: (i) the COVID-19 pandemic led to a temporary surge in NIKE's Digital sales beginning in early 2020 (CW-13, CW-17, and other sources, ¶¶362-65); (ii) in 2020-2021, NIKE still relied on selling products that were already in its pipeline before CDA (CW-16, ¶¶366-67); (iii) NIKE later admitted that, by early 2021, it began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295), which briefly boosted sales until NIKE cut the supply of these products in late 2023 (¶368); (iv) NIKE was "not even close" to hitting Digital revenue targets from 2021-June 2024 (CW-6, ¶377); (v) All-Employee Engagement Surveys were sent to Defendants describing CDA problems by spring/summer 2021 | CW-4 attended monthly finance meetings discussing that NIKE was struggling with the DTC strategy and not hitting its topline revenue projections—information that was escalated to Donahoe (¶¶706-07); and (v) in summer 2022, Donahoe and Friend advised the sales team that NIKE was not hitting its revenue goals (CW-9, ¶693).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | (CW-16, ¶¶371-73); (vi) beginning in February 2022, employees began pushing back against the CDA strategy in the chat function of quarterly all-hands calls hosted by Donahoe, causing NIKE to temporarily disable the chat and punish employees who spoke up (CW-16, ¶¶378-80); see also ¶381 (Wall Street Journal: all-hands call where "dozens of people" staged "an online protest" against CDA); (vii) CW-4 attended monthly finance meetings during her tenure (March 2022-April 2023) discussing NIKE's failure to hit topline revenue targets due to DTC struggles (¶¶385-88); (viii) Donahoe and Friend admitted, at a summer 2022 sales meeting, that NIKE was not hitting revenue goals (CW-9, ¶382); and (ix) in October 2022, CW-16 received an email that NIKE was "doing a massive budget scrub [i.e., cuts] in order to address [CDA-related] headwinds facing the company" (¶383). | |
| 64 | <u>When</u>: June 29, 2023<br><u>Where</u>: FY 2023 Q4 Earnings Call<br><u>Speaker</u>: Donahoe and NIKE<br><br>Cite: ¶575 | "***In the end, our CDA strategy is working.*** Our brands have strong energy. Our innovation pipeline is as relentless as ever and we're executing against what matters most to consumers. And as we look to fiscal '24, NIKE will occupy the same leadership position that we earn year after year as we usher our industry into the future." | **CDA Strategy Success:** Statement misrepresented that NIKE's CDA strategy was succeeding, including in each of the key underlying components, and was propelling long-term sustainable growth. ¶¶437-38, 576. In reality, (i) NIKE's CDA components were failing (*see* ¶105 and falsity discussion of misstatements regarding these components above and below herein); and (ii) its initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors—i.e., such growth would not last (¶¶361-88). In addition to the component failures discussed in those misstatements, the following red | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that CDA's components were failing (*see* scienter discussion of misstatements regarding these components above and below herein) and that NIKE's initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors. For example, (i) Donahoe later admitted that, by early 2021, NIKE began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05); (ii) Donahoe, Friend, and O'Neill received All-Employee Engagement Survey |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | Cite: ¶575 | flags indicated that CDA was not working and that NIKE's initial growth was unsustainable: (i) the COVID-19 pandemic led to a temporary surge in NIKE's Digital sales beginning in early 2020 (CW-13, CW-17, and other sources, ¶¶362-65); (ii) in 2020-2021, NIKE still relied on selling products that were already in its pipeline before CDA (CW-16, ¶¶366-67); (iii) NIKE later admitted that, by early 2021, it began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295), which briefly boosted sales until NIKE cut the supply of these products in late 2023 (¶368); (iv) NIKE was "not even close" to hitting Digital revenue targets from 2021-June 2024 (CW-6, ¶377); (v) All-Employee Engagement Surveys were sent to Defendants describing CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (vi) beginning in February 2022, employees began pushing back against the CDA strategy in the chat function of quarterly all-hands calls hosted by Donahoe, causing NIKE to temporarily disable the chat and punish employees who spoke up (CW-16, ¶¶378-80); *see also* ¶381 (*Wall Street Journal*: all-hands call where "dozens of people" staged "an online protest" against CDA); (vii) CW-4 attended monthly finance meetings during her tenure (March 2022-April 2023) discussing NIKE's failure to hit topline revenue targets due to DTC struggles (¶¶385-88); (viii) Donahoe and Friend admitted, at a summer | data with negative feedback about the CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (iii) Donahoe received significant push-back on CDA in all-hands calls (also attended by O'Neill) beginning in February 2022, triggering retaliation against employees who spoke up (CW-16, ¶¶688-91); *see also* ¶692 (*Wall Street Journal* coverage); (iv) from March 2022-April 2023, CW-4 attended monthly finance meetings discussing that NIKE was struggling with the DTC strategy and not hitting its topline revenue projections—information that was escalated to Donahoe (¶¶706-07); and (v) in summer 2022, Donahoe and Friend advised the sales team that NIKE was not hitting its revenue goals (CW-9, ¶693).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | 2022 sales meeting, that NIKE was not hitting revenue goals (CW-9, ¶382); and (ix) in October 2022, CW-16 received an email that NIKE was "doing a massive budget scrub [i.e., cuts] in order to address [CDA-related] headwinds facing the company" (¶383). | |
| 65 | <u>When</u>: June 29, 2023<br><u>Where</u>: FY 2023 Q4 Earnings Call<br><u>Speaker</u>: Friend and NIKE<br><br>Cite: ¶577 | "***Throughout the year, we drove competitive separation*** by doing what NIKE does best, serve athletes with product innovation and rich storytelling, amplify our brand voice through key sport and consumer moments, deepen consumer connections across our portfolio and actively manage the marketplace to drive sustainable profitable growth."<br><br>Cite: ¶577 | **Competition/Brand Strength:** Statement touting NIKE's continued "competitive separation" misrepresented that NIKE had maintained its leading competitive position and brand strength under CDA. ¶¶435, 578. In reality, NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. ¶¶289-328. For example, (i) NIKE lost significant market share to competitors as a direct result of its DTC strategy (CW-7, ¶317); (ii) by early 2021, data tracked by NIKE showed it was losing market share to competitors due to CDA-driven withdrawal from specialty retailers (CW-5, ¶315); (iii) in summer 2021, NIKE began losing accounts and market share in the running shoe category to new competitors, On and Hoka (CW-10, ¶316); (iv) NIKE was losing customers to HOKA and On during CW-15's tenure (May 2021-May 2024) because they were more innovative, while NIKE relied on its legacy products (CW-15, ¶289); (v) NIKE was losing women sportswear customers (a key revenue generator) to Lululemon Athletica during CW-2's tenure in her final role (fall 2020 to fall 2022) (CW-2, ¶¶288, 318; *see also* ¶320 (CW-19, similar); (vi) Defendants admitted at the end of the Class Period, | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant Friend knew or recklessly disregarded that NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. For example, (i) numerous CWs described NIKE losing market share to competitors, including in the key running category, by 2021, thus evidencing widespread internal knowledge of such problems (CW-7, ¶317; CW-5, ¶315; CW-10, ¶316; CW-15, ¶289); (ii) Defendants later admitted that NIKE was "focused on taking back market share" (¶324) and that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶664); and (iii) CW-2 described quarterly Brand meetings—led by the Chief Marketing Officer and the VP of North America Marketing—where "cool" factor metrics were discussed, showing that by May 2022, NIKE was no longer the top brand and was losing ground to competitors, and these results along with details of how each business unit was performing, were documented in |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | e.g., that NIKE was "repositioning . . . to be more competitive" and was "focused on taking back market share" (¶324), as well as that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶¶326, 420, 664); *see also* ¶¶327-28, 666-67 (corroboratory news and analyst reports); (vii) by May 2022, consumer survey data showed that NIKE was no longer the number one "cool" brand among North American consumers aged 18-24—a key metric in a key demographic—and was losing ground to competitors, specifically Adidas and Lululemon (CW-2, ¶321); and (viii) CW-1, who joined NIKE in August 2022, described that competitors, like Lululemon and Hoka, took market share because NIKE had no new attractive products, and that toward the end of 2022 and continuing all through 2023, NIKE's market share kept eroding (CW-1, ¶¶293-94). | reports sent to O'Neill (who reported to Donahoe) (¶¶321, 701-04).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Friend's Insider Sales:** *See* above.<br><br>**Friend's Compensation:** *See* above. |
