STOEL RIVES LLP
B. JOHN CASEY, Bar No. 120025
john.casey@stoel.com
ALEX VAN RYSSELBERGHE, Bar No. 174836
alex.vanrysselberghe@stoel.com
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ *(Pro Hac Vice)*
blutz@gibsondunn.com
One Embarcadero Center Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8379
Facsimile: 415.374.8474

JESSICA VALENZUELA *(Pro Hac Vice)*
jvalenzuela@gibsondunn.com
JEFF LOMBARD *(Pro Hac Vice)*
jlombard@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5340

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| IN RE NIKE, INC. SECURITIES LITIGATION | Case No. 3:24-cv-00974-AN |
| | DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY |
| | Judge:  Hon. Adrienne Nelson |

PAGE 1 – DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

In connection with Defendants' Motion to Dismiss Second Amended Consolidated Class Action Allegation Complaint for Violations of the Federal Securities Laws, Dkt. 66, Defendants Nike, Inc., John J. Donahoe II, Matthew Friend, Mark G. Parker, Heidi L. O'Neill, and Andrew Campion respectfully submit this Notice of Supplement Authority to bring to the Court's attention the January 26, 2026 decision in *Weston v. DocuSign, Inc. et al.*, No. 3:22-cv-00824-VC, 2026 WL 194400, issued by the Hon. Vince Chhabria of the U.S. District Court for the Northern District of California.  A true and correct copy of the decision is attached as **Exhibit A**.

Respectfully submitted.


DATED:  January 28, 2026.        STOEL RIVES LLP


_/s/ Alex Van Rysselberghe_
B. John Casey, OSB No. 120025
john.casey@stoel.com
Alex Van Rysselberghe, OSB No. 174836
alex.vanrysselberghe@stoel.com
Telephone: (503) 224-3380

GIBSON, DUNN & CRUTCHER LLP
Brian M. Lutz *(Pro Hac Vice)*
blutz@gibsondunn.com
Jessica Valenzuela *(Pro Hac Vice)*
jvalenzuela@gibsondunn.com
Jeff Lombard *(Pro Hac Vice)*
JLombard@gibsondunn.com

*Attorneys for Defendants Nike, Inc., John J.*
*Donahoe II, Matthew Friend, Mark G. Parker,*
*Heidi L. O'Neill, and Andrew Campion*