**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
Timothy S. DeJong, OSB No. 940662
tdejong@stollberne.com
Keith A. Ketterling, OSB No. 913368
kketterling@stollberne.com
Cody Berne, OSB No. 142797
cberne@stollberne.com
209 Southwest Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

*Liaison Counsel for Lead Plaintiffs and the*
*Proposed Class*

*Additional Counsel on Signature Page*


### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION


| | |
|---|---|
| | ) Case No. 3:24-cv-00974-AN |
| | ) |
| | ) Judge: Hon. Adrienne Nelson |
| | ) |
| | ) **NOTICE OF SUPPLEMENTAL** |
| IN RE NIKE, INC. SECURITIES LITIGATION | ) **AUTHORITY** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |


NOTICE OF SUPPLEMENTAL AUTHORITY
Case No. 3:24-cv-00974-AN

## NOTICE OF SUPPLEMENTAL AUTHORITY

Lead Plaintiffs Caisse de dépôt et placement du Québec and Deka Investment GmbH ("Plaintiffs") respectfully submit this Notice of Supplemental Authority in further opposition (ECF No. 69) to Defendants' pending motion to dismiss (ECF No. 66).[1]

In *In re ON24, Inc. Securities Litigation* ("*ON24*," Ex. A), a securities class action brought under Sections 11 and 15 of the Securities Act, the Ninth Circuit reversed the district court's dismissal of several risk warning statements concerning, e.g., "a potential reduction in product demand post-pandemic" and "the possibility that subscription renewals and upselling may decline in the future." 2026 WL 45259, at *2 (9th Cir. Jan. 7, 2026). It found these statements to be misleading because the plaintiff "sufficiently allege[d] that ON24 knew that the risk of material churn and downselling had started to come to fruition before the IPO yet disclosed only that those risks *may* occur." *Id.* It explained that "[r]isk disclosures that speak entirely of as-yet-unrealized risks and contingencies and do not alert the reader that some of these risks may already have come to fruition can mislead reasonable investors." *Id.* (quoting *In re Alphabet, Inc. Sec. Litig.*, 1 F.4th 687, 703 (9th Cir. 2021)); *see* ECF No. 69 at 12, 16, 18-19. Further, the Ninth Circuit found that the district court "erred by improperly relying on judicially noticed revenue and ARR data to dispute [the plaintiff's] plausible theory of liability." *ON24*, 2026 WL 45259, at *2 n.5 (citing *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1003 (9th Cir. 2018) (explaining that it is improper for a district court "to assume the truth of an incorporated document if such assumptions

---

[1] Plaintiffs provide a brief description of the relevant portions of this decision and citations to their Opposition to Defendants' Motion to Dismiss (ECF No. 69) for the Court's convenience. Defendants previously argued that such descriptions in Plaintiffs' prior notice of supplemental authority (ECF No. 71) were "inappropriate" under L.R. 7-1(e)(3), but failed to cite any supporting authority from this District. ECF No. 72 at 1. Such brief descriptions do not constitute "further briefing" under L.R. 7-1(e)(3), the Local Rules do not address notices of supplemental authority, and similar notices are routinely submitted in this District.

1

NOTICE OF SUPPLEMENTAL AUTHORITY
Case No. 3:24-cv-00974-AN

only serve to dispute facts stated in a well-pleaded complaint")); *see* ECF No. 69 at 22 n.18.

DATED: January 30, 2026                    Respectfully submitted,

                                           */s/ Irina Vasilchenko*
                                           Irina Vasilchenko

                                           **LABATON KELLER SUCHAROW LLP**
                                           Carol C. Villegas (*pro hac vice*)
                                           cvillegas@labaton.com
                                           Irina Vasilchenko (*pro hac vice*)
                                           ivasilchenko@labaton.com
                                           Matthew J. Grier (*pro hac vice*)
                                           mgrier@labaton.com
                                           Nicolas Apter-Vidler (*pro hac vice*)
                                           napter-vidler@labaton.com
                                           140 Broadway
                                           New York, NY 10005
                                           Telephone: (212) 907-0700
                                           Facsimile: (212) 818-0477

                                           **LABATON KELLER SUCHAROW LLP**
                                           Mark Willis (*pro hac vice*)
                                           mwillis@labaton.com
                                           1050 Connecticut Avenue NW, Suite 500
                                           Washington, D.C. 20036
                                           Telephone: (202) 772-1880
                                           Facsimile: (212) 818-0477

                                           *Counsel for Lead Plaintiffs and Lead*
                                           *Counsel for the Proposed Class*

                                           **DRRT**
                                           Jonathan Cohen (*pro hac vice*)
                                           jcohen@drrt.com
                                           340 West Flagler Street, 2nd Floor
                                           Miami, FL 33130
                                           Telephone: (305) 760-8030
                                           Facsimile: (305) 760-8031

                                           *Additional Counsel for Deka Investment*
                                           *GmbH*

NOTICE OF SUPPLEMENTAL AUTHORITY
Case No. 3:24-cv-00974-AN

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll (*pro hac vice*)
stoll@cohenmilstein.com
Molly J. Bowen (*pro hac vice*)
mbowen@cohenmilstein.com
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Additional Counsel for the Proposed Class*

**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
Timothy S. DeJong, OSB No. 940662
tdejong@stollberne.com
Keith A. Ketterling, OSB No. 913368
kketterling@stollberne.com
Cody Berne, OSB No. 142797
cberne@stollberne.com
209 Southwest Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

*Liaison Counsel for Lead Plaintiffs and the Proposed Class*

3

NOTICE OF SUPPLEMENTAL AUTHORITY
Case No. 3:24-cv-00974-AN