STOEL RIVES LLP
B. JOHN CASEY, Bar No. 120025
john.casey@stoel.com
ALEX VAN RYSSELBERGHE, Bar No. 174836
alex.vanrysselberghe@stoel.com
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ *(Pro Hac Vice)*
blutz@gibsondunn.com
One Embarcadero Center Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8379
Facsimile: 415.374.8474

JESSICA VALENZUELA *(Pro Hac Vice)*
jvalenzuela@gibsondunn.com
JEFF LOMBARD *(Pro Hac Vice)*
jlombard@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5340

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| IN RE NIKE, INC. SECURITIES LITIGATION | Case No. 3:24-cv-00974-AN<br><br>DEFENDANTS' NOTICE OF SUPPLEMENTAL EXHIBIT TO DECLARATION OF JESSICA VALENZUELA IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT |

PAGE 1 – DEFENDANTS' NOTICE OF SUPPLEMENTAL EXHIBIT

## DEFENDANTS' NOTICE OF SUPPLEMENTAL EXHIBIT

Defendants Nike, Inc., John J. Donahoe II, Matthew Friend, Mark G. Parker, Heidi L. O'Neill, and Andrew Campion respectfully submit the Notice of Supplemental Exhibit to Declaration of Jessica Valenzuela in Support of Defendants' Motion to Dismiss Second Amended Consolidated Class Action Complaint, Dkt. 68, attaching **Exhibit 10-A**. Exhibit 10-A is a true and correct copy of an online version of the May 16, 2022 Women's Wear Daily article, entitled "Supply Chain Guru Andy Campion Offers a Peek Behind the Curtain," the print version of which Defendants previously submitted as Exhibit 10. While the print version of Exhibit 10 submitted previously is complete, the online version of the article, while otherwise identical, has a different title.

DATED: February 6, 2026            Respectfully submitted,

                                              *s/ Alex T. Van Rysselberghe*
                                            Alex Van Rysselberghe, OSB No. 174836

**STOEL RIVES LLP**
B. John Casey, OSB No. 120025
 john.casey@stoel.com
Alex Van Rysselberghe, OSB No. 174836
 alex.vanrysselberghe@stoel.com
Telephone: (503) 224-3380

**GIBSON, DUNN & CRUTCHER LLP**
Brian M. Lutz *(Pro Hac Vice)*
blutz@gibsondunn.com
Jessica Valenzuela *(Pro Hac Vice)*
jvalenzuela@gibsondunn.com
Jeff Lombard *(Pro Hac Vice)*
jlombard@gibsondunn.com

*Attorneys for Defendants Nike, Inc., John J. Donahoe II, Matthew Friend, Mark G. Parker, Heidi L. O'Neill, and Andrew Campion*