**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
Timothy S. DeJong, OSB No. 940662
tdejong@stollberne.com
Keith A. Ketterling, OSB No. 913368
kketterling@stollberne.com
Cody Berne, OSB No. 142797
cberne@stollberne.com
209 Southwest Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

*Liaison Counsel for Lead Plaintiffs and the
Proposed Class*

*Additional Counsel on Signature Page*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

|  |  |
|---|---|
| IN RE NIKE, INC. SECURITIES LITIGATION | ) Case No. 3:24-cv-00974-AN<br>)<br>) Judge: Hon. Adrienne Nelson<br>)<br>) **STATUS UPDATE**<br>)<br>)<br>)<br>)<br>)<br>) |

STATUS UPDATE
Case No. 3:24-cv-00974-AN

Lead Plaintiffs Caisse de dépôt et placement du Québec and Deka Investment GmbH ("Plaintiffs") respectfully submit this Status Update to the Court.

On March 31, 2026, the Court issued an opinion granting in part and denying in part Defendants' motion to dismiss the Second Amended Complaint, granting Plaintiffs leave to file a further amended complaint by April 30, 2026. ECF No. 85 (the "Order"). Plaintiffs submit this Status Update to apprise the Court that they will not be filing a further amended complaint at this time, and that the case should proceed as sustained by the Order. Plaintiffs have circulated a proposed case schedule to Defendants and anticipate that the parties will promptly negotiate case management documents for submission to the Court.

Plaintiffs do not believe entry of final judgment on the dismissed claims would be appropriate at this time.

DATED: April 23, 2026                                     Respectfully submitted,


                                                         */s/ Christine M. Fox*

                                                         **LABATON KELLER SUCHAROW LLP**
                                                         Carol C. Villegas (*pro hac vice*)
                                                         cvillegas@labaton.com
                                                         Christine M. Fox (*pro hac vice*)
                                                         cfox@labaton.com
                                                         Jake Bissell-Linsk (*pro hac vice*)
                                                         jbissell-linsk@labaton.com
                                                         Matthew J. Grier (*pro hac vice*)
                                                         mgrier@labaton.com
                                                         Emily N. Gault (*pro hac vice*)
                                                         egault@labaton.com
                                                         140 Broadway
                                                         New York, NY 10005
                                                         Telephone: (212) 907-0700
                                                         Facsimile: (212) 818-0477

STATUS UPDATE
Case No. 3:24-cv-00974-AN

**LABATON KELLER SUCHAROW LLP**
Mark Willis (*pro hac vice*)
mwillis@labaton.com
1050 Connecticut Avenue NW, Suite 500
Washington, D.C. 20036
Telephone: (202) 772-1880
Facsimile: (212) 818-0477

*Counsel for Lead Plaintiffs and Lead
Counsel for the Proposed Class*

**DRRT**
Jonathan Cohen (*pro hac vice*)
jcohen@drrt.com
340 West Flagler Street, 2nd Floor
Miami, FL 33130
Telephone: (305) 760-8030
Facsimile: (305) 760-8031

*Additional Counsel for Deka Investment
GmbH*

**COHEN MILSTEIN SELLERS &
TOLL PLLC**
Steven J. Toll (*pro hac vice*)
stoll@cohenmilstein.com
Molly J. Bowen (*pro hac vice*)
mbowen@cohenmilstein.com
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Additional Counsel for the Proposed Class*

2

STATUS UPDATE
Case No. 3:24-cv-00974-AN

**STOLL STOLL BERNE LOKTING &
SHLACHTER P.C.**
Timothy S. DeJong, OSB No. 940662
tdejong@stollberne.com
Keith A. Ketterling, OSB No. 913368
kketterling@stollberne.com
Cody Berne, OSB No. 142797
cberne@stollberne.com
209 Southwest Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

*Liaison Counsel for Lead Plaintiffs and the
Proposed Class*

3

STATUS UPDATE
Case No. 3:24-cv-00974-AN