STOEL RIVES LLP
B. JOHN CASEY, OSB No. 120025
john.casey@stoel.com
ALEX VAN RYSSELBERGHE, OSB No. 174836
alex.vanrysselberghe@stoel.com
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ *(Pro Hac Vice)*
blutz@gibsondunn.com
One Embarcadero Center Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8379
Facsimile: 415.374.8474

JESSICA VALENZUELA *(Pro Hac Vice)*
jvalenzuela@gibsondunn.com
JEFF LOMBARD *(Pro Hac Vice)*
jlombard@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5340

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| IN RE NIKE, INC. SECURITIES LITIGATION | Case No. 3:24-cv-00974-AN<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT<br><br>Judge:  Hon. Adrienne Nelson |

**LR 7-1(a) CERTIFICATION**

Pursuant to Local Rule 7-1(a), counsel for Defendants Nike, Inc. ("NIKE" or the "Company") and John J. Donahoe II (collectively, "Defendants") conferred with counsel for Plaintiffs Caisse de dépôt et placement du Québec and Deka Investment GmbH (collectively, "Plaintiffs") regarding this motion on May 6, 2026.  Plaintiffs do not oppose this request for extension of time; the motion is therefore unopposed.

**MOTION**

Defendants respectfully move this Court for an order extending the time to file an answer to the Second Amended Complaint until May 29, 2026.

On March 24, 2025, Plaintiffs filed the Second Amended Complaint, which spanned nearly 300 pages and contained over 800 separately numbered paragraphs.  ECF No. 65.  Defendants moved to dismiss the Second Amended Complaint on May 12, 2025.  ECF No. 66.  On March 31, 2026, the Court issued an opinion and order granting in part and denying in part Defendants' motion to dismiss the Second Amended Complaint.  ECF No. 85 (the "Order").  The Order stated that "[i]f plaintiffs wish to file an amended complaint, they must do so within thirty (30) days"— *i.e.*, by April 30, 2026.  *Id.*  On April 23, 2026, Plaintiffs filed a Status Update advising the Court that they would not file a further amended complaint.  ECF No. 89.

Defendants believe their answer is currently due on May 14, 2026.  *See* Fed. R. Civ. P. 12(a)(4)(A) ("Unless the court sets a different time . . . if the court denies the motion or postpones its disposition until trial, the responsive pleading must be served within 14 days after notice of the court's action[.]").  Although Plaintiffs disagree on the date Defendants' answer is due here, the parties have met and conferred and, given Defendants' representations regarding the length of time necessary to analyze the allegations contained in the Second Amended Complaint and prepare the

PAGE 1 – MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

answer, Plaintiffs have indicated they do not oppose an extension of time for Defendants to file their answer to May 29, 2026.  Accordingly, Defendants request that the deadline to file their answer to the Second Amended Complaint be extended to May 29, 2026.

This request is made in good faith and not for the purposes of delay.  The proposed extension will not affect any existing deadlines.

DATED:  May 7, 2026

STOEL RIVES LLP


_s/ B. John Casey_
B. John Casey, OSB No. 120025
 john.casey@stoel.com
Alex Van Rysselberghe, OSB No. 174836
 alex.vanrysselberghe@stoel.com
Telephone: (503) 224-3380

GIBSON, DUNN & CRUTCHER LLP
Brian M. Lutz *(Pro Hac Vice)*
 blutz@gibsondunn.com
Jessica Valenzuela *(Pro Hac Vice)*
 jvalenzuela@gibsondunn.com
Jeff Lombard *(Pro Hac Vice)*
 jlombard@gibsondunn.com


*Attorneys for Defendants Nike, Inc. and John J. Donahoe II*

PAGE 2 – MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT