STOEL RIVES LLP
B. JOHN CASEY, Bar No. 120025
john.casey@stoel.com
ALEX VAN RYSSELBERGHE, Bar No. 174836
alex.vanrysselberghe@stoel.com
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ *(Pro Hac Vice)*
blutz@gibsondunn.com
One Embarcadero Center Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8379
Facsimile: 415.374.8474

JESSICA VALENZUELA *(Pro Hac Vice)*
jvalenzuela@gibsondunn.com
JEFF LOMBARD *(Pro Hac Vice)*
jlombard@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5340

*Attorneys for Defendants John J. Donahoe II and NIKE, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| IN RE NIKE, INC. SECURITIES LITIGATION | Case No. 3:24-cv-00974-AN<br><br>DEFENDANTS' NOTICE OF RELATED CASES<br><br>Judge: Hon. Adrienne Nelson |

**DEFENDANTS' NOTICE OF RELATED CASES**

Pursuant to LR 42-2, Defendants John J. Donahoe II and NIKE, Inc. (collectively, "Defendants") give notice that this action is related to *Jenell v. Donahoe*, No. 3:26-cv-01470-AR, a shareholder derivative action filed on July 16, 2026 and pending before the Honorable Jeff Armistead (the "*Jenell* Action"). This action and the *Jenell* Action are also related to *In re NIKE, Inc. Derivative Litigation*, Lead Case No. 3:24-cv-01195-AN, which is pending before this Court.

The claims in this action and the *Jenell* Action arise from the same common nucleus of events and alleged underlying wrongdoing. The Defendants in this action also are defendants or the nominal defendant in the *Jenell* Action and are represented by the same counsel. Because the actions are related, Defendants believe that reassignment of the *Jenell* Action to this Court would conserve party and judicial resources.

Respectfully submitted,

DATED: September 25, 2026

STOEL RIVES LLP
*s/ B. John Casey*
B. John Casey, OSB No. 120025
john.casey@stoel.com
Alex Van Rysselberghe, OSB No. 174836
alex.vanrysselberghe@stoel.com
Telephone: (503) 224-3380

GIBSON, DUNN & CRUTCHER LLP
Brian M. Lutz *(Pro Hac Vice)*
blutz@gibsondunn.com
Jessica Valenzuela *(Pro Hac Vice)*
jvalenzuela@gibsondunn.com
Jeff Lombard *(Pro Hac Vice)*
JLombard@gibsondunn.com

*Attorneys for Defendants John J. Donahoe II and NIKE, Inc.*