| 66 | <u>When</u>: June 29, 2023<br><u>Where</u>: FY 2023 Q4 Earnings Call<br><u>Speaker</u>: Friend and NIKE<br><br>Cite: ¶579 | "By better knowing and serving the consumers who love our brands, we are also unlocking strategic and financial benefits for NIKE. ***For example, we have partnered with Adobe to enable one-to-one member personalization, driving gains in member retention, click-through rates and conversion, resulting*** | **DTC Technology:** Statement touting the Adobe partnership as having enhanced NIKE's DTC technology capabilities under CDA, including "one-to-one member [i.e., consumer] personalization," and that such capabilities were "driving gains in member retention" and "resulting in higher demand," misrepresented NIKE's success in developing such capabilities. ¶¶432, 580. In reality, during the Class Period, NIKE and its Adobe partnership failed to develop these DTC technological capabilities, | **CWs/Admissions:** CW allegations show that Defendant Friend knew or recklessly disregarded NIKE's failure to develop adequate DTC technological capabilities during the Class Period, given Defendants and other top executives were repeatedly apprised of problems plaguing this technology buildout, including the Adobe partnership and the Lavu "shadow organization" that compounded such issues. ¶¶672-84. For example, (i) CW-3, who from April 2020 to June 2023 reported to Daniel Heaf (Global VP of NIKE Direct who reported to |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | *in higher demand per member and returns on digital ad spend.* We are only beginning to operationalize these new capabilities and consumer experiences on our digital platforms, and we see even greater opportunity to come." <br><br> Cite: ¶579 | including such consumer personalization technology, and the Company's technology organization was plagued by dysfunction that compounded such issues—key, undisclosed problems that were inconsistent with Defendants' positive public portrayal of such capabilities and the Adobe partnership. ¶¶170-258. For example, (i) NIKE's DTC technology was "antiquated" and there was "little to no progress" in NIKE's buildout of such digital capabilities throughout the Class Period (CW-3, ¶¶178-201)—including, e.g., a lack of working technology to deliver personalized digital marketing to consumers, such as email or SMS blasts or push notifications on NIKE's App; these gaps led to declines in consumer engagement, e.g., a 38% drop year-over-year in consumer email responses (CW-3, ¶¶179, 193-94); *see also* ¶¶211-12 (CW-12: a new "content management system" from Adobe to provide personalized marketing emails was only in a pilot phase in 2022; ¶¶224-32, 244-53 (other CWs—CW-10, CW-11, CW-15 and CW-19—corroborating these consumer personalization and other DTC technology failures, which contributed to problems like NIKE website outages and issues with the NIKE App and hurt Digital sales); (ii) in particular, NIKE's partnership with Adobe, which began in 2021, failed to deliver such digital capabilities during the Class Period—Adobe's tools were ineffective, the project stagnated for three years, and the promised personalization technology did not work; thus, the Adobe project ultimately brought in | O'Neil (¶175))—and who said there was "little to no progress" in NIKE's buildout of its digital capabilities throughout the Class Period (¶¶178-80)—had monthly and quarterly meetings with Heaf regarding the DTC strategy, including the technology issues and progress, and then Heaf would meet with Defendants Donahoe, Friend, O'Neil, and other senior leaders to discuss such DTC business strategy (¶¶184, 200, 682, 684); (ii) per CW-3, Defendant Donahoe had full visibility into the technology issues with Adobe, which became apparent almost immediately after the Adobe contract was signed in 2021, as Donahoe had a direct hand in signing the agreement (¶¶196-97); (iii) per other CWs, NIKE's failing DTC strategy, including due to technology issues with the NIKE app, were "well-known" internally and such issues were regularly raised to management, including in 2021 (CW-17, ¶747; *see also* ¶743-44 (CW-15, similar); ¶¶738-40 (CW-11: "by the end of 2021, it was clear to everyone at the leadership level" the problems with Lavu's technology team; CW-12: "complaints about Lavu were coming from all sides," prompting NIKE to engage consultants); (iv) in December 2021, CW-8 raised concerns about Lavu's shadow organization in an email to Defendants Donahoe and O'Neil (¶¶240-41, 680); (v) CW-3, had many one-on-one ad hoc meetings with Donahoe, CW-3's "life mentor," about NIKE's DTC technology problems, including concerns about Lavu's "shadow organization," starting in January or February 2022 |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | "zero dollars" versus the projected $1.5 billion or more in revenue (CW-3, ¶¶196-98); *see also* ¶¶211-12, 224-27, 235-37 (CW-12, CW-11, and CW-14 detailing similar Adobe partnership delays and problems, e.g., that various Adobe-based DTC platforms were still a "mess" through June 2022); (iii) dysfunction and corruption in NIKE's technology group under CDIO Lavu further hampered this group's development of DTC technological capabilities, as Lavu lied to management, understated costs, and created an inefficient "shadow organization" that duplicated roles, led to attrition of key talent, and impeded progress on DTC technology projects (CW-3, ¶¶186-90, 192, 199); *see also* ¶¶207-09 (CW-12); ¶¶215-32 (CW-11); ¶¶238-43 (CW-1, CW-8, CW-14); ¶¶255-58 (later news articles and public lawsuits corroborating same); (iv) these DTC technological problems were so severe that employees directly raised them to Defendants—notably, CW-8 emailed Defendants Donahoe and O'Neill in December 2021 regarding concerns about Lavu's shadow organization and inability to deliver DTC digital capabilities (¶¶240-41), and, starting in February 2022, during many one-on-one ad hoc meetings with Defendant Donahoe, CW-3 also began discussing such concerns with him (¶¶191, 193); (v) in an April 2022 Paris meeting, CW-3 presented a "roadmap" on NIKE's "dire" DTC technology problems to top executives, and then had many monthly meetings regarding such issues with | (¶¶173, 679); and (vi) in an April 2022 Paris meeting, CW-3 presented a "roadmap" on NIKE's "dire" DTC technology problems to top executives, including Heaf, and then had many monthly meetings regarding such issues, including the Adobe partnership failures, with Defendants Donahoe, Friend, O'Neil, and Lavu beginning no later than May-July 2022—meetings that were instituted because CW-3 raised concerns about the technology group's inability to support the DTC strategy (¶¶182-84, 188-90, 673-79); *see also* ¶678 (CW-12 corroborating that Donahoe, Lavu, and CW-3 regularly met to discuss NIKE's DTC technology issues). **Core Operations:** *See* above. **Close Monitoring:** *See* above. **Lavu's Departure:** *See* above. **Friend's Insider Sales:** *See* above. **Friend's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | Defendants Donahoe, Friend, O'Neill, and others beginning no later than May-July 2022 (¶¶182-84, 188-90); and (vi), in February 2023, Lavu was terminated under suspicious circumstances due to these DTC technology problems, including his shadow organization (¶¶240-43, 255-57). | |
| 67 | <u>When</u>: July 20, 2023 <u>Where</u>: Annual Report on Form 10-K for year ended May 31, 2023 <u>Speaker</u>: Donahoe, Friend, and NIKE (10-K signed by Donahoe and Friend) Cite: ¶582 | Defendants stated that NIKE's potential inability to "adjust[] the mix of existing product offerings" and "develop[] new products, styles and categories" to meet consumer demand were hypothetical risks that "***could have a material adverse effect on our sales and profitability.***" Cite: ¶582 | **Innovation/Pipeline:** Statement misrepresented that that NIKE's potential inability to "adjust[] . . . product offerings" and "develop[] new products" to meet consumer demand under CDA were merely hypothetical risks that "could have a material adverse effect." ¶¶434, 583. In reality, such risks had already materialized, as NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as the Company instead relied on flooding the market with its classic products. ¶¶279-312. For example, (i) it was clear internally, in 2020, after CDA's launch, that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline, given the loss of institutional knowledge (CW-16, ¶¶280-82); (ii) NIKE's "lack of innovation" "originated" with the CDA-based reorganization in 2020 (Giunco and CW-1, ¶¶284-85); (iii) NIKE admitted that, by early 2021, it began unsustainably flooding the market with its key classic products instead of innovating new products (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295); (iv) Defendants admitted that this strategy caused "a gap in innovation in [NIKE's] pipeline" by summer 2022 | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendants Donahoe and Friend knew or recklessly disregarded that NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as it instead relied on flooding the market with its classic products. For example, (i) it was clear internally after CDA's launch in 2020 that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline (CW-16, ¶¶280-82); (ii) Donahoe later admitted that NIKE intentionally increased the supply of classic franchises, instead of new innovative products, by "early 2021" (¶305); (iii) Donahoe admitted that NIKE had an innovation "gap" by summer 2022 (¶301); (iv) per CW-16, by mid-2022, "there was no way" senior leadership did not know of NIKE's innovation/pipeline problems (¶736); (v) product pipeline problems contributed to the decision to lower store-opening goals beginning in July 2022 (CW-2, ¶¶160-61)—a major corporate decision likely made with knowledge of top executives like Defendants Donahoe and Friend (¶¶730-33); (vi) per CW-1—who joined NIKE in August 2022 (¶54)—NIKE's oversaturation of the market with its classic products |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | (¶301); (v) by mid-2022, NIKE saw negative effects on new products in the pipeline (CW-16, ¶282); (vi) such pipeline problems were a "major contributor[]" to NIKE's decision to lower its NIKE Live store opening goals beginning in summer 2022 (CW-2, ¶288); and (vii) Defendants admitted that NIKE had begun "rebuilding [its] disruptive innovation pipeline" by early 2023 (¶298)—an effort that they admitted was unsuccessful, as NIKE still had not "reestablish[ed] [its] innovation edge" by June 2024 (¶301). | was a "dirty secret" that "everyone saw" internally (¶292); and (vii) Donahoe admitted that NIKE tried to "rebuild[]" its "innovation pipeline" by early 2023 (¶298).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Friend's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above.<br><br>**Friend's Compensation:** *See* above. |
| 68 | <u>When</u>: July 20, 2023 <u>Where</u>: Annual Report on Form 10-K for year ended May 31, 2023 <u>Speaker</u>: Donahoe, Friend, and NIKE (10-K signed by Donahoe and Friend) | "***If we do not adequately and timely anticipate and respond to our competitors, our costs may increase, demand for our products may decline, possibly significantly, or we may need to reduce wholesale or suggested retail prices for our products.***"<br><br>Cite: ¶584 | **Competition/Brand Strength:** Statement that NIKE's potential failure to adequately "respond to our competitors" "may" cause "demand for [its] products [to] decline" and negatively impact NIKE's business misrepresented such issues as merely hypothetical risks. ¶¶435, 585. In reality, such risks had already materialized, as NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. ¶¶289-328. For example, (i) NIKE lost significant market share to competitors as a direct result of its DTC strategy (CW- | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendants Donahoe and Friend knew or recklessly disregarded that NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. For example, (i) numerous CWs described NIKE losing market share to competitors, including in the key running category, by 2021, thus evidencing widespread internal knowledge of such problems (CW-7, ¶317; CW-5, ¶315; CW-10, ¶316; CW-15, ¶289); (ii) Defendants later admitted that NIKE was "focused on |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | Cite: ¶584 | | 7, ¶317); (ii) by early 2021, data tracked by NIKE showed it was losing market share to competitors due to CDA-driven withdrawal from specialty retailers (CW-5, ¶315); (iii) in summer 2021, NIKE began losing accounts and market share in the running shoe category to new competitors, On and Hoka (CW-10, ¶316); (iv) NIKE was losing customers to HOKA and On during CW-15's tenure (May 2021-May 2024) because they were more innovative, while NIKE relied on its legacy products (CW-15, ¶289); (v) NIKE was losing women sportswear customers (a key revenue generator) to Lululemon Athletica during CW-2's tenure in her final role (fall 2020 to fall 2022) (CW-2, ¶¶288, 318); *see also* ¶320 (CW-19, similar); (vi) Defendants admitted at the end of the Class Period, e.g., that NIKE was "repositioning . . . to be more competitive" and was "focused on taking back market share" (¶324), as well as that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶¶326, 420, 664); *see also* ¶¶327-28, 666-67 (corroboratory news and analyst reports); (vii) by May 2022, consumer survey data showed that NIKE was no longer the number one "cool" brand among North American consumers aged 18-24—a key metric in a key demographic—and was losing ground to competitors, specifically Adidas and Lululemon (CW-2, ¶321); and (viii) CW-1, who joined NIKE in | taking back market share" (¶324) and that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶664); and (iii) CW-2 described quarterly Brand meetings—led by the Chief Marketing Officer and the VP of North America Marketing—where "cool" factor metrics were discussed, showing that by May 2022, NIKE was no longer the top brand and was losing ground to competitors, and these results along with details of how each business unit was performing, were documented in reports sent to O'Neill (who reported to Donahoe) (¶¶321, 701-04).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Friend's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above.<br><br>**Friend's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | August 2022, described that competitors, like Lululemon and Hoka, took market share because NIKE had no new attractive products, and that toward the end of 2022 and continuing all through 2023, NIKE's market share kept eroding (CW-1, ¶¶293-94). | |
| 69 | <u>When</u>: July 20, 2023 <br> <u>Where</u>: Annual Report on Form 10-K for year ended May 31, 2023 <br> <u>Speaker</u>: Donahoe, Friend, and NIKE (10-K signed by Donahoe and Friend) <br><br> Cite: ¶586 | Defendants stated that a potential "***[f]ailure to maintain our reputation, brand image and culture <u>could</u> negatively impact our business***." <br><br> Cite: ¶586 | **Competition/Brand Strength:** Statement that NIKE's potential "[f]ailure to maintain our reputation, brand image, and culture <u>could</u> negatively impact our business" misrepresented such issues as merely hypothetical risks. ¶¶435, 587. In reality, such risks had already materialized, as NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. ¶¶289-328. For example, (i) NIKE lost significant market share to competitors as a direct result of its DTC strategy (CW-7, ¶317); (ii) by early 2021, data tracked by NIKE showed it was losing market share to competitors due to CDA-driven withdrawal from specialty retailers (CW-5, ¶315); (iii) in summer 2021, NIKE began losing accounts and market share in the running shoe category to new competitors, On and Hoka (CW-10, ¶316); (iv) NIKE was losing customers to HOKA and On during CW-15's tenure (May 2021-May 2024) because they were more innovative, while NIKE relied on its legacy products (CW-15, ¶289); (v) NIKE was losing women sportswear customers (a key revenue generator) to Lululemon Athletica during CW-2's tenure in her final role (fall 2020 to fall 2022) (CW-2, ¶¶288, 318); *see also* ¶320 (CW-19, similar); (vi) | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendants Donahoe and Friend knew or recklessly disregarded that NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. For example, (i) numerous CWs described NIKE losing market share to competitors, including in the key running category, by 2021, thus evidencing widespread internal knowledge of such problems (CW-7, ¶317; CW-5, ¶315; CW-10, ¶316; CW-15, ¶289); (ii) Defendants later admitted that NIKE was "focused on taking back market share" (¶324) and that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶664); and (iii) CW-2 described quarterly Brand meetings—led by the Chief Marketing Officer and the VP of North America Marketing—where "cool" factor metrics were discussed, showing that by May 2022, NIKE was no longer the top brand and was losing ground to competitors, and these results along with details of how each business unit was performing, were documented in |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | Defendants admitted at the end of the Class Period, e.g., that NIKE was "repositioning . . . to be more competitive" and was "focused on taking back market share" (¶324), as well as that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶¶326, 420, 664); *see also* ¶¶327-28, 666-67 (corroboratory news and analyst reports); (vii) by May 2022, consumer survey data showed that NIKE was no longer the number one "cool" brand among North American consumers aged 18-24—a key metric in a key demographic—and was losing ground to competitors, specifically Adidas and Lululemon (CW-2, ¶321); and (viii) CW-1, who joined NIKE in August 2022, described that competitors, like Lululemon and Hoka, took market share because NIKE had no new attractive products, and that toward the end of 2022 and continuing all through 2023, NIKE's market share kept eroding (CW-1, ¶¶293-94). | reports sent to O'Neill (who reported to Donahoe) (¶¶321, 701-04).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Friend's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above.<br><br>**Friend's Compensation:** *See* above. |
| 70 | <u>When</u>: July 20, 2023<br><u>Where</u>: Annual Report on Form 10-K for year ended May 31, 2023<br><u>Speaker</u>: Donahoe, Friend, and NIKE (10-K signed by | "In addition, we have made significant investments in digital technologies and information systems for the digital aspect of our NIKE Direct operations, and our digital offerings will require continued investment in the development and upgrading of our technology platforms. In | **DTC Technology:** Statement that NIKE has "made significant investments in [DTC] digital technologies" and that it "<u>may</u> not be successful in developing platforms that operate effectively with these technologies" misrepresented NIKE's inability to develop such DTC technological capabilities as merely hypothetical risks. ¶¶432, 589. In reality, such risks had already materialized as, during the Class Period, NIKE failed to develop these DTC technological | **CWs/Admissions:** CW allegations show that Defendants Donahoe and Friend knew or recklessly disregarded NIKE's failure to develop adequate DTC technological capabilities during the Class Period, given Defendants and other top executives were repeatedly apprised of problems plaguing this technology buildout, including the Adobe partnership and the Lavu "shadow organization" that compounded such issues. ¶¶672-84. For example, (i) CW-3, who from April 2020 to June |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | Donahoe and Friend)<br><br>Cite: ¶588 | order to deliver high-quality digital experiences, our digital platforms must be designed effectively and work well with a range of other technologies, systems, networks, and standards that we do not control. *We **may** not be successful in developing platforms that operate effectively with these technologies, systems, networks or standards.*"<br><br>Cite: ¶588 | capabilities, including crucial consumer personalization technology, and its technology organization was plagued by dysfunction that compounded such issues—significant, existing problems that Defendants failed to disclose. ¶¶170-258. For example, (i) NIKE's DTC technology was "antiquated" and there was "little to no progress" in NIKE's buildout of such digital capabilities throughout the Class Period (CW-3, ¶¶178-201)—including, e.g., a lack of working technology to deliver personalized digital marketing to consumers, such as email or SMS blasts or push notifications on NIKE's App; these gaps led to declines in consumer engagement, e.g., a 38% drop year-over-year in consumer email responses (CW-3, ¶¶179, 193-94); *see also* ¶¶211-12 (CW-12: a new "content management system" from Adobe to provide personalized marketing emails was only in a pilot phase in 2022); ¶¶224-32, 244-53 (other CWs—CW-10, CW-11, CW-15 and CW-19—corroborating these consumer personalization and other DTC technology failures, which contributed to problems like NIKE website outages and issues with the NIKE App and hurt Digital sales); (ii) in particular, NIKE's partnership with Adobe, which began in 2021, failed to deliver such digital capabilities during the Class Period—Adobe's tools were ineffective, the project stagnated for three years, and the promised personalization technology did not work; thus, the Adobe project ultimately brought in "zero dollars" versus the projected $1.5 billion or more in revenue | 2023 reported to Daniel Heaf (Global VP of NIKE Direct who reported to O'Neil (¶175))—and who said there was "little to no progress" in NIKE's buildout of its digital capabilities throughout the Class Period (¶¶178-80)—had monthly and quarterly meetings with Heaf regarding the DTC strategy, including the technology issues and progress, and then Heaf would meet with Defendants Donahoe, Friend, O'Neil, and other senior leaders to discuss such DTC business strategy (¶¶184, 200, 682, 684); (ii) per CW-3, Defendant Donahoe had full visibility into the technology issues with Adobe, which became apparent almost immediately after the Adobe contract was signed in 2021, as Donahoe had a direct hand in signing the agreement (¶¶196-97); (iii) per other CWs, NIKE's failing DTC strategy, including due to technology issues with the NIKE app, were "well-known" internally and such issues were regularly raised to management, including in 2021 (CW-17, ¶747; *see also* ¶743-44 (CW-15, similar); ¶¶738-40 (CW-11: "by the end of 2021, it was clear to everyone at the leadership level" the problems with Lavu's technology team; CW-12: "complaints about Lavu were coming from all sides," prompting NIKE to engage consultants); (iv) in December 2021, CW-8 raised concerns about Lavu's shadow organization in an email to Defendants Donahoe and O'Neil (¶¶240-41, 680); (v) CW-3, had many one-on-one ad hoc meetings with Donahoe, CW-3's "life mentor," about NIKE's DTC technology problems, |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | (CW-3, ¶¶196-98); *see also* ¶¶211-12, 224-27, 235-37 (CW-12, CW-11, and CW-14 detailing similar Adobe partnership delays and problems, e.g., that various Adobe-based DTC platforms were still a "mess" through June 2022); (iii) dysfunction and corruption in NIKE's technology group under CDIO Lavu further hampered this group's development of DTC technological capabilities, as Lavu lied to management, understated costs, and created an inefficient "shadow organization" that duplicated roles, led to attrition of key talent, and impeded progress on DTC technology projects (CW-3, ¶¶186-90, 192, 199); *see also* ¶¶207-09 (CW-12); ¶¶215-32 (CW-11); ¶¶238-43 (CW-1, CW-8, CW-14); ¶¶255-58 (later news articles and public lawsuits corroborating same); (iv) these DTC technological problems were so severe that employees directly raised them to Defendants—notably, CW-8 emailed Defendants Donahoe and O'Neill in December 2021 regarding concerns about Lavu's shadow organization and inability to deliver DTC digital capabilities (¶¶240-41), and, starting in February 2022, during many one-on-one ad hoc meetings with Defendant Donahoe, CW-3 also began discussing such concerns with him (¶¶191, 193); (v) in an April 2022 Paris meeting, CW-3 presented a "roadmap" on NIKE's "dire" DTC technology problems to top executives, and then had many monthly meetings regarding such issues with Defendants Donahoe, Friend, O'Neill, and others beginning no later than | including concerns about Lavu's "shadow organization," starting in January or February 2022 (¶¶173, 679); and (vi) in an April 2022 Paris meeting, CW-3 presented a "roadmap" on NIKE's "dire" DTC technology problems to top executives, including Heaf, and then had many monthly meetings regarding such issues, including the Adobe partnership failures, with Defendants Donahoe, Friend, O'Neil, and Lavu beginning no later than May-July 2022—meetings that were instituted because CW-3 raised concerns about the technology group's inability to support the DTC strategy (¶¶182-84, 188-90, 673-79); *see also* ¶678 (CW-12 corroborating that Donahoe, Lavu, and CW-3 regularly met to discuss NIKE's DTC technology issues).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Lavu's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Friend's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | May-July 2022 (¶¶182-84, 188-90); and (vi) in February 2023, Lavu was terminated under suspicious circumstances due to these DTC technology problems, including his shadow organization (¶¶255-57). | **Friend's Compensation:** *See* above. |
| 71 | <u>When</u>: September 12, 2023 <u>Where</u>: Annual General Meeting <u>Speaker</u>: Donahoe and NIKE <br><br> Cite: ¶590 | In response to a shareholder question read by Defendant Parker regarding whether NIKE had "changed" its strategy considering recent "headlines about re-entering various wholesalers," Defendant Donahoe stated: "***Our marketplace strategy remains the same.*** Simply put, our focus is to serve consumers with what they want, when they want it and how they want it. And NIKE creates distinction across the marketplace by segmenting our consumer experiences to drive deep and direct connections with consumers across all channels." <br><br> Cite: ¶590 | **Channel Mix Strategy:** Statement misrepresented that NIKE's channel mix strategy under CDA—i.e., its pivot away from wholesale partners and to its DTC channels—had not changed, and demand had not suffered. ¶¶436, 591. In reality, demand had softened by this time and NIKE had turned back to multi-brand partners to drive demand as NIKE's DTC mono-brand stores underperformed. ¶¶329-60. For example, (i) by early 2021, sell-through rates showed that consumers were not buying new DTC products to the level NIKE expected—a key red flag indicating that the Company's demand was waning as it pivoted away from its wholesale partners, which had been an "anchor" for NIKE (CW-5, ¶330); (ii) in fall 2021, NIKE conducted diligence on wholesalers Sam's Club and Costco, so it could partner with them to "push products" through those channels, as the DTC strategy was "not working" (CW-10, ¶332); (iii) by late 2021 or early 2022, NIKE asked wholesalers to take more products and later sold in bulk to City Specialty, Foot Locker, and Finish Line to reduce NIKE's piling-up inventory (CW-7, ¶333); (iv) by early 2022, NIKE Live stores were failing to hit sales, foot traffic, and conversion KPI goals (CW-2, ¶¶338-42); (v) beginning in July 2022, NIKE cut its internal goal for NIKE Live | **CWs/Admissions:** NIKE's pivot back to multi-brand partners prior to this misstatement (CW-10, ¶332; CW-7, ¶333-34) and its lowered internal targets for the number of DTC store NIKE planned to open beginning in July 2022 (CW-2, ¶¶160, 338-42; CW-1, ¶347) represented key shifts in corporate strategy that would have been known to and approved by NIKE's senior executives, including Donahoe. ¶¶731-32. Donahoe also "strong-armed" Foot Locker into taking NIKE's "dead" inventory to avoid a stock drop in late 2022 (CW-1, ¶336), and admitted in June 2024 that for "the last couple quarters," NIKE was "leaning in with our wholesale partners" (¶355). <br><br> **Core Operations:** *See* above. <br><br> **Close Monitoring:** *See* above. <br><br> **Donahoe's Departure:** *See* above. <br><br> **Donahoe's Insider Sales:** *See* above. <br><br> **Donahoe's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | store openings in half from 200 to 100 (and later cut it down to 75) (CW-2, *id.*, ¶160); (vi) NIKE kept reducing its target for DTC store openings after summer 2022 (CW-1, ¶347); (vii) in fall 2022, NIKE internally discussed reengaging Macy's as a partner—and then reengaged Macy's, DSK, and Foot Locker in 2023 (CW-7, ¶¶334-35); (viii) by the end of 2022, NIKE had a "massive backlog" of products that were not selling, so it "strong-armed" Foot Locker into taking "dead" inventory (CW-1, ¶336); and (ix) Donahoe admitted in June 2024 that for "the last couple quarters," NIKE was "leaning in with our wholesale partners" (¶355); *see also* ¶¶352-54, 356-60 (similar Defendants' admissions and other sources confirming, e.g., that NIKE "had over-rotated away from wholesale" under CDA and later "corrected" that "misstep[]" to again "invest[] heavily with our retail partners"). | |
| 72 | <u>When</u>: September 12, 2023 <u>Where</u>: Annual General Meeting <u>Speaker</u>: O'Neill and NIKE<br><br>Cite: ¶592 | In response to a shareholder question read by Defendant Parker about NIKE's innovation pipeline, Defendant O'Neill stated:<br>"Our Consumer Direct Acceleration strategy continues to unlock our future growth potential by powering up our holistic offense across product, innovation, storytelling and | **Innovation/Pipeline:** Statement misrepresented that NIKE had maintained a strong pipeline of innovative products under CDA. ¶¶434, 593. In reality, NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as the Company instead relied on flooding the market with its classic products. ¶¶279-312. For example, (i) it was clear internally, in 2020, after CDA's launch, that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline, given the loss of institutional knowledge (CW-16, ¶¶280-82); (ii) NIKE's "lack of | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant O'Neill knew or recklessly disregarded that NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as it instead relied on flooding the market with its classic products. For example, (i) it was clear internally after CDA's launch in 2020 that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline (CW-16, ¶¶280-82); (ii) Donahoe later admitted that NIKE intentionally increased the supply of classic franchises, instead of |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | marketplace, all fueled by consumer insights and the voice of the athletes. Everything we do starts with listening to the voice of the athletes. And our pipeline is built to serve consumers across all sports, all geographies and all levels of play from elite to everyday athletes. And more and more, we're evolving from sponsorship to partnership [], meeting athletes where they are and doing what we do best, turning insights into actions. Some examples include Nike's Athlete Think Tank; Serena Williams Design Crew; and Megan Rapinoe's Victory Redefined Collection.<br><br>Our consumer insights, research and development, and **innovation pipeline continue to keep us in the lead.**"<br><br>Cite: ¶592 | innovation" "originated" with the CDA-based reorganization in 2020 (Giunco and CW-1, ¶¶284-85); (iii) NIKE admitted that, by early 2021, it began unsustainably flooding the market with its key classic products instead of innovating new products (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295); (iv) Defendants admitted that this strategy caused "a gap in innovation in [NIKE's] pipeline" by summer 2022 (¶301); (v) by mid-2022, NIKE saw negative effects on new products in the pipeline (CW-16, ¶282); (vi) such pipeline problems were a "major contributor[]" to NIKE's decision to lower its NIKE Live store opening goals beginning in summer 2022 (CW-2, ¶288); and (vii) Defendants admitted that NIKE had begun "rebuilding [its] disruptive innovation pipeline" by early 2023 (¶298)—an effort that they admitted was unsuccessful, as NIKE still had not "reestablish[ed] [its] innovation edge" by June 2024 (¶301). | new innovative products, by "early 2021" (¶305); (iii) Donahoe admitted that NIKE had an innovation "gap" by summer 2022 (¶301); (iv) per CW-16, by mid-2022, "there was no way" senior leadership did not know of NIKE's innovation/pipeline problems (¶736); (v) product pipeline problems contributed to the decision to lower store-opening goals beginning in July 2022 (CW-2, ¶¶160-61)—a major corporate decision likely made with knowledge of top executives like Defendant O'Neill (¶¶730-33); (vi) per CW-1—who joined NIKE in August 2022 (¶54)—NIKE's oversaturation of the market with its classic products was a "dirty secret" that "everyone saw" internally (¶292); and (vii) Donahoe admitted that NIKE tried to "rebuild[]" its "innovation pipeline" by early 2023 (¶298).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above. |
| 73 | <u>When</u>: September 28, 2023 | "Now, our teams have been back together in-person over the past 15 months and **our innovation** | **Innovation/Pipeline:** Statement misrepresented that NIKE had maintained a "strong" pipeline of innovative products under CDA. ¶¶434, 595. In reality, NIKE's | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that NIKE's innovation and |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | <u>Where</u>: FY 2024 Q1 Earnings Call<br><u>Speaker</u>: Donahoe and NIKE<br><br>Cite: ¶594 | ***pipeline is strong*** and it was on full display. The excitement and alignment of our leadership team was clear as we continued to obsess the product and storytelling we'll be bringing to life for consumers at the Paris Olympics and into the fall. Simply put, our teams are on the offense as we compete to win in all segments."<br><br>Cite: ¶594 | innovation and product pipeline stagnated after CDA launched in June 2020, as the Company instead relied on flooding the market with its classic products. ¶¶279-312. For example, (i) it was clear internally, in 2020, after CDA's launch, that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline, given the loss of institutional knowledge (CW-16, ¶¶280-82); (ii) NIKE's "lack of innovation" "originated" with the CDA-based reorganization in 2020 (Giunco and CW-1, ¶¶284-85); (iii) NIKE admitted that, by early 2021, it began unsustainably flooding the market with its key classic products instead of innovating new products (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295); (iv) Defendants admitted that this strategy caused "a gap in innovation in [NIKE's] pipeline" by summer 2022 (¶301); (v) by mid-2022, NIKE saw negative effects on new products in the pipeline (CW-16, ¶282); (vi) such pipeline problems were a "major contributor[]" to NIKE's decision to lower its NIKE Live store opening goals beginning in summer 2022 (CW-2, ¶288); and (vii) Defendants admitted that NIKE had begun "rebuilding [its] disruptive innovation pipeline" by early 2023 (¶298)—an effort that they admitted was unsuccessful, as NIKE still had not "reestablish[ed] [its] innovation edge" by June 2024 (¶301). | product pipeline stagnated after CDA launched in June 2020, as it instead relied on flooding the market with its classic products. For example, (i) it was clear internally after CDA's launch in 2020 that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline (CW-16, ¶¶280-82); (ii) Donahoe later admitted that NIKE intentionally increased the supply of classic franchises, instead of new innovative products, by "early 2021" (¶305); (iii) Donahoe admitted that NIKE had an innovation "gap" by summer 2022 (¶301); (iv) per CW-16, by mid-2022, "there was no way" senior leadership did not know of NIKE's innovation/pipeline problems (¶736); (v) product pipeline problems contributed to the decision to lower store-opening goals beginning in July 2022 (CW-2, ¶¶160-61)—a major corporate decision likely made with knowledge of top executives like Defendant Donahoe (¶¶730-33); (vi) per CW-1—who joined NIKE in August 2022 (¶54)—NIKE's oversaturation of the market with its classic products was a "dirty secret" that "everyone saw" internally (¶292); and (vii) Donahoe admitted that NIKE tried to "rebuild[]" its "innovation pipeline" by early 2023 (¶298).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | | **Donahoe's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above. |
| 74 | <u>When</u>: December 21, 2023<br><u>Where</u>: FY 2024 Q2 Earnings Call<br><u>Speaker</u>: Donahoe and NIKE<br><br>Cite: ¶598 | In response to a J.P. Morgan analyst's question asking Defendants to "elaborate on the structural changes that [they] cited," Defendant Donahoe stated: "*[S]ix months ago, we realigned our entire organization under Heidi O'Neill and Craig Williams as our Co-Presidents, and it is making a huge difference in our focus and ability to execute.*"<br><br>Cite: ¶598 | **Corporate Reorganization:** Statement misleadingly represented that NIKE had successfully "realigned" its corporate structure again—concealing that NIKE was *still* in the process of restructuring to reverse CDA at this time. ¶¶433, 599. Indeed, as Defendants admitted later, in June 2024, NIKE had "completely align[ed] our organization along the lines of sport" only "over the last 90 days"—i.e., in April-June 2024, long after this December 2023 misstatement. ¶277. | **CWs/Admissions:** NIKE's purported "complete[] align[ment]" of its "organization along the lines of sport" (¶277) was part of a significant strategic shift that would have been known and approved by NIKE's senior executives, including Defendant Donahoe. ¶733.<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above. |
| 75 | <u>When</u>: March 21, 2024<br><u>Where</u>: FY 2024 Q3 Earnings Call<br><u>Speaker</u>: Donahoe and NIKE<br><br>Cite: ¶602 | "*[O]ur Consumer Direct Acceleration strategy has driven growth and direct connections with consumers.*"<br><br>Cite: ¶602 | **CDA Strategy Success:** Statement misrepresented that the CDA strategy had in fact succeeded, including in each of the key underlying components, and propelled long-term sustainable growth for NIKE, and thus minimized the CDA issues partially disclosed on the same day (¶600) as requiring only minor "adjustments" to fix and thereby continue that prior growth. ¶¶437-38, 602. In reality, (i) NIKE's CDA components were failing (*see* ¶105 and falsity discussion of misstatements regarding these components above and | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendant Donahoe knew or recklessly disregarded that CDA's components were failing (*see* scienter discussion of misstatements regarding these components above and below herein) and that NIKE's initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors. For example, (i) Donahoe later admitted that, by early 2021, NIKE began unsustainably flooding the market with its key classic products, instead of |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | below herein); and (ii) its initial Class Period growth was not driven by CDA's success, but by temporary, unrelated factors—i.e., such growth would not last (¶¶361-88). In addition to the component failures discussed in those misstatements, the following red flags indicated that CDA was not working and that NIKE's initial growth was unsustainable: (i) the COVID-19 pandemic led to a temporary surge in NIKE's Digital sales beginning in early 2020 (CW-13, CW-17, and other sources, ¶¶362-65); (ii) in 2020-2021, NIKE still relied on selling products that were already in its pipeline before CDA (CW-16, ¶¶366-67); (iii) NIKE later admitted that, by early 2021, it began unsustainably flooding the market with its key classic products, instead of innovating new ones (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295), which briefly boosted sales until NIKE cut the supply of these products in late 2023 (¶368); (iv) NIKE was "not even close" to hitting Digital revenue targets from 2021-June 2024 (CW-6, ¶377); (v) All-Employee Engagement Surveys were sent to Defendants describing CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (vi) beginning in February 2022, employees began pushing back against the CDA strategy in the chat function of quarterly all-hands calls hosted by Donahoe, causing NIKE to temporarily disable the chat and punish employees who spoke up (CW-16, ¶¶378-80); *see also* ¶381 (*Wall Street Journal*: all-hands call where "dozens of people" staged | innovating new ones (¶¶304-05); (ii) Donahoe, Friend, and O'Neill received All-Employee Engagement Survey data with negative feedback about the CDA problems by spring/summer 2021 (CW-16, ¶¶371-73); (iii) Donahoe received significant push-back on CDA in all-hands calls (also attended by O'Neill) beginning in February 2022, triggering retaliation against employees who spoke up (CW-16, ¶¶688-91); *see also* ¶692 (*Wall Street Journal* coverage); (iv) from March 2022-April 2023, CW-4 attended monthly finance meetings discussing that NIKE was struggling with the DTC strategy and not hitting its topline revenue projections—information that was escalated to Donahoe (¶¶706-07); (v) in summer 2022, Donahoe and Friend advised the sales team that NIKE was not hitting its revenue goals (CW-9, ¶693); and (vi) in September or October 2023, at a "dire" VP summit attended by CW-1, Donahoe, Friend, and O'Neill, Donahoe "painted a pretty ugly picture" of NIKE's performance and admitted it was no longer a growth company, management acknowledged softening business due to lack of sufficient investment in DTC capabilities, and top executive Williams declared that "CDA was a failure" (¶¶694-700).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | "an online protest" against CDA); (vii) CW-4 attended monthly finance meetings during her tenure (March 2022-April 2023) discussing NIKE's failure to hit topline revenue targets due to DTC struggles (¶¶385-88); (viii) Donahoe and Friend admitted, at a summer 2022 sales meeting, that NIKE was not hitting revenue goals (CW-9, ¶382); (ix) in October 2022, CW-16 received an email that NIKE was "doing a massive budget scrub [i.e., cuts] in order to address [CDA-related] headwinds facing the company" (¶383); and (x) at a "dire" VP summit in September or October 2023, Donahoe "painted a pretty ugly picture," e.g., that NIKE was no longer a growth company, and top executive Williams, admitted: "CDA was a failure" (CW-1, ¶¶694-700); see also e.g., ¶¶624, 651 (Defendants' admissions of CDA failures, forcing NIKE to initiate a "comeback plan" by summer 2023 and then $2 billion cost-cutting measures). | **Donahoe's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above. |
| 76 | <u>When</u>: July 25, 2024<br><u>Where</u>: Annual Report on Form 10-K for year ended May 31, 2024<br><u>Speaker</u>: Donahoe, Friend, and NIKE (10-K signed by Donahoe and Friend) | Defendants stated that NIKE's potential inability to "adjust[] the mix of existing product offerings" and "develop[] new products, styles and categories" to meet consumer demand were hypothetical risks that "***could have a material adverse effect on our sales and profitability.***"<br><br>Cite: ¶603 | **Innovation/Pipeline:** Statement misrepresented that NIKE's potential inability to "adjust[] . . . product offerings" and "develop[] new products" to meet consumer demand under CDA were merely hypothetical risks that "could have a material adverse effect" on its business. ¶¶434, 604. In reality, such risks had already materialized, as NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as the Company instead relied on flooding the market with its classic products. ¶¶279-312. For example, (i) it was clear internally, in 2020, after | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendants Donahoe and Friend knew or recklessly disregarded that NIKE's innovation and product pipeline stagnated after CDA launched in June 2020, as it instead relied on flooding the market with its classic products. For example, (i) it was clear internally after CDA's launch in 2020 that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline (CW-16, ¶¶280-82); (ii) Donahoe later admitted that NIKE intentionally increased the supply of classic franchises, instead of |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | Cite: ¶603 | | CDA's launch, that NIKE was not focused on innovation and that CDA-driven layoffs would hurt NIKE's product pipeline, given the loss of institutional knowledge (CW-16, ¶¶280-82); (ii) NIKE's "lack of innovation" "originated" with the CDA-based reorganization in 2020 (Giunco and CW-1, ¶¶284-85); (iii) NIKE admitted that, by early 2021, it began unsustainably flooding the market with its key classic products instead of innovating new products (¶¶304-05), as was corroborated by CWs (e.g., CW-2, ¶¶286, 295); (iv) Defendants admitted that this strategy caused "a gap in innovation in [NIKE's] pipeline" by summer 2022 (¶301); (v) by mid-2022, NIKE saw negative effects on new products in the pipeline (CW-16, ¶282); (vi) such pipeline problems were a "major contributor[]" to NIKE's decision to lower its NIKE Live store opening goals beginning in summer 2022 (CW-2, ¶288); and (vii) Defendants admitted that NIKE had begun "rebuilding [its] disruptive innovation pipeline" by early 2023 (¶298)—an effort that they admitted was unsuccessful, as NIKE still had not "reestablish[ed] [its] innovation edge" by June 2024 (¶301). | new innovative products, by "early 2021" (¶305); (iii) Donahoe admitted that NIKE had an innovation "gap" by summer 2022 (¶301); (iv) per CW-16, by mid-2022, "there was no way" senior leadership did not know of NIKE's innovation/pipeline problems (¶736); (v) product pipeline problems contributed to the decision to lower store-opening goals beginning in July 2022 (CW-2, ¶¶160-61)—a major corporate decision likely made with knowledge of top executives like Defendants Donahoe and Friend (¶¶730-33); (vi) per CW-1—who joined NIKE in August 2022 (¶54)—NIKE's oversaturation of the market with its classic products was a "dirty secret" that "everyone saw" internally (¶292); and (vii) Donahoe admitted that NIKE tried to "rebuild[]" its "innovation pipeline" by early 2023 (¶298).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Friend's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | | **Friend's Compensation:** *See* above. |
| 77 | <u>When:</u> July 25, 2024 <u>Where:</u> Annual Report on Form 10-K for year ended May 31, 2024 <u>Speaker:</u> Donahoe, Friend, and NIKE (10-K signed by Donahoe and Friend)<br><br>Cite: ¶605 | "***If we do not adequately and timely anticipate and respond to our competitors, our costs may increase, demand for our products may decline, possibly significantly, or we may need to reduce wholesale or suggested retail prices for our products.***"<br><br>Cite: ¶605 | **Competition/Brand Strength:** Statement that NIKE's potential failure to adequately "respond to our competitors" "may" cause "demand for [its] products [to] decline" and negatively impact NIKE's business misrepresented such issues as merely hypothetical risks. ¶¶435, 606. In reality, such risks had already materialized, as NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. ¶¶289-328. For example, (i) NIKE lost significant market share to competitors as a direct result of its DTC strategy (CW-7, ¶317); (ii) by early 2021, data tracked by NIKE showed it was losing market share to competitors due to CDA-driven withdrawal from specialty retailers (CW-5, ¶315); (iii) in summer 2021, NIKE began losing accounts and market share in the running shoe category to new competitors, On and Hoka (CW-10, ¶316); (iv) NIKE was losing customers to HOKA and On during CW-15's tenure (May 2021-May 2024) because they were more innovative, while NIKE relied on its legacy products (CW-15, ¶289); (v) NIKE was losing women sportswear customers (a key revenue generator) to Lululemon Athletica during CW-2's tenure in her final role (fall 2020 to fall 2022) (CW-2, ¶¶288, 318); *see also* ¶320 (CW-19, similar); (vi) Defendants admitted at the end of the Class Period, e.g., that NIKE was "repositioning . . . to be more competitive" and was "focused on taking back market | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendants Donahoe and Friend knew or recklessly disregarded that NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. For example, (i) numerous CWs described NIKE losing market share to competitors, including in the key running category, by 2021, thus evidencing widespread internal knowledge of such problems (CW-7, ¶317; CW-5, ¶315; CW-10, ¶316; CW-15, ¶289); (ii) Defendants later admitted that NIKE was "focused on taking back market share" (¶324) and that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶664); (iii) CW-2 described quarterly Brand meetings—led by the Chief Marketing Officer and the VP of North America Marketing—where "cool" factor metrics were discussed, showing that by May 2022, NIKE was no longer the top brand and was losing ground to competitors, and these results along with details of how each business unit was performing, were documented in reports sent to O'Neill (who reported to Donahoe) (¶¶321, 701-04); and (iv) at the September/October 2023 VP summit attended by Donahoe, Friend, and others, O'Neill presented a remediation plan, as NIKE |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | share" (¶324), as well as that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶¶326, 420, 664); *see also* ¶¶327-28, 666-67 (corroboratory news and analyst reports); (vii) by May 2022, consumer survey data showed that NIKE was no longer the number one "cool" brand among North American consumers aged 18-24—a key metric in a key demographic—and was losing ground to competitors, specifically Adidas and Lululemon (CW-2, ¶321); (viii) CW-1, who joined NIKE in August 2022, described that competitors, like Lululemon and Hoka, took market share because NIKE had no new attractive products, and that toward the end of 2022 and continuing all through 2023, NIKE's market share kept eroding (CW-1, ¶¶293-94); and (ix) in a September/October 2023 VP summit, Defendants strategized how to "regain market share" with NIKE "no longer number 1, number 2, or number 3 in running products," a category that was the "DNA of NIKE" (CW-1, ¶319). | was "no longer number 1, number 2, or number 3 in running products" (CW-1, ¶319). **Core Operations:** *See* above. **Close Monitoring:** *See* above. **Donahoe's Departure:** *See* above. **Donahoe's Insider Sales:** *See* above. **Friend's Insider Sales:** *See* above. **Donahoe's Compensation:** *See* above. **Friend's Compensation:** *See* above. |
| 78 | <u>When</u>: July 25, 2024 <u>Where</u>: Annual Report on Form 10-K for year ended May 31, 2024 <u>Speaker</u>: Donahoe, Friend, and NIKE | Defendants stated that a potential ***"[f]ailure to maintain our reputation, brand image and culture <u>could</u> negatively impact our business."*** Cite: ¶607 | **Competition/Brand Strength:** Statement that NIKE's potential "[f]ailure to maintain our reputation, brand image, and culture <u>could</u> negatively impact our business" misrepresented such issues as merely hypothetical risks. ¶¶435, 608. In reality, such risks had already materialized, as NIKE's brand equity and competitive standing deteriorated under CDA, | **CWs/Admissions:** CW allegations and Defendants' admissions show that Defendants Donahoe and Friend knew or recklessly disregarded that NIKE's brand equity and competitive standing deteriorated under CDA, including due to NIKE's stagnating product innovation. For example, (i) numerous CWs described NIKE losing market share to competitors, including in |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | (10-K signed by Donahoe and Friend)<br><br>Cite: ¶607 | | including due to NIKE's stagnating product innovation. ¶¶289-328. For example, (i) NIKE lost significant market share to competitors as a direct result of its DTC strategy (CW-7, ¶317); (ii) by early 2021, data tracked by NIKE showed it was losing market share to competitors due to CDA-driven withdrawal from specialty retailers (CW-5, ¶315); (iii) in summer 2021, NIKE began losing accounts and market share in the running shoe category to new competitors, On and Hoka (CW-10, ¶316); (iv) NIKE was losing customers to HOKA and On during CW-15's tenure (May 2021-May 2024) because they were more innovative, while NIKE relied on its legacy products (CW-15, ¶289); (v) NIKE was losing women sportswear customers (a key revenue generator) to Lululemon Athletica during CW-2's tenure in her final role (fall 2020 to fall 2022) (CW-2, ¶¶288, 318); *see also* ¶320 (CW-19, similar); (vi) Defendants admitted at the end of the Class Period, e.g., that NIKE was "repositioning . . . to be more competitive" and was "focused on taking back market share" (¶324), as well as that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶¶326, 420, 664); *see also* ¶¶327-28, 666-67 (corroboratory news and analyst reports); (vii) by May 2022, consumer survey data showed that NIKE was no longer the number one "cool" brand among North American consumers aged 18-24—a key | the key running category, by 2021, thus evidencing widespread internal knowledge of such problems (CW-7, ¶317; CW-5, ¶315; CW-10, ¶316; CW-15, ¶289); (ii) Defendants later admitted that NIKE was "focused on taking back market share" (¶324) and that "we've lost market share in the running specialty channel," attributing this to decisions made "[m]ore than four years ago," i.e., 2020, when NIKE "pulled back" from that sport category under CDA (¶664); (iii) CW-2 described quarterly Brand meetings—led by the Chief Marketing Officer and the VP of North America Marketing—where "cool" factor metrics were discussed, showing that by May 2022, NIKE was no longer the top brand and was losing ground to competitors, and these results along with details of how each business unit was performing, were documented in reports sent to O'Neill (who reported to Donahoe) (¶¶321, 701-04); and (iv) at the September/October 2023 VP summit attended by Donahoe, Friend, and others, O'Neill presented a remediation plan, as NIKE was "no longer number 1, number 2, or number 3 in running products" (CW-1, ¶319).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above. |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | metric in a key demographic—and was losing ground to competitors, specifically Adidas and Lululemon (CW-2, ¶321); (viii) CW-1, who joined NIKE in August 2022, described that competitors, like Lululemon and Hoka, took market share because NIKE had no new attractive products, and that toward the end of 2022 and continuing all through 2023, NIKE's market share kept eroding (CW-1, ¶¶293-94); and (ix) in a September/October 2023 summit, Defendants strategized how to "regain market share" with NIKE "no longer number 1, number 2, or number 3 in running products," a category that was the "DNA of NIKE" (CW-1, ¶319). | **Donahoe's Insider Sales:** *See* above.<br><br>**Friend's Insider Sales:** *See above.*<br><br>**Donahoe's Compensation:** *See* above.<br><br>**Friend's Compensation:** *See* above. |
| 79 | <u>When</u>: July 25, 2024 <u>Where</u>: Annual Report on Form 10-K for year ended May 31, 2024 <u>Speaker</u>: Donahoe, Friend, and NIKE (10-K signed by Donahoe and Friend)<br><br>Cite: ¶609 | "In addition, we have made significant investments in digital technologies and information systems for the digital aspect of our NIKE Direct operations, and our digital offerings will require continued investment in the development and upgrading of our technology platforms. In order to deliver high-quality digital experiences, our digital platforms must be designed effectively and work well with a range of other technologies, systems, networks, and standards that we do not control. ***We may*** | **DTC Technology:**  Statement that NIKE has "made significant investments in [DTC] digital technologies" and that it "<u>may</u> not be successful in developing platforms that operate effectively with these technologies" misrepresented NIKE's inability to develop such DTC technological capabilities as merely hypothetical risks.  ¶¶432, 610. In reality, such risks had already materialized as, during the Class Period, NIKE failed to develop these DTC technological capabilities, including crucial consumer personalization technology, and its technology organization was plagued by dysfunction that compounded such issues— significant, existing problems that Defendants failed to disclose. ¶¶170-258. For example, (i) NIKE's DTC technology was "antiquated" and there was "little to no progress" in NIKE's buildout of such digital | **CWs/Admissions:** CW allegations show that Defendants Donahoe and Friend knew or recklessly disregarded NIKE's failure to develop adequate DTC technological capabilities during the Class Period, given Defendants and other top executives were repeatedly apprised of problems plaguing this technology buildout, including the Adobe partnership and the Lavu "shadow organization" that compounded such issues. ¶¶672-84. For example, (i) CW-3, who from April 2020 to June 2023 reported to Daniel Heaf (Global VP of NIKE Direct who reported to O'Neil (¶175))—and who said there was "little to no progress" in NIKE's buildout of its digital capabilities throughout the Class Period (¶¶178-80)—had monthly and quarterly meetings with Heaf regarding the DTC strategy, including the technology issues and progress, and then Heaf would |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | ***not be successful in developing platforms that operate effectively with these technologies, systems, networks or standards.***"<br><br>Cite: ¶609 | capabilities throughout the Class Period (CW-3, ¶¶178-201)—including, e.g., a lack of working technology to deliver personalized digital marketing to consumers, such as email or SMS blasts or push notifications on NIKE's App; these gaps led to declines in consumer engagement, e.g., a 38% drop year-over-year in consumer email responses (CW-3, ¶¶179, 193-94); *see also* ¶¶211-12 (CW-12: a new "content management system" from Adobe to provide personalized marketing emails was only in a pilot phase in 2022); ¶¶224-32, 244-53 (other CWs—CW-10, CW-11, CW-15 and CW-19—corroborating these consumer personalization and other DTC technology failures, which contributed to problems like NIKE website outages and issues with the NIKE App and hurt Digital sales); (ii) in particular, NIKE's partnership with Adobe, which began in 2021, failed to deliver such digital capabilities during the Class Period—Adobe's tools were ineffective, the project stagnated for three years, and the promised personalization technology did not work; thus, the Adobe project ultimately brought in "zero dollars" versus the projected $1.5 billion or more in revenue (CW-3, ¶¶196-98); *see also* ¶¶211-12, 224-27, 235-37 (CW-12, CW-11, and CW-14 detailing similar Adobe partnership delays and problems, e.g., that various Adobe-based DTC platforms were still a "mess" through June 2022); (iii) dysfunction and corruption in NIKE's technology group under CDIO Lavu further hampered this group's development of DTC | meet with Defendants Donahoe, Friend, O'Neil, and other senior leaders to discuss such DTC business strategy (¶¶184, 200, 682, 684); (ii) per CW-3, Defendant Donahoe had full visibility into the technology issues with Adobe, which became apparent almost immediately after the Adobe contract was signed in 2021, as Donahoe had a direct hand in signing the agreement (¶¶196-97); (iii) per other CWs, NIKE's failing DTC strategy, including due to technology issues with the NIKE app, were "well-known" internally and such issues were regularly related to management, including in 2021 (CW-17, ¶747; *see also* ¶743-44 (CW-15, similar); ¶¶738-40 (CW-11: "by the end of 2021, it was clear to everyone at the leadership level" the problems with Lavu's technology team; CW-12: "complaints about Lavu were coming from all sides," prompting NIKE to engage consultants); (iv) in December 2021, CW-8 raised concerns about Lavu's shadow organization in an email to Defendants Donahoe and O'Neil (¶¶240-41, 680); (v) CW-3, had many one-on-one ad hoc meetings with Donahoe, CW-3's "life mentor," about NIKE's DTC technology problems, including concerns about Lavu's "shadow organization," starting in January or February 2022 (¶¶173, 679); and (vi) in an April 2022 Paris meeting, CW-3 presented a "roadmap" on NIKE's "dire" DTC technology problems to top executives, including Heaf, and then had many monthly meetings regarding such issues, including the Adobe partnership failures, with |

| Stmt. No. | The Speaker(s), Date(s), and Medium | False and Misleading Statement | Reasons Statement Was False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| | | | technological capabilities, as Lavu lied to management, understated costs, and created an inefficient "shadow organization" that duplicated roles, led to attrition of key talent, and impeded progress on DTC technology projects (CW-3, ¶¶186-90, 192, 199); *see also* ¶¶207-09 (CW-12); ¶¶215-32 (CW-11): ¶¶238-43 (CW-1, CW-8, CW-14); ¶¶255-58 (later news articles and public lawsuits corroborating same); (iv) these DTC technological problems were so severe that employees directly raised them to Defendants—notably, CW-8 emailed Defendants Donahoe and O'Neill in December 2021 regarding concerns about Lavu's shadow organization and inability to deliver DTC digital capabilities (¶¶240-41), and, starting in February 2022, during many one-on-one ad hoc meetings with Defendant Donahoe, CW-3 also began discussing such concerns with him (¶¶191, 193); (v) in an April 2022 Paris meeting, CW-3 presented a "roadmap" on NIKE's "dire" DTC technology problems to top executives, and then had many monthly meetings regarding such issues with Defendants Donahoe, Friend, O'Neill, and others beginning no later than May-July 2022 (¶¶182-84, 188-90); and (vi) in February 2023, Lavu was terminated under suspicious circumstances due to these DTC technology problems, including his shadow organization (¶¶240-43, 255-57). | Defendants Donahoe, Friend, O'Neil, and Lavu beginning no later than May-July 2022—meetings that were instituted because CW-3 raised concerns about the technology group's inability to support the DTC strategy (¶¶182-84, 188-90, 673-79); *see also* ¶678 (CW-12 corroborating that Donahoe, Lavu, and CW-3 regularly met to discuss NIKE's DTC technology issues).<br><br>**Core Operations:** *See* above.<br><br>**Close Monitoring:** *See* above.<br><br>**Donahoe's Departure:** *See* above.<br><br>**Lavu's Departure:** *See* above.<br><br>**Donahoe's Insider Sales:** *See* above.<br><br>**Friend's Insider Sales:** *See* above.<br><br>**Donahoe's Compensation:** *See* above.<br><br>**Friend's Compensation:** *See* above. |